IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| RITLABS, S.R.L., | Case No.: 1:12CV215 AJT/IDD |
| Plaintiff/Counter-Defendant, | |
| v. | Hon. Anthony J. Trenga |
| RITLABS, INC., and SERGHEI DEMCENKO, | |
| Defendants/Counter-Claimants. | |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW COMES Defendants Ritlabs, Inc. and Serghei Demcenko, by and through their attorney, and submits this Motion for Partial Summary Judgment. As supported by Defendant' memorandum in support of this motion, Defendants hereby seek summary judgment as a matter of law regarding the following issues as to which there is no genuine dispute of material facts:

1. Plantiff's Lanham Act and Unfair Competition claims must be denied as a matter of law because there was no likelihood of confusion in connection with INC's use of Plaintiff's marks nor was SRL damaged by INC's use of the marks.

2. Plaintiff's Lanham Act and Unfair Competition Claims have no validity with respect to the MAILVOYAGER mark because Plaintiff never used the MAILVOYAGER mark in commerce.

3. Plaintiff cannot recover damages under its Lanham Act and Unfair Competition claims because Plaintiff knew of Defendant Ritlabs, Inc.'s existence and the unreasonable delay in bringing this action unduly prejudiced Defendants.

4. Plaintiff's anticybersquatting claim must be denied because Plaintiff cannot show that Defendants "registered, trafficked in, or used" the <ritlabs.com>, <ritlabs.net>, <batpost.com>, or <thebat.net> domain names or that Defendants had "bad faith intent to profit" from use of those domain names.

5. Plaintiff's Computer Fraud and Abuse Act claim must be denied because Plaintiff cannot meet the jurisdictional $5,000 loss requirement of that Act.

Accordingly, Defendants Ritlabs, Inc. and Serghei Demcenko respectfully request that the Court dismiss Plaintiff's Counts I, III, IV and VIII in their entirety, and/or, in alternative, dismiss all claims against Defendants based on the MAILVOYAGER mark.

Respectfully submitted,

Dated: June 28, 2012

By:   /s/
Kevin R. Garden
Virginia Bar No. 30244
Attorney for Defendants
Ritlabs, Inc. and Serghei Demcenko
International Legal Counsels, PC
901 N. Pitt St., Suite 325
Alexandria, VA 22314
Telephone: (703) 535-5565
Fax: (202) 318-0723
kg@legal-counsels.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 28th day of June, 2012, I will electronically file the foregoing **MOTION FOR PARTIAL SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    **John Andrew Baxter**
    **I.S. Law Firm PLLC**
    **1199 N Fairfax St**
    **Suite 702**
    **Alexandria, VA 22314**

             _____/s/_____
             Kevin R. Garden
             Virginia Bar No. 30244
             Attorney for Defendants
             Ritlabs, Inc. and Serghei Demcenko
             International Legal Counsels, PC
             901 N. Pitt St., Suite 325
             Alexandria, VA 22314
             Telephone: (703) 535-5565
             Fax: (202) 318-0723
             kg@legal-counsels.com