# EXHIBIT C

*Translation from the Romanian language into the English language*

## State Registration Chamber

## DECISION

### On registration of the modifications in the data from the State Register of Legal Persons

The 13th of December, 2011    Case no.1003600096166    Chisinau Territorial Office

The associates asked through the application submitted on the 12th of December, 2011, to register the modifications in the data recorded in the State Register of Legal Persons regarding the change of the administrator of the legal person – the "RITLABS" Limited.

Having examined the documents presented:
1. The application submitted of the 12th of December, 2011;
2. Minutes of the General Meeting of the 12th of December, 2011;
3. Payment order of the 12th of December, 2011;
4. Notice for Mr. Demcenco S. regarding convening of the general meeting of the 12th of December, 2011;
5. Postal receipt of notification of Mr. Demcenco S. regarding convening of the general meeting of the 12th of December, 2011,

and having stated that the legal requirements to the registration of modifications have been respected, basing on art. 11 and 16 of Law no.220-XVI of the 19th of October, 2007, on State Registration of Legal Persons and Individual Entrepreneurs, the registrar

### DECIDES:

1. **To satisfy the application on registration of the modifications.**

2. In the State Register of Legal Persons – to register and record the data regarding the executive body of the legal person "RITLABS" Limited registered in the State Register of Legal Persons under no.105077910 of the 16th of February, 1998, as follows:

Administrator: **MASIUTIN MAXIM**, DOB – the 14th of September, 1977, place of birth – Saint-Petersburg, Russia, IDENTITY CARD OF THE CITIZEN OF THE REPUBLIC OF MOLDOVA A48080084 issued by the office of CHISINAU, CIOCANA on the 05th of June, 2002, identification code 0982502032795, place of residence: MD-2075, 3 Mircea cel Batrin Avenue, apt.78, Chisinau municipality, REPUBLIC OF MOLDOVA.

3. The present decision has been drafted in two counterparts having the same legal effect, one of them is kept at the State Registration Chamber in the record case of the legal person and the other one has been issued to the applicant.

    **Registrar**    /signature/    **Ion MERLICI**

Seal: *Ministry of Justice of the Republic of Moldova, State Registration Chamber -105, 1004600077777.*

# REPUBLIC OF MOLDOVA

## Notary Public TIMOFTI ANGELA

**Location of the bureau:** Chisinau municipality, 30 Armeneasca Street, office 104, tel.:22-91-14

  Year two thousand and twelve  month of January  the twenty fifth day

  I, the notary public **TIMOFTI ANGELA**, legalize the present identical copy of the original document that has been presented to me, which does not have erasures or additions, obliterated words or other not stipulated corrections.

Registered under no. _____

Cashed the state tax ____ lei

Cashed the payment for the notary services ____ lei

NOTARY PUBLIC (signature: illegible)

*Round seal:*
*Republic of Moldova,*
*Notary Public –*
*TIMOFTI ANGELA,*
*License No.280.*

| I, undersigned **Prudnic Olesea**, an authorized translator of the English language, certify the fidelity of translation of the text in the legalized copy, which was signed by me on 25.01.2012. | Subsemnata, **Prudnic Olesea**, traducător autorizat în limba engleză, certific exactitatea traducerii cu textul înscrisului în copie legalizată, care a fost vizat de mine la 25.01.2012. |
|---|---|

*Translator's signature*
*Semnătura traducătorului*





Camera Înregistrării de Stat

# DECIZIE
privind înregistrarea modificărilor datelor din
Registrul de stat al persoanelor juridice

13.12.2011                  Dosar Nr. 1003600096166                  Oficiul Teritorial Chişinău

Prin cererea depusă la 12.12.2011 asociaţii au solicitat înregistrarea modificărilor în datele înscrise în Registrul de stat al persoanelor juridice privind schimbarea administratorului persoanei juridice FIRMA "RITLABS" S.R.L..

Examinînd actele prezentate:
1. Cererea depusă la 12.12.2011;
2. Proces-verbal al adunării generale din 12.12.2011;
3. Ordin de încasare din 12.12.2011;
4. Înştiintarea pentru dl Demcenco S. privind convocarea adunarii generale din 12.12.2011;
5. Chitanţa de la poşta privind înştiintarea dl Demcenco S. referitor la convocarea adunarii generale din 12.12.2011,

şi constatînd, că sînt respectate cerinţele legale ce ţin de înregistrarea modificărilor, în temeiul art. 11 şi 16 al Legii nr. 220-XVI din 19.10.2007 privind înregistrarea de stat a persoanelor juridice şi a întreprinzătorilor individuali, registratorul

## DECIDE:

1. **A admite cererea de înregistrare a modificărilor.**

2. A înregistra şi a consemna în Registrul de stat al persoanelor juridice datele referitor la organul executiv al persoanei juridice FIRMA "RITLABS" S.R.L., înscrisă în Registrul de stat al persoanelor juridice cu Nr. 105077910 din 16.02.1998 după cum urmează:
**Administrator** : MASIUTIN MAXIM, anul naşterii 14.09.1977, locul naşterii Sankt-Petersburg, Rusia, BULETIN DE IDENTITATE AL CETĂŢEANULUI RM A 48080084 eliberat de of. CHIŞINĂU, CIOCANA la data de 05.06.2002, codul de identitate 0982502032795, domiciliul: MD-2075, str. Mircea cel Bătrîn bd., 3, ap. 78, mun. Chişinău, R.MOLDOVA.

3. Prezenta Decizie este întocmită în două exemplare, care au aceeaşi valoare juridică, dintre care un exemplar se păstrează la Camera Înregistrării de Stat în dosarul de evidenţă al persoanei juridice, iar celălalt se eliberează solicitantului.

Registrator                                                                           Ion MERLICI

RLSRL00456