# EXHIBIT I


| | | | | |
|---|---|---|---|---|
| | Sales 2009 | 80643.12 | | |
| 7/10/09 | 103522-31200 | -24.5 | | |
| 7/10/09 | 103625-31287 | -24.5 | | |
| | | 80594.12 | | |
| | | | $56,415.88 | |
| | | | | |
| 1/5/09 | Masutin | $1,000.00 | | |
| 1/12/09 | AMAZON.COM | $57.49 | | |
| 1/14/09 | JFAX | $30.00 | | |
| 2/2/09 | Masutin | $1,000.00 | | |
| 2/13/09 | JFAX | $30.00 | | |
| 3/2/09 | Masutin | $1,000.00 | | |
| 3/13/09 | JFAX | $30.00 | | |
| 4/1/09 | Masutin | $1,000.00 | | |
| 4/13/09 | JFAX | $30.00 | | |
| 4/18/09 | AMAZON.COM | $30.45 | | |
| 5/6/09 | Masutin | $1,000.00 | | |
| 5/13/09 | JFAX | $30.00 | | |
| 6/1/09 | Masutin | $1,000.00 | | |
| 6/14/09 | JFAX | $30.00 | | |
| 7/1/09 | Masutin | $1,000.00 | | |
| 7/13/09 | JFAX | $30.00 | | |
| 8/3/09 | Masutin | $1,000.00 | | |
| 8/13/09 | JFAX | $30.00 | | |
| 8/28/09 | Masutin | $1,000.00 | | |
| 9/14/09 | JFAX | $30.00 | | |
| 10/2/09 | Masutin | $1,000.00 | | |
| 10/13/09 | JFAX | $14.50 | | |
| 10/29/09 | Masutin | $1,000.00 | | |
| 11/13/09 | JFAX | $30.00 | | |
| 11/20/09 | demchenko/ritlabs | $70,000.00 | | |
| 11/30/09 | RIT | $1,000.00 | | |
| 12/14/09 | JFAX | $30.00 | | |
| 12/30/09 | Masutin | $1,000.00 | | |
| 12/31/09 | Masutin | $1,000.00 | | |
| | | | -$84,432.44 | |

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215

| | | | | |
|---|---|---|---|---|
| 1/5/09 | thebat.net | $15.00 | | |
| 1/21/09 | press-design.com | $15.00 | | |
| 2/1/09 | bitrix | $620.00 | | |
| 2/3/09 | MD mediateh.com - Kravchik | $15.00 | | |
| 2/23/09 | MD protehnicalux.com - Vasenev | $15.00 | | |
| 6/18/09 | MD prolight.biz - Vasenev | $30.00 | | |
| 7/6/09 | cobans.net | $15.00 | | |
| 9/3/09 | ritlabs.net | $45.00 | | |
| 12/7/09 | ritlabs.com | $15.00 | | |
| 2/28/09 | MD for Basil, Demchenko | $940.00 | | |
| 3/31/09 | MD for Basil, Demchenko | $1,360.00 | | |
| 5/31/09 | MD for Basil, Demchenko | $530.00 | | |
| 11/26/09 | MD for Basil, Demchenko | $1,200.00 | | |
| 9/30/09 | MD for Basil->Demchenko, Kravchik | $900.00 | | |
| 11/26/09 | MD for Basil->Demchenko, Kravchik | $750.00 | | |
| 12/31/09 | rs-d VM 208.76.172.229 | $350.00 | | |
| 12/31/09 | hosting | $3,000.00 | | |
| 8/27/09 | packages for Demcenko | $173.66 | | |
| | | | -$9,988.66 | |
| | | | | |
| | | | -$38,005.22 | |

