# EXHIBIT M

CONFIDENTIAL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

- - - - - - - - - - - - - - - - - x

RITLABS, S.R.L.,                  :

    Plaintiff,                    :

vs.                               :Case No.1:12-cv-00215

RITLABS, INC., ET AL.,            :

    Defendants.                   :

- - - - - - - - - - - - - - - - - x

                              June 7, 2012

                              Alexandria, VA

DEPOSITION OF:

                OLGA SOMOVA

called for examination by counsel for the Plaintiff,

pursuant to notice, taken at the offices of I.S. Law

Firm, PLLC, 1199 North Fairfax Street, Suite 702,

Alexandria, Virginia, commencing at 1:05 p.m., before

Misty Klapper, a Notary Public in and for the

Commonwealth of Virginia, when were present on behalf

of the respective parties:

```
 1   program was launched.  We had action free program for

 2   school for two months.

 3           Q.    What school did you offer this free

 4   program to?

 5           A.    It's not the school.  It's any school.

 6           Q.    Is it correct to state that you offered a

 7   version of your software product to any school for

 8   free for a limited period of time?

 9           A.    Yes.

10           Q.    Did any schools take advantage of this

11   offer, to your personal knowledge?

12           A.    Yes, of course.

13           Q.    What schools took advantage of this?

14           A.    They contact dealers, so they get free

15   key.

16           Q.    Miss Somova, you mentioned that RitLabs,

17   Inc. works with dealers.

18                 What dealers does RitLabs, Inc. work

19   with?

20           A.    Do I have to list them?

21           Q.    Please list them.

22           A.    SoftLogistic; Stech Data, Business IT,
```

CONFIDENTIAL

Page 24

1   **NILTA, Sculskii, Sculskii Enterprise.**

2   **Q.   Are there any others?**

3   **A.   How many?**

4   **Q.   Please list them all.**

5   **A.   No, how many you counted?**

6   **Q.   Five.**

7   **A.   CIF/NET.  That's all.**

8   **Q.   What software is offered through these**
9   **dealers?**

10  MR. GARDEN:  Objection, lack of
11  foundation.

12  BY MR. DI GIACOMO:

13  **Q.   Are there any other pieces of software**
14  **that are offered to these dealers?**

15  **A.   BatPost!**

16  **Q.   Any others?**

17  **A.   No.**

18  **Q.   Miss Somova, are you familiar with the**
19  **software MailVoyager?**

20  **A.   Yes.**

21  **Q.   Is MailVoyager sold through these**
22  **distributors?**