# EXHIBIT O



| LICENSING AGREEMENT | ЛИЦЕНЗИОННЫЙ ДОГОВОР |
|---|---|
| This Licensing Agreement (the "Agreement") is made and entered as of 1st day of December, 2009 (the "Effective Date") by and between **Ritlabs Inc.**, a corporation organized under the laws of the Commonwealth of Virginia (the "Licensor"), and **Soft Logistic LLC**, a (the "Licensee" and collectively with the Licensor, the "Parties" and each, a "Party"). | Настоящий Лицензионный Договор ("Договор") от 1-го декабря 2009 года ("Дата Вступления в Силу"), между **Ritlabs Inc.**, корпорацией организованной на основе законов штата Вирджиния ("Лицензиар", и ООО «**Софт Лоджистик**», ("Лицензиат" и совместно с Лицензиаром именуются "Стороны" и каждый в отдельности - "Сторона" |

## 1. BASIC CONCEPTS

For the Agreement the terms stated below have the following meanings:

*"Agreement"* shall have the meaning set forth in the preamble hereof.

*"Demo Versions of the Software"* – versions of the Software that have temporal (30 days) or functional limitations for using.

*"Software Distribution Kit"* – file signed with the Licensor's digital certificate that contains the program for Software installation/removal and all necessary components for Software functioning on the *User's* computer.

*"License Agreement with the end user"* – agreement between the Licensor (Rightholder) and the *User* that gives the non-exclusive right for using the Software.

*"Agreement Validity Period "* – time interval from the moment of coming into effect of the Agreement to the moment of its dissolution/termination under Section 9 of the Agreement.

*"Licensee"* shall have the meaning set forth in the preamble hereof.

*"User "* – legal or individual person that uses

## 1. ОСНОВНЫЕ ПОНЯТИЯ

В Договоре используются следующие понятия:

*"Договор"* имеет значение, сформулированное в преамбуле данного документа.

*"Демонстрационные версии ПО"* – версии программного обеспечения, имеющие временные (30 дней) или функциональные ограничения по их использованию.

*"Дистрибутив программного обеспечения (дистрибутив ПО)"* – файл, содержащий в себе программу установки/удаления ПО и все необходимые компоненты для функционирования ПО на компьютере *Пользователя*, подписанный цифровым сертификатом Лицензиара.

*"Лицензионный договор о предоставлении права использования ПО (Лицензионное соглашение с конечным пользователем) "* – соглашение между Лицензиаром (Правообладателем) и Пользователем предоставляющее неисключительное право использования ПО.

*"Период действия договора"* – временной интервал от момента вступления Договора в силу до момента его расторжения/прекращения в соответствии с разделом 9 Договора.

*"Лицензиат"* имеет значение, сформулированное в преамбуле данного Договора.

*"Пользователь"* – юридическое или физическое

| | |
|---|---|
| (intends to use) the Software on its computer in concordance with the *License Agreement*. | лицо, использующее (намеревающееся использовать) ПО на своем компьютере в соответствии с *Лицензионным соглашением*. |
| **"Price List "** – list of calculation of the basic (retail) prices for *obtaining rights for using the Software under the License Agreement* (Appendix 1, 2). | **"Прайс-лист"** – устанавливаемый Лицензиаром перечень расчета базовых (розничных) цен для получения прав на использование ПО на основании Лицензионного соглашения (Приложение №1, №2). |
| **"Computer Program"** – the aggregate of data and commands (expressed in any language and any form, including source code and object code) presented in an objective form and intended to make the computer and other computer devices function in order to obtain a certain result. The Computer Program includes additional materials received during its development, as well as audiovisual imagery it generates. | **"Программа для ЭВМ "** – представленная в объективной форме совокупность данных и команд (могут быть выражены на любом языке и в любой форме, включая исходный текст и объектный код), предназначенных для функционирования ЭВМ и других компьютерных устройств в целях получения определенного результата, включая подготовительные материалы, полученные в ходе разработки программы для ЭВМ, и порождаемые ею аудиовизуальные отображения. |
| **"Software "** – computer programs (intellectual property) specified and priced in Appendix 1 and 2, author rights for which belong to Licensor. | **"Программное обеспечение (ПО)"** – программы для ЭВМ (объекты интеллектуальной собственности), спецификация и цены на которые указанны в Приложении №1,№2 Договора, авторские права на которые принадлежат Лицензиару. |
| **"Electronic Key** or **Activation Key"** – unique code generated by the Licensor for each copy of the Software, which is applied for Software activating in concordance with license type and program version and for time restrictions removal. | **"Электронный ключ или ключ активации"** – генерируемый Лицензиаром для каждого экземпляра ПО уникальный код, применяемый для активации ПО, в соответствии с типом лицензии и версии программы, снимающий временные ограничения. |

| | |
|---|---|
| **2.  SUBJECT OF AGREEMENT** | **2.  ПРЕДМЕТ ДОГОВОРА** |
| 2.1. The Licensor grants the Licensee with a non-exclusive right for using the Software indicated in Appendix 1, 2 under the limitations and terms stipulated in the Agreement; the Licensee pays the Licensor author remuneration (royalty) for the granted right. | 2.1.  Лицензиар предоставляет Лицензиату неисключительное право использования Программного обеспечения, указанного в Приложении №1,№2, в обусловленных Договором пределах и на определенный Договором срок, а Лицензиат за предоставление этих прав уплачивает вознаграждение Лицензиару. |
| 2.2. The Licensee sets himself as an object the | 2.2.  Лицензиат ставит своими целями |

          CONFIDENTIAL

promotion of the Software belonging to the Licensor within the territory indicated in Appendix 4.

продвижение Программного обеспечения, принадлежащего Лицензиару, на территории, указанной в Приложении №4.

## 3.   RIGHTS AND OBLIGATIONS OF THE PARTIES

## 3.   ПРАВА И ОБЯЗАННОСТИ СТОРОН

3.1. According to the Agreement, the Licensor gives the Licensee the following non-exclusive rights:

3.1.   По настоящему договору Лицензиар предоставляет Лицензиату следующие неисключительные права:

3.1.1.    the right for Software reproduction granted with the only purpose of transmission of these rights directly or by the third party to the *Software Users*;

3.1.1.   право на воспроизведение ПО предоставляемое с единственной целью передачи этих прав напрямую или через *Дистрибьютора Пользователям ПО*;

3.1.2.    the right for Software distribution;

3.1.2.   право на распространение ПО;

3.1.3.    the right to grant the third party with a non-exclusive right for using the Software only within the limits of the rights and modes of using stipulated in the License Agreement for the Licensee.

3.1.3.   предоставлять неисключительное право использования ПО *Дистрибьютору* только в пределах тех прав и тех способов использования, которые предусмотрены лицензионным договором для Лицензиата.

### 3.2. Licensor is obliged:

### 3.2.   Лицензиар обязан:

3.2.1.    to fulfill the transmission of the *Electronic Keys (Activation Keys)* to the Licensee and to provide the access to the Software Distribution Kit on demand;

3.2.1.   По запросу, осуществлять передачу Лицензиату *Электронных ключей (ключей активации)* и обеспечить доступ к *Дистрибутивам ПО*.

3.2.2.    to notify the Licensee about the modifications in the *Price List* in not less than 14 calendar days before these modifications come into effect;

3.2.2.   Уведомлять Лицензиата об изменениях в *Прайс-листе* и Приложениях к Договору не менее чем за 14 календарных дней до вступления в силу данных изменений.

3.2.3.   to consult the Licensee on the issues related to the calculation of the cost of the Software using rights, to the Software functionality and particularities of installation and exploitation.

**3.3. Licensor has the right:**

3.3.1.   to suspend the transmission of the *Electronic Keys (Activation Keys)* on the Licensee's demand in case of breach of the conditions stipulated in clauses 3.4.1-3.4.4 and 5.1-5.6 of the Agreement from the part of the Licensee;

3.3.2.   to unilaterally modify the *Price List* and the Appendixes to the Agreement, preliminary noticing the Licensee under clause 3.2.2 of the Agreement.

**3.4. Licensee is obliged:**

3.4.1.   to respect the Licensor's author rights;

3.4.2.   to pay author remuneration (royalty) to the Licensor for the non-exclusive property rights under Section 5 of the Agreement;

3.4.3.   to demand the *Activation Key* generation in accordance with the Licensor's requirements;

3.4.4.   not to take actions that could harm the Licensor's activity or image;

3.4.5.   to elaborate and implement marketing strategy and advertising actions meant to increase the number of the *Software Users*.

**3.5. Licensee has the right:**

3.2.3.   Консультировать Лицензиата по вопросам, связанным с расчетом стоимости прав на использование ПО, его функциональностью, особенностями установки и эксплуатации.

**3.3.   Лицензиар имеет право:**

3.3.1.   В случае нарушения Лицензиатом условий оговоренных в п.п. 3.4.1-3.4.4., п.п. 5.1-5.9 Договора приостановить передачу *Электронных ключей (ключей активации)* по запросу Лицензиата.

3.3.2.   В одностороннем порядке вносить изменения в *Прайс-лист* и Приложения к Договору предварительно уведомив об этом Лицензиата в соответствии с п. 3.2.2. Договора.

**3.4.   Лицензиат обязан:**

3.4.1.   Соблюдать авторские права Лицензиара.

3.4.2.   Выплачивать Правообладателю авторское вознаграждение за переданные по Договору неисключительные имущественные права в соответствии с разделом 5 Договора.

3.4.3.   Осуществлять запрос на генерацию *ключа активации* в соответствии с требованиями Лицензиара.

3.4.4.   Не производить действий, которые могут нанести вред деятельности или имиджу Лицензиара.

3.4.5.   Разрабатывать и осуществлять стратегию маркетинга, а также рекламные акции с целью увеличения количества *Пользователей ПО*.

**3.5.   Лицензиат имеет право:**

RINC000693                                   CONFIDENTIAL

*Execution copy*

Commonwealth of Virginia. To the extent permitted by law, the provisions of this Agreement shall supersede any provisions of the Uniform Commercial Code as adopted or made applicable to any products described herein in any competent Jurisdiction. This Agreement shall not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded.

**8.2. Arbitration.**

8.2.1. In the event of a dispute between the Parties arising out of or in connection with this Agreement, the parties hereto shall use their best efforts to resolve the dispute on an amicable basis. If an amicable settlement cannot be reached, either Party hereto may request, by written notice, that the dispute be resolved by arbitration by a panel of three (3) arbitrators before the American Arbitration Association pursuant to the then current rules of the United Nations Commission on International Trade Law (UNCITRAL Rules).

8.2.2. In the event of any conflict between the UNCITRAL Rules and the provisions of this Agreement, the provisions of this Agreement shall prevail

8.2.3. The place of the arbitration shall be District of Columbia, USA

8.2.4. The claimant Party shall appoint an arbitrator and the respondent Party shall appoint one arbitrator, and the two arbitrators so appointed shall appoint the third arbitrator, in accordance with the provisions of the UNCITRAL Rules.

бы полностью в Штате Вирджиния. В той степени, в которой это допустимо в соответствии с законом, условия настоящего Договора должны заменить любые условия Единого Коммерческого Кодекса (Uniform Commercial Code), принятые в отношении любой продукции, описанной в настоящем Договоре, в любой компетентной юрисдикции. Настоящий Договор не подлежит применению в соответствии с Конвенцией Организации Объединенных Наций о Договорах Международной Купли-Продажи Товаров.

**8.2. Арбитраж.**

8.2.1. В случае спора между Сторонами, возникающим в связи с настоящим Договором, стороны должны приложить все усилия для того, чтобы достичь согласия путем переговоров. Если согласие не может быть достигнуто путем переговоров, любая Сторона может запросить в письменной форме, чтобы спор был решен в судебном порядке арбитражным органом в составе трех (3) арбитров Американской Ассоциацией Арбитража, в соответствии с положениями Арбитражного регламента ЮНСИТРАЛ находящимися в силе на тот момент.

8.2.2. В случае любого конфликта между положениями Арбитражного регламента ЮНСИТРАЛ и условиями настоящего Договора, условия этого Договора являются преимущественными.

8.2.3. Место арбитража - Округ Колумбия, США.

8.2.4. Сторона-заявитель должна назначить арбитра, отвечающая Сторона должна назначить одного арбитра, и эти два назначенные арбитра должны назначить третьего арбитра, в соответствии с положениями Арбитражного регламента

ЮНСИТРАЛ.

8.2.5.    The English language shall be used as the written and spoken language for all matters connected with all references to arbitration.

8.2.5.   Для   решения   всех   вопросов, касающихся арбитража должен использоваться английский   язык   как   письменный   и разговорный.

8.2.6.    The decision of the arbitrators shall be made by majority vote and shall be made in writing.

8.2.6.   Решение арбитров должно быть принято большинством голосов и в письменной форме.

8.2.7.    The decision of the arbitrators shall be final and binding on the Parties, save in the event of fraud, manifest mistake or failure by any of the arbitrators to disclose any conflict of interest.

8.2.7.   Решение арбитров должно быть окончательным   и   обязательным   для исполнения   Сторонами,   за   исключением случаев мошенничества, очевидной ошибки или нераскрытия каким-либо из арбитров конфликта интересов.

8.2.8.    The decision of the arbitrators may be enforced by any court of competent jurisdiction and may be executed against the person and assets of the losing Party in any jurisdiction.  For the avoidance of doubt, such court includes any court that is authorized to make such an order by virtue of any treaty or legislation relating to the reciprocal enforcement of foreign arbitral awards or judgments.

8.2.8.   Решение арбитров может быть приведено в исполнение любым судебным органом соответствующей юрисдикции и может быть исполнено против субъекта и имущества проигравшей Стороны находящейся под любой юрисдикцией.   Для   единообразия терминологии   под   судебными   органами следует   понимать   любой   суд,   который уполномочен   делать   предписания   на основании   международного   договора   или законодательства,   касающегося   взаимного приведения   в   исполнение   иностранных арбитражных предписаний или решений.

8.2.9.    Nothing in this Section 8.2 shall prevent a Party from seeking or obtaining equitable relief from a court of competent jurisdiction, whether before, during or after arbitration proceedings.

8.2.9.   Никакая информация из данной Статьи 8.2 не мешает одной из Сторон получить средства   правовой   защиты   по   праву справедливости в   суде соответствующей юрисдикции   как до, так и в течение или по окончанию арбитражного процесса002E

8.3. Legal Expenses.  The prevailing Party in any legal action, including arbitration, brought by one Party against the other and arising out of this Agreement shall be entitled, along with any other rights and remedies it may have, to reimbursement for its

8.3.   Юридические   Расходы.   Побеждающая Сторона в любом юридическом иске, включая арбитраж, начатом одной из сторон против другой в связи с настоящим Договором, вместе   с   любыми   иными   правами   и средствами   юридической   защиты,

expenses, including court costs and reasonable attorney's fees. Such fees may be set by the court in the trial of such action or may be enforced in a separate action brought for that purpose. Such fees shall be in addition to any other relief that may be awarded.

доступными ей, будет иметь право на возмещение ее расходов, включая судебные расходы и, в разумной мере, гонорары адвокатов. Такие гонорары могут быть определены судом, как в ходе самого процесса, так и в рамках отдельного иска, начатого для данной цели.

8.4. Publicity. The Parties shall work together to issue publicity and general marketing communications concerning their relationship and other mutually agreed-upon matters. In addition, neither Party shall issue such publicity and general marketing communications concerning their relationship without the prior written consent of the other Party (not to be unreasonably withheld or delayed). Neither Party shall disclose the terms of this Agreement to any third party other than its outside counsel, auditors, and financial and technical advisors, except as required by law *provided* that Licensee may disclose such information in connection with a bona fide financing of the Licensee subject to the confidentiality obligations not less restrictive than the terms of this Agreement.

8.4. *Публичность.* Стороны обязуются сотрудничать друг с другом в вопросах рекламы и общих маркетинговых коммуникаций, касающихся их отношений и других взаимосогласованных вопросов. Кроме того, ни одна из Сторон не должна выпускать рекламу и общие маркетинговые программы, касающиеся их отношений, без предшествующего письменного согласия другой Стороны (в котором не должно быть необоснованно отказано или которое не должно быть необоснованно задержано). Ни одна из Сторон не должна раскрывать условия настоящего Договора третьим лицам, за исключением ее адвоката, аудиторов, и финансовых и технических советников, за исключением случаев, предусмотренных законом.

8.5. Notices. All claims, instructions, consents, designations, notices, waivers, and other communications ("*Notifications*") in connection with the Agreement will be in writing. Such Notifications will be deemed properly given (a) when received if delivered personally, (b) if delivered by facsimile transmission when the appropriate telecopy confirmation is received; (c) upon the receipt of the electronic transmission by the server of the recipient when transmitted by electronic mail, or (d) within three (3) days after deposit with an internationally recognized express delivery service, in each case when transmitted to a Party specified in section specified in section "ADDRESSES AND IDENTIFICATION OF THE PARTIES"

8.5. *Уведомления.* Все требования, инструкции, согласия, обозначения, уведомления, отказы, и другая информация в связи с Договором ("*Уведомления*") должны быть предоставлены в письменной форме. Такие Уведомления будут считаться предоставленными должным образом (a) когда получены в результате личной доставки, (b) если доставлены посредством факсимильной связи, когда получено соответствующее подтверждение об успешной передаче телекопии; (c) после получения электронного сообщения сервером получателя в случае использования электронной почты, или (d) по истечению трех (3) дней после получения уведомления международно-признанной службы доставки экспресс почты, во всех случаях, когда Уведомление отправлено Стороне по адресу или местоположению указанному в разделе "АДРЕСА И РЕКВИЗИТЫ СТОРОН"

RINC000696                                        CONFIDENTIAL

8.6. <u>Counterparts of the Agreement.</u> The Agreement may be separately executed by the Parties in two (2) or more counterparts and all such counterparts shall be deemed an original, but all of which together shall constitute one and the same instrument and will be binding on the Parties as if they had originally signed one copy of the Agreement. Delivery of a copy of this Agreement or such other document bearing an original signature by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the worldwide web), by electronic mail in "portable document format" (".pdf") form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing the original signature. "Originally signed" or "original signature" means or refers to a signature that has not been mechanically or electronically reproduced.

