8.2.1.   In the event of a dispute between the Parties arising out of or in connection with this Agreement, the parties hereto shall use their best efforts to resolve the dispute on an amicable basis. If an amicable settlement cannot be reached, either Party hereto may request, by written notice, that the dispute be resolved by arbitration by a panel of three (3) arbitrators before the American Arbitration Association pursuant to the then current rules of the United Nations Commission on International Trade Law (UNCITRAL Rules).

8.2.2.   In the event of any conflict between the UNCITRAL Rules and the provisions of this Agreement, the provisions of this Agreement shall prevail

8.2.3.   The place of the arbitration shall be District of Columbia, USA

8.2.4.   The claimant Party shall appoint an arbitrator and the respondent Party shall appoint one arbitrator, and the two arbitrators so appointed shall appoint the third arbitrator, in accordance with the provisions of the UNCITRAL Rules.

8.2.5.   The English language shall be used as the written and spoken language for all matters connected with all references to arbitration.

8.2.6.   The decision of the arbitrators shall be made by majority vote and shall be made in writing.

8.2.7.   The decision of the arbitrators shall be final and binding on the Parties, save in the

8.2.1.   В случае спора между Сторонами, возникающим в связи с настоящим Договором, стороны должны приложить все усилия для того, чтобы достичь согласия путем переговоров. Если согласие не может быть достигнуто путем переговоров, любая Сторона может запросить в письменной форме, чтобы спор был решен в судебном порядке арбитражным органом в составе трех (3) арбитров Американской Ассоциацией Арбитража, в соответствии с положениями Арбитражного регламента ЮНСИТРАЛ находящимися в силе на тот момент.

8.2.2.   В случае любого конфликта между положениями Арбитражного регламента ЮНСИТРАЛ и условиями настоящего Договора, условия этого Договора являются преимущественными.

8.2.3.   Место арбитража - Округ Колумбия, США.

8.2.4.   Сторона-заявитель должна назначить арбитра, отвечающая Сторона должна назначить одного арбитра, и эти два назначенные арбитра должны назначить третьего арбитра, в соответствии с положениями Арбитражного регламента ЮНСИТРАЛ.

8.2.5.   Для решения всех вопросов, касающихся арбитража должен использоваться английский язык как письменный и разговорный.

8.2.6.   Решение арбитров должно быть принято большинством голосов и в письменной форме.

8.2.7.   Решение арбитров должно быть окончательным и обязательным для

event of fraud, manifest mistake or failure by any of the arbitrators to disclose any conflict of interest.

8.2.8.   The decision of the arbitrators may be enforced by any court of competent jurisdiction and may be executed against the person and assets of the losing Party in any jurisdiction.  For the avoidance of doubt, such court includes any court that is authorized to make such an order by virtue of any treaty or legislation relating to the reciprocal enforcement of foreign arbitral awards or judgments.

8.2.9.   Nothing in this Section 8.2 shall prevent a Party from seeking or obtaining equitable relief from a court of competent jurisdiction, whether before, during or after arbitration proceedings.

8.3. Legal Expenses. The prevailing Party in any legal action, including arbitration, brought by one Party against the other and arising out of this Agreement shall be entitled, along with any other rights and remedies it may have, to reimbursement for its expenses, including court costs and reasonable attorney's fees.  Such fees may be set by the court in the trial of such action or may be enforced in a separate action brought for that purpose.  Such fees shall be in addition to any other relief that may be awarded.

8.4. Publicity. The Parties shall work together to issue publicity and general marketing communications concerning their relationship and other mutually agreed-upon matters.  In addition, neither Party shall issue such publicity and general marketing communications concerning their relationship without the prior written consent of the other Party (not to be

исполнения Сторонами, за исключением случаев мошенничества, очевидной ошибки или нераскрытия каким-либо из арбитров конфликта интересов.

8.2.8.   Решение арбитров может быть приведено в исполнение любым судебным органом соответствующей юрисдикции и может быть исполнено против субъекта и имущества проигравшей Стороны находящейся под любой юрисдикцией.                    Для              единообразия терминологии          под            судебными        органами следует         понимать        любой        суд,       который уполномочен          делать           предписания        на основании         международного        договора       или законодательства,         касающегося        взаимного приведения        в        исполнение        иностранных арбитражных предписаний или решений.

8.2.9.   Никакая информация из данной Статьи 8.2 не мешает одной из Сторон получить средства        правовой        защиты        по        праву справедливости        в        суде соответствующей юрисдикции  как до, так и в течение или по окончанию арбитражного процесса002E

8.3.   Юридические      Расходы.      Побеждающая Сторона в любом юридическом иске, включая арбитраж, начатом одной из сторон против другой в связи с настоящим Договором, вместе   с   любыми   иными   правами   и средствами           юридической           защиты, доступными ей, будет иметь право на возмещение ее расходов, включая судебные расходы и, в разумной мере, гонорары адвокатов. Такие  гонорары  могут  быть определены  судом,  как  в  ходе  самого процесса, так и в рамках отдельного иска, начатого для данной цели.

8.4.   Публичность.             Стороны           обязуются сотрудничать друг с другом в вопросах рекламы        и        общих        маркетинговых коммуникаций, касающихся их отношений и других        взаимосогласованных        вопросов. Кроме того, ни одна из Сторон не должна выпускать рекламу и общие маркетинговые программы, касающиеся их отношений, без предшествующего        письменного        согласия

RINC000839                                    CONFIDENTIAL

unreasonably withheld or delayed). Neither Party shall disclose the terms of this Agreement to any third party other than its outside counsel, auditors, and financial and technical advisors, except as required by law *provided* that Licensee may disclose such information in connection with a bona fide financing of the Licensee subject to the confidentiality obligations not less restrictive than the terms of this Agreement.

8.5. <u>Notices.</u>  All claims, instructions, consents, designations, notices, waivers, and other communications in connection with the Agreement (*"Notifications"*) will be in writing.  Such Notifications will be deemed properly given (a) when received if delivered personally, (b) if delivered by facsimile transmission when the appropriate telecopy confirmation is received; (c) upon the receipt of the electronic transmission by the server of the recipient when transmitted by electronic mail, or (d) within three (3) days after deposit with an internationally recognized express delivery service, in each case when transmitted to a Party specified in section specified in section "ADDRESSES AND IDENTIFICATION OF THE PARTIES"

8.6. <u>Counterparts of the Agreement.</u>  The Agreement may be separately executed by the Parties in two (2) or more counterparts and all such counterparts shall be deemed an original, but all of which together shall constitute one and the same instrument and will be binding on the Parties as if they had originally signed one copy of the Agreement.  Delivery of a copy of this Agreement or such other document bearing an original signature by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the worldwide web), by electronic mail in "portable document format" (".pdf") form,

---

другой Стороны (в котором не должно быть необоснованно отказано или которое не должно быть необоснованно задержано). Ни одна из Сторон не должна раскрывать условия настоящего Договора третьим лицам, за исключением ее адвоката, аудиторов, и финансовых и технических советников, за исключением случаев, предусмотренных законом.

8.5.  <u>Уведомления.</u>  Все требования, инструкции, согласия, обозначения, уведомления, отказы, и другая информация в связи с Договором (*"Уведомления"*) должны быть предоставлены в письменной форме. Такие Уведомления будут считаться предоставленными должным образом (a) когда получены в результате личной доставки, (b) если доставлены посредством факсимильной связи, когда получено соответствующее подтверждение об успешной передаче телекопии; (c) после получения электронного сообщения сервером получателя в случае использования электронной почты, или (d) по истечении трех (3) дней после получения уведомления международно-признанной службы доставки экспресс почты, во всех случаях, когда Уведомление отправлено Стороне по адресу или местоположению указанному в разделе "АДРЕСА И РЕКВИЗИТЫ СТОРОН"

8.6.  <u>Экземпляры Договора.</u>  Договор может быть отдельно подписан Сторонами в двух (2) или большем количестве экземпляров, и все такие экземпляры будут считаться оригиналом, но все они, взятые в совокупности, должны составить один и тот же документ, и считаться обязательными для исполнения Сторонами, как если бы они первоначально подписали один экземпляр Договора. Вручение копии настоящего Договора или другого документа, содержащего оригинал подписи, путем передачи по факсимильной связи (непосредственно от одного факсимильного устройства к другому посредством подключающейся связи или связанного

or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing the original signature. "Originally signed" or "original signature" means or refers to a signature that has not been mechanically or electronically reproduced.

всемирной электронной сетью Интернет), электронной почтой в форме "портативного документального формата" (".pdf") или любыми другими электронными средствами, имеющими целью сохранить первоначальный графический и иллюстрированный формат документа, будет иметь тот же самый эффект, что физическое вручение бумажного документа, носящего подпись в оригинале. "Подписанное в оригинале" или "подпись в оригинале" означает или относится к подписи, которая не была воспроизведена механически или с помощью электроники.

## 9. EXPIRATION DATE AND AGREEMENT TERMINATION PROCEDURE

9.1. The present Agreement comes into effect from the moment of signing and remains valid for 2 (two) calendar years starting with the date of coming into effect inclusive. If within 40 (forty) days before the expiration date none of the *Parties* declares the intention of dissolving the Agreement, the contractual time is considered to be extended for 2 (two) more calendar years.

9.2. The present Agreement can be dissolved before the appointed time by mutual consent of the Parties or unilaterally, one of the Parties sending the other one a written notice about the dissolution of the Agreement. In this case the Agreement is dissolved in 40 (forty) days after the Second Part receives the First Part's notice.

9.3. Licensee may terminate this Agreement by giving notice to Licensor at any time if Licensor has breached any representation, warranty, obligation or covenant contained in this Agreement in any material respect and this breach has not been cured within a 15 day period;

## 9. СРОК ДЕЙСТВИЯ И ПОРЯДОК РАСТОРЖЕНИЯ ДОГОВОРА

9.1. Настоящий Договор вступает в силу с даты подписания Сторонами и действует 2 (два) календарных года, начиная (включительно) с даты вступления настоящего Договора в силу. Если за 40 (сорок) дней до окончания срока действия Договора ни одна из *Сторон* не заявит в письменной форме о намерении его расторгнуть, срок действия Договора автоматически продлевается на 2 (два) года.

9.2. Настоящий Договор может быть досрочно расторгнут по обоюдному согласию Сторон или одной из Сторон путем направления другой Стороне письменного уведомления о расторжении Договора. В этом случае Договор прекращает свое действие через 40 (сорок) дней после получения уведомления второй Стороной.

9.3. Лицензиат может прервать действие настоящего Договора в любое время, предоставив Лицензиару соответствующее уведомление, в случае, если Лицензиар дважды в течение полугода существенно нарушил условия или соглашения, содержащиеся в настоящем Договоре, и это



| | |
|---|---|
| | нарушение не было исправлено в течение 15 дней; |
| 9.4. Licensor may terminate this Agreement by giving notice to Licensee at any time if Licensee has breached any material representation, warranty, obligation or covenant contained in this Agreement and this breach has not been cured within a 15 day period; | 9.4. Лицензиар может прервать действие настоящего Договора в любое время, предоставив Лицензиату соответствующее уведомление, в случае, если Лицензиат дважды в течение полугода существенно нарушил условия или соглашения, содержащиеся в настоящем Договоре, и это нарушение не было исправлено в течение 15 дней; |
| 9.5. After the Agreement's expiry or early dissolution the Licensee loses the right to use the Software and is obliged to fulfill mutual settlement of accounts with the Licensor within a month after the abovementioned events take place. | 9.5. По истечении срока действия Договора или досрочном его расторжении, Лицензиат теряет право использовать ПО и обязуется провести взаиморасчеты с Лицензиаром в течение месяца со дня наступления вышеуказанных событий. |

### 10. APPENDIXES

### 10. ПРИЛОЖЕНИЯ

| | | |
|---|---|---|
| Appendix 1 | Software specification and prices The Bat! (ENGLISH / RUSSIAN) | Приложение №1 Спецификация и цены на ПО The Bat! (ENGLISH / RUSSIAN) |
| Appendix 2 | Software specification and prices BatPost (ENGLISH / RUSSIAN) | Приложение №1 Спецификация и цены на ПО BatPostl (ENGLISH / RUSSIAN) |
| Appendix 3 | License Agreement with the end user (ENGLISH / RUSSIAN) | Приложение №3 Лицензионное соглашение с конечным пользователем (ENGLISH / RUSSIAN) |
| Appendix 4 | Territory(ENGLISH / RUSSIAN) | Приложение №4 Территория (ENGLISH / RUSSIAN) |

| | |
|---|---|
| IN WITNESS WHEREOF, each of the undersigned Parties to this Licensing Agreement has caused this Agreement to be duly executed in its corporate name by one of its authorized representatives, all as of the date first set forth above. | В ЗАСВИДЕТЕЛЬСТВОВАНИЕ СЕГО, каждая из нижеподписавшихся Сторон данного Лицензионного Договора соответственно подписала Договор от своего имени одним из уполномоченных представителей. |

