IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| RITLABS, S.R.L., | Case No.: 1:12CV215 AJT/IDD |
| Plaintiff/Counter-Defendant, | |
| v. | Hon. Anthony J. Trenga |
| RITLABS, INC., and SERGHEI DEMCENKO, | |
| Defendants/Counter-Claimants. | |

**MOTION TO STRIKE PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT AND FOR SANCTIONS**

NOW COMES Defendants Ritlabs, Inc. and Serghei Demcenko, by and through their attorney, and submit this Motion to Strike Plaintiff's Second Motion for Summary Judgment and For Sanctions. As supported by Defendants' memorandum in support of this motion, Defendants hereby move to strike Defendants' second motion and for sanctions in light of the following facts:

1. On June 28, 2012, Plaintiff filed two motions for summary judgment in this proceeding: (1) Plaintiff's Motion for Summary Judgment as to Plaintiff's Claim (hereinafter "First Motion") and (2) Plaintiff's Motion for Summary Judgment as to Defendants' Claims (hereinafter "Second Motion").

2. The memorandum in support of Plaintiff's First Motion is thirty (30) pages long, the maximum number of pages permitted under the Local Rules for the United States District Court Eastern District of Virginia (hereinafter "Local Rules").

3. The memorandum supporting Plaintiff's Second Motion is twenty-five (25) pages long.

4. The Court did not grant Plaintiff leave to file two summary judgment motions in this proceeding.

By filing two summary judgment motions, Plaintiff violated Local Rule 56(c). Plaintiff did so in a blatant attempt to circumvent the Court's thirty (30) page limit on briefs in support of motions filed before this Court. Accordingly, Defendants moves this court strike to Plaintiff's Second Motion for Summary Judgment as to Defendants' Claims and to grant attorneys' fees to Defendants.

Respectfully submitted,

Dated: June 29, 2012

By: /s/
Kevin R. Garden
Virginia Bar No. 30244
Attorney for Defendants
Ritlabs, Inc. and Serghei Demcenko
International Legal Counsels, PC
901 N. Pitt St., Suite 325
Alexandria, VA 22314
Telephone: (703) 535-5565
Fax: (202) 318-0723
kg@legal-counsels.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of June, 2012, I will electronically file the foregoing **MOTION TO STRIKE PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT AND FOR SANCTIONS** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

      **John Andrew Baxter**
      **I.S. Law Firm PLLC**
      **1199 N Fairfax St**
      **Suite 702**
      **Alexandria, VA 22314**

      _____/s/_____
      Kevin R. Garden
      Virginia Bar No. 30244
      Attorney for Defendants
      Ritlabs, Inc. and Serghei Demcenko
      International Legal Counsels, PC
      901 N. Pitt St., Suite 325
      Alexandria, VA 22314
      Telephone: (703) 535-5565
      Fax: (202) 318-0723
      kg@legal-counsels.com