List of Exhibits

A. Deposition of Serghei Demcenko

B. Deposition of Stefan Tanurkov

C. Moldovan State Authority recognition

D. Translation of Moldovan law regarding limited liability companies

E. September 27, 2011 email from Serghei Demcenko to Stefan Tanurcov

F. Defendants' responses to Plaintiff's First Requests for Admissions

G. September 9, 2008 email from Serghei Demcenko to Yevgeniy Kruglov

H. January 6, 2009 email between Yevgeniy Kruglov and Serghei Demcenko

I. CIFNet financials re sale of SRL's software

J. Deposition of Yevgeniy Kruglov

K. July 15, 2008 termination letter to CIFNet

L. 2005 agreement between Ritlabs, SRL, and CIFNet

M. Deposition of Olga Somova

N. Contracts between Ritlabs SRL and former dealers

O. Contracts between Ritlabs Inc and former Ritlabs SRL dealers

P. November 20, 2009 email from Yevgeniy Kruglov to Serghei Demcenko

Q. Affidavit of Maxim Masiutin

R. Deposition of Basil Kruglov

S. February 24, 2011 email from Serghei Demcenko to Yevgeniy Kruglov

T. Agreement between Ritlabs SRL and Ritlabs Inc

U. May 3, 2010 email from Serghei Demcenko to Yuri Bakay

V. Agreement between Ritlabs Inc and CIFNet

W. Articles of Association for Ritlabs SRL

X. USCIS website

Y. April 23, 2010 email from Serghei Demcenko to Yevgeniy Kruglov

Z. April 19, 2011 email from Serghei Demcenko to Kruglov

AA. September 19, 2011 email from Serghei Demcenko to Yegveniy Kruglov

BB. September 27, 2011 email Serghei Demcenko to Tigor Talmatski

CC. September 27, 2011 email from Serghei Demcenko to Serghei Demcenko with a cc to Tigor Talmatski, Stefan Tanurcov and Maxim Masiutin

DD. September 27, 2011 email from Maxim Masiutin to Serghei Demcenko

EE. Profit and loss statement of Ritlabs Inc 2008-2012

FF. Ritlabs SRL invoices to Ritlabs Inc

GG. Defendants' Answers to Plaintiff's First Set of Interrogatories

HH. Deposition of Maxim Masiutin

II. August 6, 2011 email chain

JJ. Notice of December 12, 2011 meeting

KK. Election of Maxim Masiutin as Administrator

LL. WHOIS history for <ritlabs.com>

MM. WHOIS records for <ritlabs.net>, <thebat.net>, <thebat.com>

NN. USPTO record for RITLABS, Registration No. 85/503,367

OO. January 3, 2012 Ritlabs SRL threat letter

PP. USPTO record for RITLABS, Registration No. 85/508,804

QQ. USPTO record for MAILVOYAGER, Registration No. 85/450,930

RR. USPTO record for THEBAT!, Registration No. 85/496,559

SS. WHOIS record for <ritlabs.com> in 1996.

TT. Workbooks of Serghei Demcenko, Maxim Masiutin, and Stefan Tanurkov

UU. State Register of Legal Entities Extract

VV. October 15, 2003, archive

WW. April 14, 1997 archive

XX. August 2, 2002 archive

YY. Current webpage for <ritlabs.com>

ZZ. WHOIS record for <ritlabs.us>

AAA. Current <ritlabs.us> webpage

BBB. WHOIS registration changes

CCC. January 4, 2012 letter from International Legal Counsels to Traverse Legal

DDD. Affidavit of Stefan Tanurcov

EEE. Registration server data regarding sales of SRL software by INC through SoftLogistic

FFF. Name server history

GGG. Emails from CIFNet regarding 2012 revenue

HHH. ICG Conversation between Maxim Masiutin and Basil Kruglov

III. March 19, 2008, email between Serghei Demcenko and Yevgeniy Kruglov

JJJ. L1AVISA 2011 Filing and Determination