# EXHIBIT E

From: Serghei Demcenko <serg@ritlabs.com>
Subject: letter
Date: September 27, 2011 12:19:39 AM EDT
To: Stefan Tanurcov <stef@ritlabs.com>
Cc: Max Masiutin <max@ritlabs.com>

Всем привет!

Мне для продления визы нужен протокол собрания учредителей (задним числом) , в котором мне дается право проводить переговоры по представлению компании за рубежом, организовывать филиалы и заниматься поиском и привлечением инвестиций.

В принципе я этим и занимался.

Если не возражаете я подготовлю текст и его нужно будет подписать.

Желательно это сделать сегодня.


--
Serghei Demcenko
serg@ritlabs.com

RLSRL00267

From Demcenko
To Tanurkov, Masiutin

Hello, all

To extend my visa, I need Founders Meeting report (backdated), which gives me the right to represent company abroad, create subsidiaries, search and attract investments.

That is pretty much what I was doing anyway.

If you don't mind, I will prepare the document that you need to sign.

Better to do it today.