# EXHIBIT G

Serghei Demcenko <serg@ritlabs.com>
Info
September 9, 2008 6:03 PM



Здравствуйте, Yevgeniy.

Получилось ли отправить деньги Дубограеву?

Я хочу продолжить процесс по переводу части клиентов на американский ritlabs.

Как вообще дела? Планируете ли приехать этой осенью на ISDEF?

--
С уважением,
Serghei            mailto:serg@ritlabs.com

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215

EXHIBIT
Dem 21

CIFNET (INC) 76

From: Yevgeniy Kruglov <yk@cifnet.com> (CIFNet, Inc.)
To: Serghei Demcenko serg@ritlabs.com
Subject: Re: Info

Привет,
Tuesday, September 9, 2008, 4:52:13 PM, you wrote:
> Получилось ли отправить деньги Дубограеву?
Я его про номер счета спросил, он обещал уточнить, и пропал. Сейчас напомню, у меня тоже сумма для него висит.
> Я хочу продолжить процесс по переводу части клиентов на
> американский ritlabs.
Он уже зарегистрирован, или в процессе? С TX компанией, что Дэвид делал, конфликта не будет?
> Как вообще дела? Планируете ли приехать этой осенью на
> ISDEF?
Нет, не получится. Еще не сдал билет, но вылет в прошлый четверг уже пропустил.
--
Best regards,
 Yevgeniy                      mailto:yk@cifnet.com



From: Yevgeniy Kruglov <yk@cifnet.com> (CIFNet, Inc.)
To: Serghei Demcenko serg@ritlabs.com
Subject: Re: Info

Hello,
Tuesday, September 9, 2008, 4:52:13 PM, you wrote:
Did you send money to Dubograev?
I asked him for his account number, he promised to give me the accurate information and then disappeared. I will remind him, I also owe him money.
I want to continue process of transfering some of the clients to american ritlabs.
Is it already registered or is it still in process? Would that be any conflict with TX company that David opened?
How are the things going anyway? Do you plan to come to ISDEF this fall?
No, can't do it. I did not cancel my ticket but I already missed the flight last Thursday.


To the best of my knowledge the above translation is true and correct.
Natallia A. Fedarovich.