# EXHIBIT H

Yevgeniy Kruglov <yk@cifnet.com>
Re[2]: Ritlabs invoice #001
January 6, 2009 1:45 PM



Привет,

Tuesday, December 30, 2008, 5:09:02 PM, you wrote:

> Пока молчать.... праздники однако :)

Получили. Правда, я на 2ю страницу не посмотрел, сейчас доплачУ.

Битрикс вы продлеваете? Он по 31е был, сайт жалуется.

> On Dec 30, 2008, at 10:39 PM, Yevgeniy Kruglov wrote:

>> Привет,

>> можешь проверить, получили ли они?

>> Monday, December 22, 2008, 2:09:52 PM, you wrote:

>>> Оплати им плиз этот счет.

>>> Begin forwarded message:

>>> From: "femida.us" <sd@legal-counsels.com>
>>> Date: December 22, 2008 8:58:37 PM GMT+02:00
>>> To: <serg@ritlabs.com>
>>> Cc: <info@legal-counsels.com>
>>> Subject: Ritlabs invoice #001

>>> Господа,

>>> См. в приложении счет за оказанные правовые услуги в соответствии с
>>> нашими договоренностями.  Дайте нам знать, если будут вопросы либо
>>> возникнет необходимость в дополнительной информации.


>>> Искренне Ваши,


>>> International Legal Counsels PC
>>> 901 N. Pitt Street, Suite 325,
>>> Alexandria, VA 22314
>>> phone:  202.835.0966
>>> 703.739.9111
>>> fax:      202.318.0723
>>> sd@legal-counsels.com
>>> www.legal-counsels.com
>>> www.femida.us
>>> ===================================
>>> The information contained in this e-mail message is intended only
>>> for the personal and confidential use of the recipient(s) named
>>> above. This message may be an attorney-client communication and/or
>>> work product and as such is privileged and confidential. If the
>>> reader of this message is not the intended recipient or an agent
>>> responsible for delivering it to the intended recipient, you are
>>> hereby notified that you have received this document in error and
>>> that any review, dissemination, distribution, or copying of this
>>> message is strictly prohibited. If you have received this
>>> communication in error, please notify us immediately by e-mail, and



CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215

CIFNET (INC) 71

Yevgeniy Kruglov <yk@cifnet.com>
Re[2]: Ritlabs invoice #001
January 6, 2009 1:45 PM

Привет,
Tuesday, December 30, 2008, 5:09:02 PM, you wrote:
Пока молчать.... праздники однако :)
Получили. Правда, я на 2ю страницу не посмотрел, сейчас доплачУ.
Битрикс вы продлеваете? Он по 31е был, сайт жалуется.
On Dec 30, 2008, at 10:39 PM, Yevgeniy Kruglov wrote:
Привет,
можешь проверить, получили ли они?
Monday, December 22, 2008, 2:09:52 PM, you wrote:
Оплати им плиз этот счет.
Begin forwarded message:
From: "femida.us" <sd@legal-counsels.com>
Date: December 22, 2008 8:58:37 PM GMT+02:00
To: <serg@ritlabs.com>
Cc: <info@legal-counsels.com>
Subject: Ritlabs invoice #001
Господа,
См. в приложении счет за оказанные правовые услуги в соответствии с
нашими договоренностями. Дайте нам знать, если будут вопросы либо
возникнет необходимость в дополнительной информации.
Искренне Ваши,
International Legal Counsels PC
901 N. Pitt Street, Suite 325,
Alexandria, VA 22314
phone: 202.835.0966
703.739.9111
fax: 202.318.0723
sd@legal-counsels.com
www.legal-counsels.com
www.femida.us

Hey,

Tuesday, December 30, 2008, 5:09:02 PM, you wrote:

No answer.... Holidays :)
They got it. I didn't see the second page. Will pay the rest now.
Are you going to extend Bitrix? It was due on 31st, website complains.

On Dec 30, 2008, at 10:39 PM, Yevgeniy Kruglov wrote:

Hey,
Can you check if they got it?
Monday, December 22, 2008, 2:09:52 PM, you wrote:

Please, pay this invoice.

Begin forwarded message:
From: "femida.us" <sd@legal-counsels.com>
Date: December 22, 2008 8:58:37 PM GMT+02:00
To: <serg@ritlabs.com>
Cc: <info@legal-counsels.com>
Subject: Ritlabs invoice #001

Gentlemen,
See the attachment with the invoice for legal services according to
our agreement. Let us know if you have any questions or need
additional information.
Sincerely Yours,

International Legal Counsels PC
901 N. Pitt Street, Suite 325,
Alexandria, VA 22314
phone: 202.835.0966
703.739.9111
fax: 202.318.0723
sd@legal-counsels.com
www.legal-counsels.com
www.femida.us

Yevgeniy Kruglov <yk@cifnet.com>
Re[2]: Ritlabs invoice #001
January 6, 2009 1:45 PM

Tuesday, December 30, 2008, 5:09:02 PM, you wrote:
.... :)
,       2       ,    .
?    31       .
On Dec 30, 2008, at 10:39 PM, Yevgeniy Kruglov wrote:
,       ,      ?
Monday, December 22, 2008, 2:09:52 PM, you wrote:

Begin forwarded message:
From: "femida.us" <sd@legal-counsels.com>
Date: December 22, 2008 8:58:37 PM GMT+02:00
To: <serg@ritlabs.com>
Cc: <info@legal-counsels.com>
Subject: Ritlabs invoice #001

C .                                        c
.              ,          .

International Legal Counsels PC
901 N. Pitt Street, Suite 325,
Alexandria, VA 22314
phone: 202.835.0966
703.739.9111
fax: 202.318.0723
sd@legal-counsels.com
www.legal-counsels.com
www.femida.us

Hey,

Tuesday, December 30, 2008, 5:09:02 PM, you wrote:

No answer.... Holidays :)
They got it. I didn't see the second page. Will pay the rest now.
Are you going to extend Bitrix? It was due on 31st, website complains.

On Dec 30, 2008, at 10:39 PM, Yevgeniy Kruglov wrote:

Hey,
Can you check if they got it?
Monday, December 22, 2008, 2:09:52 PM, you wrote:

Please, pay this invoice.

Begin forwarded message:
From: "femida.us" <sd@legal-counsels.com>
Date: December 22, 2008 8:58:37 PM GMT+02:00
To: <serg@ritlabs.com>
Cc: <info@legal-counsels.com>
Subject: Ritlabs invoice #001

Gentlemen,
See the attachment with the invoice for legal services according to
 our agreement. Let us know if you have any questions or need
 additional information.
Sincerely Yours,

International Legal Counsels PC
901 N. Pitt Street, Suite 325,
Alexandria, VA 22314
phone: 202.835.0966
703.739.9111
fax: 202.318.0723
sd@legal-counsels.com
www.legal-counsels.com
www.femida.us