# EXHIBIT I

|   |   |   | Sales 2009 | 80643.12 |   |   |
|---|---|---|---|---|---|---|
|   | 7/10/09 | 103522-31200 |   | -24.5 |   |   |
|   | 7/10/09 | 103625-31287 |   | -24.5 |   |   |
|   |   |   |   | 80594.12 |   |   |
|   |   |   |   |   | $56,415.88 |   |
|   |   |   |   |   |   |   |
|   | 1/5/09 | Masutin |   | $1,000.00 |   |   |
|   | 1/12/09 | AMAZON.COM |   | $57.49 |   |   |
|   | 1/14/09 | JFAX |   | $30.00 |   |   |
|   | 2/2/09 | Masutin |   | $1,000.00 |   |   |
|   | 2/13/09 | JFAX |   | $30.00 |   |   |
|   | 3/2/09 | Masutin |   | $1,000.00 |   |   |
|   | 3/13/09 | JFAX |   | $30.00 |   |   |
|   | 4/1/09 | Masutin |   | $1,000.00 |   |   |
|   | 4/13/09 | JFAX |   | $30.00 |   |   |
|   | 4/18/09 | AMAZON.COM |   | $30.45 |   |   |
|   | 5/6/09 | Masutin |   | $1,000.00 |   |   |
|   | 5/13/09 | JFAX |   | $30.00 |   |   |
|   | 6/1/09 | Masutin |   | $1,000.00 |   |   |
|   | 6/14/09 | JFAX |   | $30.00 |   |   |
|   | 7/1/09 | Masutin |   | $1,000.00 |   |   |
|   | 7/13/09 | JFAX |   | $30.00 |   |   |
|   | 8/3/09 | Masutin |   | $1,000.00 |   |   |
|   | 8/13/09 | JFAX |   | $30.00 |   |   |
|   | 8/28/09 | Masutin |   | $1,000.00 |   |   |
|   | 9/14/09 | JFAX |   | $30.00 |   |   |
|   | 10/2/09 | Masutin |   | $1,000.00 |   |   |
|   | 10/13/09 | JFAX |   | $14.50 |   |   |
|   | 10/29/09 | Masutin |   | $1,000.00 |   |   |
|   | 11/13/09 | JFAX |   | $30.00 |   |   |
|   | 11/20/09 | demchenko/ritlabs |   | $70,000.00 |   |   |
|   | 11/30/09 | RIT |   | $1,000.00 |   |   |
|   | 12/14/09 | JFAX |   | $30.00 |   |   |
|   | 12/30/09 | Masutin |   | $1,000.00 |   |   |
|   | 12/31/09 | Masutin |   | $1,000.00 |   |   |
|   |   |   |   | -$84,432.44 |   |   |

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215

CIFNET (INC) 154

| | | | | |
|---|---|---|---|---|
| 1/5/09 | thebat.net | $15.00 | | |
| 1/21/09 | press-design.com | $15.00 | | |
| 2/1/09 | bitrix | $620.00 | | |
| 2/3/09 | MD mediateh.com - Kravchik | $15.00 | | |
| 2/23/09 | MD protehnicalux.com - Vasenev | $15.00 | | |
| 6/18/09 | MD prolight.biz - Vasenev | $30.00 | | |
| 7/6/09 | cobans.net | $15.00 | | |
| 9/3/09 | ritlabs.net | $45.00 | | |
| 12/7/09 | ritlabs.com | $15.00 | | |
| 2/28/09 | MD for Basil, Demchenko | $940.00 | | |
| 3/31/09 | MD for Basil, Demchenko | $1,360.00 | | |
| 5/31/09 | MD for Basil, Demchenko | $530.00 | | |
| 11/26/09 | MD for Basil, Demchenko | $1,200.00 | | |
| 9/30/09 | MD for Basil->Demchenko, Kravchik | $900.00 | | |
| 11/26/09 | MD for Basil->Demchenko, Kravchik | $750.00 | | |
| 12/31/09 | rs-d VM 208.76.172.229 | $350.00 | | |
| 12/31/09 | hosting | $3,000.00 | | |
| 8/27/09 | packages for Demcenko | $173.66 | | |
| | | | -$9,988.66 | |
| | | | | |
| | | | -$38,005.22 | |

