# EXHIBIT K



**RITLABS SRL**
180 Stefan Cel Mare, ap. 102
MD-2004, Chisinau, Rep. of Moldova
Tel +373 22 295781 / Fax +373 22 295932
http://www.ritlabs.com

15 Jul 2008

CIFNet Inc
Yevgeniy Kruglov
PO Box 5966
Vernon Hills, IL 60061
USA

Dear Yevgeniy Kruglov,

Reference hereby is given to the Agreement #10105 signed on 1 Jan 2005, by and between RITLABS SRL and CIFNet Inc.

In accordance to terms and conditions outlined in the 7.1 clause of the Agreement #10105, RITLABS SRL hereby gives CIFNet Inc notice that the Agreement will be terminated as of 31 Dec 2008.

Best regards,

Serghei Demcenko

Director
RITLABS SRL





Fiscal Code 1003600096166,        VAT 0501351