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215

| | | | | |
|---|---|---|---|---|
| | Sales 2010 | $56,331.65 | | |
| | | | $39,432.16 | |
| | | | | |
| 1/13/10 | JFAX | $30.00 | | |
| 2/13/10 | JFAX | $30.00 | | |
| 2/26/10 | Masutin | $1,000.00 | | |
| 3/13/10 | JFAX | $30.00 | | |
| 3/31/10 | Masutin | $1,000.00 | | |
| 4/13/10 | JFAX | $30.00 | | |
| 4/23/10 | RITLABS Inc | $44,592.33 | | |
| 5/4/10 | Masutin | $1,000.00 | | |
| 5/13/10 | JFAX | $30.00 | | |
| 5/19/10 | MD from Slava to Stef | $1,083.00 | | |
| 5/28/10 | Masutin | $1,000.00 | | |
| 6/14/10 | JFAX | $30.00 | | |
| 6/14/10 | MD from Kravchik | $996.22 | | |
| 6/29/10 | Masutin | $1,000.00 | | |
| 7/13/10 | JFAX | $30.00 | | |
| 7/14/10 | USPS | $4.75 | | |
| 7/27/10 | JFAX | $165.00 | | |
| 7/30/10 | Masutin | $1,000.00 | | |
| 8/6/10 | MD from Karatun->Spivak CA | $1,000.00 | | |
| 8/13/10 | JFAX | $30.00 | | |
| 8/30/10 | Masutin | $1,000.00 | | |
| 9/13/10 | JFAX | $30.00 | | |
| 9/30/10 | Masutin | $1,000.00 | | |
| 10/13/10 | JFAX | $30.00 | | |
| 10/26/10 | RITLABS Inc | $32,025.70 | | |
| 10/29/10 | Masutin | $1,000.00 | | |
| 11/13/10 | JFAX | $30.00 | | |
| 11/30/10 | Masutin | $1,000.00 | | |
| 12/14/10 | JFAX | $30.00 | | |
| 12/30/10 | Masutin | $1,000.00 | | |
| | | | -$91,227.00 | |
| | | | | |
| 1/4/10 | thebat.net | $15.00 | | |

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215

| | | | | |
|---|---|---|---|---|
| 11/13/10 | ritlabs.com | $15.00 | | |
| 1/9/10 | press-design.com | $15.00 | | |
| 2/21/10 | protehnicalux.com | $15.00 | | |
| 4/18/10 | batpost.com | $15.00 | | |
| 7/5/10 | cobans.net | $15.00 | | |
| 11/13/10 | ritlabs.com | $15.00 | | |
| 11/22/10 | press-design.com | $15.00 | | |
| 2/13/10 | for Basil ->Stefan | $1,520.00 | | |
| 3/4/10 | for Basil ->Stefan, Kravchik | $647.85 | | |
| 8/8/10 | for Basil ->Stefan | $623.21 | | |
| 8/8/10 | for Basil ->Stefan | $1,238.00 | | |
| 8/20/10 | for Basil ->T.Igor, Kravchik | $400.00 | | |
| 10/16/10 | for Basil ->Stefan | $1,400.00 | | |
| 12/31/10 | rs-d VM 208.76.172.229 | $600.00 | | |
| 12/31/10 | hosting | $3,000.00 | | |
| 10/21/10 | for Basil ->Stefan, Kravchik | $439.00 | | |
| | | | -$9,988.06 | |
| | | | | |
| | | | -$61,782.91 | |