8.6. **Экземпляры Договора.** Договор может быть отдельно подписан Сторонами в двух (2) или большем количестве экземпляров, и все такие экземпляры будут считаться оригиналом, но все они, взятые в совокупности, должны составить один и тот же документ, и считаться обязательными для исполнения Сторонами, как если бы они первоначально подписали один экземпляр Договора. Вручение копии настоящего Договора или другого документа, содержащего оригинал подписи, путем передачи по факсимильной связи (непосредственно от одного факсимильного устройства к другому посредством подключающейся связи или связанной всемирной электронной сетью Интернет), электронной почтой в форме "портативного документального формата" (".pdf") или любыми другими электронными средствами, имеющими целью сохранить первоначальный графический и иллюстрированный формат документа, будет иметь тот же самый эффект, что физическое вручение бумажного документа, носящего подпись в оригинале. "Подписанное в оригинале" или "подпись в оригинале" означает или относится к подписи, которая не была воспроизведена механически или с помощью электроники.

## 9. EXPIRATION DATE AND AGREEMENT TERMINATION PROCEDURE

9.1. The present Agreement comes into effect from the moment of signing and remains valid for 2 (two) calendar years starting with the date of coming into effect inclusive. If within 40 (forty) days before the expiration date none of the *Parties* declares the intention of dissolving the Agreement, the contractual time is considered to be extended for 2 (two) more calendar years.

9.2. The present Agreement can be dissolved before the appointed time by mutual consent of the Parties or unilaterally, one of the Parties sending the other one a written notice about the dissolution of the Agreement. In this case the Agreement is dissolved in 40 (forty) days after the Second Part receives the First Part's notice.

9.3. Licensee may terminate this Agreement by giving notice to Licensor at any time if Licensor has breached any representation, warranty, obligation or covenant contained in this Agreement in any material respect and this breach has not been cured within a 15 day period;

9.4. Licensor may terminate this Agreement by giving notice to Licensee at any time if Licensee has breached any material representation, warranty, obligation or covenant contained in this Agreement and this breach has not been cured within a 15 day period;

9.5. After the Agreement's expiry or early

## 9. СРОК ДЕЙСТВИЯ И ПОРЯДОК РАСТОРЖЕНИЯ ДОГОВОРА

9.1. Настоящий Договор вступает в силу с даты подписания Сторонами и действует 2 (два) календарных года, начиная (включительно) с даты вступления настоящего Договора в силу. Если за 40 (сорок) дней до окончания срока действия Договора ни одна из *Сторон* не заявит в письменной форме о намерении его расторгнуть, срок действия Договора автоматически продлевается на 2 (два) года.

9.2. Настоящий Договор может быть досрочно расторгнут по обоюдному согласию Сторон или одной из Сторон путем направления другой Стороне письменного уведомления о расторжении Договора. В этом случае Договор прекращает свое действие через 40 (сорок) дней после получения уведомления второй Стороной.

9.3. Лицензиат может прервать действие настоящего Договора в любое время, предоставив Лицензиару соответствующее уведомление, в случае, если Лицензиар дважды в течение полугода существенно нарушил условия или соглашения, содержащиеся в настоящем Договоре, и это нарушение не было исправлено в течение 15 дней;

9.4. Лицензиар может прервать действие настоящего Договора в любое время, предоставив Лицензиату соответствующее уведомление, в случае, если Лицензиат дважды в течение полугода существенно нарушил условия или соглашения, содержащиеся в настоящем Договоре, и это нарушение не было исправлено в течение 15 дней;

9.5. По истечении срока действия Договора

RINC000698                    CONFIDENTIAL

*Execution copy*

| | |
|---|---|
| dissolution the Licensee loses the right to use the Software and is obliged to fulfill mutual settlement of accounts with the Licensor within a month after the abovementioned events take place. | или досрочном его расторжении, Лицензиат теряет право использовать ПО и обязуется провести взаиморасчеты с Лицензиаром в течение месяца со дня наступления вышеуказанных событий. |

### 10. APPENDIXES

### 10. ПРИЛОЖЕНИЯ

| | | | |
|---|---|---|---|
| Appendix 1 | Software specification and prices The Bat! (ENGLISH / RUSSIAN) | Приложение №1 | Спецификация и цены на ПО The Bat! (ENGLISH / RUSSIAN) |
| Appendix 2 | Software specification and prices BatPost (ENGLISH / RUSSIAN) | Приложение №1 | Спецификация и цены на ПО BatPost! (ENGLISH / RUSSIAN) |
| Appendix 3 | License Agreement with the end user (ENGLISH / RUSSIAN) | Приложение №3 | Лицензионное соглашение с конечным пользователем (ENGLISH / RUSSIAN) |
| Appendix 4 | Territory(ENGLISH / RUSSIAN) | Приложение №4 | Территория (ENGLISH / RUSSIAN) |

| | |
|---|---|
| IN WITNESS WHEREOF, each of the undersigned Parties to this Licensing Agreement has caused this Agreement to be duly executed in its corporate name by one of its authorized representatives, all as of the date first set forth above. | В ЗАСВИДЕТЕЛЬСТВОВАНИЕ СЕГО, каждая из нижеподписавшихся Сторон данного Лицензионного Договора соответственно подписала Договор от своего имени одним из уполномоченных представителей. |

**LICENSOR**

Ritlabs, Inc.

By: _____

Name:   *SERGUEI DEMCENKO*

Title:   *CEO*

**LICENSEE**

Soft Logistic LLC

By: _____

Name:

Title:

   CONFIDENTIAL

*Execution copy*

| ADDRESSES AND IDENTIFICATION OF THE PARTIES | АДРЕСА И РЕКВИЗИТЫ СТОРОН |
|---|---|

**Licensor**

**RITLABS Inc**

901 N. Pitt Street
Suite 325
Alexandria, VA 22314
e-mail: office@ritlabs.com
facsimile: +1 877 373-4894

**Licensee**

**Soft Logistic LLC**

20/4,  3A, Luzhnetskaya naberezhnaya,
Office 304
Moscow, Russia, 119270
e-mail: info@softline.ru
e-mail: info@axoft.ru

**Banking information:**

*USD account:*

| *Name of the bank:* | Citibank |
|---|---|
| *Address of the bank:* | Reston Financial Center 11800 Spectrum Center Reston, VA 20190 |
| *Swift:* | CITIUS33 |
| *Account:* | 15485439 |

**Banking information:**

*USD account:*

| *Name of the bank:* | Moscow Branch of Rosbank |
|---|---|
| *Address of the bank:* | 11, M. Porivaevoy street , Moscow, 1 07078 Russia |
| *Swift:* | RS BNRUMM |
| *Account:* | 40702810187890000273 |

## LICENSOR'S SOFTWARE SPECIFICATION AND PRICES

### SOFTWARE - THE BAT!

| License type | | Single | Multi | |
|---|---|---|---|---|
| Home | | 25.00 USD | none | |
| Professional (basic license) | | P=35.00 USD | 2-10 (w/s) | P-20% |
| | | | 11-30(w/s) | P-30% |
| **Extra discount*** | **Discount for schools** | | | |
| -30% from the basic license | -85% from the basic license (min 10 licenses) | | 31-50(w/s) | P-50% |
| | | | 51-100(w/s) | P=$875+15*(n-50) |
| | | | 101-...(w/s) | P=$1625+$5*(n-100) |

* Extra discount is given to the following groups of users: non-profit organizations, students, educational institutions (universities, institutes), registered users purchasing the rights for using new versions of the Software

Спецификация и цена для конечного пользователя на программное обеспечение Лицензиара

### *Программное обеспечение - The Bat*

| Тип лицензии | | Однопользо- вательская лицензия | Многопользовательская лицензия | |
|---|---|---|---|---|
| Home | | 25.00 USD | Нет | |
| Professional (базовая лицензия) | | P=35.00 USD | 2-10 (р/м) | P-20% |
| | | | 11-30(р/м) | P-30% |
| **Дополнительная скидка*** | **Скидка для школ** | | | |
| -30% от базовой лицензии | -85% от базовой лицензии (мин.10 лицензий) | | 31-50(р/м) | P-50% |
| | | | 51-100(р/м) | P=$875+15*(n-50) |
| | | | 101-...(р/м) | P=$1625 +$5*(n-100) |

* Дополнительная скидка предоставляется для следующих групп пользователей: некоммерческие организации, студенты, образовательные учреждения (университеты, институты), зарегистрированные пользователии при приобретении права пользования новых версий ПО.

RINC000701                                        CONFIDENTIAL

*Execution copy*

Appendix 2

## LICENSOR'S SOFTWARE SPECIFICATION AND PRICES

### SOFTWARE – BatPost

ENGLISH

| № | | Number | Units | USD |
|---|---|---|---|---|
| 1 | **BatPost Server, basic installation (50 accounts are included in the price)** | 1 | pieces | 50.00 |
| 2 | **Additional accounts for BatPost** | 1-50 | pieces | 1.00 |
| | | 51-100 | pieces | 0.90 |
| | | 101-200 | pieces | 0.80 |
| | | 201-300 | pieces | 0.70 |
| | | 300 and more | pieces | 0.60 |

RUSSIAN

### ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ – BatPost!

| № | | Количество | Единица измерения | USD |
|---|---|---|---|---|
| 1 | **BatPost! Сервер, базовая установка (в стоимость включено 50 учетных записей)** | 1 | Шт. | 50.00 |
| 2 | Дополнительные учетные записи для **BatPost!** | 1-50 | Шт. | 1.00 |
| | | 51-100 | Шт. | 0.90 |
| | | 101-200 | Шт. | 0.80 |
| | | 201-300 | Шт. | 0.70 |
| | | 300 и более | Шт. | 0.60 |

RINC000702

CONFIDENTIAL

Appendix 3

ENGLISH

**License agreement with the end user on using the Ritlabs SRL software**

The present agreement is set between you – the User (individual or legal entity) and Ritlabs SRL company (Rightholder) concerning the usage of the software (Program) belonging to RITLabs that comes together with the Agreement.

IMPORTANT:

ONCE YOU INSTALL THIS SOFTWARE, YOU ACCEPT THIs LICENSE AGREEMENT. IF YOU DON'T AGREE, RENOUNCE THE FURTHER INSTALLATION AND USAGE OF THE SOFTWARE.

Installation and Usage. Unregistered copies of the Program can be installed and used only for getting acquainted with it in a 30-day trial period. On the expiry of this 30-day period you must either register the Program or stop using it. The registration gives you the right to use the program after the 30-day trial period, to receive technical support and to benefit of the options granted exclusively to the registered Users, as well as to receive the updates of the Program within its current version (actual in the moment of purchasing) from the Rightholder without additional payments. On registering the Program and making the fixed payment in the size that is stipulated in the agreement between you and the party executing the transfer of rights you receive the Program activation code and the Individual License that cannot be returned. According to the given agreement, you get a non-exclusive license for using the Program: you can install it, benefit of the Program's features, access, display and launch one copy of the Program and handle one copy of the Program on one computer of the User, workstation – User's terminal.

Usage limitations. Program must not be hired out, leased or transmitted. This license forbids any usage of the Program that would violate any international or local law. Any such action is an exclusive liability of the acting person. You have no right to distribute, copy, imitate, multiply, sell, modify, decompile, disassemble or change the components of the Program by no means. You can make copy of the components of the Program only under the condition that this copy is destined for backup purposes only. Any unauthorized usage will lead to immediate and automatic termination of the present Agreement and may also cause law proceedings.

Reservation of the property right for the Program. The Program is protected by law and agreements on author right and other intellectual property rights. Ritlabs SRL possesses all the author rights for the Program. The Program is not sold; it is given for usage according to the License Agreement.

Limited warranty. The Program is granted as general purpose software, not for any specific purpose of the User. You agree that any software can contain errors. We strongly recommend you to make backup copies of your files. Ritlabs SRL is not liable for losses, damages, costs and expenditures incurred by the User or by the third party as a result of incorrect use of the Program, including (under no limitation) the liabilities for business expenses, idle-times, losses incurred by the User or by the third party as a result of the absence, malfunction, virus, error of disfunction of the Program. Ritlabs SRL is not liable for indirect, special, accidental damages, as well as for their consequences related to the matter of the Agreement.

Confirmation of the presence of the license at the end user. If you received a nonexclusive right for using the Program according to the License Agreement, the type of your license, serial number of the key and user name can be viewed by pressing "Alt+F1" while working with the Program. Activation key of the Program must be kept as confirmation of the fact that you have the license for using the Program.

© Ritlabs 1997-2010

 CONFIDENTIAL

**Лицензионное соглашение с конечным пользователем по использованию программного обеспечения компании Ritlabs SRL**

Данное лицензионное соглашение  является соглашением между вами - Пользователем (физическое или юридическое лицо) и компанией Ritlabs SRL (Правообладатель) по использованию программного обеспечения (Программа), принадлежащего компании Ritlabs SRL и сопровождающего данное Лицензионное соглашение.

**ВАЖНО:**
ЕСЛИ ВЫ УСТАНОВИТЕ ДАННОЕ ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ, ТЕМ САМЫМ ВЫ ПОДТВЕРДИТЕ СВОЕ СОГЛАСИЕ СОБЛЮДАТЬ УСЛОВИЯ ДАННОГО ЛИЦЕНЗИОННОГО СОГЛАШЕНИЯ. ЕСЛИ ВЫ НЕ СОГЛАСНЫ, ОТКАЖИТЕСЬ ОТ ДАЛЬНЕЙШЕЙ УСТАНОВКИ И ИСПОЛЬЗОВАНИЯ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ

**Установка и использование.** Незарегистрированные копии Программы могут быть установлены и использованы только в целях ознакомления в течение 30-дневного испытательного срока. До истечения 30-дневного периода вы должны либо зарегистрировать Программу, либо прекратить ее использование. Регистрация предоставит вам право использовать Программу по истечении 30-дневного испытательного срока, получать техническую поддержку и использовать опции, предоставляемые только зарегистрированным Пользователям, а также без уплаты дополнительного вознаграждения получать от Правообладателя обновления Программы в рамках текущей версии, актуальной в момент покупки. При регистрации и оплате фиксированного вознаграждения, размер которого определяется условиями соглашения между вами и стороной, осуществляющей передачу прав, вам передается код активации Программы и Именная Лицензия, не подлежащие возврату. Согласно настоящему соглашению вам предоставляется неисключительная лицензия на использование Программы: вы можете установить, использовать функциональные возможности Программы, осуществлять доступ, отображать и запускать одну копию Программы и обращаться к одной копии Программы на одном компьютере Пользователя, рабочей станции—терминале Пользователя.

**Ограничения использования:** Программа не должна даваться напрокат, сдаваться в аренду или передаваться. Данная лицензия запрещает любое использование Программы, которое нарушает международные или местные законы. Любое такое действие будет исключительной ответственностью лица, совершающего такое действие. Вы не имеете права распространять, копировать, имитировать, размножать, продавать, вносить изменения, декомпилировать, разбирать или иным образом изменять компоненты Программы. Вы можете изготовить копию компонентов Программы при условии, что эта копия предназначена только для архивных целей. Любое несанкционированное использование приведет к незамедлительному и автоматическому прекращению настоящего лицензионного соглашения и может, как следствие, привести к судебному процессу.

**Сохранение права собственности на Программу.** Программа защищена законами и соглашениями об авторском праве и других правах на интеллектуальную собственность. Компании Ritlabs SRL принадлежат все авторские права на Программу. Программа не продается, а предоставляется в пользование согласно лицензионному соглашению.

**Ограниченная гарантия.** Программа предназначается и предоставляется в качестве программного обеспечения общего назначения, а не для какой-либо конкретной цели пользователя. Вы соглашаетесь с тем, что любое программное обеспечение может содержать ошибки, поэтому настоятельно рекомендуем регулярно создавать резервные копии своих файлов. Ritlabs SRL не несет ответственности за потерю, повреждение, издержки и затраты, понесенные вами или третьим лицом в результате неправильного использования Программы, включая без ограничений обязательства за торговые расходы, простой оборудования, потери, понесенные вами или третьим лицом в результате отсутствия, неисправности, вируса, ошибки или нарушения работы Программы. Ritlabs SRL не несет ответственности за косвенный, особый, случайный ущерб, а также его последствия, связанные или возникающие в связи с предметом настоящего Соглашения.

**Подтверждение наличия лицензии у конечного пользователя.** Если вы получили неисключительное право пользования Программой в соответствии с лицензионным соглашением, тип вашей лицензии, серийный номер ключа, а также имя Пользователя, можно просмотреть, нажав клавиши «Alt+F1» при работе в Программе.  Ключ активации Программы необходимо хранить в качестве доказательства того, что у вас есть лицензия на использование Программы.