S.D

**LICENSOR**          Ritlabs, Inc.

By: _____

Name:  SERGHEI DEMCENCO

Title:  CEO

**LICENSEE**          S-Tech Data e.K.

By: _____

Name:  Ana Kock

Title:

SD

Page 13 of 19

RINC000843                          CONFIDENTIAL

*execution copy*

## ADDRESSES AND IDENTIFICATION OF THE PARTIES

## АДРЕСА И РЕКВИЗИТЫ СТОРОН

**Licensor**

**RITLABS Inc**

901 N. Pitt Street
Suite 325
Alexandria, VA 22314
e-mail: office@ritlabs.com
<u>facsimile</u>: +1 877 373-4894

**Licensee**

**S–Tech Data e.K.**
Holstenstraße 73
25560 Schenefeld
Germany
Vertreten durch: Ana Kock
Amtsgericht Pinneberg
HRA 5401 PI
Steuernummer 18 131 05923
USt-IdNr. DE253339653

**Banking information:**

*USD account:*

| | |
|---|---|
| *Name of the bank:* | Citibank |
| *Address of the bank:* | Reston Financial Center |
| | 11800 Spectrum Center |
| | Reston, VA 20190 |
| *Swift:* | CITIUS33 |
| *Account:* | 15485439 |

**Banking information:**

*execution copy*

Appendix 1

## LICENSOR'S SOFTWARE SPECIFICATION AND PRICES

### SOFTWARE - THE BAT!

| License type | | Single | Multi | |
|---|---|---|---|---|
| Home | | 35.00 USD | none | |
| Professional (basic license) | | P=45.00 USD | 2-10 (w/s) | P-20% |
| | | | 11-30(w/s) | P-30% |
| Extra discount* | Discount for schools | | | |
| -30% from the basic license | -85% from the basic license (min 10 licenses) | | 31-50(w/s) | P-50% |
| | | | 51-100(w/s) | P=$1125+15*(n-50) |
| | | | 101-...(w/s) | P=$1875+$5*(n-100) |

* Extra discount is given to the following groups of users: non-profit organizations, students, educational institutions (universities, institutes), registered users purchasing the rights for using new versions of the Software

Спецификация и цена для конечного пользователя на программное обеспечение Лицензиара

### *Программное обеспечение - The Bat*

| Тип лицензии | | Однополь-зо-вательская лицензия | Многопользовательская лицензия | |
|---|---|---|---|---|
| Home | | 35.00 USD | Нет | |
| Professional (базовая лицензия) | | P=45.00 USD | 2-10 (р/м) | P-20% |
| | | | 11-30(р/м) | P-30% |
| Дополнительная скидка* | Скидка для школ | | | |
| -30% от базовой лицензии | -85% от базовой лицензии (мин.10 лицензий) | | 31-50(р/м) | P-50% |
| | | | 51-100(р/м) | P=$1125+15*(n-50) |
| | | | 101-...(р/м) | P=$1875 +$5*(n-100) |

* Дополнительная скидка предоставляется для следующих групп пользователей: некоммерческие организации, студенты, образовательные учреждения (университеты, институты), зарегистрированные пользователи при приобретении права пользования новых версий ПО.

*SD*

RINC000845          CONFIDENTIAL

Best Copy

Appendix 2

**LICENSOR'S SOFTWARE SPECIFICATION AND PRICES**

**SOFTWARE – BatPost**

ENGLISH

| № | | Number | Units | USD |
|---|---|---|---|---|
| 1 | **BatPost Server, basic installation (50 accounts are included in the price)** | 1 | pieces | 50.00 |
| 2 | **Additional accounts for BatPost** | 1-50 | pieces | 1.00 |
| | | 51-100 | pieces | 0.90 |
| | | 101-200 | pieces | 0.80 |
| | | 201-300 | pieces | 0.70 |
| | | 300 and more | pieces | 0.60 |

RUSSIAN

**ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ – BatPost!**

| № | | Количество | Единица измерения | USD |
|---|---|---|---|---|
| 1 | **BatPost! Сервер, базовая установка (в стоимость включено 50 учетных записей)** | 1 | Шт. | 50.00 |
| 2 | Дополнительные учетные записи для **BatPost!** | 1-50 | Шт. | 1.00 |
| | | 51-100 | Шт. | 0.90 |
| | | 101-200 | Шт. | 0.80 |
| | | 201-300 | Шт. | 0.70 |
| | | 300 и более | Шт. | 0.60 |

Appendix 3

ENGLISH

**License agreement with the end user on using the Ritlabs SRL software**

The present agreement is set between you – the User (individual or legal entity) and Ritlabs SRL company (Rightholder) concerning the usage of the software (Program) belonging to RITLabs that comes together with the Agreement.

IMPORTANT:

ONCE YOU INSTALL THIS SOFTWARE, YOU ACCEPT THIS LICENSE AGREEMENT. IF YOU DON'T AGREE, RENOUNCE THE FURTHER INSTALLATION AND USAGE OF THE SOFTWARE.

Installation and Usage. Unregistered copies of the Program can be installed and used only for getting acquainted with it in a 30-day trial period. On the expiry of this 30-day period you must either register the Program or stop using it. The registration gives you the right to use the program after the 30-day trial period, to receive technical support and to benefit of the options granted exclusively to the registered Users, as well as to receive the updates of the Program within its current version (actual in the moment of purchasing) from the Rightholder without additional payments. On registering the Program and making the fixed payment in the size that is stipulated in the agreement between you and the party executing the transfer of rights you receive the Program activation code and the Individual License that cannot be returned. According to the given agreement, you get a non-exclusive license for using the Program: you can install it, benefit of the Program's features, access, display and launch one copy of the Program and handle one copy of the Program on one computer of the User, workstation – User's terminal.

Usage limitations. Program must not be hired out, leased or transmitted. This license forbids any usage of the Program that would violate any international or local law. Any such action is an exclusive liability of the acting person. You have no right to distribute, copy, imitate, multiply, sell, modify, decompile, disassemble or change the components of the Program by no means. You can make copy of the components of the Program only under the condition that this copy is destined for backup purposes only. Any unauthorized usage will lead to immediate and automatic termination of the present Agreement and may also cause law proceedings.

Reservation of the property right for the Program. The Program is protected by law and agreements on author right and other intellectual property rights. Ritlabs SRL possesses all the author rights for the Program. The Program is not sold; it is given for usage according to the License Agreement.

Limited warranty. The Program is granted as general purpose software, not for any specific purpose of the User. You agree that any software can contain errors. We strongly recommend you to make backup copies of your files. Ritlabs SRL is not liable for losses, damages, costs and expenditures incurred by the User or by the third party as a result of incorrect use of the Program, including (under no limitation) the liabilities for business expenses, idle-times, losses incurred by the User or by the third party as a result of the absence, malfunction, virus, error of disfunction of the Program. Ritlabs SRL is not liable for indirect, special, accidental damages, as well as for their consequences related to the matter of the Agreement.

Confirmation of the presence of the license at the end user. If you received a nonexclusive right for using the Program according to the License Agreement, the type of your license, serial number of the key and user name can be viewed by pressing "Alt+F1" while working with the Program. Activation key of the Program must be kept as confirmation of the fact that you have the license for using the Program.

© Ritlabs 1997-2011



  CONFIDENTIAL Page 17 of 19

eDiscovery

RUSSIAN

**Лицензионное соглашение с конечным пользователем по использованию программного обеспечения компании Ritlabs SRL**

Данное лицензионное соглашение является соглашением между вами - Пользователем (физическое или юридическое лицо) и компанией Ritlabs SRL (Правообладатель) по использованию программного обеспечения (Программа), принадлежащего компании Ritlabs SRL и сопровождающего данное Лицензионное соглашение.

**ВАЖНО:**
ЕСЛИ ВЫ УСТАНОВИТЕ ДАННОЕ ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ, ТЕМ САМЫМ ВЫ ПОДТВЕРДИТЕ СВОЕ СОГЛАСИЕ СОБЛЮДАТЬ УСЛОВИЯ ДАННОГО ЛИЦЕНЗИОННОГО СОГЛАШЕНИЯ. ЕСЛИ ВЫ НЕ СОГЛАСНЫ, ОТКАЖИТЕСЬ ОТ ДАЛЬНЕЙШЕЙ УСТАНОВКИ И ИСПОЛЬЗОВАНИЯ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ

**Установка и использование.** Незарегистрированные копии Программы могут быть установлены и использованы только в целях ознакомления в течение 30-дневного испытательного срока. До истечения 30-дневного периода вы должны либо зарегистрировать Программу, либо прекратить ее использование. Регистрация предоставит вам право использовать Программу по истечении 30-дневного испытательного срока, получать техническую поддержку и использовать опции, предоставляемые только зарегистрированным Пользователям, а также без уплаты дополнительного вознаграждения получать от Правообладателя обновления Программы в рамках текущей версии, актуальной в момент покупки. При регистрации и оплате фиксированного вознаграждения, размер которого определяется условиями соглашения между вами и стороной, осуществляющей передачу прав, вам передается код активации Программы и Именная Лицензия, не подлежащие возврату. Согласно настоящему соглашению вам предоставляется неисключительная лицензия на использование Программы: вы можете установить, использовать функциональные возможности Программы, осуществлять доступ, отображать и запускать одну копию Программы и обращаться к одной копии Программы на одном компьютере Пользователя, рабочей станции–терминале Пользователя.

**Ограничения использования:** Программа не должна даваться напрокат, сдаваться в аренду или передаваться. Данная лицензия запрещает любое использование Программы, которое нарушает международные или местные законы. Любое такое действие будет исключительной ответственностью лица, совершающего такое действие. Вы не имеете права распространять, копировать, имитировать, размножать, продавать, вносить изменения, декомпилировать, разбирать или иным образом изменять компоненты Программы. Вы можете изготовить копию компонентов Программы при условии, что эта копия предназначена только для архивных целей. Любое несанкционированное использование приведет к незамедлительному и автоматическому прекращению настоящего лицензионного соглашения и может, как следствие, привести к судебному процессу.

**Сохранение права собственности на Программу.** Программа защищена законами и соглашениями об авторском праве и других правах на интеллектуальную собственность. Компании Ritlabs SRL принадлежат все авторские права на Программу. Программа не продается, а предоставляется в пользование согласно лицензионному соглашению.

**Ограниченная гарантия.** Программа предназначается и предоставляется в качестве программного обеспечения общего назначения, а не для какой-либо конкретной цели пользователя. Вы соглашаетесь с тем, что любое программное обеспечение может содержать ошибки, поэтому настоятельно рекомендуем регулярно создавать резервные копии своих файлов. Ritlabs SRL не несет ответственности за потерю, повреждение, издержки и затраты, понесенные вами или третьим лицом в результате неправильного использования Программы, включая без ограничений обязательства за торговые расходы, простой оборудования, потери, понесенные вами или третьим лицом в результате отсутствия, неисправности, вируса, ошибки или нарушения работы Программы. Ritlabs SRL не несет ответственность за косвенный, особый, случайный ущерб, а также его последствия, связанные или возникающие в связи с предметом настоящего Соглашения.

**Подтверждение наличия лицензии у конечного пользователя.** Если вы получили неисключительное право пользования Программой в соответствии с лицензионным соглашением, тип вашей лицензии, серийный номер ключа, а также имя Пользователя, можно просмотреть, нажав клавиши «Alt+F1» при работе в Программе. Ключ активации Программы необходимо хранить в качестве доказательства того, что у вас есть лицензия на использование Программы.

© Ritlabs 1997-2011

## Territory

| 1.Germany | 1.Германия |
|-----------|------------|
|           |            |

CONFIDENTIAL

| LICENSING AGREEMENT | ЛИЦЕНЗИОННЫЙ ДОГОВОР |
|---|---|
| This Licensing Agreement (the "Agreement") is made and entered this 1st day of January, 2010 (the "Effective Date") by and between Ritlabs Inc., a corporation organized under the laws of the Commonwealth of Virginia (the "Licensor"), and CIFNet, Inc, an Illinois corporation (the "Licensee" and collectively with the Licensor, the "Parties" and each, a "Party"). | Настоящий Лицензионный Договор ("Договор") заключен и введен в действие сего 1 января 2010 года ("Дата Вступления в Силу"), между Ritlabs Inc., корпорацией организованной на основе законов штата Вирджиния ("Лицензиар"), и CIFNet, Inc., корпорацией, организованной на основе законов штата Иллинойс ("Лицензиат" и совместно с Лицензиаром именуются "Стороны" и каждый в отдельности - "Сторона" |

| **1. BASIC CONCEPTS** | **1. ОСНОВНЫЕ ПОНЯТИЯ** |
|---|---|
| For the Agreement the terms stated below have the following meanings: | В Договоре используются следующие понятия: |
| *"Agreement"* shall have the meaning set forth in the preamble hereof. | *"Договор"* имеет значение, сформулированное в преамбуле данного документа. |
| **"Demo Versions of the Software"** – versions of the Software that have temporal (30 days) or functional limitations for using. | **"Демонстрационные версии ПО"** – версии программного обеспечения, имеющие временные (30 дней) или функциональные ограничения по их использованию. |
| **"Software Distribution Kit"** – file signed with the Licensor's digital certificate that contains the program for Software installation/removal and all necessary components for Software functioning on the *User's* computer. | **"Дистрибутив программного обеспечения (дистрибутив ПО)"** – файл, содержащий в себе программу установки/удаления ПО и все необходимые компоненты для функционирования ПО на компьютере *Пользователя*, подписанный цифровым сертификатом Лицензиара. |
| **"License Agreement with the end user"** – agreement between the Licensor (Rightholder) and the *User* that gives the non-exclusive right for using the Software. | **"Лицензионный договор о предоставлении права использования ПО (Лицензионное соглашение с конечным пользователем)"** – соглашение между Лицензиаром (Правообладателем) и Пользователем предоставляющее неисключительное право использования ПО. |
| **"Agreement Validity Period "** – time interval from the moment of coming into effect of the Agreement to the moment of its dissolution/termination under <u>Section 9</u> of the Agreement. | **"Период действия договора"** – временной интервал от момента вступления Договора в силу до момента его расторжения/прекращения в соответствии с <u>разделом 9</u> Договора. |
| *"Licensee"* shall have the meaning set forth in preamble hereof. | *"Лицензиат"* имеет значение, сформулированное в преамбуле данного Договора. |

*execution copy*

2.2. The Licensee sets himself as an object the promotion of the Software belonging to the Licensor within the territory indicated in Appendix 4.