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215

CIFNET (INC) 155

|  |  |  |  |
|---|---|---|---|
|  | Sales 2010 | $56,331.65 |  |
|  |  |  | $39,432.16 |
|  |  |  |  |
| 1/13/10 | JFAX | $30.00 |  |
| 2/13/10 | JFAX | $30.00 |  |
| 2/26/10 | Masutin | $1,000.00 |  |
| 3/13/10 | JFAX | $30.00 |  |
| 3/31/10 | Masutin | $1,000.00 |  |
| 4/13/10 | JFAX | $30.00 |  |
| 4/23/10 | RITLABS Inc | $44,592.33 |  |
| 5/4/10 | Masutin | $1,000.00 |  |
| 5/13/10 | JFAX | $30.00 |  |
| 5/19/10 | MD from Slava to Stef | $1,083.00 |  |
| 5/28/10 | Masutin | $1,000.00 |  |
| 6/14/10 | JFAX | $30.00 |  |
| 6/14/10 | MD from Kravchik | $996.22 |  |
| 6/29/10 | Masutin | $1,000.00 |  |
| 7/13/10 | JFAX | $30.00 |  |
| 7/14/10 | USPS | $4.75 |  |
| 7/27/10 | JFAX | $165.00 |  |
| 7/30/10 | Masutin | $1,000.00 |  |
| 8/6/10 | MD from Karatun->Spivak CA | $1,000.00 |  |
| 8/13/10 | JFAX | $30.00 |  |
| 8/30/10 | Masutin | $1,000.00 |  |
| 9/13/10 | JFAX | $30.00 |  |
| 9/30/10 | Masutin | $1,000.00 |  |
| 10/13/10 | JFAX | $30.00 |  |
| 10/26/10 | RITLABS Inc | $32,025.70 |  |
| 10/29/10 | Masutin | $1,000.00 |  |
| 11/13/10 | JFAX | $30.00 |  |
| 11/30/10 | Masutin | $1,000.00 |  |
| 12/14/10 | JFAX | $30.00 |  |
| 12/30/10 | Masutin | $1,000.00 |  |
|  |  |  | -$91,227.00 |
|  |  |  |  |
| 1/4/10 | thebat.net | $15.00 |  |

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215

CIFNET (INC) 156

| Date | Description | Amount | | |
|---|---|---|---|---|
| 11/13/10 | ritlabs.com | $15.00 | | |
| 1/9/10 | press-design.com | $15.00 | | |
| 2/21/10 | protehnicalux.com | $15.00 | | |
| 4/18/10 | batpost.com | $15.00 | | |
| 7/5/10 | cobans.net | $15.00 | | |
| 11/13/10 | ritlabs.com | $15.00 | | |
| 11/22/10 | press-design.com | $15.00 | | |
| 2/13/10 | for Basil ->Stefan | $1,520.00 | | |
| 3/4/10 | for Basil ->Stefan, Kravchik | $647.85 | | |
| 8/8/10 | for Basil ->Stefan | $623.21 | | |
| 8/8/10 | for Basil ->Stefan | $1,238.00 | | |
| 8/20/10 | for Basil ->T.Igor, Kravchik | $400.00 | | |
| 10/16/10 | for Basil ->Stefan | $1,400.00 | | |
| 12/31/10 | rs-d VM 208.76.172.229 | $600.00 | | |
| 12/31/10 | hosting | $3,000.00 | | |
| 10/21/10 | for Basil ->Stefan, Kravchik | $439.00 | | |
| | | | -$9,988.06 | |
| | | | -$61,782.91 | |