| | | | | |
|---|---|---|---|---|
| | Sales 2011 | 46304.5 | | |
| 4/2/11 | 106605-33755 | -40.8 | | |
| 4/17/11 | 106597-33745 | -40.39 | | |
| 6/4/11 | 106701-33834 | -41.68 | | |
| 8/27/11 | 106866-33976 | -45 | | |
| 9/21/11 | 106938-34033 | -20 | | |
| | | $46,116.63 | | |
| | | | $32,281.64 | |
| | | | | |
| 1/13/11 | JFAX | $30.00 | | |
| 2/4/11 | masutin | $1,000.00 | | |
| 2/13/11 | JFAX | $30.00 | | |
| 3/7/11 | RITLABS Inc | $23,383.10 | | |
| 3/13/11 | JFAX | $30.00 | | |
| 3/17/11 | Masutin | $1,000.00 | | |
| 4/13/11 | JFAX | $30.00 | | |
| 4/25/11 | RITLABS INC | $8,042.30 | | |
| 5/2/11 | Masutin | $1,000.00 | | |
| 5/13/11 | JFAX | $30.00 | | |
| 6/13/11 | JFAX | $30.00 | | |
| 7/14/11 | JFAX | $30.00 | | |
| 8/14/11 | JFAX | $30.00 | | |
| 9/13/11 | JFAX | $30.00 | | |
| 10/13/11 | JFAX | $37.26 | | |
| 11/10/11 | RITLABS Inc | $16,710.40 | | |
| 11/10/11 | from Karatun, given to Stefan in MD | $500.00 | | |
| 11/13/11 | JFAX | $30.00 | | |
| 11/15/11 | RITLABS Inc - wrong account # | -$16,710.40 | | |
| 12/12/11 | RITLABS Inc | $16,710.40 | | |
| 12/14/11 | JFAX | $30.00 | | |
| | | | -$52,003.06 | |
| | | | | |
| 1/3/11 | thebat.net | $15.00 | | |
| 11/10/11 | thebat.net | $15.00 | | |
| 11/24/11 | ritlabs.com | $15.00 | | |
| 4/27/11 | batpost.com | $15.00 | | |

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215

| | | | | |
|---|---|---|---|---|
| 7/11/11 | cobans.net | $15.00 | | |
| 11/24/11 | ritlabs.com | $15.00 | | |
| 8/24/11 | MD for Basil ->Stefan | $1,380.00 | | |
| 1/18/11 | MD for Basil ->Stefan, Kravchik | $562.00 | | |
| 5/25/11 | MD for Basil ->Stefan, Kravchik | $650.00 | | |
| 9/10/11 | MD for Basil ->Stefan, Kravchik | $600.00 | | |
| 11/10/11 | MD Karatun->Stefan | $500.00 | | |
| 9/14/11 | topspinmd.com #10798 Stef | $15.00 | | |
| 9/14/11 | topspin-md.com #10798 Stef | $15.00 | | |
| 12/31/11 | rs-d VM 208.76.172.229 | $600.00 | | |
| 12/31/11 | hosting | $3,000.00 | | |
| | | | -$7,412.00 | |
| | | | | |
| | | | -$27,133.42 | |

| | | | | |
|---|---|---|---|---|
| | Sales 2012 | $8,757.50 | | |
| | | | $6,130.25 | |
| | | | | |
| | | | | |
| 12/14/11 | JFAX | $30.00 | | |
| 1/13/12 | JFAX | $30.00 | | |
| 2/13/12 | JFAX | $30.00 | | |
| 3/13/12 | JFAX | $30.00 | | |
| | | | -$120.00 | |
| | | | | |
| | hosting | $875.00 | | |
| | rs-d VM 208.76.172.229 | $175.00 | | |
| | | | -$1,050.00 | |
| | | | | |
| | | | $4,960.25 | |

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215

CIFNET (INC) 160

| Type | Date | Name | Memo | Debit | Credit |
|---|---|---|---|---|---|
| Check | 12/31/08 | ILC | contracts | 8,432.40 | |
| Check | 11/20/09 | RIT | demchenko | 70,000.00 | |
| Check | 4/23/10 | RIT | RITLABS Inc | 44,592.33 | |
| Check | 10/26/10 | RIT | RITLABS Inc | 32,025.70 | |
| Check | 3/7/11 | RIT | RITLABS Inc | 23,383.10 | |
| Check | 4/25/11 | RIT | RITLABS INC | 8,042.30 | |
| Check | 11/10/11 | RIT | RITLABS Inc | 16,710.40 | |
| Deposit | 11/15/11 | RIT | RITLABS Inc - wrong account # | | 16,710.40 |
| Check | 12/12/11 | RIT | RITLABS Inc | 16,710.40 | |
| | | | | 219,896.63 | 16710.4 |