© Ritlabs 1997-2010

CONFIDENTIAL

Appendix 4

## Territory

| 1.Russian Federation | 1.Российская Федерация |
|---|---|
| 2. CIScountries, except Moldova | 2.Страны СНГ, кроме Молдовы |

CONFIDENTIAL

| LICENSING AGREEMENT | ЛИЦЕНЗИОННЫЙ ДОГОВОР |
|---|---|
| This Licensing Agreement (the "Agreement") is made and entered this 1st day of February, 2010 (the "Effective Date") by and between Ritlabs Inc., a corporation organized under the laws of the Commonwealth of Virginia (the "Licensor"), and "Business IT" LLC (the "Licensee" and collectively with the Licensor, the "Parties" and each, a "Party"). | Настоящий Лицензионный Договор ("Договор") заключен и введен в действие 01 февраля 2010 года ("Дата Вступления в Силу"), между Ritlabs Inc., корпорацией организованной на основе законов штата Вирджиния ("Лицензиар"), и ООО «Бизнес Ай Ти» («Лицензиат») и совместно с Лицензиаром именуются "Стороны" и каждый в отдельности - "Сторона" . |

## 1.  BASIC CONCEPTS

For the Agreement the terms stated below have the following meanings:

*"Agreement"* shall have the meaning set forth in the preamble hereof.

*"Demo Versions of the Software"* – versions of the Software that have temporal (30 days) or functional limitations for using.

*"Software Distribution Kit"* – file signed with the Licensor's digital certificate that contains the program for Software installation/removal and all necessary components for Software functioning on the *User's* computer.

*"License Agreement with the end user"* – agreement between the Licensor (Rightholder) and the *User* that gives the non-exclusive right for using the Software.

*"Agreement Validity Period "*– time interval from the moment of coming into effect of the Agreement to the moment of its dissolution/termination under Section 9 of the Agreement.

*"Licensee"* shall have the meaning set forth in the preamble hereof.

*"User"* – legal or individual person that uses (intends to use) the Software on its computer in concordance with the *License Agreement*.

## 1.  ОСНОВНЫЕ ПОНЯТИЯ

В Договоре используются следующие понятия:

*"Договор"* имеет значение, сформулированное в преамбуле данного документа.

**"Демонстрационные версии ПО"** – версии программного обеспечения, имеющие временные (30 дней) или функциональные ограничения по их использованию.

**"Дистрибутив программного обеспечения (дистрибутив ПО)"** – файл, содержащий в себе программу установки/удаления ПО и все необходимые компоненты для функционирования ПО на компьютере *Пользователя*, подписанный цифровым сертификатом Лицензиара.

**"Лицензионный договор о предоставлении права использования ПО (Лицензионное соглашение с конечным пользователем) "**– соглашение между Лицензиаром (Правообладателем) и Пользователем предоставляющее неисключительное право использования ПО.

**"Период действия договора"** – временной интервал от момента вступления Договора в силу до момента его расторжения/прекращения в соответствии с разделом 9 Договора.

**"Лицензиат"** имеет значение, сформулированное в преамбуле данного Договора.

**"Пользователь"** — юридическое или физическое лицо, использующее (намеревающееся использовать) ПО на своем компьютере в

| | соответствии с *Лицензионным соглашением.* |
|---|---|
| **"Price List "**– list of calculation of the basic (retail) prices for *obtaining rights for using the Software under the License Agreement* (Appendix 1, 2). | **"Прайс-лист"** – устанавливаемый Лицензиаром перечень расчета базовых (розничных) цен для получения прав на использование ПО на основании Лицензионного соглашения (Приложение №1, №2). |
| **"Computer Program"** – the aggregate of data and commands (expressed in any language and any form, including source code and object code) presented in an objective form and intended to make the computer and other computer devices function in order to obtain a certain result. The Computer Program includes additional materials received during its development, as well as audiovisual imagery it generates. | **"Программа для ЭВМ "**– представленная в объективной форме совокупность данных и команд (могут быть выражены на любом языке и в любой форме, включая исходный текст и объектный код), предназначенных для функционирования ЭВМ и других компьютерных устройств в целях получения определенного результата, включая подготовительные материалы, полученные в ходе разработки программы для ЭВМ, и порождаемые ею аудиовизуальные отображения. |
| **"Software "**– computer programs (intellectual property) specified and priced in Appendix 1 and 2, author rights for which belong to Licensor. | **"Программное обеспечение (ПО)"** – программы для ЭВМ (объекты интеллектуальной собственности), спецификация и цены на которые указанны в Приложении №1,№2 Договора, авторские права на которые принадлежат Лицензиару. |
| **"Electronic Key or Activation Key"** – unique code generated by the Licensor for each copy of the Software, which is applied for Software activating in concordance with license type and program version and for time restrictions removal. | **"Электронный ключ или ключ активации"** – генерируемый Лицензиаром для каждого экземпляра ПО уникальный код, применяемый для активации ПО, в соответствии с типом лицензии и версии программы, снимающий временные ограничения. |

| 2. **SUBJECT OF AGREEMENT** | 2. **ПРЕДМЕТ ДОГОВОРА** |
|---|---|
| 2.1. The Licensor grants the Licensee with a non-exclusive right for using the Software indicated in Appendix 1, 2 under the limitations and terms stipulated in the Agreement; the Licensee pays the Licensor author remuneration (royalty) for the granted right. | 2.1. Лицензиар предоставляет Лицензиату неисключительное право использования Программного обеспечения, указанного в Приложении №1,№2, в обусловленных Договором пределах и на определенный Договором срок, а Лицензиат за предоставление этих прав уплачивает вознаграждение Лицензиару. |
| 2.2. The Licensee sets himself as an object the promotion of the Software belonging to the Licensor within the territory indicated in | 2.2. Лицензиат ставит своими целями продвижение Программного обеспечения, принадлежащего Лицензиару, на территории, |

*execution copy*

Appendix 4.

указанной в Приложении №4.

## 3. RIGHTS AND OBLIGATIONS OF THE PARTIES

## 3. ПРАВА И ОБЯЗАННОСТИ СТОРОН

3.1. According to the Agreement, the Licensor gives the Licensee the following non-exclusive rights:

3.1. По настоящему договору Лицензиар предоставляет Лицензиату следующие неисключительные права:

3.1.1.    the right for Software reproduction granted with the only purpose of transmission of these rights directly or by the third party to the *Software Users*;

3.1.1.  право на воспроизведение ПО предоставляемое с единственной целью передачи этих прав напрямую или через *Дистрибьютора Пользователям ПО*;

3.1.2.    the right for Software distribution;

3.1.2.  право на распространение ПО;

3.1.3.    the right to grant the third party with a non-exclusive right for using the Software only within the limits of the rights and modes of using stipulated in the License Agreement for the Licensee.

3.1.3.  предоставлять неисключительное право использования ПО *Дистрибьютору* только в пределах тех прав и тех способов использования, которые предусмотрены лицензионным договором для Лицензиата.

3.2. Licensor is obliged:

3.2. Лицензиар обязан:

3.2.1.    to fulfill the transmission of the *Electronic Keys (Activation Keys)* to the Licensee and to provide the access to the Software Distribution Kit on demand;

3.2.1.  По запросу, осуществлять передачу Лицензиату *Электронных ключей (ключей активации)* и обеспечить доступ к *Дистрибутивам ПО*.

3.2.2.    to notify the Licensee about the modifications in the *Price List* in not less than 14 calendar days before these modifications come into effect;

3.2.2.  Уведомлять Лицензиата об изменениях в *Прайс-листе* и Приложениях к Договору не менее чем за 14 календарных дней до вступления в силу данных изменений.

RINC000761                    CONFIDENTIAL

*Execution copy*

3.2.3.    to consult the Licensee on the issues related to the calculation of the cost of the Software using rights, to the Software functionality and particularities of installation and exploitation.

3.2.3.    Консультировать Лицензиата по вопросам, связанным с расчетом стоимости прав на использование ПО, его функциональностью, особенностями установки и эксплуатации.

**3.3. Licensor has the right:**

**3.3.    Лицензиар имеет право:**

3.3.1.    to suspend the transmission of the *Electronic Keys (Activation Keys)* on the Licensee's demand in case of breach of the conditions stipulated in clauses 3.4.1-3.4.4 and 5.1-5.6 of the Agreement from the part of the Licensee;

3.3.1.    В случае нарушения Лицензиатом условий оговоренных в п.п. 3.4.1-3.4.4., п.п. 5.1-5.9 Договора приостановить передачу *Электронных ключей (ключей активации)* по запросу Лицензиата.

3.3.2.    to unilaterally modify the *Price List* and the Appendixes to the Agreement, preliminary noticing the Licensee under clause 3.2.2 of the Agreement.

3.3.2.    В одностороннем порядке вносить изменения в *Прайс-лист* и Приложения к Договору предварительно уведомив об этом Лицензиата в соответствии с п. 3.2.2. Договора.

**3.4. Licensee is obliged:**

**3.4.    Лицензиат обязан:**

3.4.1.    to respect the Licensor's author rights;

3.4.1.    Соблюдать авторские права Лицензиара.

3.4.2.    to pay author remuneration (royalty) to the Licensor for the non-exclusive property rights under <u>Section 5</u> of the Agreement;

3.4.2.    Выплачивать Правообладателю авторское вознаграждение за переданные по Договору неисключительные имущественные права в соответствии с <u>разделом 5</u> Договора.

3.4.3.    to demand the *Activation Key* generation in accordance with the Licensor's requirements;

3.4.3.    Осуществлять запрос на генерацию *ключа активации* в соответствии с требованиями Лицензиара.

3.4.4.    not to take actions that could harm the Licensor's activity or image;

3.4.4.    Не производить действий, которые могут нанести вред деятельности или имиджу Лицензиара.

3.4.5.    to elaborate and implement marketing strategy and advertising actions meant to increase the number of the *Software Users*.

3.4.5.    Разрабатывать и осуществлять стратегию маркетинга, а также рекламные акции с целью увеличения количества *Пользователей ПО*.

**3.5. Licensee has the right:**

**3.5.    Лицензиат имеет право:**

RINC000762                    CONFIDENTIAL

3.5.1.    to consult the *Users* on the issues of calculation of the cost of the Software using rights in concordance with the Licensor's *Price List*;

3.5.2.    to execute the technical support consulting the *Users*;

3.5.3.    to use the logos and other brand style elements situated in the Licensor's Software, essentials and marketing materials if such using is related to Software advertisement (promotion);

3.5.4.    to address the Licensor any questions related to the execution of the Agreement using the email office@ritlabs.com.

## 4.  TRANSMISSION OF RIGHTS PROCEDURE

4.1. All the rights transmitted under the present Agreement are considered to be transmitted from the Licensor to the Licensee under the conditions of the Agreement from the date of its signing.

## 5.  PROCEDURE OF SETTLEMENTS

5.1. The Licensee pays author remuneration (royalty) to the Licensor for the non-exclusive property rights transmitted under the present Agreement.

5.2. Author remuneration (royalty) makes up 70% (seventy percent) of the Software price indicated in the Licensor's *Price List*.

5.3. Monthly, not later than the 5th day of the month next to the reporting month, the Licensee provides the Licensor with the electronic report containing the

---

3.5.1.   Консультировать *Пользователей* по вопросам расчета стоимости прав на использование ПО в соответствии с *Прайс-листом* Лицензиара.

3.5.2.   Консультировать *Пользователей* осуществляя их техническую поддержку.

3.5.3.   Использовать логотипы, а также иные элементы брэнд-стиля, которые встречаются в реквизитах, ПО и маркетинговых материалах Лицензиара, если такое использование связаны с рекламой (продвижением) ПО.

3.5.4.   По всем вопросам, связанным с исполнением Договора обращаться по электронной почте к Лицензиару, по адресу office@ritlabs.com.

## 4.  ПОРЯДОК ПЕРЕДАЧИ ПРАВ

4.1.  Все права, передаваемые по настоящему Договору, считаются переданными Лицензиату от Лицензиара по условиям настоящего Договора с даты его подписания.

## 5.  ПОРЯДОК РАСЧЕТОВ

5.1.  За переданные по настоящему Договору неисключительные имущественные права Лицензиат выплачивает Лицензиару авторское вознаграждение.

5.2.  Авторское вознаграждение составляет 70% (семьдесят процентов) от стоимости ПО, указанной в *Прайс-листе* Лицензиара.

5.3.  Ежемесячно, не позднее 5-го числа месяца, следующего за отчетным, *Лицензиат* предоставляет *Лицензиару* отчет, содержащий сведения о количестве реализованных прав

RINC000763                                    CONFIDENTIAL

information about the amount of Software using rights sold.

на использование ПО.

5.4. The amount of Software using rights sold must correspond to the number of the *Electronic Keys (Activation Keys)* transmitted by the Licensor to the Licensee in the reporting period.

5.4. Количество реализованных прав на использование ПО должно соответствовать количеству выданных *электронных ключей(ключей активации)* переданных Лицензиаром Лицензиату в течение соответствующего расчетного периода.

5.5. In 2 (two) working days from the moment of receiving the report, the Licensor examines and accepts the Licensee's report or, if any objections appear, within the same period writes and sends a reasoned electronic refuse to accept the Licensee's Report. If the Licensor doesn't present his objections to the Licensee's Report within the indicated period, it is considered accepted by the Licensor. If the objections on the Licensee's Report appear, a reconciliation report is made within 10 (ten) days from the date when the Licensee received the Licensor's reasoned electronic refuse to accept the Licensee's Report.

5.5. Лицензиар в течение 2-х рабочих дней с момента получения Отчета Лицензиата рассматривает и принимает Отчет Лицензиата, либо при наличии возражений по Отчету Лицензиата в тот же срок составляет и направляет Лицензиату мотивированный отказ от принятия Отчета Лицензиата в электронном виде. При наличии возражений по Отчету Лицензиата Стороны составляют акт сверки в течение 5 (Пять) дней с даты получения Лицензиатом мотивированного отказа Лицензиара от принятия Отчета Лицензиата в электронном виде.

5.6. The payment of the author remuneration is made by the Licensee under the Agreement and invoice made out in accordance with the data indicated in the Licensee's report. The payment is made by bank transfer in U.S. dollars within 30 (thirty) working days from the date when the Licensee receives from the Licensor a signed invoice in electronic form.

5.6. Выплата авторского вознаграждения производится Лицензиатом на основании Договора и счета, выписанного в соответствии с данными, указанными в отчете Лицензиата. Оплата производится банковским перечислением в USD, не позднее 30 (тридцати) рабочих дней после получения Лицензиатом от Лицензиара подписанного счета в электронном виде.

5.7. Taking into account that the Licensor is a U.S. tax resident and in concordance with the "Convention between the United States of America and the Russian Federation for the Avoidance of Double Taxation and the Prevention of Fiscal Evasion with respect to Taxes on Income and Capital" from June 17, 1992, as well as that the Licensor doesn't have permanent representation in the Russian Federation, royalties that the Licensor receives from the Licensee are

5.7. Принимая во внимание то, что Лицензиар является налоговым резидентом Соединенных Штатов Америки и в соответствии с договором между РФ и США от 17.06.1992 "Об избежании двойного налогообложения и предотвращении уклонения от налогообложения в отношении налогов на доходы и капитал" , а также то, что Лицензиар не имеет постоянного представительства в Российской Федерации, доходы от авторских прав и лицензий,

taxable only in the United States of America. However, the Licensor shall give the Licensee that pays such royalties a confirmation of the fact that the Licensor has a permanent establishment in the United States of America.

5.8. The expenses for money transfer to the Licensor's account and for the correspondent banks services are born by the Licensee.

## 6.  ADDITIONAL TERMS

6.1. The Licensor guarantees that he has all the necessary exclusive property rights for the Software.

6.2. All taxes and duties set by Licensee's state are collected from the Licensee.

6.3. All modifications and supplements to the Agreement are considered valid if they are executed in written form and signed by the authorized representatives of the Parties.

## 7.  INFORMATION CONFIDENTIALITY

7.1. The conditions related to the amount and payment of the author remuneration are confidential and are not to be made public within the contractual time and 3 (three) years after its termination.

## 8.  LIABILITY OF THE PARTIES AND ARBITRATION

8.1. Governing Law.  This Agreement shall be construed and interpreted in accordance with the laws of the Commonwealth of Virginia without reference to conflicts of law rules or principles as though entered into between Virginia residents and to be performed entirely within the Commonwealth of Virginia.  To the extent

получаемые Лицензиаром от Лицензиата, облагаются налогом только в Соединенных Штатах Америки. При этом Лицензиар должен представить Лицензиату, выплачивающему доход, подтверждение того, что Лицензиар имеет постоянное местонахождение в Соединенных Штатах Америки.

5.8. Расходы по перечислению денежных средств на счет Лицензиара и услуги банков-корреспондентов оплачиваются Лицензиатом.

## 6.  ДОПОЛНИТЕЛЬНЫЕ УСЛОВИЯ

6.1. Лицензиар гарантирует наличие у него исключительных имущественных прав в необходимом объеме на ПО.

6.2. Все налоги и сборы, установленные страной Лицензиата, взимаются за счет Лицензиата.

6.3. Все изменения и дополнения к Договору признаются действительными, если они совершены в письменной форме и подписаны уполномоченными представителями Сторон.

## 7.  КОНФИДЕНЦИАЛЬНОСТЬ ИНФОРМАЦИИ

7.1. Условия, касающиеся размера и выплаты авторского вознаграждения, являются конфиденциальными и не подлежат разглашению в течение срока действия Договора и в течение 3 (трех) лет по окончании срока его действия.