2.2. Лицензиат ставит своими целями продвижение Программного обеспечения, принадлежащего Лицензиару, на территории, указанной в Приложении №4.

## 3.  RIGHTS AND OBLIGATIONS OF THE PARTIES

## 3.  ПРАВА И ОБЯЗАННОСТИ СТОРОН

3.1. According to the Agreement, the Licensor gives the Licensee the following non-exclusive rights:

3.1. По настоящему договору Лицензиар предоставляет Лицензиату следующие неисключительные права:

3.1.1.    the right for Software reproduction granted with the only purpose of transmission of these rights directly or by the third party to the *Software Users*;

3.1.1.  право на воспроизведение ПО предоставляемое с единственной целью передачи этих прав напрямую или через *Дистрибьютора Пользователям ПО*;

3.1.2.    the right for Software distribution;

3.1.2.  право на распространение ПО;

3.1.3.    the right to grant the third party with a non-exclusive right for using the Software only within the limits of the rights and modes of using stipulated in the License Agreement for the Licensee.

3.1.3.  предоставлять неисключительное право использования ПО *Дистрибьютору* только в пределах тех прав и тех способов использования, которые предусмотрены лицензионным договором для Лицензиата.

3.2. Licensor is obliged:

3.2.  *Лицензиар обязан*:

3.2.1.    to fulfill the transmission of the *Electronic Keys (Activation Keys)* to the Licensee and to provide the access to the Software Distribution Kit on demand;

3.2.1.  По запросу, осуществлять передачу Лицензиату *Электронных ключей (ключей активации)* и обеспечить доступ к *Дистрибутивам ПО*.

3.2.2.    to notify the Licensee about the modifications in the *Price List* in not less than 14 calendar days before these modifications come into effect;

3.2.2.  Уведомлять Лицензиата об изменениях в *Прайс-листе* и Приложениях к Договору не менее чем за 14 календарных дней до вступления в силу данных изменений.

RINC000851                                    CONFIDENTIAL

**3.2.3.** to consult the Licensee on the issues related to the calculation of the cost of the Software using rights, to the Software functionality and particularities of installation and exploitation.

**3.3. Licensor has the right:**

**3.3.1.** to suspend the transmission of the *Electronic Keys (Activation Keys)* on the Licensee's demand in case of breach of the conditions stipulated in clauses 3.4.1-3.4.4 and 5.1-5.6 of the Agreement from the part of the Licensee;

**3.3.2.** to unilaterally modify the *Price List* and the Appendixes to the Agreement, preliminary noticing the Licensee under clause 3.2.2 of the Agreement.

**3.4. Licensee is obliged:**

**3.4.1.** to respect the Licensor's author rights;

**3.4.2.** to pay author remuneration (royalty) to the Licensor for the non-exclusive property rights under <u>Section 5</u> of the Agreement;

**3.4.3.** to demand the *Activation Key* generation in accordance with the Licensor's requirements;

**3.4.4.** not to take actions that could harm the Licensor's activity or image;

**.3.4.5.** to elaborate and implement marketing strategy and advertising actions meant to increase the number of the *Software Users*.

**3.5. Licensee has the right:**

**3.2.3.** Консультировать Лицензиата по вопросам, связанным с расчетом стоимости прав на использование ПО, его функциональностью, особенностями установки и эксплуатации.

**3.3.** Лицензиар имеет право:

**3.3.1.** В случае нарушения Лицензиатом условий оговоренных в п.п. 3.4.1-3.4.4., п.п. 5.1-5.9 Договора приостановить передачу *Электронных ключей (ключей активации)* по запросу Лицензиата.

**3.3.2.** В одностороннем порядке вносить изменения в *Прайс-лист* и Приложения к Договору предварительно уведомив об этом Лицензиата в соответствии с п. 3.2.2. Договора.

**3.4.** Лицензиат обязан:

**3.4.1.** Соблюдать авторские права Лицензиара.

**3.4.2.** Выплачивать Правообладателю авторское вознаграждение за переданные по Договору неисключительные имущественные права в соответствии с <u>разделом 5</u> Договора.

**3.4.3.** Осуществлять запрос на генерацию *ключа активации* в соответствии с требованиями Лицензиара.

**3.4.4.** Не производить действий, которые могут нанести вред деятельности или имиджу Лицензиара.

**3.4.5.** Разрабатывать и осуществлять стратегию маркетинга, а также рекламные акции с целью увеличения количества *Пользователей ПО*.

**3.5.** Лицензиат имеет право:

RINC000852                              CONFIDENTIAL

3.5.1.   to consult the *Users* on the Issues of calculation of the cost of the Software using rights in concordance with the Licensor's *Price List*;

3.5.1.   Консультировать *Пользователей* по вопросам расчета стоимости прав на использование ПО в соответствии с *Прайс-листом Лицензиара*.

3.5.2.   to execute the technical support consulting the *Users*;

3.5.2.   Консультировать *Пользователей* осуществляя их техническую поддержку.

3.5.3.   to use the logos and other brand style elements situated in the Licensor's Software, essentials and marketing materials if such using is related to Software advertisement (promotion);

3.5.3.   Использовать логотипы, а также иные элементы брэнд-стиля, которые встречаются в реквизитах, ПО и маркетинговых материалах Лицензиара, если такое использование связаны с рекламой (продвижением) ПО.

3.5.4.   to address the Licensor any questions related to the execution of the Agreement using the email office@ritlabs.com.

3.5.4.   По всем вопросам, связанным с исполнением Договора обращаться по электронной почте к Лицензиару, по адресу office@ritlabs.com.

## 4. TRANSMISSION OF RIGHTS PROCEDURE

4.1. All the rights transmitted under the present Agreement are considered to be transmitted from the Licensor to the Licensee under the conditions of the Agreement from the date of its signing.

## 4. ПОРЯДОК ПЕРЕДАЧИ ПРАВ

4.1.   Все права, передаваемые по настоящему Договору, считаются переданными Лицензиату от Лицензиара по условиям настоящего Договора с даты его подписания.

## 5. PROCEDURE OF SETTLEMENTS

5.1. The Licensee pays author remuneration (royalty) to the Licensor for the non-exclusive property rights transmitted under the present Agreement.

## 5. ПОРЯДОК РАСЧЕТОВ

5.1.   За переданные по настоящему Договору неисключительные имущественные права Лицензиат выплачивает Лицензиару авторское вознаграждение.

5.2. Author remuneration (royalty) makes up 70% (seventy percent) of the Software price indicated in the Licensor's *Price List*.

5.2.   Авторское вознаграждение составляет 70% (семьдесят процентов) от стоимости ПО, указанной в *Прайс-листе Лицензиара*.

5.3. Monthly, not later than the 5th day of the month next to the reporting month, the Licensee provides the Licensor with the electronic report containing the

5.3.   Ежемесячно, не позднее 5-го числа месяца, следующего за отчетным, *Лицензиат* предоставляет *Лицензиару* отчет, содержащий сведения о количестве реализованных прав

RINC000853                                          CONFIDENTIAL

*Execution copy*

| | |
|---|---|
| Information about the amount of Software using rights sold. | на использование ПО. |
| 5.4. The amount of Software using rights sold must correspond to the number of the *Electronic Keys (Activation Keys)* transmitted by the Licensor to the Licensee in the reporting period. | 5.4. Количество реализованных прав на использование ПО должно соответствовать количеству выданных *электронных ключей(ключей активации)* переданных Лицензиаром Лицензиату в течение соответствующего расчетного периода. |
| 5.5. In 2 (two) working days from the moment of receiving the report, the Licensor examines and accepts the Licensee's report or, if any objections appear, within the same period writes and sends a reasoned electronic refuse to accept the Licensee's Report. If the Licensor doesn't present his objections to the Licensee's Report within the indicated period, it is considered accepted by the Licensor. If the objections on the Licensee's Report appear, a reconciliation report is made within 10 (ten) days from the date when the Licensee received the Licensor's reasoned electronic refuse to accept the Licensee's Report. | 5.5. Лицензиар в течение 2-х рабочих дней с момента получения Отчета Лицензиата рассматривает и принимает Отчет Лицензиата, либо при наличии возражений по Отчету Лицензиата в тот же срок составляет и направляет Лицензиату мотивированный отказ от принятия Отчета Лицензиата в электронном виде. При наличии возражений по Отчету Лицензиата Стороны составляют акт сверки в течение 5 (Пять) дней с даты получения Лицензиатом мотивированного отказа Лицензиара от принятия Отчета Лицензиата в электронном виде. |
| 5.6. The payment of the author remuneration is made by the Licensee under the Agreement and invoice made out in accordance with the data indicated in the Licensee's report. The payment is made by bank transfer in U.S. dollars within 30 (thirty) working days from the date when the Licensee receives from the Licensor a signed invoice in electronic form. | 5.6. Выплата авторского вознаграждения производится Лицензиатом на основании Договора и счета, выписанного в соответствии с данными, указанными в отчете Лицензиата. Оплата производится банковским перечислением в USD, не позднее 30 (тридцати) рабочих дней после получения Лицензиатом от Лицензиара подписанного счета в электронном виде. |
| 5.7. The expenses for money transfer to the Licensor's account and for the correspondent banks services are born by the Licensee. | 5.7. Расходы по перечислению денежных средств на счет Лицензиара и услуги банков-корреспондентов оплачиваются Лицензиатом. |
| **6.  ADDITIONAL TERMS** | **6.  ДОПОЛНИТЕЛЬНЫЕ УСЛОВИЯ** |

RINC000854                                      CONFIDENTIAL

*Execution copy*

6.1. The Licensor guarantees that he has all the necessary exclusive property rights for the Software.

6.2. All taxes and duties set by Licensee's state are collected from the Licensee.

6.3. All modifications and supplements to the Agreement are considered valid if they are executed in written form and signed by the authorized representatives of the Parties.

## 7.   INFORMATION CONFIDENTIALITY

7.1. The conditions related to the amount and payment of the author remuneration are confidential and are not to be made public within the contractual time and 3 (three) years after its termination.

## 8.   LIABILITY OF THE PARTIES AND ARBITRATION

8.1. Governing Law.  This Agreement shall be construed and interpreted in accordance with the laws of the Commonwealth of Virginia without reference to conflicts of law rules or principles as though entered into between Virginia residents and to be performed entirely within the Commonwealth of Virginia. To the extent permitted by law, the provisions of this Agreement shall supersede any provisions of the Uniform Commercial Code as adopted or made applicable to any products described herein in any competent jurisdiction. This Agreement shall not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded.

8.2. Arbitration.

---

6.1.   Лицензиар гарантирует наличие у него исключительных имущественных прав в необходимом объеме на ПО.

6.2.   Все налоги и сборы, установленные страной Лицензиата, взимаются за счет Лицензиата.

6.3.   Все изменения и дополнения к Договору признаются действительными, если они совершены в письменной форме и подписаны уполномоченными представителями Сторон.

## 7.   КОНФИДЕНЦИАЛЬНОСТЬ ИНФОРМАЦИИ

7.1.   Условия, касающиеся размера и выплаты авторского вознаграждения, являются конфиденциальными и не подлежат разглашению в течение срока действия Договора и в течение 3 (трех) лет по окончании срока его действия.

## 8.   ОТВЕТСТВЕННОСТЬ СТОРОН И ПОРЯДОК РАЗРЕШЕНИЯ СПОРОВ

8.1.   Применимое Право. Настоящий Договор должен истолковываться и быть интерпретированным в соответствии с законами Штата Вирджиния, исключая правила и принципы коллизионного права, как если бы Договор был заключен между резидентами Штата Вирджиния и исполнялся бы полностью в Штате Вирджиния. В той степени, в которой это допустимо в соответствии с законом, условия настоящего Договора должны заменить любые условия Единого Коммерческого Кодекса (Uniform Commercial Code), принятые в отношении любой продукции, описанной в настоящем Договоре, в любой компетентной юрисдикции. Настоящий Договор не подлежит применению в соответствии с Конвенцией Организации Объединенных Наций о Договорах Международной Купли-Продажи Товаров.