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215

CIFNET (INC) 157

|  |  | Sales 2011 | 46304.5 |  |  |
| --- | --- | --- | --- | --- | --- |
| 4/2/11 | 106605-33755 |  | -40.8 |  |  |
| 4/17/11 | 106597-33745 |  | -40.39 |  |  |
| 6/4/11 | 106701-33834 |  | -41.68 |  |  |
| 8/27/11 | 106866-33976 |  | -45 |  |  |
| 9/21/11 | 106938-34033 |  | -20 |  |  |
|  |  |  | $46,116.63 |  |  |
|  |  |  |  | $32,281.64 |  |
|  |  |  |  |  |  |
| 1/13/11 | JFAX |  | $30.00 |  |  |
| 2/4/11 | masutin |  | $1,000.00 |  |  |
| 2/13/11 | JFAX |  | $30.00 |  |  |
| 3/7/11 | RITLABS Inc |  | $23,383.10 |  |  |
| 3/13/11 | JFAX |  | $30.00 |  |  |
| 3/17/11 | Masutin |  | $1,000.00 |  |  |
| 4/13/11 | JFAX |  | $30.00 |  |  |
| 4/25/11 | RITLABS INC |  | $8,042.30 |  |  |
| 5/2/11 | Masutin |  | $1,000.00 |  |  |
| 5/13/11 | JFAX |  | $30.00 |  |  |
| 6/13/11 | JFAX |  | $30.00 |  |  |
| 7/14/11 | JFAX |  | $30.00 |  |  |
| 8/14/11 | JFAX |  | $30.00 |  |  |
| 9/13/11 | JFAX |  | $30.00 |  |  |
| 10/13/11 | JFAX |  | $37.26 |  |  |
| 11/10/11 | RITLABS Inc |  | $16,710.40 |  |  |
| 11/10/11 | from Karatun, given to Stefan in MD |  | $500.00 |  |  |
| 11/13/11 | JFAX |  | $30.00 |  |  |
| 11/15/11 | RITLABS Inc - wrong account # |  | -$16,710.40 |  |  |
| 12/12/11 | RITLABS Inc |  | $16,710.40 |  |  |
| 12/14/11 | JFAX |  | $30.00 |  |  |
|  |  |  |  | -$52,003.06 |  |
|  |  |  |  |  |  |
| 1/3/11 | thebat.net |  | $15.00 |  |  |
| 11/10/11 | thebat.net |  | $15.00 |  |  |
| 11/24/11 | ritlabs.com |  | $15.00 |  |  |
| 4/27/11 | batpost.com |  | $15.00 |  |  |

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215

CIFNET (INC) 158

| Date | Description | Amount | | |
|---|---|---|---|---|
| 7/11/11 | cobans.net | $15.00 | | |
| 11/24/11 | ritlabs.com | $15.00 | | |
| 8/24/11 | MD for Basil ->Stefan | $1,380.00 | | |
| 1/18/11 | MD for Basil ->Stefan, Kravchik | $562.00 | | |
| 5/25/11 | MD for Basil ->Stefan, Kravchik | $650.00 | | |
| 9/10/11 | MD for Basil ->Stefan, Kravchik | $600.00 | | |
| 11/10/11 | MD Karatun->Stefan | $500.00 | | |
| 9/14/11 | topspinmd.com #10798 Stef | $15.00 | | |
| 9/14/11 | topspin-md.com #10798 Stef | $15.00 | | |
| 12/31/11 | rs-d VM 208.76.172.229 | $600.00 | | |
| 12/31/11 | hosting | $3,000.00 | | |
| | | | -$7,412.00 | |
| | | | | |
| | | | -$27,133.42 | |

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215

CIFNET (INC) 159

|          |                      | Sales 2012 | $8,757.50 |           |
|----------|----------------------|------------|-----------|-----------|
|          |                      |            |           | $6,130.25 |
|          |                      |            |           |           |
|          |                      |            |           |           |
| 12/14/11 | JFAX                 |            | $30.00    |           |
| 1/13/12  | JFAX                 |            | $30.00    |           |
| 2/13/12  | JFAX                 |            | $30.00    |           |
| 3/13/12  | JFAX                 |            | $30.00    |           |
|          |                      |            |           | -$120.00  |
|          |                      |            |           |           |
|          | hosting              |            | $875.00   |           |
|          | rs-d VM 208.76.172.229 |          | $175.00   |           |
|          |                      |            |           | -$1,050.00 |
|          |                      |            |           |           |
|          |                      |            |           | $4,960.25 |

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215

CIFNET (INC) 160

| Type | Date | Name | Memo | Debit | Credit |
|---|---|---|---|---|---|
| Check | 12/31/08 | ILC | contracts | 8,432.40 | |
| Check | 11/20/09 | RIT | demchenko | 70,000.00 | |
| Check | 4/23/10 | RIT | RITLABS Inc | 44,592.33 | |
| Check | 10/26/10 | RIT | RITLABS Inc | 32,025.70 | |
| Check | 3/7/11 | RIT | RITLABS Inc | 23,383.10 | |
| Check | 4/25/11 | RIT | RITLABS INC | 8,042.30 | |
| Check | 11/10/11 | RIT | RITLABS Inc | 16,710.40 | |
| Deposit | 11/15/11 | RIT | RITLABS Inc - wrong account # | | 16,710.40 |
| Check | 12/12/11 | RIT | RITLABS Inc | 16,710.40 | |
| | | | | 219,896.63 | 16710.4 |

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215

CIFNET (INC) 161