## 8.  ОТВЕТСТВЕННОСТЬ СТОРОН И ПОРЯДОК РАЗРЕШЕНИЯ СПОРОВ

8.1. Применимое Право. Настоящий Договор должен истолковываться и быть интерпретированным в соответствии с законами Штата Вирджиния, исключая правила и принципы коллизионного права, как если бы Договор был заключен между резидентами Штата Вирджиния и исполнялся бы полностью в Штате Вирджиния. В той

      CONFIDENTIAL

permitted by law, the provisions of this Agreement shall supersede any provisions of the Uniform Commercial Code as adopted or made applicable to any products described herein in any competent jurisdiction. This Agreement shall not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded.

степени, в которой это допустимо в соответствии с законом, условия настоящего Договора должны заменить любые условия Единого Коммерческого Кодекса (Uniform Commercial Code), принятые в отношении любой продукции, описанной в настоящем Договоре, в любой компетентной юрисдикции. Настоящий Договор не подлежит применению в соответствии с Конвенцией Организации Объединенных Наций о Договорах Международной Купли-Продажи Товаров.

## 8.2. Arbitration.

## 8.2. Арбитраж.

8.2.1.   In the event of a dispute between the Parties arising out of or in connection with this Agreement, the parties hereto shall use their best efforts to resolve the dispute on an amicable basis. If an amicable settlement cannot be reached, either Party hereto may request, by written notice, that the dispute be resolved by arbitration by a panel of three (3) arbitrators before the American Arbitration Association pursuant to the then current rules of the United Nations Commission on International Trade Law (UNCITRAL Rules).

8.2.1.   В случае спора между Сторонами, возникающим в связи с настоящим Договором, стороны должны приложить все усилия для того, чтобы достичь согласия путем переговоров. Если согласие не может быть достигнуто путем переговоров, любая Сторона может запросить в письменной форме, чтобы спор был решен в судебном порядке арбитражным органом в составе трех (3) арбитров Американской Ассоциацией Арбитража, в соответствии с положениями Арбитражного регламента ЮНСИТРАЛ находящимися в силе на тот момент.

8.2.2.   In the event of any conflict between the UNCITRAL Rules and the provisions of this Agreement, the provisions of this Agreement shall prevail

8.2.2.   В случае любого конфликта между положениями Арбитражного регламента ЮНСИТРАЛ и условиями настоящего Договора, условия этого Договора являются преимущественными.

8.2.3.   The place of the arbitration shall be District of Columbia, USA

8.2.3.   Место арбитража - Округ Колумбия, США.

8.2.4.   The claimant Party shall appoint an arbitrator and the respondent Party shall appoint one arbitrator, and the two arbitrators so appointed shall appoint the third arbitrator, in accordance with the provisions of the UNCITRAL Rules.

8.2.4.   Сторона-заявитель должна назначить арбитра, отвечающая Сторона должна назначить одного арбитра, и эти два назначенные арбитра должны назначить третьего арбитра, в соответствии с положениями Арбитражного регламента ЮНСИТРАЛ.

CONFIDENTIAL

8.2.5.    The English language shall be used as the written and spoken language for all matters connected with all references to arbitration.

8.2.6.    The decision of the arbitrators shall be made by majority vote and shall be made in writing.

8.2.7.    The decision of the arbitrators shall be final and binding on the Parties, save in the event of fraud, manifest mistake or failure by any of the arbitrators to disclose any conflict of interest.

8.2.8.    The decision of the arbitrators may be enforced by any court of competent jurisdiction and may be executed against the person and assets of the losing Party in any jurisdiction. For the avoidance of doubt, such court includes any court that is authorized to make such an order by virtue of any treaty or legislation relating to the reciprocal enforcement of foreign arbitral awards or judgments.

8.2.9.    Nothing in this Section 8.2 shall prevent a Party from seeking or obtaining equitable relief from a court of competent jurisdiction, whether before, during or after arbitration proceedings.

8.3. Legal Expenses. The prevailing Party in any legal action, including arbitration, brought by one Party against the other and arising out of this Agreement shall be entitled, along with any other rights and remedies it may have, to reimbursement for its expenses, including court costs and reasonable attorney's fees. Such fees may

8.2.5.    Для решения всех вопросов, касающихся арбитража должен использоваться английский язык как письменный и разговорный.

8.2.6.    Решение арбитров должно быть принято большинством голосов и в письменной форме.

8.2.7.    Решение арбитров должно быть окончательным и обязательным для исполнения Сторонами, за исключением случаев мошенничества, очевидной ошибки или нераскрытия каким-либо из арбитров конфликта интересов.

8.2.8.    Решение арбитров может быть приведено в исполнение любым судебным органом соответствующей юрисдикции и может быть исполнено против субъекта и имущества проигравшей Стороны находящейся под любой юрисдикцией.      Для      единообразия терминологии     под     судебными     органами следует     понимать     любой     суд,     который уполномочен     делать     предписания     на основании     международного     договора     или законодательства,     касающегося     взаимного приведения     в     исполнение     иностранных арбитражных предписаний или решений.

8.2.9.    Никакая информация из данной Статьи 8.2 не мешает одной из Сторон получить средства     правовой     защиты     по     праву справедливости     в     суде     соответствующей юрисдикции как до, так и в течение или по окончанию арбитражного процесса002E

8.3.    Юридические   Расходы.    Побеждающая Сторона в любом юридическом иске, включая арбитраж, начатом одной из сторон против другой в связи с настоящим Договором, вместе     с     любыми     иными     правами     и средствами     юридической     защиты, доступными ей, будет иметь право на возмещение ее расходов, включая судебные

*Execution copy*

be set by the court in the trial of such action or may be enforced in a separate action brought for that purpose. Such fees shall be in addition to any other relief that may be awarded.

расходы и, в разумной мере, гонорары адвокатов. Такие гонорары могут быть определены судом, как в ходе самого процесса, так и в рамках отдельного иска, начатого для данной цели.

8.4. Publicity.  The Parties shall work together to issue publicity and general marketing communications concerning their relationship and other mutually agreed-upon matters.  In addition, neither Party shall issue such publicity and general marketing communications concerning their relationship without the prior written consent of the other Party (not to be unreasonably withheld or delayed). Neither Party shall disclose the terms of this Agreement to any third party other than its outside counsel, auditors, and financial and technical advisors, except as required by law *provided* that Licensee may disclose such information in connection with a bona fide financing of the Licensee subject to the confidentiality obligations not less restrictive than the terms of this Agreement.

8.4.   *Публичность*.   Стороны обязуются сотрудничать друг с другом в вопросах рекламы и общих маркетинговых коммуникаций, касающихся их отношений и других взаимосогласованных вопросов. Кроме того, ни одна из Сторон не должна выпускать рекламу и общие маркетинговые программы, касающиеся их отношений, без предшествующего письменного согласия другой Стороны (в котором не должно быть необоснованно отказано или которое не должно быть необоснованно задержано). Ни одна из Сторон не должна раскрывать условия настоящего Договора третьим лицам, за исключением ее адвоката, аудиторов, и финансовых и технических советников, за исключением случаев, предусмотренных законом.

8.5. Notices.  All claims, instructions, consents, designations, notices, waivers, and other communications in connection with the Agreement (*"Notifications"*) will be in writing.  Such Notifications will be deemed properly given (a) when received if delivered personally, (b) if delivered by facsimile transmission when the appropriate telecopy confirmation is received; (c) upon the receipt of the electronic transmission by the server of the recipient when transmitted by electronic mail, or (d) within three (3) days after deposit with an internationally recognized express delivery service, in each case when transmitted to a Party specified in section specified in section "ADDRESSES AND IDENTIFICATION OF THE PARTIES"

8.5.   *Уведомления*.   Все требования, инструкции, согласия, обозначения, уведомления, отказы, и другая информация в связи с Договором (*"Уведомления"*) должны быть предоставлены в письменной форме. Такие Уведомления будут считаться предоставленными должным образом (а) когда получены в результате личной доставки, (b) если доставлены посредством факсимильной связи, когда получено соответствующее подтверждение об успешной передаче телекопии; (c) после получения электронного сообщения сервером получателя в случае использования электронной почты, или (d) по истечении трех (3) дней после получения уведомления международно-признанной службы доставки экспресс почты, во всех случаях, когда Уведомление отправлено Стороне по адресу или местоположению указанному в разделе "АДРЕСА И РЕКВИЗИТЫ СТОРОН"

8.6. Counterparts of the Agreement.   The Agreement may be separately executed by

8.6.   *Экземпляры Договора*.   Договор может быть отдельно подписан Сторонами в двух (2)

CONFIDENTIAL

*execution copy*

the Parties in two (2) or more counterparts and all such counterparts shall be deemed an original, but all of which together shall constitute one and the same instrument and will be binding on the Parties as if they had originally signed one copy of the Agreement.  Delivery of a copy of this Agreement or such other document bearing an original signature by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the worldwide web), by electronic mail in "portable document format" (".pdf") form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing the original signature. "Originally signed" or "original signature" means or refers to a signature that has not been mechanically or electronically reproduced.

или большем количестве экземпляров, и все такие экземпляры будут считаться оригиналом, но все они, взятые в совокупности, должны составить один и тот же документ, и считаться обязательными для исполнения Сторонами, как если бы они первоначально подписали один экземпляр Договора.   Вручение   копии   настоящего Договора   или   другого   документа, содержащего   оригинал   подписи,   путем передачи   по   факсимильной   связи (непосредственно от одного факсимильного устройства   к   другому   посредством подключающейся   связи   или   связанного всемирной   электронной   сетью   Интернет), электронной почтой в форме "портативного документального   формата"   (".pdf")   или любыми другими электронными средствами, имеющими целью сохранить первоначальный графический и иллюстрированный формат документа, будет иметь тот же самый эффект, что   физическое   вручение   бумажного документа, носящего подпись в оригинале. "Подписанное в оригинале" или "подпись в оригинале" означает или относится к подписи, которая не была воспроизведена механически или с помощью электроники.

RINC000769                                   CONFIDENTIAL

Execution copy

## 9. EXPIRATION DATE AND AGREEMENT TERMINATION PROCEDURE

9.1. The present Agreement comes into effect from the moment of signing and remains valid for 2 (two) calendar years starting with the date of coming into effect inclusive. If within 40 (forty) days before the expiration date none of the Parties declares the intention of dissolving the Agreement, the contractual time is considered to be extended for 2 (two) more calendar years.

9.2. The present Agreement can be dissolved before the appointed time by mutual consent of the Parties or unilaterally, one of the Parties sending the other one a written notice about the dissolution of the Agreement. In this case the Agreement is dissolved in 40 (forty) days after the Second Part receives the First Part's notice.

9.3. Licensee may terminate this Agreement by giving notice to Licensor at any time if Licensor has breached any representation, warranty, obligation or covenant contained in this Agreement in any material respect and this breach has not been cured within a 15 day period;

9.4. Licensor may terminate this Agreement by giving notice to Licensee at any time if Licensee has breached any material representation, warranty, obligation or covenant contained in this Agreement and this breach has not been cured within a 15 day period;

9.5. After the Agreement's expiry or early dissolution the Licensee loses the right to

## 9. СРОК ДЕЙСТВИЯ И ПОРЯДОК РАСТОРЖЕНИЯ ДОГОВОРА

9.1. Настоящий Договор вступает в силу с даты подписания Сторонами и действует 2 (два) календарных года, начиная (включительно) с даты вступления настоящего Договора в силу. Если за 40 (сорок) дней до окончания срока действия Договора ни одна из Сторон не заявит в письменной форме о намерении его расторгнуть, срок действия Договора автоматически продлевается на 2 (два) года.

9.2. Настоящий Договор может быть досрочно расторгнут по обоюдному согласию Сторон или одной из Сторон путем направления другой Стороне письменного уведомления о расторжении Договора. В этом случае Договор прекращает свое действие через 40 (сорок) дней после получения уведомления второй Стороной.

9.3. Лицензиат может прервать действие настоящего Договора в любое время, предоставив Лицензиару соответствующее уведомление, в случае, если Лицензиар дважды в течение полугода существенно нарушил условия или соглашения, содержащиеся в настоящем Договоре, и это нарушение не было исправлено в течение 15 дней;

9.4. Лицензиар может прервать действие настоящего Договора в любое время, предоставив Лицензиату соответствующее уведомление, в случае, если Лицензиат дважды в течение полугода существенно нарушил условия или соглашения, содержащиеся в настоящем Договоре, и это нарушение не было исправлено в течение 15 дней;

9.5. По истечении срока действия Договора или досрочном его расторжении, Лицензиат

RINC000770                                    CONFIDENTIAL

*Execution copy*

use the Software and is obliged to fulfill mutual settlement of accounts with the Licensor within a month after the abovementioned events take place.

теряет право использовать ПО и обязуется провести взаиморасчеты с Лицензиаром в течение месяца со дня наступления вышеуказанных событий.

### 10. APPENDIXES

| Appendix 1 | Software specification and prices The Bat! (ENGLISH / RUSSIAN) |
| Appendix 2 | Software specification and prices BatPost (ENGLISH / RUSSIAN) |
| Appendix 3 | License Agreement with the end user (ENGLISH / RUSSIAN) |
| Appendix 4 | Territory(ENGLISH / RUSSIAN) |

### 10. ПРИЛОЖЕНИЯ

| Приложение №1 | Спецификация и цены на ПО The Bat! (ENGLISH / RUSSIAN) |
| Приложение №1 | Спецификация и цены на ПО BatPost! (ENGLISH / RUSSIAN) |
| Приложение №3 | Лицензионное соглашение с конечным пользователем (ENGLISH / RUSSIAN) |
| Приложение №4 | Территория (ENGLISH / RUSSIAN) |

IN WITNESS WHEREOF, each of the undersigned Parties to this Licensing Agreement has caused this Agreement to be duly executed in its corporate name by one of its authorized representatives, all as of the date first set forth above.

В ЗАСВИДЕТЕЛЬСТВОВАНИЕ СЕГО, каждая из нижеподписавшихся Сторон данного Лицензионного Договора соответственно подписала Договор от своего имени одним из уполномоченных представителей.

**LICENSOR**   Ritlabs, Inc.

By: _____

Name:

Title:

**LICENSEE**   Business IT, LLC

By: _____

Name: Kuchinsky Artem

Title: Director

Page 13 of 19

*Execution copy*

| | |
|---|---|
| **ADDRESSES AND IDENTIFICATION OF THE PARTIES** | **АДРЕСА И РЕКВИЗИТЫ СТОРОН** |

**Licensor**

**RITLABS Inc**

901 N. Pitt Street
Suite 325
Alexandria, VA 22314
e-mail: office@ritlabs.com
facsimile: +1 877 373-4894

**Licensee**

Business IT, LLC
2A Nagornaya street, Rostov-on-Don, Russia,
344101
e-mail: yulya.g@instanta-d.ru
facsimile: +7 863 230 80 08

**Banking information:**

*USD account:*

| | |
|---|---|
| *Name of the bank:* | Citibank |
| *Address of the bank:* | Reston Financial Center
11800 Spectrum Center
Reston, VA 20190 |
| *Swift:* | CITIUS33 |
| *Account:* | 15485439 |

**Banking information:**

*USD account: 40702840852090000089*

*Name of the bank:* SBERBANK (Yugo-Zapadny office) Rostov-on-Don Rostovskoe OSB N 5221
Address of the bank: Bratsky,41, Rostov-on-Don, 344082
*Swift:* SABRRUMMRA1

RINC000772                    CONFIDENTIAL

Appendix 1

### LICENSOR'S SOFTWARE SPECIFICATION AND PRICES

**SOFTWARE - THE BAT!**

| License type | | Single | Multi | |
|---|---|---|---|---|
| Home | | 25.00 USD | none | |
| Professional (basic license) | | P=35.00 USD | 2-10 (w/s) | P-20% |
| | | | 11-30(w/s) | P-30% |
| Extra discount* | Discount for schools | | | |
| -30% from the basic license | -85% from the basic license (min 10 licenses) | | 31-50(w/s) | P-50% |
| | | | 51-100(w/s) | P=$875+15*(n-50) |
| | | | 101-…(w/s) | P=$1625+$5*(n-100) |

* Extra discount is given to the following groups of users: non-profit organizations, students, educational institutions (universities, institutes), registered users purchasing the rights for using new versions of the Software

Спецификация и цена для конечного пользователя на программное обеспечение Лицензиара

### Программное обеспечение - The Bat

| Тип лицензии | | Однопользовательская лицензия | Многопользовательская лицензия | |
|---|---|---|---|---|
| Home | | 25.00 USD | Нет | |
| Professional (базовая лицензия) | | P=35.00 USD | 2-10 (р/м) | P-20% |
| | | | 11-30(р/м) | P-30% |
| Дополнительная скидка* | Скидка для школ | | | |
| -30% от базовой лицензии | -85% от базовой лицензии (мин.10 лицензий) | | 31-50(р/м) | P-50% |
| | | | 51-100(р/м) | P=$875+15*(n-50) |
| | | | 101-…(р/м) | P=$1625 +$5*(n-100) |

* Дополнительная скидка предоставляется для следующих групп пользователей: некоммерческие организации, студенты, образовательные учреждения (университеты, институты), зарегистрированные пользователи при приобретении права пользования новых версий ПО.