8.2.   Арбитраж.

RINC000855                                    CONFIDENTIAL

*Execution copy*

8.2.1.    In the event of a dispute between the Parties arising out of or in connection with this Agreement, the parties hereto shall use their best efforts to resolve the dispute on an amicable basis. If an amicable settlement cannot be reached, either Party hereto may request, by written notice, that the dispute be resolved by arbitration by a panel of three (3) arbitrators before the American Arbitration Association pursuant to the then current rules of the United Nations Commission on International Trade Law (UNCITRAL Rules).

8.2.2.    In the event of any conflict between the UNCITRAL Rules and the provisions of this Agreement, the provisions of this Agreement shall prevail

8.2.3.    The place of the arbitration shall be District of Columbia, USA

8.2.4.    The claimant Party shall appoint an arbitrator and the respondent Party shall appoint one arbitrator, and the two arbitrators so appointed shall appoint the third arbitrator, in accordance with the provisions of the UNCITRAL Rules.

8.2.5.    The English language shall be used as the written and spoken language for all matters connected with all references to arbitration.

8.2.6.    The decision of the arbitrators shall be made by majority vote and shall be made in writing.

8.2.7.    The decision of the arbitrators shall be final and binding on the Parties, save in the

8.2.1.    В случае спора между Сторонами, возникающим в связи с настоящим Договором, стороны должны приложить все усилия для того, чтобы достичь согласия путем переговоров. Если согласие не может быть достигнуто путем переговоров, любая Сторона может запросить в письменной форме, чтобы спор был решен в судебном порядке арбитражным органом в составе трех (3) арбитров Американской Ассоциацией Арбитража, в соответствии с положениями Арбитражного регламента ЮНСИТРАЛ находящимися в силе на тот момент.

8.2.2.    В случае любого конфликта между положениями Арбитражного регламента ЮНСИТРАЛ и условиями настоящего Договора, условия этого Договора являются преимущественными.

8.2.3.    Место арбитража - Округ Колумбия, США.

8.2.4.    Сторона-заявитель должна назначить арбитра, отвечающая Сторона должна назначить одного арбитра, и эти два назначенные арбитра должны назначить третьего арбитра, в соответствии с положениями Арбитражного регламента ЮНСИТРАЛ.

8.2.5.    Для решения всех вопросов, касающихся арбитража должен использоваться английский язык как письменный и разговорный.

8.2.6.    Решение арбитров должно быть принято большинством голосов и в письменной форме.

8.2.7.    Решение арбитров должно быть окончательным и обязательным для

RINC000856                           CONFIDENTIAL

*Execution copy*

event of fraud, manifest mistake or failure by any of the arbitrators to disclose any conflict of interest.

**8.2.8.** The decision of the arbitrators may be enforced by any court of competent jurisdiction and may be executed against the person and assets of the losing Party in any jurisdiction. For the avoidance of doubt, such court includes any court that is authorized to make such an order by virtue of any treaty or legislation relating to the reciprocal enforcement of foreign arbitral awards or judgments.

**8.2.9.** Nothing in this Section 8.2 shall prevent a Party from seeking or obtaining equitable relief from a court of competent jurisdiction, whether before, during or after arbitration proceedings.

**8.3.** Legal Expenses. The prevailing Party in any legal action, including arbitration, brought by one Party against the other and arising out of this Agreement shall be entitled, along with any other rights and remedies it may have, to reimbursement for its expenses, including court costs and reasonable attorney's fees. Such fees may be set by the court in the trial of such action or may be enforced in a separate action brought for that purpose. Such fees shall be in addition to any other relief that may be awarded.

**8.4.** Publicity. The Parties shall work together to issue publicity and general marketing communications concerning their relationship and other mutually agreed-upon matters. In addition, neither Party shall issue such publicity and general marketing communications concerning their relationship without the prior written consent of the other Party (not to be

исполнения Сторонами, за исключением случаев мошенничества, очевидной ошибки или нераскрытия каким-либо из арбитров конфликта интересов.

**8.2.8.** Решение арбитров может быть приведено в исполнение любым судебным органом соответствующей юрисдикции и может быть исполнено против субъекта и имущества проигравшей Стороны находящейся под любой юрисдикцией. Для единообразия терминологии под судебными органами следует понимать любой суд, который уполномочен делать предписания на основании международного договора или законодательства, касающегося взаимного приведения в исполнение иностранных арбитражных предписаний или решений.

**8.2.9.** Никакая информация из данной Статьи 8.2 не мешает одной из Сторон получить средства правовой защиты по праву справедливости в суде соответствующей юрисдикции как до, так и в течение или по окончанию арбитражного процесса002E

**8.3.** Юридические Расходы. Побеждающая Сторона в любом юридическом иске, включая арбитраж, начатом одной из сторон против другой в связи с настоящим Договором, вместе с любыми иными правами и средствами юридической защиты, доступными ей, будет иметь право на возмещение ее расходов, включая судебные расходы и, в разумной мере, гонорары адвокатов. Такие гонорары могут быть определены судом, как в ходе самого процесса, так и в рамках отдельного иска, начатого для данной цели.

**8.4.** Публичность. Стороны обязуются сотрудничать друг с другом в вопросах рекламы и общих маркетинговых коммуникаций, касающихся их отношений и других взаимосогласованных вопросов. Кроме того, ни одна из Сторон не должна выпускать рекламу и общие маркетинговые программы, касающиеся их отношений, без предшествующего письменного согласия

RINC000857                    CONFIDENTIAL

*execution copy*

unreasonably withheld or delayed). Neither Party shall disclose the terms of this Agreement to any third party other than its outside counsel, auditors, and financial and technical advisors, except as required by law *provided* that Licensee may disclose such information in connection with a bona fide financing of the Licensee subject to the confidentiality obligations not less restrictive than the terms of this Agreement.

8.5. Notices. All claims, instructions, consents, designations, notices, waivers, and other communications in connection with the Agreement ("*Notifications*") will be in writing. Such Notifications will be deemed properly given (a) when received if delivered personally, (b) if delivered by facsimile transmission when the appropriate telecopy confirmation is received; (c) upon the receipt of the electronic transmission by the server of the recipient when transmitted by electronic mail, or (d) within three (3) days after deposit with an internationally recognized express delivery service, in each case when transmitted to a Party specified in section specified in section "ADDRESSES AND IDENTIFICATION OF THE PARTIES"

8.6. Counterparts of the Agreement. The Agreement may be separately executed by the Parties in two (2) or more counterparts and all such counterparts shall be deemed an original, but all of which together shall constitute one and the same instrument and will be binding on the Parties as if they had originally signed one copy of the Agreement. Delivery of a copy of this Agreement or such other document bearing an original signature by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the worldwide web), by electronic mail in "portable document format" (".pdf") form,

другой Стороны (в котором не должно быть необоснованно отказано или которое не должно быть необоснованно задержано). Ни одна из Сторон не должна раскрывать условия настоящего Договора третьим лицам, за исключением ее адвоката, аудиторов, и финансовых и технических советников, за исключением случаев, предусмотренных законом.

8.5. Уведомления. Все требования, инструкции, согласия, обозначения, уведомления, отказы, и другая информация в связи с Договором ("*Уведомления*") должны быть предоставлены в письменной форме. Такие Уведомления будут считаться предоставленными должным образом (а) когда получены в результате личной доставки, (b) если доставлены посредством факсимильной связи, когда получено соответствующее подтверждение об успешной передаче телекопии; (с) после получения электронного сообщения сервером получателя в случае использования электронной почты, или (d) по истечению трех (3) дней после получения уведомления международно-признанной службы доставки экспресс почты, во всех случаях, когда Уведомление отправлено по адресу или местоположению указанному в разделе "АДРЕСА И РЕКВИЗИТЫ СТОРОН"

8.6. Экземпляры Договора. Договор может быть отдельно подписан Сторонами в двух (2) или большем количестве экземпляров, и все такие экземпляры будут считаться оригиналом, но все они, взятые в совокупности, должны составить один и тот же документ, и считаться обязательными для исполнения Сторонами, как если бы они первоначально подписали один экземпляр Договора. Вручение копии настоящего Договора или другого документа, содержащего оригинал подписи, путем передачи по факсимильной связи (непосредственно от одного факсимильного устройства к другому посредством подключающейся связи или связанного

RINC000858                                    CONFIDENTIAL

or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing the original signature. "Originally signed" or "original signature" means or refers to a signature that has not been mechanically or electronically reproduced.

всемирной электронной сетью Интернет), электронной почтой в форме "портативного документального формата" (".pdf") или любыми другими электронными средствами, имеющими целью сохранить первоначальный графический и иллюстрированный формат документа, будет иметь тот же самый эффект, что физическое вручение бумажного документа, носящего подпись в оригинале. "Подписанное в оригинале" или "подпись в оригинале" означает или относится к подписи, которая не была воспроизведена механически или с помощью электроники.

RINC000859                    CONFIDENTIAL

## 9. EXPIRATION DATE AND AGREEMENT TERMINATION PROCEDURE

9.1. The present Agreement comes into effect from the moment of signing and remains valid for 2 (two) calendar years starting with the date of coming into effect inclusive. If within 40 (forty) days before the expiration date none of the *Parties* declares the intention of dissolving the Agreement, the contractual time is considered to be extended for 2 (two) more calendar years.

9.2. The present Agreement can be dissolved before the appointed time by mutual consent of the Parties or unilaterally, one of the Parties sending the other one a written notice about the dissolution of the Agreement. In this case the Agreement is dissolved in 40 (forty) days after the Second Part receives the First Part's notice.

9.3. Licensee may terminate this Agreement by giving notice to Licensor at any time if Licensor has breached any representation, warranty, obligation or covenant contained in this Agreement in any material respect and this breach has not been cured within a 15 day period;

9.4. Licensor may terminate this Agreement by giving notice to Licensee at any time if Licensee has breached any material representation, warranty, obligation or covenant contained in this Agreement and this breach has not been cured within a 15 day period;

9.5. After the Agreement's expiry or early

## 9. СРОК ДЕЙСТВИЯ И ПОРЯДОК РАСТОРЖЕНИЯ ДОГОВОРА

9.1. Настоящий Договор вступает в силу с даты подписания Сторонами и действует 2 (два) календарных года, начиная (включительно) с даты вступления настоящего Договора в силу. Если за 40 (сорок) дней до окончания срока действия Договора ни одна из *Сторон* не заявит в письменной форме о намерении его расторгнуть, срок действия Договора автоматически продлевается на 2 (два) года.

9.2. Настоящий Договор может быть досрочно расторгнут по обоюдному согласию Сторон или одной из Сторон путем направления другой Стороне письменного уведомления о расторжении Договора. В этом случае Договор прекращает свое действие через 40 (сорок) дней после получения уведомления второй Стороной.