RINC000773                    CONFIDENTIAL

*Execution copy*

Appendix 2

## LICENSOR'S SOFTWARE SPECIFICATION AND PRICES

### SOFTWARE – BatPost

ENGLISH

| № | | Number | Units | USD |
|---|---|---|---|---|
| 1 | **BatPost Server, basic installation (50 accounts are included in the price)** | 1 | pieces | 50.00 |
| 2 | **Additional accounts for BatPost** | 1-50 | pieces | 1.00 |
| | | 51-100 | pieces | 0.90 |
| | | 101-200 | pieces | 0.80 |
| | | 201-300 | pieces | 0.70 |
| | | 300 and more | pieces | 0.60 |

RUSSIAN

### ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ – BatPost!

| № | | Количество | Единица измерения | USD |
|---|---|---|---|---|
| 1 | **BatPost! Сервер, базовая установка (в стоимость включено 50 учетных записей)** | 1 | Шт. | 50.00 |
| 2 | Дополнительные учетные записи для **BatPost!** | 1-50 | Шт. | 1.00 |
| | | 51-100 | Шт. | 0.90 |
| | | 101-200 | Шт. | 0.80 |
| | | 201-300 | Шт. | 0.70 |
| | | 300 и более | Шт. | 0.60 |

RINC000774                                    CONFIDENTIAL

Execution copy

Appendix 3

ENGLISH

### License agreement with the end user on using the Ritlabs SRL software

The present agreement is set between you – the User (individual or legal entity) and Ritlabs SRL company (Rightholder) concerning the usage of the software (Program) belonging to RITLabs that comes together with the Agreement.

IMPORTANT:

ONCE YOU INSTALL THIS SOFTWARE, YOU ACCEPT THIs LICENSE AGREEMENT. IF YOU DON'T AGREE, RENOUNCE THE FURTHER INSTALLATION AND USAGE OF THE SOFTWARE.

Installation and Usage. Unregistered copies of the Program can be installed and used only for getting acquainted with it in a 30-day trial period. On the expiry of this 30-day period you must either register the Program or stop using it. The registration gives you the right to use the program after the 30-day trial period, to receive technical support and to benefit of the options granted exclusively to the registered Users, as well as to receive the updates of the Program within its current version (actual in the moment of purchasing) from the Rightholder without additional payments. On registering the Program and making the fixed payment in the size that is stipulated in the agreement between you and the party executing the transfer of rights you receive the Program activation code and the Individual License that cannot be returned. According to the given agreement, you get a non-exclusive license for using the Program: you can install it, benefit of the Program's features, access, display and launch one copy of the Program and handle one copy of the Program on one computer of the User, workstation – User's terminal.

Usage limitations. Program must not be hired out, leased or transmitted. This license forbids any usage of the Program that would violate any international or local law. Any such action is an exclusive liability of the acting person. You have no right to distribute, copy, imitate, multiply, sell, modify, decompile, disassemble or change the components of the Program by no means. You can make copy of the components of the Program only under the condition that this copy is destined for backup purposes only. Any unauthorized usage will lead to immediate and automatic termination of the present Agreement and may also cause law proceedings.

Reservation of the property right for the Program. The Program is protected by law and agreements on author right and other intellectual property rights. Ritlabs SRL possesses all the author rights for the Program. The Program is not sold; it is given for usage according to the License Agreement.

Limited warranty. The Program is granted as general purpose software, not for any specific purpose of the User. You agree that any software can contain errors. We strongly recommend you to make backup copies of your files. Ritlabs SRL is not liable for losses, damages, costs and expenditures incurred by the User or by the third party as a result of incorrect use of the Program, including (under no limitation) the liabilities for business expenses, idle-times, losses incurred by the User or by the third party as a result of the absence, malfunction, virus, error of disfunction of the Program. Ritlabs SRL is not liable for indirect, special, accidental damages, as well as for their consequences related to the matter of the Agreement.

Confirmation of the presence of the license at the end user. If you received a nonexclusive right for using the Program according to the License Agreement, the type of your license, serial number of the key and user name can be viewed by pressing "Alt+F1" while working with the Program. Activation key of the Program must be kept as confirmation of the fact that you have the license for using the Program.

© Ritlabs 1997-2010

RINC000775                    CONFIDENTIAL

*Execution copy*

**RUSSIAN**

**Лицензионное соглашение с конечным пользователем по использованию программного обеспечения компании Ritlabs SRL.**

Данное лицензионное соглашение является соглашением между вами - Пользователем (физическое или юридическое лицо) и компанией Ritlabs SRL (Правообладатель) по использованию программного обеспечения (Программа), принадлежащего компании Ritlabs SRL и сопровождающего данное Лицензионное соглашение.

**ВАЖНО:**
ЕСЛИ ВЫ УСТАНОВИТЕ ДАННОЕ ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ, ТЕМ САМЫМ ВЫ ПОДТВЕРДИТЕ СВОЕ СОГЛАСИЕ СОБЛЮДАТЬ УСЛОВИЯ ДАННОГО ЛИЦЕНЗИОННОГО СОГЛАШЕНИЯ. ЕСЛИ ВЫ НЕ СОГЛАСНЫ, ОТКАЖИТЕСЬ ОТ ДАЛЬНЕЙШЕЙ УСТАНОВКИ И ИСПОЛЬЗОВАНИЯ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ

**Установка и использование.** Незарегистрированные копии Программы могут быть установлены и использованы только в целях ознакомления в течение 30-дневного испытательного срока. До истечения 30-дневного периода вы должны либо зарегистрировать Программу, либо прекратить ее использование. Регистрация предоставит вам право использовать Программу по истечении 30-дневного испытательного срока, получать техническую поддержку и использовать опции, предоставляемые только зарегистрированным Пользователям, а также без уплаты дополнительного вознаграждения получать от Правообладателя обновления Программы в рамках текущей версии, актуальной в момент покупки. При регистрации и оплате фиксированного вознаграждения, размер которого определяется условиями соглашения между вами и стороной, осуществляющей передачу прав, вам передается код активации Программы и Именная Лицензия, не подлежащие возврату. Согласно настоящему соглашению вам предоставляется неисключительная лицензия на использование Программы: вы можете установить, использовать функциональные возможности Программы, осуществлять доступ, отображать и запускать одну копию Программы и обращаться к одной копии Программы на одном компьютере Пользователя, рабочей станции–терминале Пользователя.

**Ограничения использования:** Программа не должна даваться напрокат, сдаваться в аренду или передаваться. Данная лицензия запрещает любое использование Программы, которое нарушает международные или местные законы. Любое такое действие будет исключительной ответственностью лица, совершающего такое действие. Вы не имеете права распространять, копировать, имитировать, размножать, продавать, вносить изменения, декомпилировать, разбирать или иным образом изменять компоненты Программы. Вы можете изготовить копию компонентов Программы при условии, что эта копия предназначена только для архивных целей. Любое несанкционированное использование приведет к незамедлительному и автоматическому прекращению настоящего лицензионного соглашения и может, как следствие, привести к судебному процессу.

**Сохранение права собственности на Программу.** Программа защищена законами и соглашениями об авторском праве и других правах на интеллектуальную собственность. Компании Ritlabs SRL принадлежат все авторские права на Программу. Программа не продается, а предоставляется в пользование согласно лицензионному соглашению.

**Ограниченная гарантия.** Программа предназначается и предоставляется в качестве программного обеспечения общего назначения, а не для какой-либо конкретной цели пользователя. Вы соглашаетесь с тем, что любое программное обеспечение может содержать ошибки, поэтому настоятельно рекомендуем регулярно создавать резервные копии своих файлов. Ritlabs SRL не несет ответственности за потерю, повреждение, издержки и затраты, понесенные вами или третьим лицом в результате неправильного использования Программы, включая без ограничения обязательства за торговые расходы, простой оборудования, потери, понесенные вами или третьим лицом в результате отсутствия, неисправности, вируса, ошибки или нарушения работы Программы. Ritlabs SRL не несет ответственность за косвенный, особый, случайный ущерб, а также его последствия, связанные или возникающие в связи с действием настоящего Соглашения.

**Подтверждение наличия лицензии у конечного пользователя.** Если вы получили неисключительное право пользования Программой в соответствии с лицензионным соглашением, тип вашей лицензии, серийный номер ключа, а также имя Пользователя, можно просмотреть, нажав клавиши «Alt+F1» при работе в Программе. Ключ активации Программы необходимо хранить в качестве доказательства того, что у вас есть лицензия на использование Программы.

© Ritlabs 1997-2010

*Execution copy*

Appendix 4

## Territory

| 1.Russian Federation | 1.Российская Федерация |
|---|---|
| 2. CIScountries, except Moldova | 2.Страны СНГ, кроме Молдовы |

RINC000777              CONFIDENTIAL

| LICENSING AGREEMENT | ЛИЦЕНЗИОННЫЙ ДОГОВОР |
|---|---|
| This Licensing Agreement (the "Agreement is made and entered this 1 st day of January, 2011 (the "Effective Date") by and between Ritlabs Inc., a corporation organized under the laws of the Commonwealth of Virginia (the "Licensor"), and NILTA, CORP., (the "Licensee" and collectively with the Licensor, the "Parties" and each, a "Party"). | Настоящий Лицензионный Договор ("Договор") заключен и введен в действие сего 1 января 2011 года ("Дата Вступления в Силу"),между Ritlabs Inc., корпорацией организованной на основе законов штата Вирджиния ("Лицензиар"), и NILTA , CORP., ("Лицензиат") и совместно с Лицензиаром именуются "Стороны" и каждый в отдельности - "Сторона". |

| 1.  BASIC CONCEPTS | 1.  ОСНОВНЫЕ ПОНЯТИЯ |
|---|---|
| For the Agreement the terms stated below have the following meanings: | В Договоре используются следующие понятия: |
| "*Agreement*" shall have the meaning set forth in the preamble hereof. | "*Договор*" имеет значение, сформулированное в преамбуле данного документа. |
| "Demo Versions of the Software" – versions of the Software that have temporal (30 days) or functional limitations for using. | "Демонстрационные версии ПО" – версии программного обеспечения, имеющие временные (30 дней) или функциональные ограничения по их использованию. |
| "Software Distribution Kit" – file signed with the Licensor's digital certificate that contains the program for Software installation/removal and all necessary components for Software functioning on the *User's* computer. | "Дистрибутив программного обеспечения (дистрибутив ПО)" – файл, содержащий в себе программу установки/удаления ПО и все необходимые компоненты для функционирования ПО на компьютере *Пользователя*, подписанный цифровым сертификатом Лицензиара. |
| "License Agreement with the end user" – agreement between the Licensor (Rightholder) and the *User* that gives the non-exclusive right for using the Software. | "*Лицензионный договор о предоставлении права использования ПО (Лицензионное соглашение с конечным пользователем)* "– соглашение между Лицензиаром (Правообладателем) и Пользователем предоставляющее неисключительное право использования ПО. |
| "Agreement Validity Period "– time interval from the moment of coming into effect of the Agreement to the moment of its dissolution/termination under Section 9 of the Agreement. | "Период действия договора" – временной интервал от момента вступления Договора в силу до момента его расторжения/прекращения в соответствии с разделом 9 Договора. |
| "Licensee" shall have the meaning set forth in the preamble hereof. | "*Лицензиат*" имеет значение, сформулированное в преамбуле данного Договора. |
| "User "– legal or individual person that uses (intends to use) the Software on its computer in | "Пользователь" – юридическое или физическое лицо, использующее (намеревающееся |

Execution copy

| | |
|---|---|
| concordance with the *License Agreement*. | использовать) ПО на своем компьютере в соответствии с *Лицензионным соглашением*. |
| **"Price List "**– list of calculation of the basic (retail) prices for *obtaining rights for using the Software under the License Agreement* (Appendix 1, 2). | **"Прайс-лист"** – устанавливаемый Лицензиаром перечень расчета базовых (розничных) цен для получения прав на использование ПО на основании Лицензионного соглашения (Приложение №1, №2). |
| **"Computer Program"** – the aggregate of data and commands (expressed in any language and any form, including source code and object code) presented in an objective form and intended to make the computer and other computer devices function in order to obtain a certain result. The Computer Program includes additional materials received during its development, as well as audiovisual imagery it generates. | **"Программа для ЭВМ"**– представленная в объективной форме совокупность данных и команд (могут быть выражены на любом языке и в любой форме, включая исходный текст и объектный код), предназначенных для функционирования ЭВМ и других компьютерных устройств в целях получения определенного результата, включая подготовительные материалы, полученные в ходе разработки программы для ЭВМ, и порождаемые ею аудиовизуальные отображения. |
| **"Software "**– computer programs (intellectual property) specified and priced in Appendix 1 and 2, author rights for which belong to Licensor. | **"Программное обеспечение (ПО)"** – программы для ЭВМ (объекты интеллектуальной собственности), спецификация и цены на которые указанны в Приложении №1,№2 Договора, авторские права на которые принадлежат Лицензиару. |
| **"Electronic Key or Activation Key"** – unique code generated by the Licensor for each copy of the Software, which is applied for Software activating in concordance with license type and program version and for time restrictions removal. | **"Электронный ключ или ключ активации"** – генерируемый Лицензиаром для каждого экземпляра ПО уникальный код, применяемый для активации ПО, в соответствии с типом лицензии и версии программы, снимающий временные ограничения. |

## 2.  SUBJECT OF AGREEMENT

2.1. The Licensor grants the Licensee with a non-exclusive right for using the Software indicated in Appendix 1, 2 under the limitations and terms stipulated in the Agreement; the Licensee pays the Licensor author remuneration (royalty) for the granted right.

2.2. The Licensee sets himself as an object the promotion of the Software belonging to the

## 2.  ПРЕДМЕТ ДОГОВОРА

2.1.  Лицензиар предоставляет Лицензиату неисключительное право использования Программного обеспечения, указанного в Приложении №1,№2, в обусловленных Договором пределах и на определенный Договором срок, а Лицензиат за предоставление этих прав уплачивает вознаграждение Лицензиару.

2.2.  Лицензиат ставит своими целями продвижение Программного обеспечения,



RINC000779     CONFIDENTIAL

Licensor within the territory indicated in Appendix 4.

принадлежащего Лицензиару, на территории, указанной в Приложении №4.

## 3. RIGHTS AND OBLIGATIONS OF THE PARTIES

## 3. ПРАВА И ОБЯЗАННОСТИ СТОРОН

3.1. According to the Agreement, the Licensor gives the Licensee the following non-exclusive rights:

3.1. По настоящему договору Лицензиар предоставляет Лицензиату следующие неисключительные права:

3.1.1. the right for Software reproduction granted with the only purpose of transmission of these rights directly or by the third party to the *Software Users*;

3.1.1. право на воспроизведение ПО предоставляемое с единственной целью передачи этих прав напрямую или через *Дистрибьютора Пользователям ПО*;

3.1.2. the right for Software distribution;

3.1.2. право на распространение ПО;

3.1.3. the right to grant the third party with a non-exclusive right for using the Software only within the limits of the rights and modes of using stipulated in the License Agreement for the Licensee.

3.1.3. предоставлять неисключительное право использования ПО *Дистрибьютору* только в пределах тех прав и тех способов использования, которые предусмотрены лицензионным договором для Лицензиата.

3.2. Licensor is obliged:

3.2. Лицензиар обязан:

3.2.1. to fulfill the transmission of the *Electronic Keys (Activation Keys)* to the Licensee and to provide the access to the Software Distribution Kit on demand;

3.2.1. По запросу, осуществлять передачу Лицензиату *Электронных ключей (ключей активации)* и обеспечить доступ к *Дистрибутивам ПО*.

3.2.2. to notify the Licensee about the modifications in the *Price List* in not less than 14 calendar days before these modifications come into effect;

3.2.2. Уведомлять Лицензиата об изменениях в *Прайс-листе* и Приложениях к Договору не менее чем за 14 календарных дней до вступления в силу данных изменений.

SD

CONFIDENTIAL

Execution copy

3.2.3.    to consult the Licensee on the issues related to the calculation of the cost of the Software using rights, to the Software functionality and particularities of installation and exploitation.

3.3. Licensor has the right:

3.3.1.    to suspend the transmission of the *Electronic Keys (Activation Keys)* on the Licensee's demand in case of breach of the conditions stipulated in clauses 3.4.1-3.4.4 and 5.1-5.6 of the Agreement from the part of the Licensee;

3.3.2.    to unilaterally modify the *Price List* and the Appendixes to the Agreement, preliminary noticing the Licensee under clause 3.2.2 of the Agreement.

3.4. Licensee is obliged:

3.4.1.    to respect the Licensor's author rights;

3.4.2.    to pay author remuneration (royalty) to the Licensor for the non-exclusive property rights under <u>Section 5</u> of the Agreement;

3.4.3.    to demand the *Activation Key* generation in accordance with the Licensor's requirements;

3.4.4.    not to take actions that could harm the Licensor's activity or image;

3.4.5.    to elaborate and implement marketing strategy and advertising actions meant to increase the number of the *Software Users.*

3.5. Licensee has the right:

---

3.2.3.    Консультировать Лицензиата по вопросам, связанным с расчетом стоимости прав на использование ПО, его функциональностью, особенностями установки и эксплуатации.

3.3.    Лицензиар имеет право:

3.3.1.    В случае нарушения Лицензиатом условий оговоренных в п.п. 3.4.1-3.4.4., п.п. 5.1-5.9 Договора приостановить передачу *Электронных ключей (ключей активации)* по запросу Лицензиата.

3.3.2.    В одностороннем порядке вносить изменения в *Прайс-лист* и Приложения к Договору предварительно уведомив об этом Лицензиата в соответствии с п. 3.2.2. Договора.

3.4.    Лицензиат обязан:

3.4.1.    Соблюдать авторские права Лицензиара.