9.3. Лицензиат может прервать действие настоящего Договора в любое время, предоставив Лицензиару соответствующее уведомление, в случае, если Лицензиар дважды в течение полугода существенно нарушил условия или соглашения, содержащиеся в настоящем Договоре, и это нарушение не было исправлено в течение 15 дней;

9.4. Лицензиар может прервать действие настоящего Договора в любое время, предоставив Лицензиату соответствующее уведомление, в случае, если Лицензиат дважды в течение полугода существенно нарушил условия или соглашения, содержащиеся в настоящем Договоре, и это нарушение не было исправлено в течение 15 дней;

9.5. По истечении срока действия Договора

*Execution copy*

| | |
|---|---|
| dissolution the Licensee loses the right to use the Software and is obliged to fulfill mutual settlement of accounts with the Licensor within a month after the abovementioned events take place. | или досрочном его расторжении, Лицензиат теряет право использовать ПО и обязуется провести взаиморасчеты с Лицензиаром в течение месяца со дня наступления вышеуказанных событий. |

### 10. APPENDIXES

| | |
|---|---|
| Appendix 1 | Software specification and prices The Bat! (ENGLISH / RUSSIAN) |
| Appendix 2 | Software specification and prices BatPost (ENGLISH / RUSSIAN) |
| Appendix 3 | License Agreement with the end user (ENGLISH / RUSSIAN) |
| Appendix 4 | Territory(ENGLISH / RUSSIAN) |

### 10. ПРИЛОЖЕНИЯ

| | |
|---|---|
| Приложение №1 | Спецификация и цены на ПО The Bat! (ENGLISH / RUSSIAN) |
| Приложение №1 | Спецификация и цены на ПО BatPost! (ENGLISH / RUSSIAN) |
| Приложение №3 | Лицензионное соглашение с конечным пользователем (ENGLISH / RUSSIAN) |
| Приложение №4 | Территория (ENGLISH / RUSSIAN) |

| | |
|---|---|
| IN WITNESS WHEREOF, each of the undersigned Parties to this Licensing Agreement has caused this Agreement to be duly executed in its corporate name by one of its authorized representatives, all as of the date first set forth above. | В ЗАСВИДЕТЕЛЬСТВОВАНИЕ СЕГО, каждая из нижеподписавшихся Сторон данного Лицензионного Договора соответственно подписала Договор от своего имени одним из уполномоченных представителей. |

**LICENSOR**   Ritlabs, Inc.

By: _____

Name:  SERGHEI DEMCENKO

Title:  CEO

**LICENSEE**   CIFNet, Inc.

By: _____

Name:  Yevgeniy Kruglov

Title:  President

RINC000861                    CONFIDENTIAL

*Execution copy*

| | |
|---|---|
| **ADDRESSES AND IDENTIFICATION OF THE PARTIES** | **АДРЕСА И РЕКВИЗИТЫ СТОРОН** |

**Licensor**

**RITLABS Inc**

901 N. Pitt Street
Suite 325
Alexandria, VA 22314
e-mail: office@ritlabs.com
facsimile: +1 877 373-4894

**Licensee**

CIFNet, Inc
PO Box 5966
Vernon Hills, IL 60061-5966
Email: sales@cifnet.com
p. 773-989-0442
f.  312-803-0951

**Banking Information:**

*USD account:*

| | |
|---|---|
| *Name of the bank:* | **Citibank** |
| *Address of the bank:* | **Reston Financial Center 11800 Spectrum Center Reston, VA 20190** |
| *Swift:* | **CITIUS33** |
| *Account:* | **15485439** |

**Banking Information:**

RINC000862                    CONFIDENTIAL

*Execution copy*

**Appendix 1**

## LICENSOR'S SOFTWARE SPECIFICATION AND PRICES

### SOFTWARE - THE BAT!

| License type | | Single | Multi | |
|---|---|---|---|---|
| Home | | 35.00 USD | none | |
| Professional (basic license) | | P=45.00 USD | 2-10 (w/s) | P-20% |
| | | | 11-30(w/s) | P-30% |
| Extra discount* | Discount for schools | | | |
| -30% from the basic license | -85% from the basic license (min 10 licenses) | | 31-50(w/s) | P-50% |
| | | | 51-100(w/s) | P=$1125+15*(n-50) |
| | | | 101-...(w/s) | P=$1875+$5*(n-100) |

\* Extra discount is given to the following groups of users: non-profit organizations, students, educational institutions (universities, institutes), registered users purchasing the rights for using new versions of the Software

Спецификация и цена для конечного пользователя на программное обеспечение Лицензиара

*Программное обеспечение - The Bat*

| Тип лицензии | | Однопользо-вательская лицензия | Многопользовательская лицензия | |
|---|---|---|---|---|
| Home | | 35.00 USD | Нет | |
| Professional (базовая лицензия) | | P=45.00 USD | 2-10 (р/м) | P-20% |
| | | | 11-30(р/м) | P-30% |
| Дополнительная скидка* | Скидка для школ | | | |
| -30% от базовой лицензии | -85% от базовой лицензии (мин.10 лицензий) | | 31-50(р/м) | P-50% |
| | | | 51-100(р/м) | P=$1125+15*(n-50) |
| | | | 101-...(р/м) | P=$1875 +$5*(n-100) |

\* Дополнительная скидка предоставляется для следующих групп пользователей: некоммерческие организации, студенты, образовательные учреждения (университеты, институты), зарегистрированные пользователи при приобретении права пользования новых версий ПО.

*Page 15 of 20*

RINC000863                                    CONFIDENTIAL

*execution copy*

**Appendix 2**

## LICENSOR'S SOFTWARE SPECIFICATION AND PRICES

### SOFTWARE – BatPost

ENGLISH

| № | | Number | Units | USD |
|---|---|---|---|---|
| 1 | BatPost Server, basic installation (50 accounts are included in the price) | 1 | pieces | 50.00 |
| 2 | Additional accounts for BatPost | 1-50 | pieces | 1.00 |
| | | 51-100 | pieces | 0.90 |
| | | 101-200 | pieces | 0.80 |
| | | 201-300 | pieces | 0.70 |
| | | 300 and more | pieces | 0.60 |

RUSSIAN

### ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ – BatPostI

| № | | Количество | Единица измерения | USD |
|---|---|---|---|---|
| 1 | BatPostI Сервер, базовая установка (в стоимость включено 50 учетных записей) | 1 | Шт. | 50.00 |
| 2 | Дополнительные учетные записи для BatPostI | 1-50 | Шт. | 1.00 |
| | | 51-100 | Шт. | 0.90 |
| | | 101-200 | Шт. | 0.80 |
| | | 201-300 | Шт. | 0.70 |
| | | 300 и более | Шт. | 0.60 |

RINC000864                                    CONFIDENTIAL

*Execution copy*

Appendix 3

ENGLISH

### License agreement with the end user on using the Ritlabs SRL software

The present agreement is set between you – the User (Individual or legal entity) and Ritlabs SRL company (Rightholder) concerning the usage of the software (Program) belonging to RITLabs that comes together with the Agreement.

**IMPORTANT:**

ONCE YOU INSTALL THIS SOFTWARE, YOU ACCEPT THIS LICENSE AGREEMENT. IF YOU DON'T AGREE, RENOUNCE THE FURTHER INSTALLATION AND USAGE OF THE SOFTWARE.

**Installation and Usage.** Unregistered copies of the Program can be installed and used only for getting acquainted with it in a 30-day trial period. On the expiry of this 30-day period you must either register the Program or stop using it. The registration gives you the right to use the program after the 30-day trial period, to receive technical support and to benefit of the options granted exclusively to the registered Users, as well as to receive the updates of the Program within its current version (actual in the moment of purchasing) from the Rightholder without additional payments. On registering the Program and making the fixed payment in the size that is stipulated in the agreement between you and the party executing the transfer of rights you receive the Program activation code and the Individual License that cannot be returned. According to the given agreement, you get a non-exclusive license for using the Program: you can install it, benefit of the Program's features, access, display and launch one copy of the Program and handle one copy of the Program on one computer of the User, workstation – User's terminal.

**Usage limitations.** Program must not be hired out, leased or transmitted. This license forbids any usage of the Program that would violate any international or local law. Any such action is an exclusive liability of the acting person. You have no right to distribute, copy, imitate, multiply, sell, modify, decompile, disassemble or change the components of the Program by no means. You can make copy of the components of the Program only under the condition that this copy is destined for backup purposes only. Any unauthorized usage will lead to immediate and automatic termination of the present Agreement and may also cause law proceedings.

**Reservation of the property right for the Program.** The Program is protected by law and agreements on author right and other intellectual property rights. Ritlabs SRL possesses all the author rights for the Program. The Program is not sold; it is given for usage according to the License Agreement.

**Limited warranty.** The Program is granted as general purpose software, not for any specific purpose of the User. You agree that any software can contain errors. We strongly recommend you to make backup copies of your files. Ritlabs SRL is not liable for losses, damages, costs and expenditures incurred by the User or by the third party as a result of incorrect use of the Program, including (under no limitation) the liabilities for business expenses, idle-times, losses incurred by the User or by the third party as a result of the absence, malfunction, virus, error of disfunction of the Program. Ritlabs SRL is not liable for indirect, special, accidental damages, as well as for their consequences related to the matter of the Agreement.

**Confirmation of the presence of the license at the end user.** If you received a nonexclusive right for using the Program according to the License Agreement, the type of your license, serial number of the key and user name can be viewed by pressing "Alt+F1" while working with the Program. Activation key of the Program must be kept as confirmation of the fact that you have the license for using the Program.

· © Ritlabs 1997-2010

RINC000865                                          CONFIDENTIAL

*Execution copy*

**RUSSIAN**

Лицензионное соглашение с конечным пользователем по использованию программного обеспечения компании Ritlabs SRL.

Данное лицензионное соглашение является соглашением между вами - Пользователем (физическое или юридическое лицо) и компанией Ritlabs SRL (Правообладатель) по использованию программного обеспечения (Программа), принадлежащего компании Ritlabs SRL и сопровождающего данное Лицензионное соглашение.

**ВАЖНО:**
**ЕСЛИ ВЫ УСТАНОВИТЕ ДАННОЕ ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ, ТЕМ САМЫМ ВЫ ПОДТВЕРДИТЕ СВОЕ СОГЛАСИЕ СОБЛЮДАТЬ УСЛОВИЯ ДАННОГО ЛИЦЕНЗИОННОГО СОГЛАШЕНИЯ. ЕСЛИ ВЫ НЕ СОГЛАСНЫ, ОТКАЖИТЕСЬ ОТ ДАЛЬНЕЙШЕЙ УСТАНОВКИ И ИСПОЛЬЗОВАНИЯ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ**

Установка и использование. Незарегистрированные копии Программы могут быть установлены и использованы только в целях ознакомления в течение 30-дневного испытательного срока. До истечения 30-дневного периода вы должны либо зарегистрировать Программу, либо прекратить ее использование. Регистрация предоставит вам право использовать Программу по истечении 30-дневного испытательного срока, получать техническую поддержку и использовать опции, предоставляемые только зарегистрированным Пользователям, а также без уплаты дополнительного вознаграждения получать от Правообладателя обновления Программы в рамках текущей версии, актуальной в момент покупки. При регистрации и оплате фиксированного вознаграждения, размер которого определяется условиями соглашения между вами и стороной, осуществляющей передачу права, вам передается код активации Программы и Именная Лицензия, не подлежащие возврату. Согласно настоящему соглашению вам предоставляется неисключительная лицензия на использование Программы: вы можете установить, использовать функциональные возможности Программы, осуществлять доступ, отображать и запускать одну копию Программы и обращаться к одной копии Программы на одном компьютере Пользователя, рабочей станции–терминале Пользователя.

Ограничения использования: Программа не должна даваться напрокат, сдаваться в аренду или передаваться. Данная Лицензия запрещает любое использование Программы, которое нарушает международные или местные законы. Любое такое действие будет исключительной ответственностью лица, совершающего такое действие. Вы не имеете права распространять, копировать, компилировать, размножать, продавать, вносить изменения, декомпилировать, разбирать или иным образом изменять компоненты Программы. Вы можете изготовить копию компонентов Программы при условии, что эта копия предназначена только для архивных целей. Любое несанкционированное использование приведет к незамедлительному и автоматическому прекращению настоящего лицензионного соглашения и может, как следствие, привести к судебному процессу.

Сохранение права собственности на Программу. Программа защищена законами и соглашениями об авторском праве и других правах на интеллектуальную собственность. Компании Ritlabs SRL принадлежат все авторские права на Программу. Программа не продается, а предоставляется в пользование согласно лицензионному соглашению.

Ограниченная гарантия. Программа предназначается и предоставляется в качестве программного обеспечения общего назначения, а не для какой-либо конкретной цели пользователя. Вы соглашаетесь с тем, что любое программное обеспечение может содержать ошибки, поэтому настоятельно рекомендуем регулярно создавать резервные копии своих файлов. Ritlabs SRL не несет ответственности за потери, повреждения, издержки и затраты, понесенные вами или третьим лицом в результате направильного использования Программы, включая без ограничений обязательства за торговые расходы, простой оборудования, потери, понесенные вами или третьим лицом в результате отсутствия, неисправности, вируса, ошибки или нарушения работы Программы. Ritlabs SRL не несет ответственность за косвенный, особый, случайный ущерб, а также его последствия, связанные или возникающие в связи с предметом настоящего Соглашения.

Подтверждение наличия лицензии у конечного пользователя. Если вы получили неисключительное право пользования Программой в соответствии с лицензионным соглашением, тип вашей лицензии, серийный номер ключа, а также имя Пользователя, можно просмотреть, нажав клавиши «Alt+F1» при работе в Программе. Ключ активации Программы необходимо хранить в качестве доказательства того, что у вас есть лицензия на использование Программы.

RINC000866                    CONFIDENTIAL

© Ritlabs 1997-2010

RINC000867                        CONFIDENTIAL

Execution copy

Appendix 4

## Territory

| 1.USA | 1.CШA |
|-------|-------|
|       |       |

RINC000868                          CONFIDENTIAL

LICENSING AGREEMENT

ЛИЦЕНЗИОННЫЙ ДОГОВОР

This Licensing Agreement (the "Agreement") is made and entered this 1st day of June, 2011 (the "Effective Date") by and between Ritlabs Inc., a corporation organized under the laws of the Commonwealth of Virginia (the "Licensor"), and CRO Piotr Skulski ul Ogrodowa 31/35, 00-893 Warszawa NIP 7121000393, REGON 012230029 cro@skulski.pl ; http://cro.skulski.pl a (the "Licensee" and collectively with the Licensor, the "Parties" and each, a "Party").

Настоящий Лицензионный Договор ("Договор") заключен и введен в действие сего 1 мая 2011 года ("Дата Вступления в Силу"), между Ritlabs Inc., корпорацией организованной на основе законов штата Вирджиния ("Лицензиар"), и CRO Piotr Skulski ul Ogrodowa 31/35, 00-893 Warszawa NIP 7121000393, REGON 012230029 cro@skulski.pl ; http://cro.skulski.pl ("Лицензиат" и совместно с Лицензиаром именуются "Стороны" и каждый в отдельности - "Сторона"

.