3.4.2.    Выплачивать Правообладателю авторское вознаграждение за переданные по Договору неисключительные имущественные права в соответствии с <u>разделом 5</u> Договора.

3.4.3.    Осуществлять запрос на генерацию *ключа активации* в соответствии с требованиями Лицензиара.

3.4.4.    Не производить действий, которые могут нанести вред деятельности или имиджу Лицензиара.

3.4.5.    Разрабатывать и осуществлять стратегию маркетинга, а также рекламные акции с целью увеличения количества *Пользователей ПО.*

3.5.    Лицензиат имеет право:

RINC000781                                    CONFIDENTIAL

Execution Copy

3.5.1.   to consult the *Users* on the issues of calculation of the cost of the Software using rights in concordance with the Licensor's *Price List*;

3.5.1. Консультировать *Пользователей* по вопросам расчета стоимости прав на использование ПО в соответствии с *Прайс-листом* Лицензиара.

3.5.2.   to execute the technical support consulting the *Users*;

3.5.2. Консультировать *Пользователей* осуществляя их техническую поддержку.

3.5.3.   to use the logos and other brand style elements situated in the Licensor's Software, essentials and marketing materials if such using is related to Software advertisement (promotion);

3.5.3. Использовать логотипы, а также иные элементы брэнд-стиля, которые встречаются в реквизитах, ПО и маркетинговых материалах Лицензиара, если такое использование связаны с рекламой (продвижением) ПО.

3.5.4.   to   address   the   Licensor   any questions related to the execution of the Agreement using the email office@ritlabs.com.

3.5.4. По всем вопросам, связанным с исполнением Договора обращаться по электронной почте к Лицензиару, по адресу office@ritlabs.com.

## 4.   TRANSMISSION OF RIGHTS PROCEDURE

## 4.   ПОРЯДОК ПЕРЕДАЧИ ПРАВ

4.1. All the rights transmitted under the present Agreement are considered to be transmitted from the Licensor to the Licensee under the conditions of the Agreement from the date of its signing. The Parties shall sing monthly (not later than the 5th day of the month next to the reporting month)_Acts of accept and delivery of the rights, that content the list and the price of software provided in reporting period.

4.1. Все права, передаваемые по настоящему Договору, считаются переданными Лицензиату от Лицензиара по условиям настоящего Договора с даты его подписания. Стороны обязуются ежемесячно (не позднее 5-го числа месяца, следующего за отчетным) с подписывать Акты приема-передачи прав, содержащие перечень и стоимость переданного в отчетном периоде программного обеспечения.

## 5.   PROCEDURE OF SETTLEMENTS

## 5.   ПОРЯДОК РАСЧЕТОВ

5.1. The Licensee pays author remuneration (royalty) to the Licensor for the non-exclusive property rights transmitted under the present Agreement.

5.1. За переданные по настоящему Договору неисключительные имущественные права Лицензиат выплачивает Лицензиару авторское вознаграждение.

5.2. Author remuneration (royalty) makes up 80% (eighty percent) of the Software price

5.2. Авторское вознаграждение составляет 80% (восемьдесят процентов) от стоимости ПО,

Page 5 of 19

S.D

Execution copy

indicated in the Licensor's *Price List, with exceptions, mentioned in the present Agreement.*

указанной в *Прайс-листе* Лицензиара, за исключениями, предусмотренными Договором.

5.3. Monthly, not later than the 5th day of the month next to the reporting month, the Licensee provides the Licensor with the electronic report containing the information about the amount of Software using rights sold.

5.3.   Ежемесячно, не позднее 5-го числа месяца, следующего за отчетным, *Лицензиат* предоставляет *Лицензиару* отчет, содержащий сведения о количестве реализованных прав на использование ПО.

5.4. The amount of Software using rights sold must correspond to the number of the *Electronic Keys (Activation Keys)* transmitted by the Licensor to the Licensee in the reporting period.

5.4.   Количество   реализованных   прав   на использование ПО должно соответствовать количеству выданных *электронных ключей(ключей активации)* переданных Лицензиаром Лицензиату в течение соответствующего расчетного периода.

5.5. In 2 (two) working days from the moment of receiving the report, the Licensor examines and accepts the Licensee's report or, if any objections appear, within the same period writes and sends a reasoned electronic refuse to accept the Licensee's Report. If the Licensor doesn't present his objections to the Licensee's Report within the indicated period, it is considered accepted by the Licensor. If the objections on the Licensee's Report appear, a reconciliation report is made within 10 (ten) days from the date when the Licensee received the Licensor's reasoned electronic refuse to accept the Licensee's Report.

5.5.   Лицензиар в течение 2-х рабочих дней с момента получения Отчета Лицензиата рассматривает и принимает Отчет Лицензиата, либо при наличии возражений по Отчету Лицензиата в тот же срок составляет и направляет Лицензиату мотивированный отказ от принятия Отчета Лицензиата в электронном виде. При наличии возражений по Отчету Лицензиата Стороны составляют акт сверки в течение 5 (Пять) дней с даты получения Лицензиатом мотивированного отказа Лицензиара от принятия Отчета Лицензиата в электронном виде.

5.6. The payment of the author remuneration is made by the Licensee under the Agreement and invoice made out in accordance with the data indicated in the Licensee's report. The payment is made by bank transfer in U.S. dollars within 10 (ten) working days from the date when the Licensee receives from the Licensor a signed invoice in electronic form.

5.6.   Выплата   авторского   вознаграждения производится Лицензиатом на основании Договора и счета, выписанного в соответствии с данными, указанными в отчете Лицензиата. Оплата   производится   банковским перечислением в USD, не позднее 10 (десяти) рабочих дней после получения Лицензиатом от Лицензиара подписанного счета в электронном виде.

5.7. The expenses for money transfer to the Licensor's   account   and   for   the

5.7.   Расходы   по   перечислению   денежных средств на счет Лицензиара и услуги банков-

RINC000783                                    CONFIDENTIAL

Execution Copy

correspondent banks services are born by the Licensee.

корреспондентов оплачиваются Лицензиатом.

## 6.  ADDITIONAL TERMS

## 6.  ДОПОЛНИТЕЛЬНЫЕ УСЛОВИЯ

6.1. The Licensor guarantees that he has all the necessary exclusive property rights for the Software.

6.1.  Лицензиар гарантирует наличие у него исключительных имущественных прав в необходимом объеме на ПО.

6.2. All taxes and duties set by Licensee's state are collected from the Licensee.

6.2.  Все налоги и сборы, установленные страной Лицензиата, взимаются за счет Лицензиата.

6.3. All modifications and supplements to the Agreement are considered valid if they are executed in written form and signed by the authorized representatives of the Parties.

6.3.  Все изменения и дополнения к Договору признаются действительными, если они совершены в письменной форме и подписаны уполномоченными представителями Сторон.

## 7.  INFORMATION CONFIDENTIALITY

## 7.  КОНФИДЕНЦИАЛЬНОСТЬ ИНФОРМАЦИИ

7.1. The conditions related to the amount and payment of the author remuneration are confidential and are not to be made public within the contractual time and 3 (three) years after its termination.

7.1.  Условия, касающиеся размера и выплаты авторского вознаграждения, являются конфиденциальными и не подлежат разглашению в течение срока действия Договора и в течение 3 (трех) лет по окончании срока его действия.

## 8.  LIABILITY OF THE PARTIES AND ARBITRATION

## 8.  ОТВЕТСТВЕННОСТЬ СТОРОН И ПОРЯДОК РАЗРЕШЕНИЯ СПОРОВ

8.1. Governing Law.  This Agreement shall be construed and interpreted in accordance with the laws of the Commonwealth of Virginia without reference to conflicts of law rules or principles as though entered into between Virginia residents and to be performed entirely within the Commonwealth of Virginia. To the extent permitted by law, the provisions of this Agreement shall supersede any provisions of the Uniform Commercial Code as adopted or made applicable to any products described herein in any competent jurisdiction. This Agreement shall not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded.

8.1.  Применимое Право. Настоящий Договор должен истолковываться и быть интерпретированным в соответствии с законами Штата Вирджиния, исключая правила и принципы коллизионного права, как если бы Договор был заключен между резидентами Штата Вирджиния и исполнялся бы полностью в Штате Вирджиния. В той степени, в которой это допустимо в соответствии с законом, условия настоящего Договора должны заменить любые условия Единого Коммерческого Кодекса (Uniform Commercial Code), принятые в отношении любой продукции, описанной в настоящем Договоре, в любой компетентной юрисдикции. Настоящий Договор не подлежит применению в соответствии с Конвенцией Организации Объединенных



RINC000784                                    CONFIDENTIAL

Execution Copy

Наций о Договорах Международной Купли-Продажи Товаров.

### 8.2. Arbitration.

### 8.2. Арбитраж.

8.2.1.    In the event of a dispute between the Parties arising out of or in connection with this Agreement, the parties hereto shall use their best efforts to resolve the dispute on an amicable basis. If an amicable settlement cannot be reached, either Party hereto may request, by written notice, that the dispute be resolved by arbitration by a panel of three (3) arbitrators before the American Arbitration Association pursuant to the then current rules of the United Nations Commission on International Trade Law (UNCITRAL Rules).

8.2.1.    В случае спора между Сторонами, возникающим в связи с настоящим Договором, стороны должны приложить все усилия для того, чтобы достичь согласия путем переговоров. Если согласие не может быть достигнуто путем переговоров, любая Сторона может запросить в письменной форме, чтобы спор был решен в судебном порядке арбитражным органом в составе трех (3) арбитров Американской Ассоциацией Арбитража, в соответствии с положениями Арбитражного регламента ЮНСИТРАЛ находящимися в силе на тот момент.

8.2.2.    In the event of any conflict between the UNCITRAL Rules and the provisions of this Agreement, the provisions of this Agreement shall prevail

8.2.2.    В случае любого конфликта между положениями Арбитражного регламента ЮНСИТРАЛ и условиями настоящего Договора, условия этого Договора являются преимущественными.

8.2.3.    The place of the arbitration shall be District of Columbia, USA

8.2.3.    Место арбитража - Округ Колумбия, США.

8.2.4.    The claimant Party shall appoint an arbitrator and the respondent Party shall appoint one arbitrator, and the two arbitrators so appointed shall appoint the third arbitrator, in accordance with the provisions of the UNCITRAL Rules.

8.2.4.    Сторона-заявитель должна назначить арбитра, отвечающая Сторона должна назначить одного арбитра, и эти два назначенные арбитра должны назначить третьего арбитра, в соответствии с положениями Арбитражного регламента ЮНСИТРАЛ.

8.2.5.    The English language shall be used as the written and spoken language for all matters connected with all references to arbitration.

8.2.5.    Для решения всех вопросов, касающихся арбитража должен использоваться английский язык как письменный и разговорный.

8.2.6.    The decision of the arbitrators shall be made by majority vote and shall be made in

8.2.6.    Решение арбитров должно быть принято большинством голосов и в письменной

CONFIDENTIAL

Execution Copy

writing.

форме.

**8.2.7.** The decision of the arbitrators shall be final and binding on the Parties, save in the event of fraud, manifest mistake or failure by any of the arbitrators to disclose any conflict of interest.

8.2.7. Решение арбитров должно быть окончательным и обязательным для исполнения Сторонами, за исключением случаев мошенничества, очевидной ошибки или нераскрытия каким-либо из арбитров конфликта интересов.

**8.2.8.** The decision of the arbitrators may be enforced by any court of competent jurisdiction and may be executed against the person and assets of the losing Party in any jurisdiction. For the avoidance of doubt, such court includes any court that is authorized to make such an order by virtue of any treaty or legislation relating to the reciprocal enforcement of foreign arbitral awards or judgments.

8.2.8. Решение арбитров может быть приведено в исполнение любым судебным органом соответствующей юрисдикции и может быть исполнено против субъекта и имущества проигравшей Стороны находящейся под любой юрисдикцией. Для единообразия терминологии под судебными органами следует понимать любой суд, который уполномочен делать предписания на основании международного договора или законодательства, касающегося взаимного приведения в исполнение иностранных арбитражных предписаний или решений.

**8.2.9.** Nothing in this Section 8.2 shall prevent a Party from seeking or obtaining equitable relief from a court of competent jurisdiction, whether before, during or after arbitration proceedings.

8.2.9. Никакая информация из данной Статьи 8.2 не мешает одной из Сторон получить средства правовой защиты по праву справедливости в суде соответствующей юрисдикции как до, так и в течение или по окончанию арбитражного процесса002E

**8.3.** Legal Expenses. The prevailing Party in any legal action, including arbitration, brought by one Party against the other and arising out of this Agreement shall be entitled, along with any other rights and remedies it may have, to reimbursement for its expenses, including court costs and reasonable attorney's fees. Such fees may be set by the court in the trial of such action or may be enforced in a separate action brought for that purpose. Such fees shall be in addition to any other relief that may be awarded.

8.3. Юридические Расходы. Побеждающая Сторона в любом юридическом иске, включая арбитраж, начатом одной из сторон против другой в связи с настоящим Договором, вместе с любыми иными правами и средствами юридической защиты, доступными ей, будет иметь право на возмещение ее расходов, включая судебные расходы и, в разумной мере, гонорары адвокатов. Такие гонорары могут быть определены судом, как в ходе самого процесса, так и в рамках отдельного иска, начатого для данной цели.

**8.4.** Publicity. The Parties shall work together to issue publicity and general marketing communications concerning their relationship and other mutually agreed-upon matters. In addition, neither Party

8.4. Публичность. Стороны обязуются сотрудничать друг с другом в вопросах рекламы и общих маркетинговых коммуникаций, касающихся их отношений и других взаимосогласованных вопросов.

Page 9 of 19

Execution copy

shall issue such publicity and general marketing communications concerning their relationship without the prior written consent of the other Party (not to be unreasonably withheld or delayed). Neither Party shall disclose the terms of this Agreement to any third party other than its outside counsel, auditors, and financial and technical advisors, except as required by law *provided* that Licensee may disclose such information in connection with a bona fide financing of the Licensee subject to the confidentiality obligations not less restrictive than the terms of this Agreement.

8.5. <u>Notices.</u> All claims, instructions, consents, designations, notices, waivers, and other communications in connection with the Agreement (*"Notifications"*) will be in writing. Such Notifications will be deemed properly given (a) when received if delivered personally, (b) if delivered by facsimile transmission when the appropriate telecopy confirmation is received; (c) upon the receipt of the electronic transmission by the server of the recipient when transmitted by electronic mail, or (d) within three (3) days after deposit with an internationally recognized express delivery service, in each case when transmitted to a Party specified in section specified in section "ADDRESSES AND IDENTIFICATION OF THE PARTIES"

8.6. <u>Counterparts of the Agreement.</u> The Agreement may be separately executed by the Parties in two (2) or more counterparts and all such counterparts shall be deemed an original, but all of which together shall constitute one and the same instrument and will be binding on the Parties as if they had originally signed one copy of the Agreement. Delivery of a copy of this Agreement or such other document bearing an original signature by facsimile transmission (whether directly from one facsimile device to another by means of a

Кроме того, ни одна из Сторон не должна выпускать рекламу и общие маркетинговые программы, касающиеся их отношений, без предшествующего письменного согласия другой Стороны (в котором не должно быть необоснованно отказано или которое не должно быть необоснованно задержано). Ни одна из Сторон не должна раскрывать условия настоящего Договора третьим лицам, за исключением ее адвоката, аудиторов, и финансовых и технических советников, за исключением случаев, предусмотренных законом.

8.5. <u>Уведомления.</u>  Все  требования, инструкции, согласия, обозначения, уведомления, отказы, и другая информация в связи с Договором (*"Уведомления"*) должны быть предоставлены в письменной форме. Такие Уведомления будут считаться предоставленными должным образом (а) когда получены в результате личной доставки, (b) если доставлены посредством факсимильной связи, когда получено соответствующее подтверждение об успешной передаче телекопии; (c) после получения электронного сообщения сервером получателя в случае использования электронной почты, или (d) по истечению трех (3) дней после получения уведомления международно-признанной службы доставки экспресс почты, во всех случаях, когда Уведомление отправлено Стороне по адресу или местоположению указанному в разделе "АДРЕСА И РЕКВИЗИТЫ СТОРОН"

8.6. <u>Экземпляры Договора.</u>  Договор может быть отдельно подписан Сторонами в двух (2) или большем количестве экземпляров, и все такие экземпляры будут считаться оригиналом, но все они, взятые в совокупности, должны составить один и тот же документ, и считаться обязательными для исполнения Сторонами, как если бы они первоначально подписали один экземпляр Договора.  Вручение  копии  настоящего Договора  или  другого  документа, содержащего  оригинал  подписи,  путем передачи  по  факсимильной  связи

SD

CONFIDENTIAL 

Execution copy

dial-up connection or whether mediated by the worldwide web), by electronic mail in "portable document format" (".pdf") form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing the original signature. "Originally signed" or "original signature" means or refers to a signature that has not been mechanically or electronically reproduced.

(непосредственно от одного факсимильного устройства к другому посредством подключающейся связи или связанного всемирной электронной сетью Интернет), электронной почтой в форме "портативного документального формата" (".pdf") или любыми другими электронными средствами, имеющими целью сохранить первоначальный графический и иллюстрированный формат документа, будет иметь тот же самый эффект, что физическое вручение бумажного документа, носящего подпись в оригинале. "Подписанное в оригинале" или "подпись в оригинале" означает или относится к подписи, которая не была воспроизведена механически или с помощью электроники.