## 1.   BASIC CONCEPTS

For the Agreement the terms stated below have the following meanings:

## 2.   ОСНОВНЫЕ   ПОНЯТИЯ

В Договоре используются следующие понятия:

**"Agreement"** shall have the meaning set forth in the preamble hereof.

**"Договор"** имеет значение, сформулированное в преамбуле данного документа.

**"Demo Versions of the Software"** – versions of the Software that have temporal (30 days) or functional limitations for using.

**"Демонстрационные версии ПО"** – версии программного обеспечения, имеющие временные (30 дней) или функциональные ограничения по их использованию.

**"Software Distribution Kit"** – file signed with the Licensor's digital certificate that contains the program for Software installation/removal and all necessary components for Software functioning on the *User's* computer.

**"Дистрибутив программного обеспечения (дистрибутив ПО)"** – файл, содержащий в себе программу установки/удаления ПО и все необходимые компоненты для функционирования ПО на компьютере *Пользователя*, подписанный цифровым сертификатом Лицензиара.

**"License Agreement with the end user"** – agreement between the Licensor (Rightholder) and the *User* that gives the non-exclusive right for using the Software.

**"Лицензионный договор о предоставлении права использования ПО (Лицензионное соглашение с конечным пользователем)"** – соглашение между Лицензиаром (Правообладателем) и Пользователем предоставляющее неисключительное право использования ПО.

**"Agreement Validity Period "**– time interval from the moment of coming into effect of the Agreement to the moment of its dissolution/termination under <u>Section 9</u> of the Agreement.

**"Период действия договора"** – временной интервал от момента вступления Договора в силу до момента его расторжения/прекращения в соответствии с <u>разделом СРОК ДЕЙСТВИЯ И ПОРЯДОК РАСТОРЖЕНИЯ ДОГОВОРА</u> Договора.

**"Licensee"** shall have the meaning set forth in the preamble hereof.

**"Лицензиат"** имеет значение, сформулированное в преамбуле данного Договора.

**"User "**– legal or individual person that uses (intends to use) the Software on its computer in concordance with the *License Agreement*.

**"Пользователь"** – юридическое или физическое лицо, использующее (намеревающееся использовать) ПО на своем компьютере в соответствии с *Лицензионным соглашением*.

**"Price List "**– list of calculation of the basic (retail) prices for *obtaining rights for using the Software under the License Agreement* (Appendix 1, 2).

**"Прайс-лист"** – устанавливаемый Лицензиаром перечень расчета базовых (розничных) цен для получения прав на использование ПО на основании Лицензионного соглашения (Приложение №1, №2).

**"Computer Program"** – the aggregate of data and commands (expressed in any language and any form, including source code and object code) presented in an objective form and intended to make the computer and other computer devices function in order to obtain a certain result. The Computer Program includes additional materials received during its development, as well as audiovisual imagery it generates.

**"Программа для ЭВМ "**– представленная в объективной форме совокупность данных и команд (могут быть выражены на любом языке и в любой форме, включая исходный текст и объектный код), предназначенных для функционирования ЭВМ и других компьютерных устройств в целях получения определенного результата, включая подготовительные материалы, полученные в ходе разработки программы для ЭВМ, и порождаемые ею аудиовизуальные отображения.

**"Software "**– computer programs (intellectual property) specified and priced in Appendix 1 and 2, author rights for which belong to Licensor.

**"Программное обеспечение (ПО)"** – программы для ЭВМ (объекты интеллектуальной собственности), спецификация и цены на которые указаны в Приложении №1,№2 Договора, авторские права на которые принадлежат Лицензиару.

RINC000881 CONFIDENTIAL

**"Electronic Key or Activation Key"** - unique code generated by the Licensor for each copy of the Software, which is applied for Software activating in concordance with license type and program version and for time restrictions removal.

**"Электронный ключ или ключ активации"** – генерируемый Лицензиаром для каждого экземпляра ПО уникальный код, применяемый для активации ПО, в соответствии с типом лицензии и версии программы, снимающий временные ограничения.

## 3.   SUBJECT OF AGREEMENT

## 4.   ПРЕДМЕТ ДОГОВОРА

4.1.   **The Licensor grants the Licensee with a non-exclusive right for using the Software indicated in Appendix 1, 2 under the limitations and terms stipulated in the Agreement; the Licensee pays the Licensor author remuneration (royalty) for the granted right.**

5.   Лицензиар предоставляет Лицензиату неисключительное право использования Программного обеспечения, указанного в Приложении №1,№2, в обусловленных Договором пределах и на определенный Договором срок, а Лицензиат за предоставление этих прав уплачивает вознаграждение Лицензиару.

5.1.   **The Licensee sets himself as an object the promotion of the Software belonging to the Licensor within the territory indicated in Appendix 4.**

6.   Лицензиат ставит своими целями продвижение Программного обеспечения, принадлежащего Лицензиару, на территории, указанной в Приложении №4.

## 7.   RIGHTS AND OBLIGATIONS OF THE PARTIES

## 8.   ПРАВА И ОБЯЗАННОСТИ СТОРОН

8.1.   **According to the Agreement, the Licensor**

9.   По настоящему договору Лицензиар предоставляет

RINC000882

CONFIDENTIAL

gives the Licensee the
following non-exclusive
rights:

Лицензиату следующие
неисключительные права:

*1.a).* the right for
Software
reproduction
granted with the
only purpose of
transmission of
these rights directly
or by the third party
to the *Software
Users*;

10. право на
воспроизведение ПО
предоставляемое с
единственной целью
передачи этих прав
напрямую или через
*Дистрибьютора
Пользователям ПО*;

*1.a).* the right for
Software
distribution;

11. право на
распространение ПО;

*1.a).* the right to
grant the third party
with a non-exclusive
right for using the
Software only within
the limits of the
rights and modes of
using stipulated in
the License
Agreement for the
Licensee.

12. предоставлять
неисключительное право
использования ПО
*Дистрибьютору* только в
пределах тех прав и тех
способов использования,
которые предусмотрены
лицензионным договором
для Лицензиата.

12.1. Licensor is obliged:

13. Лицензиар обязан:

*1.a).* to fulfill the
transmission of the
*Electronic Keys
(Activation Keys)* to

14. По запросу,
осуществлять передачу
Лицензиату Электронных
ключей (ключей активации)

Page 4 of 29

                    CONFIDENTIAL

| | |
|---|---|
| the Licensee and to provide the access to the Software Distribution Kit on demand; | и обеспечить доступ к *Дистрибутивам ПО*. |
| **1.a).** to notify the Licensee about the modifications in the *Price List* in not less than 14 calendar days before these modifications come into effect; | 15. Уведомлять Лицензиата об изменениях в *Прайс-листе* и Приложениях к Договору не менее чем за 14 календарных дней до вступления в силу данных изменений. |

RINC000884                              CONFIDENTIAL

*1.a).* to consult the Licensee on the issues related to the calculation of the cost of the Software using rights, to the Software functionality and particularities of installation and exploitation.

**16.** Консультировать Лицензиата по вопросам, связанным с расчетом стоимости прав на использование ПО, его функциональностью, особенностями установки и эксплуатации.

**16.1. Licensor has the right:**

**17.** Лицензиар имеет право:

*1.a).* to suspend the transmission of the *Electronic Keys (Activation Keys)* on the Licensee's demand in case of breach of the conditions stipulated in clauses 3.4.1-3.4.4 and 5.1-5.6 of the Agreement from the part of the Licensee;

**18.** В случае нарушения Лицензиатом условий оговоренных в п.п. 3.4.1-3.4.4., п.п. За переданные по настоящему Договору неисключительные имущественные права Лицензиат выплачивает Лицензиару авторское вознаграждение-5.9 Договора приостановить передачу *Электронных ключей (ключей активации)* по запросу Лицензиата.

*1.a).* to unilaterally modify the *Price List* and the Appendixes to the Agreement, preliminary noticing the Licensee under clause 3.2.2 of the Agreement.

**19.** В одностороннем порядке вносить изменения в *Прайс-лист* и Приложения к Договору предварительно уведомив об этом Лицензиата в соответствии с п. 3.2.2. Договора.

**19.1. Licensee is obliged:**

**20.** Лицензиат обязан:

*1.a).* to respect the Licensor's author

**21.** Соблюдать авторские права

RINC000885                          CONFIDENTIAL

rights;

*1.a).* to pay author remuneration (royalty) to the Licensor for the non-exclusive property rights under <u>Section 5</u> of the Agreement;

*1.a).* to demand the *Activation Key* generation in accordance with the Licensor's requirements;

*1.a).* not to take actions that could harm the Licensor's activity or image;

*1.a).* to elaborate and implement marketing strategy and advertising actions meant to increase the number of the *Software Users*.

25.1. Licensee has the right:

*1.a).* to consult the *Users* on the issues of calculation of the cost of the Software rights using in

Лицензиара.

22. Выплачивать Правообладателю авторское вознаграждение за переданные по Договору неисключительные имущественные права в соответствии с <u>разделом</u> ПОРЯДОК РАСЧЕТОВ Договора.

23. Осуществлять запрос на генерацию *ключа активации* в соответствии с требованиями Лицензиара.

24. Не производить действий, которые могут нанести вред деятельности или имиджу Лицензиара.

25. Разрабатывать и осуществлять стратегию маркетинга, а также рекламные акции с целью увеличения количества *Пользователей ПО*.

26. Лицензиат имеет право:

27. Консультировать *Пользователей* по вопросам расчета стоимости прав на использование ПО в соответствии с *Прайс-листом* Лицензиара.

RINC000886                    CONFIDENTIAL

concordance with the Licensor's *Price List*;

| | |
|---|---|
| *1.a)*. to execute the technical support consulting the *Users*; | 28. Консультировать *Пользователей* осуществляя их техническую поддержку. |
| *1.a)*. to use the logos and other brand style elements situated in the Licensor's Software, essentials and marketing materials if such using is related to Software advertisement (promotion); | 29. Использовать логотипы, а также иные элементы брэнд-стиля, которые встречаются в реквизитах, ПО и маркетинговых материалах Лицензиара, если такое использование связаны с рекламой (продвижением) ПО. |
| *1.a)*. to address the Licensor any questions related to the execution of the Agreement using the email <u>office@ritlabs.com</u>. | 30. По всем вопросам, связанным с исполнением Договора обращаться по электронной почте к Лицензиару, по адресу office@ritlabs.com. |
| 31. TRANSMISSION OF RIGHTS PROCEDURE | 32. ПОРЯДОК ПЕРЕДАЧИ ПРАВ |
| 32.1. All the rights transmitted under the present Agreement are considered to be transmitted from the Licensor to the Licensee under the conditions of | 33. Все права, передаваемые по настоящему Договору, считаются переданными Лицензиату от Лицензиара по условиям настоящего Договора с даты его |

RINC000887                          CONFIDENTIAL

the Agreement from the date of its signing.

подписания.

**34.   PROCEDURE   OF SETTLEMENTS**

**35.   ПОРЯДОК РАСЧЕТОВ**

**35.1. The Licensee pays author remuneration (royalty) to the Licensor for the non-exclusive property rights transmitted under the present Agreement.**

**36.   За переданные по настоящему Договору неисключительные имущественные права Лицензиат выплачивает Лицензиару авторское вознаграждение.**

**36.1. Author remuneration (royalty) makes up 80% (eighty percent) of the Software price indicated in the Licensor's *Price List*.**

**37.   Авторское вознаграждение составляет 80% (восемьдесят процентов) от стоимости ПО, указанной в *Прайс-листе* Лицензиара.**

**37.1. Monthly, not later than the 5th day of the month next to the reporting month, the Licensee provides the Licensor with the electronic report containing the information about the amount of Software using rights sold.**

**38.   Ежемесячно, не позднее 5-го числа месяца, следующего за отчетным, *Лицензиат* предоставляет *Лицензиару* отчет, содержащий сведения о количестве реализованных прав на использование ПО.**

**38.1. The amount of Software using rights sold must correspond to the number of the *Electronic Keys (Activation Keys)* transmitted by the Licensor to the Licensee**

**39.   Количество реализованных прав на использование ПО должно соответствовать количеству выданных электронных ключей(ключей активации) переданных Лицензиаром**

RINC000888                                    CONFIDENTIAL

in the reporting period.

Лицензиату в течение соответствующего расчетного периода.

**39.1.** In 2 (two) working days from the moment of receiving the report, the Licensor examines and accepts the Licensee's report or, if any objections appear, within the same period writes and sends a reasoned electronic refuse to accept the Licensee's Report. If the Licensor doesn't present his objections to the Licensee's Report within the indicated period, it is considered accepted by the Licensor. If the objections on the Licensee's Report appear, a reconciliation report is made within 10 (ten) days from the date when the Licensee received the Licensor's reasoned electronic refuse to accept the Licensee's Report.