S D

CONFIDENTIAL

Execution copy

## 9. EXPIRATION DATE AND AGREEMENT TERMINATION PROCEDURE

9.1. The present Agreement comes into effect from the moment of signing and remains valid for 2 (two) calendar years starting with the date of coming into effect inclusive. If within 40 (forty) days before the expiration date none of the *Parties* declares the intention of dissolving the Agreement, the contractual time is considered to be extended for 2 (two) more calendar years.

9.2. The present Agreement can be dissolved before the appointed time by mutual consent of the Parties or unilaterally, one of the Parties sending the other one a written notice about the dissolution of the Agreement. In this case the Agreement is dissolved in 40 (forty) days after the Second Part receives the First Part's notice.

9.3. Licensee may terminate this Agreement by giving notice to Licensor at any time if Licensor has breached any representation, warranty, obligation or covenant contained in this Agreement in any material respect and this breach has not been cured within a 15 day period;

9.4. Licensor may terminate this Agreement by giving notice to Licensee at any time if Licensee has breached any material representation, warranty, obligation or covenant contained in this Agreement and this breach has not been cured within a 15 day period;

9.5. After the Agreement's expiry or early

## 9. СРОК ДЕЙСТВИЯ И ПОРЯДОК РАСТОРЖЕНИЯ ДОГОВОРА

9.1. Настоящий Договор вступает в силу с даты подписания Сторонами и действует 2 (два) календарных года, начиная (включительно) с даты вступления настоящего Договора в силу. Если за 40 (сорок) дней до окончания срока действия Договора ни одна из *Сторон* не заявит в письменной форме о намерении его расторгнуть, срок действия Договора автоматически продлевается на 2 (два) года.

9.2. Настоящий Договор может быть досрочно расторгнут по обоюдному согласию Сторон или одной из Сторон путем направления другой Стороне письменного уведомления о расторжении Договора. В этом случае Договор прекращает свое действие через 40 (сорок) дней после получения уведомления второй Стороной.

9.3. Лицензиат может прервать действие настоящего Договора в любое время, предоставив Лицензиару соответствующее уведомление, в случае, если Лицензиар дважды в течение полугода существенно нарушил условия или соглашения, содержащиеся в настоящем Договоре, и это нарушение не было исправлено в течение 15 дней;

9.4. Лицензиар может прервать действие настоящего Договора в любое время, предоставив Лицензиару соответствующее уведомление, в случае, если Лицензиат дважды в течение полугода существенно нарушил условия или соглашения, содержащиеся в настоящем Договоре, и это нарушение не было исправлено в течение 15 дней;

9.5. По истечении срока действия Договора

CONFIDENTIAL

Execution copy

dissolution the Licensee loses the right to use the Software and is obliged to fulfill mutual settlement of accounts with the Licensor within a month after the abovementioned events take place.

или досрочном его расторжении, Лицензиат теряет право использовать ПО и обязуется провести взаиморасчеты с Лицензиаром в течение месяца со дня наступления вышеуказанных событий.

## 10. APPENDIXES

## 10. ПРИЛОЖЕНИЯ

| | | |
|---|---|---|
| Appendix 1 | Software specification and prices The Bat! (ENGLISH / RUSSIAN) | Приложение №1 Спецификация и цены на ПО The Bat! (ENGLISH / RUSSIAN) |
| Appendix 2 | Software specification and prices BatPost (ENGLISH / RUSSIAN) | Приложение №1 Спецификация и цены на ПО BatPost! (ENGLISH / RUSSIAN) |
| Appendix 3 | License Agreement with the end user (ENGLISH / RUSSIAN) | Приложение №3 Лицензионное соглашение с конечным пользователем (ENGLISH / RUSSIAN) |
| Appendix 4 | Territory(ENGLISH / RUSSIAN) | Приложение №4 Территория (ENGLISH / RUSSIAN) |

IN WITNESS WHEREOF, each of the undersigned Parties to this Licensing Agreement has caused this Agreement to be duly executed in its corporate name by one of its authorized representatives, all as of the date first set forth above.

В ЗАСВИДЕТЕЛЬСТВОВАНИЕ СЕГО, каждая из нижеподписавшихся Сторон данного Лицензионного Договора соответственно подписала Договор от своего имени одним из уполномоченных представителей.

**LICENSOR**    Ritlabs, Inc.

By: _Demenk._

Name:  SERGHEI DEMONENKO

Title:  CEO

**LICENSEE**    NILTA, CORP.

By: _____

Name:  _____

Title:  _____

Page 13 of 19

| ADDRESSES AND IDENTIFICATION OF THE PARTIES | АДРЕСА И РЕКВИЗИТЫ СТОРОН |
|---|---|

**Licensor**

**RITLABS Inc**

901 N. Pitt Street
Suite 325
Alexandria, VA 22314
e-mail: office@ritlabs.com
facsimile: +1 877 373-4894

**Licensee**

**NILTA, CORP.**

Box 3321, Road Town, Tortola, British Virgin Islands

**Banking information:**

Account Number: 240-07-803397-01

IBAN: CY58 0050 0240 0002 4007 8033 9701

BIC: HEBACY2N

Currency: USD

Mailing Address: C/O HELLENIC BANK LTD

3505 INTL BUSINESS CENTRE LEMESOS

**Banking information:**

*USD account:*

| *Name of the bank:* | Citibank |
|---|---|
| *Address of the bank:* | Reston Financial Center 11800 Spectrum Center Reston, VA 20190 |
| *Swift:* | CITIUS33 |
| *Account:* | 15485439 |

Page 14 of 19

3Д

Execution copy

Appendix 1

## LICENSOR'S SOFTWARE SPECIFICATION AND PRICES

### SOFTWARE - THE BAT!

| License type | | Single | Multi | |
|---|---|---|---|---|
| Home | | 25.00 USD | none | |
| Professional (basic license) | | P=35.00 USD | 2-10 (w/s) | P-20% |
| | | | 11-30(w/s) | P-30% |
| Extra discount* | Discount for schools | | | |
| -30% from the basic license | -85% from the basic license (min 10 licenses) | | 31-50(w/s) | P-50% |
| | | | 51-100(w/s) | P=$875+15*(n-50) |
| | | | 101-...(w/s) | P=$1625+5*(n-100) |

* Extra discount is given to the following groups of users: non-profit organizations, students, educational institutions (universities, institutes), registered users purchasing the rights for using new versions of the Software

Спецификация и цена для конечного пользователя на программное обеспечение Лицензиара

### Программное обеспечение - The Bat

| Тип лицензии | | Однопользо-вательская лицензия | Многопользовательская лицензия | |
|---|---|---|---|---|
| Home | | 25.00 USD | Нет | |
| Professional (базовая лицензия) | | P=35.00 USD | 2-10 (р/м) | P-20% |
| | | | 11-30(р/м) | P-30% |
| Дополнительная скидка* | Скидка для школ | | | |
| -30% от базовой лицензии | -85% от базовой лицензии (мин.10 лицензий) | | 31-50(р/м) | P-50% |
| | | | 51-100(р/м) | P=$875+15*(n-50) |
| | | | 101-...(р/м) | P=$1625 +$5*(n-100) |

* Дополнительная скидка предоставляется для следующих групп пользователей: некоммерческие организации, студенты, образовательные учреждения (университеты, институты), зарегистрированные пользователи при приобретении права пользования новых версий ПО.

SD

          CONFIDENTIAL

Execution Copy

Appendix 2

## LICENSOR'S SOFTWARE SPECIFICATION AND PRICES

### SOFTWARE – BatPost

ENGLISH

| № | | Number | Units | USD |
|---|---|---|---|---|
| 1 | BatPost Server, basic installation (50 accounts are included in the price) | 1 | pieces | 50.00 |
| 2 | Additional accounts for BatPost | 1-50 | pieces | 1.00 |
| | | 51-100 | pieces | 0.90 |
| | | 101-200 | pieces | 0.80 |
| | | 201-300 | pieces | 0.70 |
| | | 300 and more | pieces | 0.60 |

RUSSIAN

### ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ – BatPost!

| № | | Количество | Единица измерения | USD |
|---|---|---|---|---|
| 1 | BatPost! Сервер, базовая установка (в стоимость включено 50 учетных записей) | 1 | Шт. | 50.00 |
| 2 | Дополнительные учетные записи для BatPost! | 1-50 | Шт. | 1.00 |
| | | 51-100 | Шт. | 0.90 |
| | | 101-200 | Шт. | 0.80 |
| | | 201-300 | Шт. | 0.70 |
| | | 300 и более | Шт. | 0.60 |

RINC000793

CONFIDENTIAL

Execution copy

Appendix 3

ENGLISH

**License agreement with the end user on using the Ritlabs SRL software**

The present agreement is set between you – the User (individual or legal entity) and Ritlabs SRL company (Rightholder) concerning the usage of the software (Program) belonging to RITLabs that comes together with the Agreement.

IMPORTANT:

ONCE YOU INSTALL THIS SOFTWARE, YOU ACCEPT THis LICENSE AGREEMENT. IF YOU DON'T AGREE, RENOUNCE THE FURTHER INSTALLATION AND USAGE OF THE SOFTWARE.

Installation and Usage. Unregistered copies of the Program can be installed and used only for getting acquainted with it in a 30-day trial period. On the expiry of this 30-day period you must either register the Program or stop using it. The registration gives you the right to use the program after the 30-day trial period, to receive technical support and to benefit of the options granted exclusively to the registered Users, as well as to receive the updates of the Program within its current version (actual in the moment of purchasing) from the Rightholder without additional payments. On registering the Program and making the fixed payment in the size that is stipulated in the agreement between you and the party executing the transfer of rights you receive the Program activation code and the Individual License that cannot be returned. According to the given agreement, you get a non-exclusive license for using the Program: you can install it, benefit of the Program's features, access, display and launch one copy of the Program and handle one copy of the Program on one computer of the User, workstation – User's terminal.

Usage limitations. Program must not be hired out, leased or transmitted. This license forbids any usage of the Program that would violate any international or local law. Any such action is an exclusive liability of the acting person. You have no right to distribute, copy, imitate, multiply, sell, modify, decompile, disassemble or change the components of the Program by no means. You can make copy of the components of the Program only under the condition that this copy is destined for backup purposes only. Any unauthorized usage will lead to immediate and automatic termination of the present Agreement and may also cause law proceedings.

Reservation of the property right for the Program. The Program is protected by law and agreements on author right and other intellectual property rights. Ritlabs SRL possesses all the author rights for the Program. The Program is not sold; it is given for usage according to the License Agreement.

Limited warranty. The Program is granted as general purpose software, not for any specific purpose of the User. You agree that any software can contain errors. We strongly recommend you to make backup copies of your files. Ritlabs SRL is not liable for losses, damages, costs and expenditures incurred by the User or by the third party as a result of incorrect use of the Program, including (under no limitation) the liabilities for business expenses, idle-times, losses incurred by the User or by the third party as a result of the absence, malfunction, virus, error of disfunction of the Program. Ritlabs SRL is not liable for indirect, special, accidental damages, as well as for their consequences related to the matter of the Agreement.

Confirmation of the presence of the license at the end user. If you received a nonexclusive right for using the Program according to the License Agreement, the type of your license, serial number of the key and user name can be viewed by pressing "Alt+F1" while working with the Program. Activation key of the Program must be kept as confirmation of the fact that you have the license for using the Program.

© Ritlabs 1997-2010

            CONFIDENTIAL

Execution copy

RUSSIAN

**Лицензионное соглашение с конечным пользователем по использованию программного обеспечения компании Ritlabs SRL**

Данное лицензионное соглашение является соглашением между вами - Пользователем (физическое или юридическое лицо) и компанией Ritlabs SRL (Правообладатель) по использованию программного обеспечения (Программа), принадлежащего компании Ritlabs SRL и сопровождающего данное Лицензионное соглашение.

**ВАЖНО:**
ЕСЛИ ВЫ УСТАНОВИТЕ ДАННОЕ ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ, ТЕМ САМЫМ ВЫ ПОДТВЕРДИТЕ СВОЕ СОГЛАСИЕ СОБЛЮДАТЬ УСЛОВИЯ ДАННОГО ЛИЦЕНЗИОННОГО СОГЛАШЕНИЯ. ЕСЛИ ВЫ НЕ СОГЛАСНЫ, ОТКАЖИТЕСЬ ОТ ДАЛЬНЕЙШЕЙ УСТАНОВКИ И ИСПОЛЬЗОВАНИЯ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ.

**Установка и использование.** Незарегистрированные копии Программы могут быть установлены и использованы только в целях ознакомления в течение 30-дневного испытательного срока. До истечения 30-дневного периода вы должны либо зарегистрировать Программу, либо прекратить ее использование. Регистрация предоставит вам право использовать Программу по истечении 30-дневного испытательного срока, получать техническую поддержку и использовать опции, предоставляемые только зарегистрированным Пользователям, а также без уплаты дополнительного вознаграждения получать от Правообладателя обновления Программы в рамках текущей версии, актуальной в момент покупки. При регистрации и оплате фиксированного вознаграждения, размер которого определяется условиями соглашения между вами и стороной, осуществляющей передачу прав, вам передается код активации Программы и Именная Лицензия, не подлежащие возврату. Согласно настоящему соглашению вам предоставляется неисключительная лицензия на использование Программы: вы можете установить, использовать функциональные возможности Программы, осуществлять доступ, отображать и запускать одну копию Программы и обращаться к одной копии Программы на одном компьютере Пользователя, рабочей станции–терминале Пользователя.

**Ограничения использования:** Программа не должна даваться напрокат, сдаваться в аренду или передаваться. Данная лицензия запрещает любое использование Программы, которое нарушает международные или местные законы. Любое такое действие будет исключительной ответственностью лица, совершающего такое действие. Вы не имеете права распространять, копировать, имитировать, размножать, продавать, вносить изменения, декомпилировать, разбирать или иным образом изменять компоненты Программы. Вы можете изготовить копию компонентов Программы при условии, что эта копия предназначена только для архивных целей. Любое несанкционированное использование приведет к незамедлительному и автоматическому прекращению настоящего лицензионного соглашения и может, как следствие, привести к судебному процессу.

**Сохранение права собственности на Программу.** Программа защищена законами и соглашениями об авторском праве и других правах на интеллектуальную собственность. Компании Ritlabs SRL принадлежат все авторские права на Программу. Программа не продается, а предоставляется в пользование согласно лицензионному соглашению.

**Ограниченная гарантия.** Программа предназначается и предоставляется в качестве программного обеспечения общего назначения, а не для какой-либо конкретной цели пользователя. Вы соглашаетесь с тем, что любое программное обеспечение может содержать ошибки, поэтому настоятельно рекомендуем регулярно создавать резервные копии своих файлов. Ritlabs SRL не несет ответственности за потерю, повреждение, издержки и затраты, понесенные вами или третьим лицом в результате неправильного использования Программы, включая без ограничений обязательства за торговые расходы, простой оборудования, потери, понесенные вами или третьим лицом в результате отсутствия, неисправности, вируса, ошибки или нарушения работы Программы. Ritlabs SRL не несет ответственность за косвенный, особый, случайный ущерб, а также его последствия, связанные или возникающие в связи с предметом настоящего Соглашения.

**Подтверждение наличия лицензии у конечного пользователя.** Если вы получили неисключительное право пользования Программой в соответствии с лицензионным соглашением, тип вашей лицензии, серийный номер ключа, а также имя Пользователя, можно просмотреть, нажав клавиши «Alt+F1» при работе в Программе. Ключ активации Программы необходимо хранить в качестве доказательства того, что у вас есть лицензия на использование Программы.

© Ritlabs 1997-2010

CONFIDENTIAL

Execution copy

Appendix 4

## Territory

| | |
|---|---|
| 1.Russian Federation | 1.Российская Федерация |
| 2. CIScountries, except Moldova | 2.Страны СНГ, кроме Молдовы |

RINC000796

CONFIDENTIAL

Execution copy

dissolution the Licensee loses the right to use the Software and is obliged to fulfill mutual settlement of accounts with the Licensor within a month after the abovementioned events take place.

или досрочном его расторжении, Лицензиат теряет право использовать ПО и обязуется провести взаиморасчеты с Лицензиаром в течение месяца со дня наступления вышеуказанных событий.

### 10. APPENDIXES

### 10. ПРИЛОЖЕНИЯ

| Appendix 1 | Software specification and prices The Bat! (ENGLISH / RUSSIAN) |
| Appendix 2 | Software specification and prices BatPost (ENGLISH / RUSSIAN) |
| Appendix 3 | License Agreement with the end user (ENGLISH / RUSSIAN) |
| Appendix 4 | Territory(ENGLISH / RUSSIAN) |

Приложение №1 Спецификация и цены на ПО The Bat! (ENGLISH / RUSSIAN)

Приложение №1 Спецификация и цены на ПО BatPost! (ENGLISH / RUSSIAN)

Приложение №3 Лицензионное соглашение с конечным пользователем (ENGLISH / RUSSIAN)

Приложение №4 Территория (ENGLISH / RUSSIAN)

IN WITNESS WHEREOF, each of the undersigned Parties to this Licensing Agreement has caused this Agreement to be duly executed in its corporate name by one of its authorized representatives, all as of the date first set forth above.

В ЗАСВИДЕТЕЛЬСТВОВАНИЕ СЕГО, каждая из нижеподписавшихся Сторон данного Лицензионного Договора соответственно подписала Договор от своего имени одним из уполномоченных представителей.