**40.** Лицензиар в течение 2-х рабочих дней с момента получения Отчета Лицензиата рассматривает и принимает Отчет Лицензиата, либо при наличии возражений по Отчету Лицензиата в тот же срок составляет и направляет Лицензиату мотивированный отказ от принятия Отчета Лицензиата в электронном виде. При наличии возражений по Отчету Лицензиата Стороны составляют акт сверки в течение 5 (Пять) дней с даты получения Лицензиатом мотивированного отказа Лицензиара от принятия Отчета Лицензиата в электронном виде.

**40.1.** The payment of the author remuneration is made by the Licensee under the Agreement and invoice made out in accordance with the data indicated in the Licensee's report. The payment is made by bank

**41.** Выплата авторского вознаграждения производится Лицензиатом на основании Договора и счета, выписанного в соответствии с данными, указанными в отчете Лицензиата. Оплата производится банковским

RINC000889

CONFIDENTIAL

transfer or any other methods of payment, coordinated with Licensor in U.S. dollars or EURO within 30 (thirty) working days from the date when the Licensee receives from the Licensor a signed invoice in electronic form.

перечислением или любым другим методом оплаты, согласованным с Лицензиаром, в USD/EURO, не позднее 30 (тридцати) рабочих дней после получения Лицензиатом от Лицензиара подписанного счета в электронном виде.

**41.1.** The expenses for money transfer to the Licensor's account and for the correspondent banks services are born by the Licensee.

**42.** Расходы по перечислению денежных средств на счет Лицензиара и услуги банков-корреспондентов оплачиваются Лицензиатом.

**43.** **ADDITIONAL TERMS**

**44.** **ДОПОЛНИТЕЛЬНЬ Е УСЛОВИЯ**

**44.1.** The Licensor guarantees that he has all the necessary exclusive property rights for the Software.

**45.** Лицензиар гарантирует наличие у него исключительных имущественных прав в необходимом объеме на ПО.

**45.1.** All taxes and duties set by Licensee's state are collected from the Licensee.

**46.** Все налоги и сборы, установленные страной Лицензиата, взимаются за счет Лицензиата.

**46.1.** All modifications and supplements to the Agreement are considered valid if they are executed in written form and signed by the authorized representatives of the

**47.** Все изменения и дополнения к Договору признаются действительными, если они совершены в письменной форме и подписаны уполномоченными



RINC000890                                    CONFIDENTIAL

Parties.                                   представителями Сторон.

### 48.   INFORMATION CONFIDENTIALITY

**48.1. The conditions related to the amount and payment of the author remuneration are confidential and are not to be made public within the contractual time and 3 (three) years after its termination.**

### 49.   КОНФИДЕНЦИАЛЬНОСТЬ ИНФОРМАЦИИ

Условия, касающиеся размера и выплаты авторского вознаграждения, являются конфиденциальными и не подлежат разглашению в течение срока действия Договора и в течение 3 (трех) лет по окончании срока его действия.

### 50.   LIABILITY OF THE PARTIES AND ARBITRATION

<u>Governing Law.</u> **This Agreement shall be construed and interpreted in accordance with the laws of the Commonwealth of Virginia without reference to conflicts of law rules or principles as though entered into between Virginia residents and to be performed entirely within the Commonwealth of Virginia. To the extent permitted by law, the provisions of this Agreement shall supersede any provisions of the Uniform Commercial Code as adopted or made applicable to any products described herein in any competent jurisdiction. This Agreement shall not be governed by the United Nations Convention on Contracts for the International Sale of Goods,**

### 51.   ОТВЕТСТВЕННОСТЬ СТОРОН И ПОРЯДОК РАЗРЕШЕНИЯ СПОРОВ

<u>Применимое Право.</u> Настоящий Договор должен истолковываться и быть интерпретированным в соответствии с законами Штата Вирджиния, исключая правила и принципы коллизионного права, как если бы Договор был заключен между резидентами Штата Вирджиния и исполнялся бы полностью в Штате Вирджиния. В той степени, в которой это допустимо в соответствии с законом, условия настоящего Договора должны заменить любые условия Единого Коммерческого Кодекса (Uniform Commercial Code), принятые в отношении любой продукции, описанной в настоящем Договоре, в любой

RINC000891                                    CONFIDENTIAL

the application of which is expressly excluded.

компетентной юрисдикции. Настоящий Договор не подлежит применению в соответствии с Конвенцией Организации Объединенных Наций о Договорах Международной Купли-Продажи Товаров.

**Arbitration.**

**Арбитраж.**

*1.a).* In the event of a dispute between the Parties arising out of or in connection with this Agreement, the parties hereto shall use their best efforts to resolve the dispute on an amicable basis. If an amicable settlement cannot be reached, either Party hereto may request, by written notice, that the dispute be resolved by arbitration by a panel of three (3) arbitrators before the American Arbitration Association pursuant to the then current rules of the United Nations Commission on International Trade Law (UNCITRAL Rules).

52. В случае спора между Сторонами, возникающим в связи с настоящим Договором, стороны должны приложить все усилия для того, чтобы достичь согласия путем переговоров. Если согласие не может быть достигнуто путем переговоров, любая Сторона может запросить в письменной форме, чтобы спор был решен в судебном порядке арбитражным органом в составе трех (3) арбитров Американской Ассоциацией Арбитража, в соответствии с положениями Арбитражного регламента ЮНСИТРАЛ находящимися в силе на тот момент.

RINC000892                    CONFIDENTIAL

*1.a).* In the event of any conflict between the UNCITRAL Rules and the provisions of this Agreement, the provisions of this Agreement shall prevail

53. В случае любого конфликта между положениями Арбитражного регламента ЮНСИТРАЛ и условиями настоящего Договора, условия этого Договора являются преимущественными.

The place of the arbitration shall be District of Columbia, USA

Место арбитража – Округ Колумбия, США.

The claimant Party shall appoint an arbitrator and the respondent Party shall appoint one arbitrator, and the two arbitrators so appointed shall appoint the third arbitrator, in accordance with the provisions of the UNCITRAL Rules.

54. Сторона-заявитель должна назначить арбитра, отвечающая Сторона должна назначить одного арбитра, и эти два назначенные арбитра должны назначить третьего арбитра, в соответствии с положениями Арбитражного регламента ЮНСИТРАЛ.

The English language shall be used as the written and spoken language for all matters connected with all references to arbitration.

55. Для решения всех вопросов, касающихся арбитража должен использоваться английский язык как письменный и разговорный.

The decision of the arbitrators shall be made by majority vote and shall be made in writing.

56. Решение арбитров должно быть принято большинством голосов и в письменной форме.



Page 14 of 29

CONFIDENTIAL

The decision of the arbitrators shall be final and binding on the Parties, save in the event of fraud, manifest mistake or failure by any of the arbitrators to disclose any conflict of interest.

The decision of the arbitrators may be enforced by any court of competent jurisdiction and may be executed against the person and assets of the losing Party in any jurisdiction. For the avoidance of doubt, such court includes any court that is authorized to make such an order by virtue of any treaty or legislation relating to the reciprocal enforcement of foreign arbitral awards or judgments.

Nothing in this Section 8.2 shall prevent a Party from seeking or obtaining equitable relief from a court of competent jurisdiction, whether before, during or after arbitration proceedings.

Решение арбитров должно быть окончательным и обязательным для исполнения Сторонами, за исключением случаев мошенничества, очевидной ошибки или нераскрытия каким-либо из арбитров конфликта интересов.

57. Решение арбитров может быть приведено в исполнение любым судебным органом соответствующей юрисдикции и может быть исполнено против субъекта и имущества проигравшей Стороны находящейся под любой юрисдикцией. Для единообразия терминологии под судебными органами следует понимать любой суд, который уполномочен делать предписания на основании международного договора или законодательства, касающегося взаимного приведения в исполнение иностранных арбитражных предписаний или решений.

58. Никакая информация из данной Статьи 8.2 не мешает одной из Сторон получить средства правовой защиты по праву справедливости в суде соответствующей юрисдикции как до, так и в течение или по окончанию арбитражного



RINC000894                    CONFIDENTIAL

процесса002E

**Legal Expenses.** The prevailing Party in any legal action, including arbitration, brought by one Party against the other and arising out of this Agreement shall be entitled, along with any other rights and remedies it may have, to reimbursement for its expenses, including court costs and reasonable attorney's fees. Such fees may be set by the court in the trial of such action or may be enforced in a separate action brought for that purpose. Such fees shall be in addition to any other relief that may be awarded.

**Publicity.** The Parties shall work together to issue publicity and general marketing communications concerning their relationship and other mutually agreed-upon matters. In addition, neither Party shall issue such publicity and general marketing communications concerning their relationship without the prior written consent of the other Party (not to be unreasonably withheld or delayed). Neither Party shall disclose the terms of this Agreement to any third party other than its outside counsel, auditors, and financial and technical advisors, except as required by law *provided* that

**Юридические Расходы.** Побеждающая Сторона в любом юридическом иске, включая арбитраж, начатом одной из сторон против другой в связи с настоящим Договором, вместе с любыми иными правами и средствами юридической защиты, доступными ей, будет иметь право на возмещение ее расходов, включая судебные расходы и, в разумной мере, гонорары адвокатов. Такие гонорары могут быть определены судом, как в ходе самого процесса, так и в рамках отдельного иска, начатого для данной цели.

59. **Публичность.** Стороны обязуются сотрудничать друг с другом в вопросах рекламы и общих маркетинговых коммуникаций, касающихся их отношений и других взаимосогласованных вопросов. Кроме того, ни одна из Сторон не должна выпускать рекламу и общие маркетинговые программы, касающиеся их отношений, без предшествующего письменного согласия другой Стороны (в котором не должно быть необоснованно отказано или которое не должно быть необоснованно задержано). Ни одна из

RINC000895                                                CONFIDENTIAL

Licensee may disclose such information in connection with a bona fide financing of the Licensee subject to the confidentiality obligations not less restrictive than the terms of this Agreement.

Сторон не должна раскрывать условия настоящего Договора третьим лицам, за исключением ее адвоката, аудиторов, и финансовых и технических советников, за исключением случаев, предусмотренных законом.

**Notices.**      All claims, instructions, consents, designations, notices, waivers, and other communications in connection with the Agreement (*"Notifications"*) will be in writing. Such Notifications will be deemed properly given (a) when received if delivered personally, (b) if delivered by facsimile transmission when the appropriate telecopy confirmation is received; (c) upon the receipt of the electronic transmission by the server of the recipient when transmitted by electronic mail, or (d) within three (3) days after deposit with an internationally recognized express delivery service, in each case when transmitted to a Party specified in section specified in section "ADDRESSES AND IDENTIFICATION OF THE PARTIES"

**Уведомления.**      Все требования, инструкции, согласия, обозначения, уведомления, отказы, и другая информация в связи с Договором (*"Уведомления"*) должны быть предоставлены в письменной форме. Такие Уведомления будут считаться предоставленными должным образом (a) когда получены в результате личной доставки, (b) если доставлены посредством факсимильной связи, когда получено соответствующее подтверждение об успешной передаче телекопии; (c) после получения электронного сообщения сервером получателя в случае использования электронной почты, или (d) по истечению трех (3) дней после получения уведомления международно-признанной службы доставки экспресс почты, во всех случаях, когда Уведомление отправлено Стороне по адресу или местоположению указанному в разделе "АДРЕСА И РЕКВИЗИТЬ

CONFIDENTIAL

СТОРОН"

**Counterparts of the Agreement.** The Agreement may be separately executed by the Parties in two (2) or more counterparts and all such counterparts shall be deemed an original, but all of which together shall constitute one and the same instrument and will be binding on the Parties as if they had originally signed one copy of the Agreement. Delivery of a copy of this Agreement or such other document bearing an original signature by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the worldwide web), by electronic mail in "portable document format" (".pdf") form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing the original signature. "Originally signed" or "original signature" means or refers to a signature that has not been mechanically or electronically reproduced.

**Экземпляры Договора.** Договор может быть отдельно подписан Сторонами в двух (2) или большем количестве экземпляров, и все такие экземпляры будут считаться оригиналом, но все они, взятые в совокупности, должны составить один и тот же документ, и считаться обязательными для исполнения Сторонами, как если бы они первоначально подписали один экземпляр Договора. Вручение копии настоящего Договора или другого документа, содержащего оригинал подписи, путем передачи по факсимильной связи (непосредственно от одного факсимильного устройства к другому посредством подключающейся связи или связанного всемирной электронной сетью Интернет), электронной почтой в форме "портативного документального формата" (".pdf") или любыми другими электронными средствами, имеющими целью сохранить первоначальный графический и иллюстрированный формат документа, будет иметь тот же самый эффект, что физическое вручение бумажного документа, носящего подпись в оригинале. "Подписанное в оригинале" или "подпись в оригинале" означает или



RINC000897                                    CONFIDENTIAL

относится к подписи, которая не была воспроизведена механически или с помощью электроники.