**LICENSOR**     Ritlabs, Inc.

By: _____

Name: SERGHEI DEMCENKO

Title: CEO

**LICENSEE**     NILTA, CORP.

By: _____

Name: _____

Title: _____

Page 13 of 19

RINC000797                          CONFIDENTIAL

| LICENSING AGREEMENT | ЛИЦЕНЗИОННЫЙ ДОГОВОР |
|---|---|
| This Licensing Agreement (the "Agreement") is made and entered this 1st day of January, 2011 (the "Effective Date") by and between Ritlabs Inc., a corporation organized under the laws of the Commonwealth of Virginia (the "Licensor"), and S-Tech Data e. K. (the "Licensee" and collectively with the Licensor, the "Parties" and each, a "Party"). | Настоящий Лицензионный Договор ("Договор") заключен и введен в действие сего 1 января 2011 года ("Дата Вступления в Силу"), между Ritlabs Inc., корпорацией организованной на основе законов штата Вирджиния ("Лицензиар"), и S-Tech Data е.К. "Лицензиат" и совместно с Лицензиаром именуются "Стороны" и каждый в отдельности - "Сторона" . |

| **1.  BASIC CONCEPTS** | **1.  ОСНОВНЫЕ ПОНЯТИЯ** |
|---|---|
| For the Agreement the terms stated below have the following meanings: | В Договоре используются следующие понятия: |
| *"Agreement"* shall have the meaning set forth in the preamble hereof. | *"Договор"* имеет значение, сформулированное в преамбуле данного документа. |
| **"Demo Versions of the Software"** – versions of the Software that have temporal (30 days) or functional limitations for using. | **"Демонстрационные версии ПО"** – версии программного обеспечения, имеющие временные (30 дней) или функциональные ограничения по их использованию. |
| **"Software Distribution Kit"** – file signed with the Licensor's digital certificate that contains the program for Software installation/removal and all necessary components for Software functioning on the *User's* computer. | **"Дистрибутив программного обеспечения (дистрибутив ПО)"** – файл, содержащий программу установки/удаления ПО и все необходимые компоненты для функционирования ПО на компьютере *Пользователя*, подписанный цифровым сертификатом Лицензиара. |
| **"License Agreement with the end user"** – agreement between the Licensor (Rightholder) and the *User* that gives the non-exclusive right for using the Software. | **"Лицензионный договор о предоставлении права использования ПО (Лицензионное соглашение с конечным пользователем)"** – соглашение между Лицензиаром (Правообладателем) и Пользователем предоставляющее неисключительное право использования ПО. |
| **"Agreement Validity Period "** – time interval from the moment of coming into effect of the Agreement to the moment of its dissolution/termination under <u>Section 9</u> of the Agreement. | **"Период действия договора"** – временной интервал от момента вступления Договора в силу до момента его расторжения/прекращения в соответствии с <u>разделом 9</u> Договора. |
| *"Licensee"* shall have the meaning set forth in the preamble hereof. | *"Лицензиат"* имеет значение, сформулированное в преамбуле данного Договора. |

CONFIDENTIAL

*execution copy*

**"User "** – legal or individual person that uses (intends to use) the Software on its computer in concordance with the *License Agreement*.

**"Пользователь"** – юридическое или физическое лицо, использующее (намеревающееся использовать) ПО на своем компьютере в соответствии с *Лицензионным соглашением*.

**"Price List "**– list of calculation of the basic (retail) prices for *obtaining rights for using the Software under the License Agreement* (Appendix 1, 2).

**"Прайс-лист"** – устанавливаемый Лицензиаром перечень расчета базовых (розничных) цен для получения прав на использование ПО на основании Лицензионного соглашения (Приложение №1, №2).

**"Computer Program"** – the aggregate of data and commands (expressed in any language and any form, including source code and object code) presented in an objective form and intended to make the computer and other computer devices function in order to obtain a certain result. The Computer Program includes additional materials received during its development, as well as audiovisual imagery it generates.

**"Программа для ЭВМ "**– представленная в объективной форме совокупность данных и команд (могут быть выражены на любом языке и в любой форме, включая исходный текст и объектный код), предназначенных для функционирования ЭВМ и других компьютерных устройств в целях получения определенного результата, включая подготовительные материалы, полученные в ходе разработки программы для ЭВМ, и порождаемые ею аудиовизуальные отображения.

**"Software "**– computer programs (intellectual property) specified and priced in Appendix 1 and 2, author rights for which belong to Licensor.

**"Программное обеспечение (ПО)"** – программы для ЭВМ (объекты интеллектуальной собственности), спецификация и цены на которые указанны в Приложении №1,№2 Договора, авторские права на которые принадлежат Лицензиару.

**"Electronic Key** or **Activation Key"** – unique code generated by the Licensor for each copy of the Software, which is applied for Software activating in concordance with license type and program version and for time restrictions removal.

**"Электронный ключ или ключ активации"** – генерируемый Лицензиаром для каждого экземпляра ПО уникальный код, применяемый для активации ПО, в соответствии с типом лицензии и версии программы, снимающий временные ограничения.

## 2. SUBJECT OF AGREEMENT

## 2. ПРЕДМЕТ ДОГОВОРА

2.1. The Licensor grants the Licensee with a non-exclusive right for using the Software indicated in Appendix 1, 2 under the limitations and terms stipulated in the Agreement; the Licensee pays the Licensor author remuneration (royalty) for the granted right.

2.1. Лицензиар предоставляет Лицензиату неисключительное право использования Программного обеспечения, указанного в Приложении №1,№2, в обусловленных Договором пределах и на определенный Договором срок, а Лицензиат за предоставление этих прав уплачивает вознаграждение Лицензиару.



 CONFIDENTIAL

2.2. The Licensee sets himself as an object the promotion of the Software belonging to the Licensor within the territory indicated in Appendix 4.

2.2. Лицензиат ставит своими целями продвижение Программного обеспечения, принадлежащего Лицензиару, на территории, указанной в Приложении №4.

## 3. RIGHTS AND OBLIGATIONS OF THE PARTIES

## 3. ПРАВА И ОБЯЗАННОСТИ СТОРОН

3.1. According to the Agreement, the Licensor gives the Licensee the following non-exclusive rights:

3.1. По настоящему договору Лицензиар предоставляет Лицензиату следующие неисключительные права:

3.1.1. the right for Software reproduction granted with the only purpose of transmission of these rights directly or by the third party to the *Software Users*;

3.1.1. право на воспроизведение ПО предоставляемое с единственной целью передачи этих прав напрямую или через *Дистрибьютора Пользователям ПО*;

3.1.2. the right for Software distribution;

3.1.2. право на распространение ПО;

3.1.3. the right to grant the third party with a non-exclusive right for using the Software only within the limits of the rights and modes of using stipulated in the License Agreement for the Licensee.

3.1.3. предоставлять неисключительное право использования ПО *Дистрибьютору* только в пределах тех прав и тех способов использования, которые предусмотрены лицензионным договором для Лицензиата.

**3.2. Licensor is obliged:**

**3.2. Лицензиар обязан:**

3.2.1. to fulfill the transmission of the *Electronic Keys (Activation Keys)* to the Licensee and to provide the access to the Software Distribution Kit on demand;

3.2.1. По запросу, осуществлять передачу Лицензиату *Электронных ключей (ключей активации)* и обеспечить доступ к *Дистрибутивам ПО*.

3.2.2. to notify the Licensee about the modifications in the *Price List* in not less than 14 calendar days before these modifications come into effect;

3.2.2. Уведомлять Лицензиата об изменениях в *Прайс-листе* и Приложениях к Договору не менее чем за 14 календарных дней до вступления в силу данных изменений.

SD

execution copy

3.2.3.    to consult the Licensee on the issues related to the calculation of the cost of the Software using rights, to the Software functionality and particularities of installation and exploitation.

3.2.3.    Консультировать Лицензиата по вопросам, связанным с расчетом стоимости прав на использование ПО, его функциональностью, особенностями установки и эксплуатации.

**3.3.  Licensor has the right:**

**3.3.  Лицензиар имеет право:**

3.3.1.    to suspend the transmission of the *Electronic Keys (Activation Keys)* on the Licensee's demand in case of breach of the conditions stipulated in clauses 3.4.1-3.4.4 and 5.1-5.6 of the Agreement from the part of the Licensee;

3.3.1.    В случае нарушения Лицензиатом условий оговоренных в п.п. 3.4.1-3.4.4., п.п. 5.1-5.9 Договора приостановить передачу *Электронных ключей (ключей активации)* по запросу Лицензиата.

3.3.2.    to unilaterally modify the *Price List* and the Appendixes to the Agreement, preliminary noticing the Licensee under clause 3.2.2 of the Agreement.

3.3.2.    В одностороннем порядке вносить изменения в *Прайс-лист* и Приложения к Договору предварительно уведомив об этом Лицензиата в соответствии с п. 3.2.2. Договора.

**3.4.  Licensee is obliged:**

**3.4.  Лицензиат обязан:**

3.4.1.    to respect the Licensor's author rights;

3.4.1.    Соблюдать авторские права Лицензиара.

3.4.2.    to pay author remuneration (royalty) to the Licensor for the non-exclusive property rights under <u>Section 5</u> of the Agreement;

3.4.2.    Выплачивать Правообладателю авторское вознаграждение за переданные по Договору неисключительные имущественные права в соответствии с <u>разделом 5</u> Договора.

3.4.3.    to demand the *Activation Key* generation in accordance with the Licensor's requirements;

3.4.3.    Осуществлять запрос на генерацию *ключа активации* в соответствии с требованиями Лицензиара.

3.4.4.    not to take actions that could harm the Licensor's activity or image;

3.4.4.    Не производить действий, которые могут нанести вред деятельности или имиджу Лицензиара.

3.4.5.    to elaborate and implement marketing strategy and advertising actions meant to increase the number of the *Software Users*.

3.4.5.    Разрабатывать и осуществлять стратегию маркетинга, а также рекламные акции с целью увеличения количества *Пользователей ПО*.

**3.5.  Licensee has the right:**

**3.5.  Лицензиат имеет право:**

3.5.1.    to consult the *Users* on the issues of

3.5.1.    Консультировать *Пользователей*



*Execution copy*

calculation of the cost of the Software using rights in concordance with the Licensor's *Price List*;

3.5.2. to execute the technical support consulting the *Users*;

3.5.3. to use the logos and other brand style elements situated in the Licensor's Software, essentials and marketing materials if such using is related to Software advertisement (promotion);

3.5.4. to address the Licensor any questions related to the execution of the Agreement using the email office@ritlabs.com.

## 4. TRANSMISSION OF RIGHTS PROCEDURE

4.1. All the rights transmitted under the present Agreement are considered to be transmitted from the Licensor to the Licensee under the conditions of the Agreement from the date of its signing.

## 5. PROCEDURE OF SETTLEMENTS

5.1. The Licensee pays author remuneration (royalty) to the Licensor for the non-exclusive property rights transmitted under the present Agreement.

5.2. Author remuneration (royalty) makes up 70% (seventy percent) of the Software price indicated in the Licensor's *Price List*.

5.3. Monthly, not later than the 5th day of the month next to the reporting month, the Licensee provides the Licensor with the electronic report containing the information about the amount of Software

по вопросам расчета стоимости прав на использование ПО в соответствии с *Прайс-листом* Лицензиара.

3.5.2. Консультировать *Пользователей* осуществляя их техническую поддержку.

3.5.3. Использовать логотипы, а также иные элементы брэнд-стиля, которые встречаются в реквизитах, ПО и маркетинговых материалах Лицензиара, если такое использование связаны с рекламой (продвижением) ПО.

3.5.4. По всем вопросам, связанным с исполнением Договора обращаться по электронной почте к Лицензиару, по адресу office@ritlabs.com.

## 4. ПОРЯДОК ПЕРЕДАЧИ ПРАВ

4.1. Все права, передаваемые по настоящему Договору, считаются переданными Лицензиату от Лицензиара по условиям настоящего Договора с даты его подписания.

## 5. ПОРЯДОК РАСЧЕТОВ

5.1. За переданные по настоящему Договору неисключительные имущественные права Лицензиат выплачивает Лицензиару авторское вознаграждение.

5.2. Авторское вознаграждение составляет 70% (семьдесят процентов) от стоимости ПО, указанной в *Прайс-листе* Лицензиара.

5.3. Ежемесячно, не позднее 5-го числа месяца, следующего за отчетным, *Лицензиат* предоставляет *Лицензиару* отчет, содержащий сведения о количестве реализованных прав на использование ПО.

*Execution copy*

using rights sold.

5.4. The amount of Software using rights sold must correspond to the number of the *Electronic Keys (Activation Keys)* transmitted by the Licensor to the Licensee in the reporting period.

5.4. Количество реализованных прав на использование ПО должно соответствовать количеству выданных *электронных ключей(ключей активации)* переданных Лицензиаром Лицензиату в течение соответствующего расчетного периода.

5.5. In 2 (two) working days from the moment of receiving the report, the Licensor examines and accepts the Licensee's report or, if any objections appear, within the same period writes and sends a reasoned electronic refuse to accept the Licensee's Report. If the Licensor doesn't present his objections to the Licensee's Report within the indicated period, it is considered accepted by the Licensor. If the objections on the Licensee's Report appear, a reconciliation report is made within 10 (ten) days from the date when the Licensee received the Licensor's reasoned electronic refuse to accept the Licensee's Report.

5.5. Лицензиар в течение 2-х рабочих дней с момента получения Отчета Лицензиата рассматривает и принимает Отчет Лицензиата, либо при наличии возражений по Отчету Лицензиата в тот же срок составляет и направляет Лицензиату мотивированный отказ от принятия Отчета Лицензиата в электронном виде. При наличии возражений по Отчету Лицензиата Стороны составляют акт сверки в течение 5 (Пять) дней с даты получения Лицензиатом мотивированного отказа Лицензиара от принятия Отчета Лицензиата в электронном виде.

5.6. The payment of the author remuneration is made by the Licensee under the Agreement and invoice made out in accordance with the data indicated in the Licensee's report. The payment is made by bank transfer or any other methods of payment, coordinated with Licensor in U.S. dollars or EURO within 30 (thirty) working days from the date when the Licensee receives from the Licensor a signed invoice in electronic form.

5.6. Выплата авторского вознаграждения производится Лицензиатом на основании Договора и счета, выписанного в соответствии с данными, указанными в отчете Лицензиата. Оплата производится банковским перечислением или любым другим методом оплаты, согласованным с Лицензиаром, в USD/EURO, не позднее 30 (тридцати) рабочих дней после получения Лицензиатом от Лицензиара подписанного счета в электронном виде.

5.7. The expenses for money transfer to the Licensor's account and for the correspondent banks services are born by the Licensee.

5.7. Расходы по перечислению денежных средств на счет Лицензиара и услуги банков-корреспондентов оплачиваются Лицензиатом.

## 6.  ADDITIONAL TERMS

## 6.  ДОПОЛНИТЕЛЬНЫЕ УСЛОВИЯ

6.1. The Licensor guarantees that he has all the necessary exclusive property rights for the Software.

6.1. Лицензиар гарантирует наличие у него исключительных имущественных прав в необходимом объеме на ПО.

6.2. All taxes and duties set by Licensee's state are collected from the Licensee.

6.2. Все налоги и сборы, установленные страной Лицензиата, взимаются за счет Лицензиата.

6.3. All modifications and supplements to the Agreement are considered valid if they are executed in written form and signed by the authorized representatives of the Parties.

6.3. Все изменения и дополнения к Договору признаются действительными, если они совершены в письменной форме и подписаны уполномоченными представителями Сторон.

## 7.  INFORMATION CONFIDENTIALITY

## 7.  КОНФИДЕНЦИАЛЬНОСТЬ ИНФОРМАЦИИ

7.1. The conditions related to the amount and payment of the author remuneration are confidential and are not to be made public within the contractual time and 3 (three) years after its termination.

7.1. Условия, касающиеся размера и выплаты авторского вознаграждения, являются конфиденциальными и не подлежат разглашению в течение срока действия Договора и в течение 3 (трех) лет по окончании срока его действия.

## 8.  LIABILITY OF THE PARTIES AND ARBITRATION

## 8.  ОТВЕТСТВЕННОСТЬ СТОРОН И ПОРЯДОК РАЗРЕШЕНИЯ СПОРОВ

8.1. <u>Governing Law.</u>  This Agreement shall be construed and interpreted in accordance with the laws of the Commonwealth of Virginia without reference to conflicts of law rules or principles as though entered into between Virginia residents and to be performed entirely within the Commonwealth of Virginia.  To the extent permitted by law, the provisions of this Agreement shall supersede any provisions of the Uniform Commercial Code as adopted or made applicable to any products described herein in any competent jurisdiction.  This Agreement shall not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded.

8.1. <u>Применимое Право.</u> Настоящий Договор должен истолковываться и быть интерпретированным в соответствии с законами Штата Вирджиния, исключая правила и принципы коллизионного права, как если бы Договор был заключен между резидентами Штата Вирджиния и исполнялся бы полностью в Штате Вирджиния.  В той степени, в которой это допустимо в соответствии с законом, условия настоящего Договора должны заменить любые условия Единого Коммерческого Кодекса (Uniform Commercial Code), принятые в отношении любой продукции, описанной в настоящем Договоре, в любой компетентной юрисдикции.  Настоящий Договор не подлежит применению в соответствии с Конвенцией Организации Объединенных Наций о Договорах Международной Купли-Продажи Товаров.

**8.2. Arbitration.**

**8.2.  Арбитраж.**



CONFIDENTIAL