## 60. EXPIRATION DATE AND AGREEMENT TERMINATION PROCEDURE

АДРЕСА И РЕКВИЗИТЬ СТОРОН

**61.1.** The present Agreement comes into effect from the moment of signing and remains valid for 2 (two) calendar years starting with the date of coming into effect inclusive. If within 40 (forty) days before the expiration date none of the *Parties* declares the intention of dissolving the Agreement, the contractual time is considered to be extended for 2 (two) more calendar years.

**62.1.** The present Agreement can be dissolved before the appointed time by mutual consent of the Parties or unilaterally, one of the Parties sending the other one a written notice about the dissolution of the Agreement. In this case the Agreement is



Page 19 of 29

CONFIDENTIAL

dissolved in 40 (forty) days after the Second Part receives the First Part's notice.

Licensee may terminate this Agreement by giving notice to Licensor at any time if Licensor has breached any representation, warranty, obligation or covenant contained in this Agreement in any material respect and this breach has not been cured within a 15 day period;

Licensor may terminate this Agreement by giving notice to Licensee at any time if Licensee has breached any material representation, warranty, obligation or covenant contained in this Agreement and this breach has not been cured within a 15 day period;

63.1. After the Agreement's expiry or early dissolution the Licensee loses the right to use the Software and is obliged to fulfill mutual

RINC000899 CONFIDENTIAL

**settlement of accounts with the Licensor within a month after the abovementioned events take place.**

## 65.     APPENDIXES

Appendix 1 Software specification and prices The Bat! (ENGLISH / RUSSIAN)
Appendix 2 Software specification and prices BatPost (ENGLISH / RUSSIAN)
Appendix 3 License Agreement with the end user (ENGLISH / RUSSIAN)
Appendix 4 Territory(ENGLISH / RUSSIAN)

IN WITNESS WHEREOF, each of the undersigned Parties to this Licensing Agreement has caused this Agreement to be duly executed in its corporate name by one of its authorized representatives, all as of the date first set forth above.

RINC000900                    CONFIDENTIAL

**LICENSOR**

Ritlabs, Inc.

By: _____

Name: SERGEI DEMCENKO

Title: CEO

**LICENSEE**

CRO Piotr Skulski
ul. Ogrodowa 31/35, 00-893 Warszawa
NIP 7121906080, REGON 012238028
cro@skulski.pl ; http://cro.skulski.pl

[ _____ ]

By: _____

Name: Piotr Skulski

Title: Owner

**ADDRESSES          AND
IDENTIFICATION   OF   THE
PARTIES**

CRO Piotr Skulski
ul. Ogrodowa 31/35, 00-893 Warszawa
NIP 7121906080, REGON 012238028
cro@skulski.pl ; http://cro.skulski.pl

Page 22 of 29

CONFIDENTIAL

Appendix 1

## LICENSOR'S SOFTWARE SPECIFICATION AND PRICES

### SOFTWARE - THE BAT!

| License type | Single | | Multi |
|---|---|---|---|
| Home | 35.00 USD | | none |
| Professional (basic license) | P=45.00 USD | 2-10 (w/s) | P-20% |
| | | 11-30(w/s) | P-30% |
| | | 31-50(w/s) | P-50% |
| | | 51-100(w/s) | P=$1125+15*(n-50) |
| | | 101-...(w/s) | P=$1875+$5*(n-100) |

| Extra discount* | Discount for schools |
|---|---|
| -30% from the basic license | -85% from the basic license (min 10 licenses) |

**\* Extra discount is given to the following groups of users: non-profit organizations, students, educational institutions (universities, institutes), registered users purchasing the rights for using new versions of the Software**

Спецификация и цена для конечного пользователя на программное обеспечение Лицензиара

### *Программное обеспечение - The Bat*

| Тип лицензии | Однопользо-вательская лицензия | Многопользовательская лицензия | |
|---|---|---|---|
| Home | 35.00 USD | | Нет |
| Professional (базовая лицензия) | P=45.00 USD | 2-10 (р/м) | P-20% |

   CONFIDENTIAL

| | | | 11-30(р/м) | P-30% |
|---|---|---|---|---|
| Дополнительна я скидка* | Скидка школ | для | | |
| -30% базовой лицензии   от | -85% базовой лицензии   от | | 31-50(р/м) | P-50% |
| | (мин.10 лицензий) | | | |
| | | | 51-100(р/м) | P=$1125+15*(n-50) |
| | | | 101-...(р/м) | P=$1875 +$5*(n-100) |

* Дополнительная скидка предоставляется для следующих групп пользователей: некоммерческие организации, студенты, образовательные учреждения (университеты, институты), зарегистрированные пользователии при приобретении права пользования новых версий ПО.

Appendix 2

## LICENSOR'S SOFTWARE SPECIFICATION AND PRICES

### SOFTWARE – BatPost

ENGLISH

| № | | Number | Units | USD |
|---|---|---|---|---|
| 1 | **BatPost Server, basic installation** (50 accounts are included in the price) | 1 | pieces | 50.00 |
| 2 | Additional accounts for **BatPost** | 1-50 | pieces | 1.00 |
| | | 51-100 | pieces | 0.90 |
| | | 101-200 | pieces | 0.80 |
| | | 201-300 | pieces | 0.70 |
| | | 300 and more | pieces | 0.60 |

Page 24 of 29

RINC000903                    CONFIDENTIAL

RUSSIAN

## ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ – BatPost!

| № | | Количество | Единица измерения | USD |
|---|---|---|---|---|
| 1 | **BatPost! Сервер, базовая установка (в стоимость включено 50 учетных записей)** | 1 | Шт. | 50.00 |
| 2 | Дополнительные учетные записи для **BatPost!** | 1-50 | Шт. | 1.00 |
| | | 51-100 | Шт. | 0.90 |
| | | 101-200 | Шт. | 0.80 |
| | | 201-300 | Шт. | 0.70 |
| | | 300 и более | Шт. | 0.60 |



Page 25 of 29

## License agreement with the end user on using the Ritlabs SRL software

The present agreement is set between you – the User (individual or legal entity) and Ritlabs SRL company (Rightholder) concerning the usage of the software (Program) belonging to RITLabs that comes together with the Agreement.

IMPORTANT:

ONCE YOU INSTALL THIS SOFTWARE, YOU ACCEPT THIS LICENSE AGREEMENT. IF YOU DON'T AGREE, RENOUNCE THE FURTHER INSTALLATION AND USAGE OF THE SOFTWARE.

Installation and Usage. Unregistered copies of the Program can be installed and used only for getting acquainted with it in a 30-day trial period. On the expiry of this 30-day period you must either register the Program or stop using it. The registration gives you the right to use the program after the 30-day trial period, to receive technical support and to benefit of the options granted exclusively to the registered Users, as well as to receive the updates of the Program within its current version (actual in the moment of purchasing) from the Rightholder without additional payments. On registering the Program and making the fixed payment in the size that is stipulated in the agreement between you and the party executing the transfer of rights you receive the Program activation code and the Individual License that cannot be returned. According to the given agreement, you get a non-exclusive license for using the Program: you can install it, benefit of the Program's features, access, display and launch one copy of the Program and handle one copy of the Program on one computer of the User, workstation - User's terminal.

Usage limitations. Program must not be hired out, leased or transmitted. This license forbids any usage of the Program that would violate any international or local law. Any such action is an exclusive liability of the acting person. You have no right to distribute, copy, imitate, multiply, sell, modify, decompile, disassemble or change the components of the Program by no means. You can make copy of the components of the Program only under the condition that this copy is destined for backup purposes only. Any unauthorized usage will lead to immediate and automatic termination of the present Agreement and may also cause law proceedings.

Reservation of the property right for the Program. The Program is protected by law and agreements on author right and other intellectual property rights. Ritlabs SRL possesses all the author rights for the Program. The Program is not sold; it is given for usage according to the License Agreement.

Limited warranty. The Program is granted as general purpose software, not for any specific purpose of the User. You agree that any software can contain errors. We strongly recommend you to make backup copies of your files. Ritlabs SRL is not liable for losses, damages, costs and expenditures incurred by the User or by the third party as a result of incorrect use of the Program, including (under no limitation) the liabilities for business expenses, idle-times, losses incurred by the User or by the third party as a result of the absence, malfunction, virus, error of disfunction of the Program. Ritlabs SRL is not liable for indirect, special, accidental damages, as well as for their consequences related to the matter of the Agreement.

Confirmation of the presence of the license at the end user. If you received a nonexclusive right for using the Program according to the License Agreement, the type of your license, serial number of the key and user name can be viewed by pressing "Alt+F1" while working with the Program. Activation key of the Program must be kept as confirmation of the fact that you have the license for using the Program.

© Ritlabs 1997-2011

Page 26 of 29

CONFIDENTIAL



Page 27 of 29

RUSSIAN

**Лицензионное соглашение с конечным пользователем по использованию программного обеспечения компании Ritlabs SRL**

Данное лицензионное соглашение  является соглашением между вами - Пользователем (физическое или юридическое лицо) и компанией Ritlabs SRL (Правообладатель) по использованию программного обеспечения (Программа), принадлежащего компании Ritlabs SRL и сопровождающего данное Лицензионное соглашение.

**ВАЖНО:**
ЕСЛИ ВЫ УСТАНОВИТЕ ДАННОЕ ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ, ТЕМ САМЫМ ВЫ ПОДТВЕРДИТЕ СВОЕ СОГЛАСИЕ СОБЛЮДАТЬ УСЛОВИЯ ДАННОГО ЛИЦЕНЗИОННОГО СОГЛАШЕНИЯ. ЕСЛИ ВЫ НЕ СОГЛАСНЫ, ОТКАЖИТЕСЬ ОТ ДАЛЬНЕЙШЕЙ УСТАНОВКИ И ИСПОЛЬЗОВАНИЯ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ.

**Установка и использование.** Незарегистрированные копии Программы могут быть установлены и использованы только в целях ознакомления в течение 30-дневного испытательного срока. До истечения 30-дневного периода вы должны либо зарегистрировать Программу, либо прекратить ее использование. Регистрация предоставит вам право использовать Программу по истечении 30-дневного срока, получать техническую поддержку и использовать опции, предоставляемые только зарегистрированным Пользователям, а также без уплаты дополнительного вознаграждения получать от Правообладателя обновления Программы в рамках текущей версии, актуальной в момент покупки. При регистрации и оплате фиксированного вознаграждения, размер которого определяется условиями соглашения между вами и стороной, осуществляющей передачу прав, вам передается код активации Программы и Именная Лицензия, не подлежащие возврату. Согласно настоящему соглашению вам предоставляется неисключительная лицензия на использование Программы: вы можете установить, использовать функциональные возможности Программы, осуществлять доступ, отображать и запускать одну копию Программы и обращаться к одной копии Программы на одном компьютере Пользователя, рабочей станции–терминале Пользователя.

**Ограничения использования:** Программа не должна даваться напрокат, сдаваться в аренду или передаваться. Данная лицензия запрещает любое использование Программы, которое нарушает международные или местные законы. Любое такое действие будет исключительной ответственностью лица, совершающего такое действие. Вы не имеете права распространять, копировать, имитировать, размножать, продавать, вносить изменения, декомпилировать, разбирать или иным образом изменять компоненты Программы. Вы можете изготовить копию компонентов Программы при условии, что эта копия предназначена только для архивных целей. Любое несанкционированное использование приведет к незамедлительному и автоматическому прекращению настоящего лицензионного соглашения и может, как следствие, привести к судебному процессу.

**Сохранение права собственности на Программу.** Программа защищена законами и соглашениями об авторском праве и других правах на интеллектуальную собственность. Компании Ritlabs SRL принадлежат все авторские права на Программу. Программа не продается, а предоставляется в пользование согласно лицензионному соглашению.

**Ограниченная гарантия.** Программа предназначается и предоставляется в качестве программного обеспечения общего назначения, а не для какой-либо конкретной цели пользователя. Вы соглашаетесь с тем, что любое программное обеспечение может содержать ошибки, поэтому настоятельно рекомендуем регулярно создавать резервные копии своих файлов. Ritlabs SRL не несет ответственности за потерю, повреждение, издержки и затраты, понесенные вами или третьим лицом в результате неправильного использования Программы, включая без ограничения обязательства за торговые расходы, простой оборудования, потери, понесенные вами или третьим лицом в результате отсутствия, неисправности, вируса, ошибки или нарушения работы Программы. Ritlabs SRL не несет ответственность за косвенный, особый, случайный ущерб, а также его последствия, связанные или возникающие в связи с предметом настоящего Соглашения.

**Подтверждение наличия лицензии у конечного пользователя.** Если вы получили неисключительное право пользования Программой в соответствии с лицензионным соглашением, тип вашей лицензии, серийный номер ключа, а также имя Пользователя, можно просмотреть, нажав клавиши «Alt+F1» при работе в Программе. Ключ активации Программы необходимо хранить в качестве доказательства того, что у вас есть лицензия на использование Программы.

© Ritlabs 1997-2011

Page **28** of 29

RINC000907                                    CONFIDENTIAL

# Territory

**1.Poland**                              **1.Польша**

RINC000908                                    CONFIDENTIAL