# EXHIBIT N

## LICENSING AGREEMENT

This Licensing Agreement (the "Agreement is made and entered this 1 st day of June, 2011 (the "Effective Date") by and between Ritlabs SRL., acting under the Charter (the "Licensor"), and NiltaCorp., represented by Kurysheva Yuliya Sergeevna acting on the basis of Power of Attorney № 1409/10 dated January 01, 2011 (the "Licensee" and collectively with the Licensor, the "Parties" and each, a "Party").

### 1.  BASIC CONCEPTS

For the Agreement the terms stated below have the following meanings:

*"Agreement"* shall have the meaning set forth in the preamble hereof.

"Demo Versions of the Software" – versions of the Software that have temporal (30 days) or functional limitations for using.

"Software Distribution Kit" – file signed with the Licensor's digital certificate that contains the program for Software installation/removal and all necessary components for Software functioning on the *User's* computer.

"License Agreement with the end user" – agreement between the Licensor (Rightholder) and the *User* that gives the non-exclusive right for using the Software.

"Agreement Validity Period "– time interval from the moment of coming into effect of the Agreement to the moment of its dissolution/termination under Section 9 of the Agreement.

*"Licensee"* shall have the meaning set forth in the preamble hereof.

## ЛИЦЕНЗИОННЫЙ ДОГОВОР

Настоящий Лицензионный Договор ("Договор") заключен и введен в действие сего 1 июня 2011 года ("Дата Вступления в Силу"),между Ritlabs SRL., действующего на основании Устава ("Лицензиар"), и Nilta Corp. , в лице Курышевой Юлии Сергеевны, действующей на основании Доверенности № 1409/10 от 1 января 2011 г ("Лицензиат") и совместно с Лицензиаром именуются "Стороны" и каждый в отдельности - "Сторона"

### 1.  ОСНОВНЫЕ ПОНЯТИЯ

В Договоре используются следующие понятия:

*"Договор"* имеет значение, сформулированное в преамбуле данного документа.

"Демонстрационные версии ПО" – версии программного обеспечения, имеющие временные (30 дней) или функциональные ограничения по их использованию.

"Дистрибутив программного обеспечения (дистрибутив ПО)" – файл, содержащий в себе программу установки/удаления ПО и все необходимые компоненты для функционирования ПО на компьютере *Пользователя*, подписанный цифровым сертификатом Лицензиара.

"Лицензионный договор о предоставлении права использования ПО (Лицензионное соглашение с конечным пользователем) "– соглашение между Лицензиаром (Правообладателем) и Пользователем предоставляющее неисключительное право использования ПО.

"Период действия договора" – временной интервал от момента вступления Договора в силу до момента его расторжения/прекращения в соответствии с разделом 9 Договора.

"Лицензиат" имеет значение, сформулированное в преамбуле данного

"User "– legal or individual person that uses (intends to use) the Software on its computer in concordance with the *License Agreement*.

"Price List "– list of calculation of the basic (retail) prices for *obtaining rights for using the Software under the License Agreement* (Appendix 1, 2).

"Computer Program" – the aggregate of data and commands (expressed in any language and any form, including source code and object code) presented in an objective form and intended to make the computer and other computer devices function in order to obtain a certain result. The Computer Program includes additional materials received during its development, as well as audiovisual imagery it generates.

"Software "– computer programs (intellectual property) specified and priced in Appendix 1 and 2, author rights for which belong to Licensor.

"Electronic Key or Activation Key" – unique code generated by the Licensor for each copy of the Software, which is applied for Software activating in concordance with license type and program version and for time restrictions removal.

## 2.  SUBJECT OF AGREEMENT

2.1. The Licensor grants the Licensee with a non-exclusive right for using the Software indicated in Appendix 1, 2 under the limitations and terms stipulated in the Agreement; the Licensee pays the Licensor author remuneration (royalty) for the granted right.

---

Договора.
"Пользователь" – юридическое или физическое лицо, использующее (намеревающееся использовать) ПО на своем компьютере в соответствии с *Лицензионным соглашением*.

"Прайс-лист" – устанавливаемый Лицензиаром перечень расчета базовых (розничных) цен для получения прав на использование ПО на основании Лицензионного соглашения (Приложение №1, №2).

"Программа для ЭВМ "– представленная в объективной форме совокупность данных и команд (могут быть выражены на любом языке и в любой форме, включая исходный текст и объектный код), предназначенных для функционирования ЭВМ и других компьютерных устройств в целях получения определенного результата, включая подготовительные материалы, полученные в ходе разработки программы для ЭВМ, и порождаемые ею аудиовизуальные отображения.

"Программное обеспечение (ПО)" – программы для ЭВМ (объекты интеллектуальной собственности), спецификация и цены на которые указанны в Приложении №1,№2 Договора, авторские права на которые принадлежат Лицензиару.

"Электронный ключ или ключ активации" – генерируемый Лицензиаром для каждого экземпляра ПО уникальный код, применяемый для активации ПО, в соответствии с типом лицензии и версии программы, снимающий временные ограничения.

## 2.  ПРЕДМЕТ ДОГОВОРА

2.1. Лицензиар предоставляет Лицензиату неисключительное право использования Программного обеспечения, указанного в Приложении №1,№2, в обусловленных Договором пределах и на определенный Договором срок, а Лицензиат за предоставление этих прав уплачивает вознаграждение Лицензиару.

Execution Copy

2.2. The Licensee sets himself as an object the promotion of the Software belonging to the Licensor within the territory indicated in Appendix 4.

2.2. Лицензиат ставит своими целями продвижение Программного обеспечения, принадлежащего Лицензиару, на территории, указанной в Приложении №4.

## 3. RIGHTS AND OBLIGATIONS OF THE PARTIES

## 3. ПРАВА И ОБЯЗАННОСТИ СТОРОН

3.1. According to the Agreement, the Licensor gives the Licensee the following non-exclusive rights:

3.1. По настоящему договору Лицензиар предоставляет Лицензиату следующие неисключительные права:

3.1.1. the right for Software reproduction granted with the only purpose of transmission of these rights directly or by the third party to the *Software Users*;

3.1.1. право на воспроизведение ПО предоставляемое с единственной целью передачи этих прав напрямую или через *Дистрибьютора Пользователям ПО*;

3.1.2. the right for Software distribution;

3.1.2. право на распространение ПО;

3.1.3. the right to grant the third party with a non-exclusive right for using the Software only within the limits of the rights and modes of using stipulated in the License Agreement for the Licensee.

3.1.3. предоставлять неисключительное право использования ПО *Дистрибьютору* только в пределах тех прав и тех способов использования, которые предусмотрены лицензионным договором для Лицензиата.

3.2. Licensor is obliged:

3.2. Лицензиар обязан:

3.2.1. to fulfill the transmission of the *Electronic Keys (Activation Keys)* to the Licensee and to provide the access to the Software Distribution Kit on demand;

3.2.1. По запросу, осуществлять передачу Лицензиату *Электронных ключей (ключей активации)* и обеспечить доступ к *Дистрибутивам ПО*.

3.2.2. to notify the Licensee about the modifications in the *Price List* in not less than 14 calendar days before these modifications come into effect;

3.2.2. Уведомлять Лицензиата об изменениях в *Прайс-листе* и Приложениях к Договору не менее чем за 14 календарных дней до вступления в силу данных изменений.

Execution copy

3.2.3.   to consult the Licensee on the issues related to the calculation of the cost of the Software using rights, to the Software functionality and particularities of installation and exploitation.

**3.3. Licensor has the right:**

3.3.1.   to suspend the transmission of the *Electronic Keys (Activation Keys)* on the Licensee's demand in case of breach of the conditions stipulated in clauses 3.4.1-3.4.4 and 5.1-5.6 of the Agreement from the part of the Licensee;

3.3.2.   to unilaterally modify the *Price List* and the Appendixes to the Agreement, preliminary noticing the Licensee under clause 3.2.2 of the Agreement.

**3.4. Licensee is obliged:**

3.4.1.   to respect the Licensor's author rights;

3.4.2.   to pay author remuneration (royalty) to the Licensor for the non-exclusive property rights under Section 5 of the Agreement;

3.4.3.   to demand the *Activation Key* generation in accordance with the Licensor's requirements;

3.4.4.   not to take actions that could harm the Licensor's activity or image;

3.4.5.   to elaborate and implement marketing strategy and advertising actions meant to increase the number of the *Software Users.*

**3.5. Licensee has the right:**

3.5.1.   to consult the *Users* on the issues of

3.2.3.   Консультировать Лицензиата по вопросам, связанным с расчетом стоимости прав на использование ПО, его функциональностью, особенностями установки и эксплуатации.

**3.3. Лицензиар имеет право:**

3.3.1.   В случае нарушения Лицензиатом условий оговоренных в п.п. 3.4.1-3.4.4., п.п. 5.1-5.9 Договора приостановить передачу *Электронных ключей (ключей активации)* по запросу Лицензиата.

3.3.2.   В одностороннем порядке вносить изменения в *Прайс-лист* и Приложения к Договору предварительно уведомив об этом Лицензиата в соответствии с п. 3.2.2. Договора.

**3.4. Лицензиат обязан:**

3.4.1.   Соблюдать авторские права Лицензиара.

3.4.2.   Выплачивать Правообладателю авторское вознаграждение за переданные по Договору неисключительные имущественные права в соответствии с разделом 5 Договора.

3.4.3.   Осуществлять запрос на генерацию *ключа активации* в соответствии с требованиями Лицензиара.

3.4.4.   Не производить действий, которые могут нанести вред деятельности или имиджу Лицензиара.

3.4.5.   Разрабатывать и осуществлять стратегию маркетинга, а также рекламные акции с целью увеличения количества *Пользователей ПО.*

**3.5. Лицензиат имеет право:**

3.5.1.   Консультировать *Пользователей*

Execution copy

calculation of the cost of the Software using rights in concordance with the Licensor's *Price List*;

3.5.2. to execute the technical support consulting the *Users*;

3.5.3. to use the logos and other brand style elements situated in the Licensor's Software, essentials and marketing materials if such using is related to Software advertisement (promotion);

3.5.4. to address the Licensor any questions related to the execution of the Agreement using the email office@ritlabs.com.

## 4. TRANSMISSION OF RIGHTS PROCEDURE

4.1. All the rights transmitted under the present Agreement are considered to be transmitted from the Licensor to the Licensee under the conditions of the Agreement from the date of its signing.

## 5. PROCEDURE OF SETTLEMENTS

5.1. The Licensee pays author remuneration (royalty) to the Licensor for the non-exclusive property rights transmitted under the present Agreement.

5.2. Author remuneration (royalty) makes up 80% (eighty percent) of the Software price indicated in the Licensor's *Price List*.

5.3. Monthly, not later than the 5th day of the month next to the reporting month, the Licensee provides the Licensor with the electronic report containing the information about the amount of Software

---

по вопросам расчета стоимости прав на использование ПО в соответствии с *Прайс-листом* Лицензиара.

3.5.2. Консультировать *Пользователей* осуществляя их техническую поддержку.

3.5.3. Использовать *логотипы*, а также иные элементы брэнд-стиля, которые встречаются в реквизитах, ПО и маркетинговых материалах Лицензиара, если такое использование связаны с рекламой (продвижением) ПО.

3.5.4. По всем вопросам, связанным с исполнением Договора обращаться по электронной почте к Лицензиару, по адресу office@ritlabs.com.

## 4. ПОРЯДОК ПЕРЕДАЧИ ПРАВ

4.1. Все права, передаваемые по настоящему Договору, считаются переданными Лицензиату от Лицензиара по условиям настоящего Договора с даты его подписания.

## 5. ПОРЯДОК РАСЧЕТОВ

5.1. За переданные по настоящему Договору неисключительные имущественные права Лицензиат выплачивает Лицензиару авторское вознаграждение.

5.2. Авторское вознаграждение составляет 80% (восемьдесят процентов) от стоимости ПО, указанной в *Прайс-листе* Лицензиара.

5.3. Ежемесячно, не позднее 5-го числа месяца, следующего за отчетным, *Лицензиат* предоставляет *Лицензиару* отчет, содержащий сведения о количестве реализованных прав на использование ПО.

Execution copy

using rights sold.

5.4. The amount of Software using rights sold must correspond to the number of the *Electronic Keys (Activation Keys)* transmitted by the Licensor to the Licensee in the reporting period.

5.4. Количество реализованных прав на использование ПО должно соответствовать количеству выданных *электронных ключей(ключей активации)* переданных Лицензиаром Лицензиату в течение соответствующего расчетного периода.

5.5. In 2 (two) working days from the moment of receiving the report, the Licensor examines and accepts the Licensee's report or, if any objections appear, within the same period writes and sends a reasoned electronic refuse to accept the Licensee's Report. If the Licensor doesn't present his objections to the Licensee's Report within the indicated period, it is considered accepted by the Licensor. If the objections on the Licensee's Report appear, a reconciliation report is made within 10 (ten) days from the date when the Licensee received the Licensor's reasoned electronic refuse to accept the Licensee's Report.

5.5. Лицензиар в течение 2-х рабочих дней с момента получения Отчета Лицензиата рассматривает и принимает Отчет Лицензиата, либо при наличии возражений по Отчету Лицензиата в тот же срок составляет и направляет Лицензиату мотивированный отказ от принятия Отчета Лицензиата в электронном виде. При наличии возражений по Отчету Лицензиата Стороны составляют акт сверки в течение 5 (Пять) дней с даты получения Лицензиатом мотивированного отказа Лицензиара от принятия Отчета Лицензиата в электронном виде.

5.6. The payment of the author remuneration is made by the Licensee under the Agreement and invoice made out in accordance with the data indicated in the Licensee's report. The payment is made by bank transfer in U.S. dollars within 10 (ten) working days from the date when the Licensee receives from the Licensor a signed invoice in electronic form.

5.6. Выплата авторского вознаграждения производится Лицензиатом на основании Договора и счета, выписанного в соответствии с данными, указанными в отчете Лицензиата. Оплата производится банковским перечислением в USD не позднее 10 (десяти) рабочих дней после получения Лицензиатом от Лицензиара подписанного счета в электронном виде.

5.7. The expenses for money transfer to the Licensor's account and for the correspondent banks services are born by the Licensee.

5.7. Расходы по перечислению денежных средств на счет Лицензиара и услуги банков-корреспондентов оплачиваются Лицензиатом.

## 6. ADDITIONAL TERMS

## 6. ДОПОЛНИТЕЛЬНЫЕ УСЛОВИЯ

6.1. The Licensor guarantees that he has all the

6.1. Лицензиар гарантирует наличие у него

Execution copy

necessary exclusive property rights for the Software.

6.2. All taxes and duties set by Licensee's state are collected from the Licensee.

6.3. All modifications and supplements to the Agreement are considered valid if they are executed in written form and signed by the authorized representatives of the Parties.

## 7. INFORMATION CONFIDENTIALITY

7.1. The conditions related to the amount and payment of the author remuneration are confidential and are not to be made public within the contractual time and 3 (three) years after its termination.

## 8. LIABILITY OF THE PARTIES AND ARBITRATION

8.1 In case of non-fulfillment or improper fulfillment of the obligations under the Agreement, the Parties are liable in concordance with the current legislation of the Republic of Moldova.

8.2 In case of appearance of claims to the Licensee from the third parties regarding the breach of their author rights for the Software, the Licensor takes all necessary measures for the adjustment of claims and possible dispute, including legal controversy.

8.3 All disputes are resolved directly between the Parties. If the disputes can't be resolved by negotiations, they are to be solved in the corresponding instances of the Republic of Moldova.

## 9. EXPIRATION DATE AND AGREEMENT TERMINATION PROCEDURE

9.1. The present Agreement comes into effect

---

исключительных имущественных прав в необходимом объеме на ПО.

6.2. Все налоги и сборы, установленные страной Лицензиата, взимаются за счет Лицензиата.

6.3. Все изменения и дополнения к Договору признаются действительными, если они совершены в письменной форме и подписаны уполномоченными представителями Сторон.

## 7. КОНФИДЕНЦИАЛЬНОСТЬ ИНФОРМАЦИИ

7.1. Условия, касающиеся размера и выплаты авторского вознаграждения, являются конфиденциальными и не подлежат разглашению в течение срока действия Договора и в течение 3 (трех) лет по окончании срока его действия.

## 8. ОТВЕТСТВЕННОСТЬ СТОРОН И ПОРЯДОК РАЗРЕШЕНИЯ СПОРОВ

8.1 В случае неисполнения или ненадлежащего исполнения обязательств по Договору Стороны несут ответственность в соответствии с действующим законодательством республки Молдова.

8.2 В случае возникновения претензий к Лицензиату со стороны третьих лиц относительно ПО, связанных с нарушением их авторских прав, Лицензиар принимает все необходимые меры по урегулированию претензий, а также возможных споров, в том числе судебных.

8.3 Все споры Стороны будут решать непосредственно между собой. В случае невозможности разрешения споров путем переговоров они разрешаются в соответствующих инстанциях республики Молдова.

## 9. СРОК ДЕЙСТВИЯ И ПОРЯДОК РАСТОРЖЕНИЯ ДОГОВОРА

9.1. Настоящий Договор вступает в силу с даты

Execution Copy

from the moment of signing and remains valid till December 31, 2011. If within 30 (thirty) days before the expiration date none of the *Parties* declares the intention of dissolving the Agreement, the contractual time is considered to be extended for 1 (one) more calendar year.

9.2. The present Agreement can be dissolved before the appointed time by mutual consent of the Parties or unilaterally, one of the Parties sending the other one a written notice about the dissolution of the Agreement. In this case the Agreement is dissolved in 40 (forty) days after the Second Part receives the First Part's notice.

9.3. Licensee may terminate this Agreement by giving notice to Licensor at any time if Licensor has breached any representation, warranty, obligation or covenant contained in this Agreement in any material respect and this breach has not been cured within a 15 day period;

9.4. Licensor may terminate this Agreement by giving notice to Licensee at any time if Licensee has breached any material representation, warranty, obligation or covenant contained in this Agreement and this breach has not been cured within a 15 day period;

9.5. After the Agreement's expiry or early dissolution the Licensee loses the right to use the Software and is obliged to fulfill mutual settlement of accounts with the Licensor within a month after the abovementioned events take place.

10. APPENDIXES

---

подписания Сторонами и действует до 31 декабря 2011. Если за 30 (тридцать) дней до окончания срока действия Договора ни одна из *Сторон* не заявит в письменной форме о намерении его расторгнуть, срок действия Договора автоматически продлевается на 1 (один) год.

9.2. Настоящий Договор может быть досрочно расторгнут по обоюдному согласию Сторон или одной из Сторон путем направления другой Стороне письменного уведомления о расторжении Договора. В этом случае Договор прекращает свое действие через 40 (сорок) дней после получения уведомления второй Стороной.

9.3. Лицензиат может прервать действие настоящего Договора в любое время, предоставив Лицензиару соответствующее уведомление, в случае, если Лицензиар дважды в течение полугода существенно нарушил условия или соглашения, содержащиеся в настоящем Договоре, и это нарушение не было исправлено в течение 15 дней;

9.4. Лицензиар может прервать действие настоящего Договора в любое время, предоставив Лицензиату соответствующее уведомление, в случае, если Лицензиат дважды в течение полугода существенно нарушил условия или соглашения, содержащиеся в настоящем Договоре, и это нарушение не было исправлено в течение 15 дней;

9.5. По истечении срока действия Договора или досрочном его расторжении, Лицензиат теряет право использовать ПО и обязуется провести взаиморасчеты с Лицензиаром в течение месяца со дня наступления вышеуказанных событий.

10. ПРИЛОЖЕНИЯ

Execution copy

| | | |
|---|---|---|
| Appendix 1 | Software specification and prices The Bat! (ENGLISH / RUSSIAN) | Приложение №1 Спецификация и цены на ПО The Bat! (ENGLISH / RUSSIAN) |
| Appendix 2 | Software specification and prices BatPost (ENGLISH / RUSSIAN) | Приложение №1 Спецификация и цены на ПО BatPost! (ENGLISH / RUSSIAN) |
| Appendix 3 | License Agreement with the end user (ENGLISH / RUSSIAN) | Приложение №3 Лицензионное соглашение с конечным пользователем (ENGLISH / RUSSIAN) |
| Appendix 4 | Territory(ENGLISH / RUSSIAN) | Приложение №4 Территория (ENGLISH / RUSSIAN) |

IN WITNESS WHEREOF, each of the undersigned Parties to this Licensing Agreement has caused this Agreement to be duly executed in its corporate name by one of its authorized representatives, all as of the date first set forth above.

В ЗАСВИДЕТЕЛЬСТВОВАНИЕ СЕГО, каждая из нижеподписавшихся Сторон данного Лицензионного Договора соответственно подписала Договор от своего имени одним из уполномоченных представителей.

LICENSOR      RitLabs, SRL.

Name:   DIRECTOR
Title:   SERGUEI DEMCENKO

LICENSEE      Nilta Corp.

By: __ Kurysheva Y.S

Name:

Title:  Head of sales Dep

Execution copy

| ADDRESSES AND IDENTIFICATION OF THE PARTIES | АДРЕСА И РЕКВИЗИТЫ СТОРОН |
|---|---|

## Licensor

Ritlabs SRL
Reg. No. 105077910
Адрес:
180 Stefan cel Mare Chisinau MD-2004
Republic of Moldova
тел +373-22- 295781; fax +373-22- 808405

## Banking information:

Correspondent Bank: CITIBANK N.A., New York, USA,
SWIFT: CITI US 33
Correspondent account: 36141833

Beneficiary's Bank :VICTORIABANK, Chisinau, Moldova
Address: 31 August str., 141, MD 2004 Chisinau, Republic of Moldova
SWIFT: VICBMD2X

Beneficiary: RITLABS SRL
Address: Stefan cel Mare 180, MD 2004 Chisinau, Republic of Moldova
Account: 222400100104584

## Licensee

NILTA, CORP.
Address: Box 3321, Road Town, Tortola, British Virgin Islands

## Banking information:

Account Number:        240-07-803397-01

IBAN:   CY58 0050 0240 0002 4007 8033 9701

BIC:    HEBACY2N

Currency:    USD

Mailing Address:        C/O HELLENIC BANK LTD

3505 INTL BUSINESS CENTRE

LEMESOS

Execution copy

Appendix 1

## LICENSOR'S SOFTWARE SPECIFICATION AND PRICES

### SOFTWARE - THE BAT!

| License type | | Single | Multi | |
|---|---|---|---|---|
| Home | | 25.00 USD | none | |
| Professional (basic license) | | P=35.00 USD | 2-10 (w/s) | P-20% |
| | | | 11-30(w/s) | P-30% |
| Extra discount* | Discount for schools | | | |
| -30% from the basic license | -85% from the basic license (min 10 licenses) | | 31-50(w/s) | P-50% |
| | | | 51-100(w/s) | P=$875+15*(n-50) |
| | | | 101-...(w/s) | P=$1625+$5*(n-100) |

* Extra discount is given to the following groups of users: non-profit organizations, students, educational institutions (universities, institutes), registered users purchasing the rights for using new versions of the Software

Спецификация и цена для конечного пользователя на программное обеспечение Лицензиара

### Программное обеспечение - The Bat

| Тип лицензии | | Однопользо-вательская лицензия | Многопользовательская лицензия | |
|---|---|---|---|---|
| Home | | 25.00 USD | Нет | |
| Professional (базовая лицензия) | | P=35.00 USD | 2-10 (р/м) | P-20% |
| | | | 11-30(р/м) | P-30% |
| Дополнительная скидка* | Скидка для школ | | | |
| -30% от базовой лицензии | -85% от базовой лицензии (мин.10 лицензий) | | 31-50(р/м) | P-50% |
| | | | 51-100(р/м) | P=$875+15*(n-50) |
| | | | 101-...(р/м) | P=$1625 +$5*(n-100) |

* Дополнительная скидка предоставляется для следующих групп пользователей: некоммерческие организации, студенты, образовательные учреждения (университеты, институты), зарегистрированные пользователи при приобретении права пользования новых версий ПО.

Execution copy

Appendix 2

LICENSOR'S SOFTWARE SPECIFICATION AND PRICES

SOFTWARE – BatPost

ENGLISH

| № | | Number | Units | USD |
|---|---|---|---|---|
| 1 | BatPost Server, basic installation (50 accounts are included in the price) | 1 | pieces | 50.00 |
| 2 | Additional accounts for BatPost | 1-50 | pieces | 1.00 |
| | | 51-100 | pieces | 0.90 |
| | | 101-200 | pieces | 0.80 |
| | | 201-300 | pieces | 0.70 |
| | | 300 and more | pieces | 0.60 |

RUSSIAN

ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ – BatPost!

| № | | Количество | Единица измерения | USD |
|---|---|---|---|---|
| 1 | BatPost! Сервер, базовая установка (в стоимость включено 50 учетных записей) | 1 | Шт. | 50.00 |
| 2 | Дополнительные учетные записи для BatPost! | 1-50 | Шт. | 1.00 |
| | | 51-100 | Шт. | 0.90 |
| | | 101-200 | Шт. | 0.80 |
| | | 201-300 | Шт. | 0.70 |
| | | 300 и более | Шт. | 0.60 |

Execution copy

Appendix 3

ENGLISH

### License agreement with the end user on using the Ritlabs SRL software

The present agreement is set between you – the User (individual or legal entity) and Ritlabs SRL company (Rightholder) concerning the usage of the software (Program) belonging to RITLabs that comes together with the Agreement.

IMPORTANT:

ONCE YOU INSTALL THIS SOFTWARE, YOU ACCEPT THIS LICENSE AGREEMENT. IF YOU DON'T AGREE, RENOUNCE THE FURTHER INSTALLATION AND USAGE OF THE SOFTWARE.

Installation and Usage. Unregistered copies of the Program can be installed and used only for getting acquainted with it in a 30-day trial period. On the expiry of this 30-day period you must either register the Program or stop using it. The registration gives you the right to use the program after the 30-day trial period, to receive technical support and to benefit of the options granted exclusively to the registered Users, as well as to receive the updates of the Program within its current version (actual in the moment of purchasing) from the Rightholder without additional payments. On registering the Program and making the fixed payment in the size that is stipulated in the agreement between you and the party executing the transfer of rights you receive the Program activation code and the Individual License that cannot be returned. According to the given agreement, you get a non-exclusive license for using the Program: you can install it, benefit of the Program's features, access, display and launch one copy of the Program and handle one copy of the Program on one computer of the User, workstation – User's terminal.

Usage limitations. Program must not be hired out, leased or transmitted. This license forbids any usage of the Program that would violate any international or local law. Any such action is an exclusive liability of the acting person. You have no right to distribute, copy, imitate, multiply, sell, modify, decompile, disassemble or change the components of the Program by no means. You can make copy of the components of the Program only under the condition that this copy is destined for backup purposes only. Any unauthorized usage will lead to immediate and automatic termination of the present Agreement and may also cause law proceedings.

Reservation of the property right for the Program. The Program is protected by law and agreements on author right and other intellectual property rights. Ritlabs SRL possesses all the author rights for the Program. The Program is not sold; it is given for usage according to the License Agreement.

Limited warranty. The Program is granted as general purpose software, not for any specific purpose of the User. You agree that any software can contain errors. We strongly recommend you to make backup copies of your files. Ritlabs SRL is not liable for losses, damages, costs and expenditures incurred by the User or by the third party as a result of incorrect use of the Program, including (under no limitation) the liabilities for business expenses, idle-times, losses incurred by the User or by the third party as a result of the absence, malfunction, virus, error of disfunction of the Program. Ritlabs SRL is not liable for indirect, special, accidental damages, as well as for their consequences related to the matter of the Agreement.

Confirmation of the presence of the license at the end user. If you received a nonexclusive right for using the Program according to the License Agreement, the type of your license, serial number of the key and user name can be viewed by pressing "Alt+F1" while working with the Program. Activation key of the Program must be kept as confirmation of the fact that you have the license for using the Program.

© Ritlabs 1997-2011

Execution copy

RUSSIAN

**Лицензионное соглашение с конечным пользователем по использованию программного обеспечения компании Ritlabs SRL**

Данное лицензионное соглашение является соглашением между вами - Пользователем (физическое или юридическое лицо) и компанией Ritlabs SRL (Правообладатель) по использованию программного обеспечения (Программа), принадлежащего компании Ritlabs SRL и сопровождающего данное Лицензионное соглашение.

**ВАЖНО:**
ЕСЛИ ВЫ УСТАНОВИТЕ ДАННОЕ ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ, ТЕМ САМЫМ ВЫ ПОДТВЕРДИТЕ СВОЕ СОГЛАСИЕ СОБЛЮДАТЬ УСЛОВИЯ ДАННОГО ЛИЦЕНЗИОННОГО СОГЛАШЕНИЯ. ЕСЛИ ВЫ НЕ СОГЛАСНЫ, ОТКАЖИТЕСЬ ОТ ДАЛЬНЕЙШЕЙ УСТАНОВКИ И ИСПОЛЬЗОВАНИЯ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ

Установка и использование. Незарегистрированные копии Программы могут быть установлены и использованы только в целях ознакомления в течение 30-дневного испытательного срока. До истечения 30-дневного периода вы должны либо зарегистрировать Программу, либо прекратить ее использование. Регистрация предоставит вам право использовать Программу по истечении 30-дневного испытательного срока, получать техническую поддержку и использовать опции, предоставляемые только зарегистрированным Пользователям, а также без уплаты дополнительного вознаграждения получать от Правообладателя обновления Программы в рамках текущей версии, актуальной в момент покупки. При регистрации и оплате фиксированного вознаграждения, размер которого определяется условиями соглашения между вами и стороной, осуществляющей передачу прав, вам передается код активации Программы и Именная Лицензия, не подлежащие возврату. Согласно настоящему соглашению вам предоставляется неисключительная лицензия на использование Программы: вы можете установить, использовать функциональные возможности Программы, осуществлять доступ, отображать и запускать одну копию Программы и обращаться к одной копии Программы на одном компьютере Пользователя, рабочей станции–терминале Пользователя.

Ограничения использования: Программа не должна даваться напрокат, сдаваться в аренду или передаваться. Данная лицензия запрещает любое использование Программы, которое нарушает международные или местные законы. Любое такое действие будет исключительной ответственностью лица, совершающего такое действие. Вы не имеете права распространять, копировать, имитировать, размножать, продавать, вносить изменения, декомпилировать, разбирать или иным образом изменять компоненты Программы. Вы можете изготовить копию компонентов Программы при условии, что эта копия предназначена только для архивных целей. Любое несанкционированное использование приведет к незамедлительному и автоматическому прекращению настоящего лицензионного соглашения и может, как следствие, привести к судебному процессу.

Сохранение права собственности на Программу. Программа защищена законами и соглашениями об авторском праве и других правах на интеллектуальную собственность. Компании Ritlabs SRL принадлежат все авторские права на Программу. Программа не продается, а предоставляется в пользование согласно лицензионному соглашению.

Ограниченная гарантия. Программа предназначается и предоставляется в качестве программного обеспечения общего назначения, а не для какой-либо конкретной цели пользователя. Вы соглашаетесь с тем, что любое программное обеспечение может содержать ошибки, поэтому настоятельно рекомендуем регулярно создавать резервные копии своих файлов. Ritlabs SRL не несет ответственности за потерю, повреждение, издержки и затраты, понесенные вами или третьим лицом в результате неправильного использования Программы, включая без ограничений обязательства за торговые расходы, простой оборудования, потери, понесенные вами или третьим лицом в результате отсутствия, неисправности, вируса, ошибки или нарушения работы Программы. Ritlabs SRL не несет ответственность за косвенный, особый, случайный ущерб, а также его последствия, связанные или возникающие в связи с предметом настоящего Соглашения.

Подтверждение наличия лицензии у конечного пользователя. Если вы получили неисключительное право пользования Программой в соответствии с лицензионным соглашением, тип вашей лицензии, серийный номер ключа, а также имя Пользователя, можно просмотреть, нажав клавиши «Alt+F1» при работе в Программе. Ключ активации Программы необходимо хранить в качестве доказательства того, что у вас есть лицензия на использование Программы.

© Ritlabs 1997-2011

Execution Copy

Appendix 4

## Territory

| 1.Russian Federation | 1.Российская Федерация |
|---|---|
| 2. CIScountries, except Moldova | 2.Страны СНГ, кроме Молдовы |

ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ №1
к лицензионному договору от «01» июня 2011 г.

«01» июня 2011 г.

Ritlabs   SRL.   именуемое   в   дальнейшем   **ЛИЦЕНЗИАР**,   в   лице
исполнительного директора Демченко С.И. с одной стороны, и **NILTA,
CORP.**, именуемое в дальнейшем **ЛИЦЕНЗИАТ**, в лице директора по продажам
Курышевой Ю.С. с другой стороны,   именуемые каждый в отдельности –
«Сторона»,   а   совместно   именуемые   –   «Стороны»,   заключили   настоящее
соглашение о нижеследующем:

1. Принимая во внимание дополнительные налоги (НДС, подоходный налог
   у источника выплаты)  в странах СНГ, стороны пришли к соглашению
   об увеличении стоимости Програмного обеспесения, спецификация и
   цены на которые указаны в Приложении №1, №2 Лицензионного договора
   от 1 июня 2011, до 25%. При этом порядок расчета с  Лицензиаром
   производится согласно п.5.2. Лицензионного договора от 1 июня
   2011.

2. Ежемесячно, не позднее 5-го числа месяца, следующего за отчетным,
   *Лицензиат* предоставляет *Лицензиару* отчет, содержащий сведения о
   количестве реализованных прав на использование ПО в России и
   странах СНГ.

3. Данное Соглашение действует на территории стран СНГ, кроме России
   и Молдовы.

4. Настоящее Соглашение вступает в силу с даты подписания Сторонами
   и действует до 31 декабря 2011 года. Если за 30 (тридцать) дней
   до окончания срока действия Дополнительного Соглашения ни одна из
   Сторон не заявит в письменной форме о намерении его расторгнуть,
   срок действия Соглашения автоматически продлевается на 1 (один)
   год.

5. Настоящее Соглашение может быть досрочно расторгнуто по обоюдному
   согласию Сторон или одной из Сторон путем направления другой
   Стороне письменного уведомления о расторжении данного соглашения.
   В этом случае Соглашение прекращает свое действие через 14
   (четырнадцать) дней после получения уведомления второй Стороной.

## АДРЕСА, РЕКВИЗИТЫ И ПОДПИСИ СТОРОН

ЛИЦЕНЗИАР:

«RITLABS» SRL.
Reg. No. 105077910
Адрес:
180 Stefan cel Mare Chisinau MD-2004
Republic of Moldova
тел +373-22- 295781; fax +373-22- 808405

Исполнительный директор:

_Демченко С.И_

ЛИЦЕНЗИАТ:
NILTA, CORP.

Box  3321,  Road  Town,  Tortola,
British Virgin Islans

Директор по продажам

Курышева Ю.С.

## Дилерское соглашение № 140507

14 Май 2007г.

RITLABS S.R.L., именуемое в дальнейшем «**Владелец**», в лице Генерального директора Демченко Сергея Ивановича, действующего на основании Устава, с одной стороны, и StechData, именуемое в дальнейшем «**Дилер**», в лице Кок Анны Александровны, с другой стороны, заключили настоящий Договор о нижеследующем.

### 1.   Предмет Соглашения.

1.1. Дилер в соответствии с настоящим Соглашением получает права на рекламу, распространение и поддержку программного обеспечения, указанного в Приложении №1,№3 (далее SOFTWARE),на территории Германии . Дилер ставит своими целями продвижение SOFTWARE, принадлежащего Владельцу и создание сети пользователей.

1.2. Владелец сохраняет за собой авторские права на SOFTWARE.

### 2.   Права и обязанности сторон.

2.1. Дилер имеет право:

2.1.1.     Распространять SOFTWARE на свое усмотрение напрямую конечным пользователям, оптовым покупателям или через других распространителей.

2.1.2.     Получать от Владельца полную информацию и рекламные материалы необходимые для распространения SOFTWARE, включая демонстрационные версии;

2.1.3.     В случае возникновения проблем по вине Владельца, связанных с активизацией выданного регистрационного кода, просить передачу нового регистрационного кода бесплатно. Утеря регистрационного кода не является основанием требовать выдачу нового регистрационного кода бесплатно.

2.2. Дилер обязуется:

2.2.1.     Используя все свои усилия, способствовать увеличению продаж SOFTWARE: производить активные поиски покупателей, координировать все продажи осуществляемые Дилером как лично, так и через распространителей.

2.2.2.     Стремиться реализовывать как минимум 50 лицензий в месяц.

2.2.3.     Разрабатывать и осуществлять стратегию маркетинга, а также рекламные акции, с целью повышения объемов продаж SOFTWARE.

2.2.4.     Производить замену регистрационного ключа конечному пользователю в случае невозможности его активизации.

1

2.2.5. Не производить изменения в SOFTWARE и прилагаемой документации, если данным Соглашением или отдельным разрешением не предусмотрено иное.

2.2.6. Необходимые внутренние налоги и сборы, установленные законодательством страны, взимаются за счет Дилера.

2.2.7. Производить регистрацию покупателей, приобретающих SOFTWARE через Дилера, осуществлять поддержку конечных пользователей, купивших SOFTWARE через Дилера, в течение действия настоящего Соглашения, а также в течение месяца после его прекращения.

2.2.8. Соблюдать авторские права на SOFTWARE, принадлежащие Владельцу.

2.2.9. Рекламируя SOFTWARE, Дилер должен указывать на то, что авторские права на SOFTWARE принадлежат Владельцу.

2.2.10.Прикладывать все свои усилия для предотвращения нелегального использования SOFTWARE.

2.3. Владелец имеет право:

2.3.1. Требовать от Дилера предоставления отчетов по проведенным маркетинговым действиям, осуществленных Дилером с целью повышения объемов продаж.

2.3.2. Владелец имеет право вносить изменения и дополнения в настоящее Соглашение только при согласовании с другой стороной.

2.3.3. Владелец имеет право в одностороннем порядке вносить изменения в Приложение №1,№2№3, уведомив Дилера об этих изменениях за 10 дней до момента вступления этих изменений в действие.

2.3.4. Владелец имеет право, при невыполнении Дилером взятых на себя обязательств по данному Соглашению, закрыть доступ к регистрационному серверу. Указанные ограничения действуют до выполнения Дилером взятых на себя обязательств.

2.4. Владелец обязан:

2.4.1. После подписания Соглашения Владелец обязан открыть доступ Дилеру к регистрационному серверу.

2.4.2. Предоставлять консультации по вопросам, касающимся дилерской деятельности.

2.4.3. Уведомлять Дилера об изменениях в ценовой политике за 10 дней до момента вступления этих изменений в действие.

2.4.4. Предоставлять техническую поддержку Дилеру по вопросам, касающимся SOFTWARE, в течение действия настоящего Соглашения.

2.5. Владелец предоставляет Дилеру только такие полномочия, которые оговорены настоящим Соглашением. Если Дилеру потребуются любые другие полномочия для продажи SOFTWARE тогда Дилер проинформирует Владельца об этом факте и в течение 10 (десяти) календарных дней с даты получения Владельцем такого уведомления, он либо предоставит требуемые полномочия, либо отклонит такой запрос.

2.6. Обе стороны обязаны обеспечить конфиденциальность информации, касающейся условий и сущности настоящего Соглашения.

2.7. Обе стороны обязаны не раскрывать специфическую информацию, такую как e- mail адрес и любую другую информацию, которая могла бы помочь конкурентам, третьим сторонам в идентификации покупателя, в течение срока действия настоящего соглашения и последующих 5-ти лет после расторжения или окончания срока такового.

### 3.   Цены и процедура оплаты.

3.1. Цены на SOFTWARE указаны в Приложении №1,№3 настоящего Соглашения. В случае изменения цен, Дилер будет проинформирован новым Приложением к настоящему Соглашению, согласно п.2.4.3

3.2. Владелец, после подписания настоящего Соглашения, открывает Дилеру доступ к регистрационному серверу, для осуществления регистрации конечных пользователей.

3.3. По окончанию календарного месяца, до 5-го числа следующего месяца, Дилер предоставляет Владельцу отчет, содержащий сведения о количестве регистраций.

3.4. На основании полученных данных, Владелец выставляет Дилеру счет к оплате, за оказанные услуги по предоставлению легального доступа к программе, в соответствии с Приложением №1,№3 и Приложением №2. Оплата производится банковским перечислением в рублях РФ по курсу ЦБ РФ на день оплаты, либо в USD. Дилер обязуется перевести указанную в счете сумму на расчетный счет Владельца в течение 5 банковских дней со дня получения счета к оплате в электронном виде.

3.5. Дилер может также оплатить указанную сумму посредством VISA/Mastercard, если сумма не превышает $800. В этом случае, Дилер должен отправить Владельцу сообщение с просьбой снять с карточки сумму, указанную в счете к оплате.

### 4.    Гарантии Владельца

4.1. Владелец гарантирует, что при активизации регистрационного кода снимается ограничение испытательного периода. В случае возникновения проблем связанных с активизацией выданного регистрационного кода по вине Владельца, Владелец гарантирует выдачу нового кода бесплатно.

### 5.    Ограниченная гарантия.

5.1. Кроме как специально предусмотренных в этом Соглашении гарантий п.4.1. Владелец не делает никакой гарантии, явно выраженной или подразумевающейся относительно SOFTWARE или его использования, и определенно отказывается от всех подразумеваемых гарантий используемых при купле-продаже и пригодности для специфической цели.

5.2. Дилер получает Программное обеспечение "КАК - ЕСТЬ" и не несет ответственности за определение пригодности Программного обеспечения для использования и получения результатов.

### 6.    Ответственность сторон.

6.1. В случае невыполнения или ненадлежащего выполнения обязательств по настоящему Соглашению одной из сторон, пострадавшая сторона имеет право потребовать от виновной стороны исполнения принятых на себя обязательств.

6.2. В случае невыполнения одной из сторон взятых на себя обязательств, другая сторона имеет право расторгнуть Соглашение в одностороннем порядке, уведомив другую сторону о принятом решении за месяц до даты расторжения.

6.3. Владелец не несет ответственности по обязательствам Дилера перед третьими лицами.

6.4. Стороны освобождаются от ответственности за частичное или полное неисполнение обязательств по настоящему Соглашению в случае наступления форс – мажорных обстоятельств, т.е. чрезвычайных и непредотвратимых при данных условиях обстоятельств, а также явившихся следствием любых других обстоятельств, возникших после заключения Соглашения и находящихся вне контроля сторон.

### 7.    Срок действия Соглашения.

7.1. Настоящее Соглашение вступает в силу с момента его подписания и действует до 31 декабря 2007 года. Соглашение является автоматически продленным еще на год, если за месяц до окончания срока Соглашения ни одна из сторон не выразила желание прекратить действие

Соглашения или заключить его на новых условиях и проинформировала другую сторону относительно этого в письменной форме.

7.2. Соглашение может быть расторгнуто по взаимному согласию сторон, при взаимном уведомлении друг друга о расторжении Соглашения в письменной форме за месяц до даты расторжения.

7.3. По истечении срока действия настоящего Соглашения или досрочном его расторжении, Дилер теряет право продавать SOFTWARE, осуществлять регистрацию Конечных пользователей, и обязуется провести взаиморасчеты с Владельцем в течение месяца со дня наступления вышеуказанных событий.

## 8. Дополнительные положения и юридические адреса сторон.

8.1. Споры, которые могут возникнуть в течение действия настоящего Соглашения, должны быть улажены путем мирных переговоров между сторонами. В случае недостижения соглашения, споры будут улажены в соответствии с законами Республики Молдовы, в соответствующих судебных инстанциях.

8.2. В случае изменения юридического адреса или реквизитов одной из сторон, незамедлительно уведомить об этих изменениях другую сторону.

8.3. Приложения к Соглашению №
  • Приложение №1,№3  Цена на Software
  • Приложение №2  Расчет дилерского вознаграждения


| Владелец | Дилер |
|---|---|
| Адрес: | Адрес: |

RITLABS S.R.L.
Reg. No. 105077910
Адрес:
180 Stefan cel Mare Chisinau MD-2004
Republic of Moldova
тел +373-22- 295781; fax +373-22- 295932



Владелец: Сергей Демченко
Подпись:

StechData
Holstenstr.73
25560 Schenefeld
Deutschland

Дилер: Ана Кок
Подпись: КОСК

5

APPENDIX # 1 TO AGREEMENT #…
PRICE LIST (07.05.07)
Software products (SOFTWARE) of RITLABS S.R.L.

The Bat! v.3.xx.xx

1.

| Basic License | | Home | Professional | | | | |
|---|---|---|---|---|---|---|---|
| | Single License | 35.00 USD | P=45.00 USD | | | | |
| | | | 2-10 (lic.) | 11-30 (lic) | 31-50 (lic.) | 51-100(lic.) | 101-…(lic.) |
| | Multi-license | None | P=20% | P=30% | P=50% | P=$1125.00 +$15.00*(n-50) | P=$1875.00 +$ 5.00*(n-100) |

2. License for non-profit organization, students, educational organisations (Universities, Institutes), upgrade (from The Bat!v.1,2 to The Bat!v.3) – 30% discount*

3. License for school – 85% discount (minimum 10 lic.)*

* The discount is given from the basic license calculated according the tariff scale.

THE OWNER
RITLABS S.R.L.
Reg. No. 1050779910

Address:
180 Stefan cel Mare Chisinau MD-2004
Republic of Moldova
Tel: +373-22 295781; fax +373-22 295932

THE OWNER: Serghei Demcenko
Signature

THE DEALER

Address:  S-Tech Data e.K.
Holstenstr. 73
25560 Schenefeld
Deutschland

THE DEALER: Ana Koou
Signature  Koou

Приложение№1 к соглашению №

Спецификация и цены на Software:

The Batl v.3.xx.xx

1.

| Базовые лицензии | | Home | Professional | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 25.00 USD | P=35.00 USD | 2-10 (p/м) | 11-30 (p/м) | 31-50 (p/м) | 51-100(p/м) | 101-...(p/м) |
| | Однопользовательская лицензия | | | P-20% | P-30% | P-50% | P=$875 +$15*(n-50) | P=$1625 +$5*(n-100) |
| | Многопользовательская лицензия | нет | | | | | | |

_(рукописные пометки: 33 euro; 45)_

2. Лицензия для некоммерческих организаций, студентов, образовательных учреждений (университеты, институты), обновление (The Batl v1, 2 на The Batl v3) – скидка 30%*

3. Лицензия для школ – скидка 85%*

* Скидка берется от конечной цены на базовые лицензии, рассчитанной в соответствии с тарифной сеткой.

Владелец
Адрес:

RITLABS S.R.L.
Reg. No. 105077910
Адрес:
180 Stefan cel Mare Chisinau MD-2004
Republic of Moldova
тел +373-22-295931 fax +373-22- 295932
...емченко

Дилер
Адрес:

StechData
Holstenstr. 73
25560 Schenefeld
Deutschland

Дилер: Ana Кок
Подпись: Кок

6

## ПРИЛОЖЕНИЕ №3
### Спецификация и согласованные цены на Software:

| Product | Item | Item price (Euro) |
|---|---|---|
| Bat Post! Server (base module, 50 accounts included) | 1 | 50.00 |
| Additional accounts (price per account; min. order 25 accounts) | 1 | 1.00 |
| Unlimited accounts (base module included) | 1 | 950.00 |

**Владелец**
RITLABS S.R.L.
Reg. No. 105077910

Адрес:
180 Stefan cel Mare Chisinau MD-2004
Republic of Moldova
тел +373-22- 295781; fax +373-22- 295932



Владелец: Сергей Демченко
Подпись:

**Дилер**

Адрес:

StechData
Holstenstr. 73
25560 Schenefeld
Deutschland

Дилер: Ана Кок
Подпись: КОСК

Приложение№.2
к соглашению №

### Расчет дилерского вознаграждения.

1. Ежемесячно,  при получении дохода от реализации SOFTWARE, Дилер перечисляет 70% от дохода на счет Владельца. Оставшиеся 30% включают в себя  необходимые  внутренние  налоги  и  сборы,  установленные законодательством страны Дилера, а также Дилерское вознаграждение.

2. В случае если объем продаж составляет более 50 копий SOFTWARE в месяц, Дилер перечисляет 60% от дохода на счет Владельца. Оставшиеся 40%  включают  в  себя  необходимые  внутренние  налоги  и  сборы, установленные законодательством страны Дилера, а также  Дилерское вознаграждение.

|  |  |
|---|---|
| **Владелец** | **Дилер** |
| **Адрес:** | |
| | Адрес: |
| RITLABS S.R.L. | |
| Reg. No. 105077910 | StechData |
| Адрес: | Holstenstr. 73 |
| 180 Stefan cel Mare Chisinau MD-2004 | 25560 Schenefeld |
| Republic of Moldova | Deutschland |
| тел +373-22- 295781; fax +373-22- 295932 | |
| Владелец: Сергей Демченко | Дилер: Ана Кок |
| Подпись: | Подпись: |

7

Лицензионный договор
на передачу неисключительных прав
№ 10308

«01» марта 2008 г.

Ritlabs SRL именуемое в дальнейшем Лицензиар, в лице Генерального
директора Демченко С.И., действующего на основании Устава, с одной стороны, и
ООО "Софт Лоджистик", именуемое в дальнейшем Лицензиат, в лице Руководителя
отдела логистики Сегеды Елены Валентиновны, действующего на основании
Доверенности №05/406 от 9.01.2008 г., с другой стороны, именуемые в
дальнейшем Стороны, заключили настоящий договор (далее Договор) о
нижеследующем:

## 1. ОСНОВНЫЕ ПОНЯТИЯ

1.1. Для целей Договора перечисленные ниже термины имеют следующие значения:

**Демонстрационные версии ПО** - версии программного обеспечения, имеющие
временные (30 дней) или функциональные ограничения по их использованию.

**Дистрибутив программного обеспечения (дистрибутив ПО)** - файл, содержащий
в себе программу установки/удаления ПО и все необходимые компоненты для
функционирования ПО на компьютере *Пользователя*, подписанный цифровым
сертификатом Лицензиара.

**Лицензионный договор о предоставлении права использования ПО
(Лицензионное соглашение)** - соглашение между Лицензиаром
(Правообладателем) и Пользователем предоставляющее неисключительное право
использования ПО.

**Период действия договора** - временной интервал от момента вступления
Договора в силу до момента его расторжения/прекращения в соответствии с
разделом 9 Договора.

**Пользователь** - юридическое или физическое лицо, использующее
(намеревающееся использовать) ПО на своем компьютере в соответствии с
*Лицензионным соглашением*.

**Прайс-лист** - устанавливаемый Лицензиаром перечень расчета базовых
(розничных) цен для получения *прав на использование ПО на основании
Лицензионного соглашения* (Приложение №1, №2).

**Дистрибьютор (сублицензиат)** - юридическое или физическое лицо, в
установленном порядке получившие у Лицензиата неисключительные права на
использование ПО на основании сублицензионного договора.

**Программа для ЭВМ** - представленная в объективной форме совокупность
данных и команд (могут быть выражены на любом языке и в любой форме,
включая исходный текст и объектный код), предназначенных для
функционирования ЭВМ и других компьютерных устройств в целях получения
определенного результата, включая подготовительные материалы, полученные
в ходе разработки программы для ЭВМ, и порождаемые ею аудиовизуальные
отображения.

**Программное обеспечение (ПО)** - программы для ЭВМ (объекты
интеллектуальной собственности), спецификация и цены на которые указаны
в Приложении №1, №2 Договора, авторские права на которые принадлежат
Лицензиару.

**Электронный ключ или ключ активации** - генерируемый Лицензиаром для
каждого экземпляра ПО уникальный код, применяемый для активации ПО, в
соответствии с типом лицензии и версии программы, снимающий временные
ограничения.

## 2. ПРЕДМЕТ ДОГОВОРА

2.1. Лицензиар предоставляет Лицензиату неисключительное право использования
Программного обеспечения, указанного в Приложении №1, №2, в обусловленных
Договором пределах и на определенный Договором срок, а Лицензиат за
предоставление этих прав уплачивает вознаграждение Лицензиару.

1

2.2. Лицензиат ставит своими целями продвижение Программного обеспечения, принадлежащего Лицензиару, на территории Российской Федерации и стран СНГ.

## 3. ПРАВА И ОБЯЗАННОСТИ СТОРОН

3.1. По настоящему договору Лицензиар предоставляет Лицензиату следующие неисключительные права:

3.1.1. право на воспроизведение ПО предоставляемое с единственной целью передачи этих прав напрямую или через *Дистрибьютора Пользователям ПО*;

3.1.2. право на распространение ПО;

3.1.3. предоставлять неисключительное право использования ПО *Дистрибьютору (сублицензиату)* по сублицензионному договору. По сублицензионному договору сублицензиату могут быть предоставлены права использования ПО только в пределах тех прав и тех способов использования, которые предусмотрены лицензионным договором для Лицензиата.

### 3.2. Лицензиар обязан:

3.2.1. По запросу, осуществлять передачу Лицензиату *Электронных ключей (ключей активации)* и обеспечить доступ к *Дистрибутивам ПО*.

3.2.2. Уведомлять Лицензиата об изменениях в *Прайс-листе* и Приложениях к Договору не менее чем за 14 календарных дней до вступления в силу данных изменений.

3.2.3. Консультировать Лицензиата по вопросам, связанным с расчетом стоимости прав на использование ПО, его функциональностью, особенностями установки и эксплуатации.

### 3.3. Лицензиар имеет право:

3.3.1. В случае нарушения Лицензиатом условий оговоренных в п.п. 3.4.1-3.4.4., п.п. 5.1-5.9 Договора приостановить передачу *Электронных ключей (ключей активации)* по запросу Лицензиата.

3.3.2. В одностороннем порядке вносить изменения в *Прайс-лист* и Приложения к Договору предварительно уведомив об этом Лицензиата в соответствии с п. 3.2.2. Договора.

### 3.4. Лицензиат обязан:

3.4.1. Соблюдать авторские права Лицензиара.

3.4.2. Выплачивать Правообладателю авторское вознаграждение за переданные по Договору неисключительные имущественные права в соответствии с разделом 5 Договора.

3.4.3. Осуществлять запрос на генерацию *ключа активации* в соответствии с требованиями Лицензиара.

3.4.4. Не производить действий, которые могут нанести вред деятельности или имиджу Лицензиара.

3.4.5. Разрабатывать и осуществлять стратегию маркетинга, а также рекламные акции с целью увеличения количества *Пользователей ПО*.

### 3.5. Лицензиат имеет право:

3.5.1. Консультировать *Пользователей* и *Дистрибьюторов* по вопросам расчета стоимости прав на использование ПО в соответствии с *Прайс-листом* Лицензиара.

3.5.2. Консультировать *Пользователей* и *Дистрибьюторов*, осуществляя их техническую поддержку.

3.5.3. Использовать логотипы, а также иные элементы брэнд-стиля, которые встречаются в реквизитах, ПО и маркетинговых материалах Лицензиара, если такое использование связано с рекламой (продвижением) ПО.

3.5.4. По всем вопросам, связанным с исполнением Договора обращаться по электронной почте к Лицензиару, по адресу support.ru@ritlabs.com.

## 4. ПОРЯДОК ПЕРЕДАЧИ ПРАВ

4.1. Все права, передаваемые по настоящему Договору, считаются переданными Лицензиату от Лицензиара по условиям настоящего Договора с даты его подписания.

## 5. ПОРЯДОК РАСЧЕТОВ

5.1. За переданные по настоящему Договору неисключительные имущественные права Лицензиат выплачивает Лицензиару авторское вознаграждение.

5.2. Авторское вознаграждение составляет 80% (восемьдесят процентов) от стоимости ПО, указанной в *Прайс-листе* Лицензиара.

5.3. Ежемесячно, не позднее 5-го числа месяца, следующего за отчетным, *Лицензиат* предоставляет *Лицензиару* отчет, содержащий сведения о количестве реализованных прав на использование ПО.

5.4. Количество реализованных прав на использование ПО должно соответствовать количеству выданных *электронных ключей(ключей активации)* переданных Лицензиаром Лицензиату в течение соответствующего расчетного периода.

5.5. Лицензиар в течение 2-х рабочих дней с момента получения Отчета Лицензиата рассматривает и принимает Отчет Лицензиата, либо при наличии возражений по Отчету Лицензиата в тот же срок составляет и направляет Лицензиату мотивированный отказ от принятия Отчета Лицензиата в электронном виде. В случае если в течение указанного срока Лицензиар не предоставляет Лицензиату возражения по Отчету Лицензиата, он считается принятым Лицензиаром. При наличии возражений по Отчету Лицензиата Стороны составляют акт сверки в течение 10 (Десять) дней с даты получения Лицензиатом мотивированного отказа Лицензиара от принятия Отчета Лицензиата в электронном виде.

5.6. Выплата авторского вознаграждения производится Лицензиатом на основании Договора и счета, выписанного в соответствии с данными, указанными в отчете Лицензиата. Оплата производится банковским перечислением в рублях по курсу Центрального Банка Российской Федерации на день оплаты, либо в долларах США, не позднее 10 (десяти) рабочих дней после получения Лицензиатом от Лицензиара подписанного счета в электронном виде.

5.7. Принимая во внимание то, что Лицензиар является налоговым резидентом Республики Молдова, по Соглашению между Правительством Российской Федерации и Правительством Республики Молдова от 12.04.1996 «Об избежание двойного налогообложения доходов и имущества и предотвращении уклонения от уплаты налогов», а также то, что Лицензиар не имеет постоянного представительства в Российской Федерации, Лицензиат обязуется уплачивать Лицензиару суммы по Договору с удержанием налога на доходы нерезидента в размере 10 (десять) % в соответствии с положениями Соглашения об избежание двойного налогообложения между Молдовой и Российской Федерацией. Один раз в течение календарного года Лицензиар обязуется предоставить Лицензиату документы, позволяющие в соответствии с российским законодательством удерживать налог на доходы согласно Соглашению об избежание двойного налогообложения между Молдовой и Российской Федерацией (Справку о месторасположении). Лицензиат обязуется уплачивать данный налог на доходы нерезидента в бюджет в соответствии с требованиями налогового законодательства Российской Федерации.

5.8. Лицензиат обязан выслать Лицензиару документы, согласно Соглашению об избежание двойного налогообложения между Молдовой и Российской Федерацией, подтверждающие удержание и уплату налога на доходы в Российской Федерации. Документы должны быть высланы не позднее 40 дней с момента удержания данных сумм.

5.9. Расходы по перечислению денежных средств на счет Лицензиара и услуги банков-корреспондентов оплачиваются Лицензиатом.

## 6. ДОПОЛНИТЕЛЬНЫЕ УСЛОВИЯ

6.1. Лицензиар гарантирует наличие у него исключительных имущественных прав в необходимом объеме на ПО.

6.2. Все налоги и сборы, установленные страной Лицензиата, взимаются за счет Лицензиата.

6.3. Все изменения и дополнения к Договору признаются действительными, если они совершены в .письменной форме и подписаны уполномоченными представителями Сторон.

## 7. КОНФИДЕНЦИАЛЬНОСТЬ ИНФОРМАЦИИ

7.1. Условия, касающиеся размера и выплаты авторского вознаграждения, являются конфиденциальными и не подлежат разглашению в течение срока действия Договора и в течение 3 (трех) лет по окончании срока его действия.

## 8. ОТВЕТСТВЕННОСТЬ СТОРОН И ПОРЯДОК РАЗРЕШЕНИЯ СПОРОВ

8.1. В случае неисполнения или ненадлежащего исполнения обязательств по Договору Стороны несут ответственность в соответствии с действующим законодательством Российской Федерации.

8.2. В случае возникновения претензий к Лицензиату со стороны третьих лиц относительно ПО, связанных с нарушением их авторских прав, Лицензиар принимает все необходимые меры по урегулированию претензий, а также возможных споров, в том числе судебных.

8.3. За несвоевременное перечисление суммы авторского вознаграждения Лицензиар вправе взыскать с Лицензиата пеню в размере 0.1 (Ноль целых одна десятая) % за каждый день просрочки платежа от подлежащей к перечислению суммы, но не более 10 (Десять) % от этой суммы.

8.4. Все споры Стороны будут решать непосредственно между собой. В случае невозможности разрешения споров путем переговоров они разрешаются в арбитражном суде г. Москвы.

8.5. Стороны по настоящему Договору освобождаются от ответственности за полное или частичное неисполнение своих обязательств в случае, если такое неисполнение явилось следствием обстоятельств непреодолимой силы, то есть событий, которые нельзя было предвидеть или предотвратить. К таким событиям относятся: стихийные бедствия, военные действия, принятие органами государственной власти и/или органами местного самоуправления нормативных и/или правоприменительных актов и иные действия, находящиеся вне разумного предвидения и контроля Сторон.

## 9. СРОК ДЕЙСТВИЯ И ПОРЯДОК РАСТОРЖЕНИЯ ДОГОВОРА

9.1. Настоящий Договор вступает в силу с даты подписания Сторонами и действует 2 (два) календарных года, начиная (включительно) с даты вступления настоящего Договора в силу. Если за 40 (сорок) дней до окончания срока действия Договора ни одна из Сторон не заявит в письменной форме о намерении его расторгнуть, срок действия Договора автоматически продлевается на 2 (два) календарных года.

9.2. Настоящий Договор может быть досрочно расторгнут по обоюдному согласию Сторон или одной из Сторон путем направления другой Стороне письменного уведомления о расторжении Договора. В этом случае Договор прекращает свое действие через 40 (сорок) дней после получения уведомления второй Стороной.

9.3. По истечении срока действия Договора или досрочном его расторжении, Лицензиат теряет право использования ПО и обязуется провести взаиморасчеты с Лицензиаром в течение месяца со дня наступления вышеуказанных событий.

## 10.   ПРИЛОЖЕНИЯ

Приложение №1 Спецификация и цены на ПО (The Bat!)

Приложение №2 Спецификация и цены на ПО (BatPost!)

Приложение №3 Лицензионное соглашение с конечным пользователем


## 11.   АДРЕСА И РЕКВИЗИТЫ СТОРОН

Лицензиар
Ritlabs SRL
Reg. No. 105077910

Адрес:
180 Stefan cel Mare Chisinau MD-2004
Republic of Moldova
тел +373-22- 295781; fax +373-22- 808405

Лицензиат
ООО "Софт Лоджистик"
Юридический адрес
107031, г. Москва, ул. Пушечная, д.7/5, корп.4А
Фактический адрес
115088, Москва, ул. Угрешская, д.2, корпус 76
ИНН/КПП
7702619370/770201001


Банковские реквизиты:
Банк получателя:
СБЕРБАНК РОССИИ г.Москва
БИК 044525225
к.с 30101810400000000225 в ОПЕРУ Московского ГТУ Банка России
ИНН 7707083893

Получатель:
КБ "Виктория банк" АО:
банковский счет № 30231810300000000220;
специальный банковский счет типа "С"   №
30230810900001400220
специальный банковский счет типа "А"   №
30230810800001500220
специальный банковский счет типа "О"   №
30230810700001600220
специальный банковский счет типа "В1"   №
30230810600001700220
специальный банковский счет типа "В2"   №
30230810500001800220

Назначение платежа:
для RITLABS SRL, счет № 222405000104584, указать, что без НДС

Банковские реквизиты:
Расчетный счет
40702810187890000273
Банк
Московский филиал ОАО АКБ "РОСБАНК"
Адрес банка121560, г. Москва,
ул. Пришвина, д.17
Корреспондентский счет
30101810200000000272

| | |
|---|---|
| БИК | 044552272 |
| ОКПО | 97274709 |
| ОГРН | 5067746843710 |
| ОКВЭД | 51.64 |


От Лицензиара:

Директор
Ritlabs SRL

Демченко С.И.

М.П.

От Лицензиата:

Руководитель отдела логистики
ООО "Софт Лоджистик"

Сегеда Е.В.

М.П.

Приложение № 1
к договору № 10308 от 01 марта 2008г.

СПЕЦИФИКАЦИЯ И ЦЕНА ДЛЯ КОНЕЧНОГО ПОЛЬЗОВАТЕЛЯ НА ПРОГРАММНОЕ
ОБЕСПЕЧЕНИЕ ЛИЦЕНЗИАРА

*ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ – THE BAT!*

| Тип лицензии | | Single | Multi | |
|---|---|---|---|---|
| Home | ' | 25.00 USD | none | |
| Professional (базовая лицензия) | | P=35.00 USD | 2-10  (p/м) | P-20% |
| | | | 11-30(p/м) | P-30% |
| Дополнительная скидка* | Скидка для школ | | 31-50(p/м) | P-50% |
| -30% от базовой лицензии | -85% от базовой лицензии (мин.10 лицензий) | | 51-100(p/м) | P=$875+15*(n-50) |
| | | | 101-…(p/м) | P=$1625 +$5*(n-100) |

   *   Дополнительная   скидка   предоставляется   для   следующих   групп пользователей:   некоммерческие   организации,   студенты,   образовательные учреждения (университеты, институты), зарегистрированные пользователи при приобретении права пользования новых версий ПО.

От Лицензиара:

Директор
Ritlabs SRL

Демченко С.И.

М.П.

От Лицензиата:

Руководитель отдела логистики
ООО "Софт Лоджистик"

Сегеда Е.В.

М.П.

6

Приложение № 2
к договору № 10308 от 01 марта 2008г.

СПЕЦИФИКАЦИЯ И ЦЕНЫ НА ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ ЛИЦЕНЗИАРА

*ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ – BatPost!*

| | | Количество | Единица измерения | USD |
|---|---|---|---|---|
| 1 | BatPost! Сервер, базовая установка (в стоимость включено 50 учетных записей) | 1 | Шт. | 50.00 |
| 2 | Дополнительные учетные записи для **BatPost!** | 1-50 | Шт. | 1.00 |
| | | 51-100 | Шт. | 0.90 |
| | | 101-200 | Шт. | 0.80 |
| | | 201-300 | Шт. | 0.70 |
| | | 300 и более | Шт. | 0.60 |

От Лицензиара:

Директор
Ritlabs SRL

Демченко С.И.

М.П.

От Лицензиата:

Руководитель отдела логистики
ООО "Софт Лоджистик"

Сегеда Е.В.

М.П.

7

Приложение № 3

к договору № 10308 от 01 марта 2008г.

## Лицензионное соглашение с конечным пользователем по использованию программного обеспечения компании Ritlabs SRL

Данное лицензионное соглашение является соглашением между вами - Пользователем (физическое или юридическое лицо) и компанией Ritlabs SRL (Правообладатель) по использованию программного обеспечения (Программа), принадлежащего компании Ritlabs SRL и сопровождающего данное Лицензионное соглашение.

**ВАЖНО:**

ЕСЛИ ВЫ УСТАНОВИТЕ ДАННОЕ ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ, ТЕМ САМЫМ ВЫ ПОДТВЕРДИТЕ СВОЕ СОГЛАСИЕ СОБЛЮДАТЬ УСЛОВИЯ ДАННОГО ЛИЦЕНЗИОННОГО СОГЛАШЕНИЯ. ЕСЛИ ВЫ НЕ СОГЛАСНЫ, ОТКАЖИТЕСЬ ОТ ДАЛЬНЕЙШЕЙ УСТАНОВКИ И ИСПОЛЬЗОВАНИЯ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ

**Установка и использование.** Незарегистрированные копии Программы могут быть установлены и использованы только в целях ознакомления в течение 30-дневного испытательного срока. До истечения 30-дневного периода вы должны либо зарегистрировать Программу, либо прекратить ее использование. Регистрация предоставит вам право использовать Программу по истечении 30-дневного испытательного срока, получать техническую поддержку и использовать опции, предоставляемые только зарегистрированным Пользователям, а также без уплаты дополнительного вознаграждения получать от Правообладателя обновления Программы в рамках текущей версии, актуальной в момент покупки. При регистрации и оплате фиксированного вознаграждения, размер которого определяется условиями соглашения между вами и стороной, осуществляющей передачу прав, вам передается код активации Программы и Именная Лицензия, не подлежащие возврату. Согласно настоящему соглашению вам предоставляется неисключительная лицензия на использование Программы: вы можете установить, использовать функциональные возможности Программы, осуществлять доступ, отображать и запускать одну копию Программы и обращаться к одной копии Программы на одном компьютере Пользователя, рабочей станции-терминале Пользователя.

**Ограничения использования:** Программа не должна даваться напрокат, сдаваться в аренду или передаваться. Данная лицензия запрещает любое использование Программы, которое нарушает международные или местные законы. Любое такое действие будет исключительной ответственностью лица, совершающего такое действие. Вы не имеете права распространять, копировать, имитировать, размножать, продавать, вносить изменения, декомпилировать, разбирать или иным образом изменять компоненты Программы. Вы можете изготовить копию компонентов Программы при условии, что эта копия предназначена только для архивных целей. Любое несанкционированное использование приведет к незамедлительному и автоматическому прекращению настоящего лицензионного соглашения и может, как следствие, привести к судебному процессу.

**Сохранение права собственности на Программу.** Программа защищена законами и соглашениями об авторском праве и других правах на интеллектуальную собственность. Компании Ritlabs SRL принадлежат все авторские права на Программу. Программа не продается, а предоставляется в пользование согласно лицензионному соглашению.

**Ограниченная гарантия.** Программа предназначается и предоставляется в качестве программного обеспечения общего назначения, а не для какой-либо конкретной цели пользователя. Вы соглашаетесь с тем, что любое программное обеспечение может содержать ошибки, поэтому настоятельно рекомендуем регулярно создавать резервные копии своих файлов. Ritlabs SRL не несет ответственности за потерю, повреждение, издержки и затраты, понесенные вами или третьим лицом в результате неправильного использования Программы, включая без ограничений обязательства за торговые расходы, простой оборудования, потери, понесенные

вами или третьим лицом в результате отсутствия, неисправности, вируса, ошибки или нарушения работы Программы. **Ritlabs SRL** не несет ответственность за косвенный, особый, случайный ущерб, а также его последствия, связанные или возникающие в связи с предметом настоящего Соглашения.

**Подтверждение наличия лицензии у конечного пользователя.** Если вы получили неисключительное право пользования Программой в соответствии с лицензионным соглашением, тип вашей лицензии, серийный номер ключа, а также имя Пользователя, можно просмотреть, нажав клавиши «Alt+F1» при работе в Программе. Ключ активации Программы необходимо хранить в качестве доказательства того, что у вас есть лицензия на использование Программы.

© Ritlabs 1997-2008

Приложение №4
к Лицензионному договору№10308 от 01 марта 2008 г.

В связи с изменением реквизитов Лицензиара, указанных в п.11 (Адреса и реквизиты сторон) Лицензионного договора №10308 от 1 марта 2008 г., заключенного между компанией RITLABS SRL и ООО "Софт Лоджистик", а также в соответствии с п.п.5.6. настоящего договора, Лицензиар вносит следующие изменения и дополнения в п.11 настоящего договора:

1. в п. 11 настоящего договора удалить специальные счета Лицензиара:

специальный банковский счет типа "С"   № 30230810900001400220
специальный банковский счет типа "А"   № 30230810800001500220
специальный банковский счет типа "О"   № 30230810700001600220
специальный банковский счет типа "В1"  № 30230810600001700220
специальный банковский счет типа "В2"  № 30230810500001800220

2. в п.11 настоящего договора внести реквизиты Лицензиара в долларах США:

**RITLABS SRL**

**Реквизиты для оплаты в долларах США:**
Correspondent Bank: **CITIBANK N.A., New York, USA,**
SWIFT: **CITI US 33**
Correspondent account: **36141833**

Beneficiary's Bank :**VICTORIABANK, Chisinau, Moldova**
Address: **31 August str., 141, MD 2004 Chisinau, Republic of Moldova**
SWIFT: **VICBMD2X**

Beneficiary: **RITLABS SRL**
Address: **Stefan cel Mare 180, MD 2004 Chisinau, Republic of Moldova**
Account: **222400100104584**

От Лицензиара:                          От Лицензиата:

Директор                                Директор
Ritlabs SRL                             ООО "Софт Лоджистик"

Демьянко С.И.                           Боровиков И.П.

Приложение №5
к Лицензионному договору№10308 от 01 марта 2008 г.

В соответствии  с .п.6.3. настоящего договора стороны пришли к соглашению о внесении изменений в  п. 5.2. настоящего договора. Пункт 5.2. настоящего договора изложить в следующей редакции:

*"5.2.Авторское вознаграждение составляет 70% (семьдесят  процентов) от стоимости ПО, указанной в Прайс-листе Лицензиара."*

Данные изменения вступают в силу с 1 июня 2008 и действуют до окончания срока действия настоящего договора.

От Лицензиара:

Директор
Ritlabs SRL

Демченко С.И.

_____ /

От Лицензиата:

Директор
ООО "Софт Лоджистик"

Боровиков И.П.

_____ /
М.П.

Приложение №5
к Лицензионному договору№10308 от 01 марта 2008 г.

*16 мая 2008г.*

В соответствии с .п.6.3. настоящего договора стороны пришли к соглашению о внесении изменений в п. 5.2. настоящего договора. Пункт 5.2. настоящего договора изложить в следующей редакции:

*"5.2.Авторское вознаграждение составляет 70% (семьдесят процентов) от стоимости ПО, указанной в Прайс-листе Лицензиара."*

Данные изменения вступают в силу с 1 июня 2008 и действуют до окончания срока действия настоящего договора.

От Лицензиара:                          От Лицензиата:

Директор                                Директор
Ritlabs SRL                             ООО "Софт Лоджистик"

Пос695о, С.И.                           Боровиков И.П.

_____ /c /                    _____ /
                                        М.П.

Лицензионный договор
на передачу неисключительных прав
№ 10609

«01» июня 2009 г.

Ritlabs SRL именуемое в дальнейшем Лицензиар, в лице Генерального директора Демченко С.И., действующего на основании Устава, с одной стороны, и ООО «Инстанта Дистрибьюшн», именуемое в дальнейшем Лицензиат, в лице Директора Шадрина Александра Александровича, действующего на основании Устава с другой стороны, именуемые в дальнейшем Стороны, заключили настоящий договор (далее Договор) о нижеследующем:

## 1. ОСНОВНЫЕ ПОНЯТИЯ

1.1. Для целей Договора перечисленные ниже термины имеют следующие значения:

**Демонстрационные версии ПО** – версии программного обеспечения, имеющие временные (30 дней) или функциональные ограничения по их использованию.

**Дистрибутив программного обеспечения (дистрибутив ПО)** – файл, содержащий в себе программу установки/удаления ПО и все необходимые компоненты для функционирования ПО на компьютере *Пользователя*, подписанный цифровым сертификатом Лицензиара.

**Лицензионный договор о предоставлении права использования ПО (Лицензионное соглашение)** – соглашение между Лицензиаром (Правообладателем) и Пользователем предоставляющее неисключительное право использования ПО.

**Период действия договора** – временной интервал от момента вступления Договора в силу до момента его расторжения/прекращения в соответствии с разделом 9 Договора.

**Пользователь** – юридическое или физическое лицо, использующее (намеревающееся использовать) ПО на своем компьютере в соответствии с *Лицензионным соглашением*.

**Прайс-лист** – устанавливаемый Лицензиаром перечень расчета базовых (розничных) цен для получения *прав на использование ПО на основании Лицензионного соглашения* (Приложение №1, №2).

**Дистрибьютор (сублицензиат)** – юридическое или физическое лицо, в установленном порядке получившие у Лицензиата неисключительные права на использование ПО на основании сублицензионного договора.

**Программа для ЭВМ** – представленная в объективной форме совокупность данных и команд (могут быть выражены на любом языке и в любой форме, включая исходный текст и объектный код), предназначенных для функционирования ЭВМ и других компьютерных устройств в целях получения определенного результата, включая подготовительные материалы, полученные в ходе разработки программы для ЭВМ, и порождаемые ею аудиовизуальные отображения.

**Программное обеспечение (ПО)** – программы для ЭВМ (объекты интеллектуальной собственности), спецификация и цены на которые указанны в Приложении №1,№2 Договора, авторские права на которые принадлежат Лицензиару.

**Электронный ключ или ключ активации** – генерируемый Лицензиаром для каждого экземпляра ПО уникальный код, применяемый для активации ПО, в соответствии с типом лицензии и версии программы, снимающий временные ограничения.

## 2. ПРЕДМЕТ ДОГОВОРА

2.1. Лицензиар предоставляет Лицензиату неисключительное право использования Программного обеспечения, указанного в Приложении №1, №2, в обусловленных Договором пределах и на определенный Договором срок, а Лицензиат за предоставление этих прав уплачивает вознаграждение Лицензиару.

2.2. Лицензиат ставит своими целями продвижение Программного обеспечения, принадлежащего Лицензиару, на территории Российской Федерации и стран СНГ.

## 3. ПРАВА И ОБЯЗАННОСТИ СТОРОН

3.1. По настоящему договору Лицензиар предоставляет Лицензиату следующие неисключительные права:

3.1.1. право на воспроизведение ПО предоставляемое с единственной целью передачи этих прав напрямую или через *Дистрибьютора Пользователям ПО*;

3.1.2. право на распространение ПО;

3.1.3. предоставлять неисключительное право использования ПО *Дистрибьютору (сублицензиату)* по сублицензионному договору. По сублицензионному договору сублицензиату могут быть предоставлены права использования ПО только в пределах тех прав и тех способов использования, которые предусмотрены лицензионным договором для Лицензиата.

### 3.2. Лицензиар обязан:

3.2.1. По запросу, осуществлять передачу Лицензиату *Электронных ключей (ключей активации)* и обеспечить доступ к *Дистрибутивам ПО*.

3.2.2. Уведомлять Лицензиата об изменениях в *Прайс-листе* и Приложениях к Договору не менее чем за 14 календарных дней до вступления в силу данных изменений.

3.2.3. Консультировать Лицензиата по вопросам, связанным с расчетом стоимости прав на использование ПО, его функциональностью, особенностями установки и эксплуатации.

### 3.3. Лицензиар имеет право:

3.3.1. В случае нарушения Лицензиатом условий оговоренных в п.п. 3.4.1-3.4.4., п.п. 5.1-5.9 Договора приостановить передачу *Электронных ключей (ключей активации)* по запросу Лицензиата.

3.3.2. В одностороннем порядке вносить изменения в *Прайс-лист* и Приложения к Договору предварительно уведомив об этом Лицензиата в соответствии с п. 3.2.2. Договора.

### 3.4. Лицензиат обязан:

3.4.1. Соблюдать авторские права Лицензиара.

3.4.2. Выплачивать Правообладателю авторское вознаграждение за переданные по Договору неисключительные имущественные права в соответствии с разделом 5 Договора.

3.4.3. Осуществлять запрос на генерацию *ключа активации* в соответствии с требованиями Лицензиара.

3.4.4. Не производить действий, которые могут нанести вред деятельности или имиджу Лицензиара.

3.4.5. Разрабатывать и осуществлять стратегию маркетинга, а также рекламные акции с целью увеличения количества *Пользователей ПО*.

### 3.5. Лицензиат имеет право:

3.5.1. Консультировать *Пользователей* и *Дистрибьюторов* по вопросам расчета стоимости прав на использование ПО в соответствии с *Прайс-листом* Лицензиара.

3.5.2. Консультировать *Пользователей* и *Дистрибьюторов*, осуществляя их техническую поддержку.

3.5.3. Использовать логотипы, а также иные элементы брэнд-стиля, которые встречаются в реквизитах, ПО и маркетинговых материалах Лицензиара, если такое использование связаны с рекламой (продвижением) ПО.

2

3.5.4. По всем вопросам, связанным с исполнением Договора обращаться по электронной почте к Лицензиару, по адресу support.ru@ritlabs.com.

## 4. ПОРЯДОК ПЕРЕДАЧИ ПРАВ

4.1. Все права, передаваемые по настоящему Договору, считаются переданными Лицензиату от Лицензиара по условиям настоящего Договора с даты его подписания.

## 5. ПОРЯДОК РАСЧЕТОВ

5.1. За переданные по настоящему Договору неисключительные имущественные права Лицензиат выплачивает Лицензиару авторское вознаграждение.

5.2. Авторское вознаграждение составляет 70% (семьдесят процентов) от стоимости ПО, указанной в *Прайс-листе* Лицензиара. Цена на ПО указана без НДС.

5.3. Ежемесячно, не позднее 5-го числа месяца, следующего за отчетным, *Лицензиат* предоставляет *Лицензиару* отчет, содержащий сведения о количестве реализованных прав на использование ПО.

5.4. Количество реализованных прав на использование ПО должно соответствовать количеству выданных *электронных ключей(ключей активации)* переданных Лицензиаром Лицензиату в течение соответствующего расчетного периода.

5.5. Лицензиар в течение 5 (пяти) дней с момента получения Отчета Лицензиата рассматривает и принимает Отчет Лицензиата, либо при наличии возражений по Отчету Лицензиата в тот же срок составляет и направляет Лицензиату мотивированный отказ от принятия Отчета Лицензиата в электронном виде. При наличии возражений по Отчету Лицензиата Стороны составляют акт сверки в течение 10 (десяти) дней с даты получения Лицензиатом мотивированного отказа Лицензиара от принятия Отчета Лицензиата в электронном виде.

5.6. Вознаграждение выплачивается путем ежемесячного разового платежа, осуществляемого не позднее последнего числа каждого месяца, следующего за истекшим (отчетным).

5.7. Выплата авторского вознаграждения производится Лицензиатом на основании счета, выписанного Лицензиаром в соответствии с данными, указанными в отчете Лицензиата. Оплата производится банковским перечислением в USD.

5.8. Принимая во внимание то, что Лицензиар является налоговым резидентом Республики Молдова, по Соглашению между Правительством Российской Федерации и Правительством Республики Молдова от 12.04.1996 «Об избежании двойного налогообложения доходов и имущества и предотвращении уклонения от уплаты налогов», а также то, что Лицензиар не имеет постоянного представительства в Российской Федерации, Лицензиат обязуется уплачивать Лицензиару суммы по Договору с удержанием налога на доходы нерезидента в размере 10 (десять) % в соответствии с положениями Соглашения об избежании двойного налогообложения между Молдовой и Российской Федерацией. Один раз в течение календарного года Лицензиар обязуется предоставить Лицензиату документы, позволяющие в соответствии с российским законодательством удерживать налог на доходы согласно Соглашению об избежании двойного налогообложения между Молдовой и Российской Федерации (Справку о месторасположении). Лицензиат обязуется уплачивать данный налог на доходы нерезидента в бюджет в соответствии с требованиями налогового законодательства Российской Федерации.

5.9. Лицензиат обязан выслать Лицензиару документы, согласно Соглашению об избежании двойного налогообложения между Молдовой и Российской Федерации, подтверждающие удержание и уплату налога на доходы в Российской Федерации. Документы должны быть высланы не позднее 40 (сорока) дней с момента удержания данных сумм.

5.10.      Расходы по перечислению денежных средств на счет Лицензиара и услуги банков-корреспондентов оплачиваются Лицензиатом.

3

## 6. ДОПОЛНИТЕЛЬНЫЕ УСЛОВИЯ

6.1. Лицензиар гарантирует наличие у него исключительных имущественных прав в необходимом объеме на ПО. .

6.2. Все налоги и сборы, установленные страной Лицензиата, взимаются за счет Лицензиата.

6.3. Все изменения и дополнения к Договору признаются действительными, если они совершены в письменной форме и подписаны уполномоченными представителями Сторон.

## 7. КОНФИДЕНЦИАЛЬНОСТЬ ИНФОРМАЦИИ

7.1. Условия, касающиеся размера и выплаты авторского вознаграждения, являются конфиденциальными и не подлежат разглашению в течение срока действия Договора и в течение 3 (трех) лет по окончании срока его действия.

## 8. ОТВЕТСТВЕННОСТЬ СТОРОН И ПОРЯДОК РАЗРЕШЕНИЯ СПОРОВ

8.1. В случае неисполнения или ненадлежащего исполнения обязательств по Договору Стороны несут ответственность в соответствии с действующим законодательством Республики Молдова.

8.2. В случае возникновения претензий к Лицензиату со стороны третьих лиц относительно ПО, связанных с нарушением их авторских прав, Лицензиар принимает все необходимые меры по урегулированию претензий, а также возможных споров, в том числе судебных.

8.3. За несвоевременное перечисление суммы авторского вознаграждения Лицензиар вправе взыскать с Лицензиата пеню в размере 0.1% за каждый день просрочки платежа от подлежащей к перечислению суммы, но не более 10% от этой суммы.

8.4. Все споры Стороны будут решать непосредственно между собой. В случае невозможности разрешения споров путем переговоров они разрешаются в соответствующих судебных инстанциях Республики Молдова.

8.5. Стороны по настоящему Договору освобождаются от ответственности за полное или частичное неисполнение своих обязательств в случае, если такое неисполнение явилось следствием обстоятельств непреодолимой силы, то есть событий, которые нельзя было предвидеть или предотвратить. К таким событиям относятся: стихийные бедствия, военные действия, принятие органами государственной власти и/или органами местного самоуправления нормативных и/или правоприменительных актов и иные действия, находящиеся вне разумного предвидения и контроля Сторон.

## 9. СРОК ДЕЙСТВИЯ И ПОРЯДОК РАСТОРЖЕНИЯ ДОГОВОРА

9.1. Настоящий Договор вступает в силу со дня подписания и действует до 31 декабря 2009 года. Если за 14 (четырнадцать) дней до окончания срока действия Договора ни одна из *Сторон* не заявит в письменной форме о намерении его расторгнуть, срок действия Договора автоматически продлевается на 1 (один) календарный год.

9.2. Настоящий Договор может быть досрочно расторгнут по обоюдному согласию Сторон или одной из Сторон путем направления другой Стороне письменного уведомления о расторжении Договора. В этом случае Договор прекращает свое действие через 30 (тридцать) дней после получения уведомления второй Стороной.

9.3. По истечении срока действия Договора или досрочном его расторжении, Лицензиат теряет право использовать ПО и обязуется провести взаиморасчеты с Лицензиаром в течение месяца со дня наступления вышеуказанных событий.

4

10.     ПРИЛОЖЕНИЯ

Приложение №1 Спецификация и цены на ПО (The Bat!)

Приложение №1 Спецификация и цены на ПО (BatPost!)

Приложение №3 Лицензионное соглашение с конечным пользователем

11.     АДРЕСА И РЕКВИЗИТЫ СТОРОН

Лицензиар
«RITLABS» SRL

Адрес: str. 180 Stefan cel Mare, of. 102,
MD-2004 Chisinau, Republic of Moldova
Код налогоплательщика: 1003600096166

Банковские реквизиты в долларах США
Получатель: RITLABS SRL
Счет получателя: № 222400100104584
Банк получателя :VICTORIABANK, Chisinau, Moldova
Адрес банка получателя: 31 August str., 141,
MD 2004 Chisinau, Republic of Moldova
SWIFT банка получателя: VICBMD2X
Банк корреспондент: CITIBANK N.A., New York, USA
SWIFT банка корреспондента: CITI US 33
Корреспонденский счет: 36141833

Лицензиат
ООО «Инстанта Дистрибьюшн»
        Адрес: 344101, г.Ростов-на-Дону, ул.Нагорная,
д.2А
        Акционерный коммерческий Сберегательный
банк Российской Федерации (открытое акционерное
общество) Ростовское отделение №5221.
        Валютный (долларовый) счет
№40702840852090000034
        БИК 046015602
        к/с 30101810600000000602

От Лицензиара:

Директор
Ritlabs SRL

Демченко Сергей

М.П.

/

От Лицензиата:

Директор
Инстанта Дистрибьюшн

М.П.

/

. 5

Приложение № 1

к договору № 10609   от 01 июня 2009 г.

## СПЕЦИФИКАЦИЯ И ЦЕНЫ НА ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ ЛИЦЕНЗИАРА

### ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ - THE BAT!

| Тип лицензии | | Single | Multi | |
|---|---|---|---|---|
| Home | | 25.00 USD | none | |
| Professional (базовая лицензия) | | | 2-10 (р/м) | P-20% |
| Дополнительная скидка* | Скидка для школ | | 11-30 (р/м) | P-30% |
| -30% от базовой лицензии | -85% от базовой лицензии (мин.10 лицензий) | P=35.00 USD | 31-50 (р/м) | P-50% |
| | | | 51-100 (р/м) | P=$875+15*(n-50) |
| | | | 101-...(р/м) | P=$1625 +$5*(n-100) |

* Дополнительная скидка предоставляется для следующих групп пользователей: некоммерческие организации, студенты, образовательные учреждения (университеты, институты), зарегистрированные пользователи при приобретении права пользования новых версий ПО.

От Лицензиара:

Директор
Ritlabs SRL

Демченко Сергей

М.П.

От Лицензиата:

Директор
Инстанта Дистрибьюшн

Шадрин Александр

М.П.

6

Приложение № 2
к договору № 10609   от 01 июня 2009 г.

СПЕЦИФИКАЦИЯ И ЦЕНЫ НА ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ ЛИЦЕНЗИАРА

*ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ – BatPost!*

| | | Количество | Единица измерения | USD |
|---|---|---|---|---|
| 1 | BatPost! Сервер, базовая установка (в стоимость включено 50 учетных записей) | 1 | Шт. | 50.00 |
| 2 | Дополнительные учетные записи для **BatPost!** | 1-50 | Шт. | 1.00 |
| | | 51-100 | Шт. | 0.90 |
| | | 101-200 | Шт. | 0.80 |
| | | 201-300 | Шт. | 0.70 |
| | | 300 и более | Шт. | 0.60 |

От Лицензиара:

Директор
Ritlabs SRL

Демченко Сергей

М.П.

От Лицензиата:

Директор
Инстанта Дистрибьюшн

Шадрин Александр

М.П.

7

Приложение № 3
к договору № 10609  от 01 июня 2009 г.

### Лицензионное соглашение с конечным пользователем по использованию программного обеспечения компании Ritlabs SRL

Данное  лицензионное  соглашение  является  соглашением  между  вами -Пользователем  (физическое  или  юридическое  лицо)  и  компанией  Ritlabs  SRL (Правообладатель)  по  использованию  программного  обеспечения  (Программа), принадлежащего компании Ritlabs SRL и сопровождающего данное Лицензионное соглашение.

**ВАЖНО:**

ЕСЛИ  ВЫ  УСТАНОВИТЕ  ДАННОЕ  ПРОГРАММНОЕ  ОБЕСПЕЧЕНИЕ,  ТЕМ  САМЫМ  ВЫ ПОДТВЕРДИТЕ  СВОЕ  СОГЛАСИЕ  СОБЛЮДАТЬ  УСЛОВИЯ  ДАННОГО  ЛИЦЕНЗИОННОГО  СОГЛАШЕНИЯ. ЕСЛИ  ВЫ  НЕ  СОГЛАСНЫ,  ОТКАЖИТЕСЬ  ОТ  ДАЛЬНЕЙШЕЙ  УСТАНОВКИ  И  ИСПОЛЬЗОВАНИЯ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ

**Установка  и  использование.** Незарегистрированные  копии  Программы  могут  быть установлены  и  использованы  только  в  целях  ознакомления  в  течение  30-дневного испытательного  срока.  До  истечения  30-дневного  периода  вы  должны  либо зарегистрировать  Программу,  либо  прекратить  ее  использование.  Регистрация предоставит  вам  право  использовать  Программу  по  истечении  30-дневного испытательного  срока,  получать  техническую  поддержку  и  использовать  опции, предоставляемые  только  зарегистрированным  Пользователям,  а  также  без  уплаты дополнительного  вознаграждения  получать  от  Правообладателя  обновления Программы  в  рамках  текущей  версии,  актуальной  в  момент  покупки.  При регистрации  и  оплате  фиксированного  вознаграждения,  размер  которого определяется  условиями  соглашения  между  вами  и  стороной,  осуществляющей передачу  прав,  вам  передается  код  активации  Программы  и  Именная  Лицензия,  не подлежащие  возврату.  Согласно  настоящему  соглашению  вам  предоставляется неисключительная  лицензия  на  использование  Программы:  вы  можете  установить, использовать  функциональные  возможности  Программы,  осуществлять  доступ, отображать  и  запускать  одну  копию  Программы  и  обращаться  к  одной  копии Программы  на  одном  компьютере  Пользователя,  рабочей  станции-терминале Пользователя.

**Ограничения использования:** Программа не должна даваться напрокат, сдаваться в аренду  или  передаваться.  Данная  лицензия  запрещает  любое  использование Программы,  которое  нарушает  международные  или  местные  законы.  Любое  такое действие  будет  исключительной  ответственностью  лица,  совершающего  такое действие.  Вы  не  имеете  права  распространять,  копировать,  имитировать, размножать,  продавать,  вносить  изменения,  декомпилировать,  разбирать  или  иным образом  изменять  компоненты  Программы.  Вы  можете  изготовить  копию  компонентов Программы при условии, что эта копия предназначена только для архивных целей. Любое  несанкционированное  использование  приведет  к  незамедлительному  и автоматическому  прекращению  настоящего  лицензионного  соглашения  и  может,  как следствие, привести к судебному процессу.

**Сохранение права собственности на Программу.** Программа защищена законами и соглашениями  об  авторском  праве  и  других  правах  на  интеллектуальную собственность.  Компании  Ritlabs  SRL  принадлежат  все  авторские  права  на Программу.  Программа  не  продается,  а  предоставляется  в  пользование  согласно лицензионному  соглашению.

**Ограниченная гарантия.** Программа предназначается и предоставляется в качестве программного  обеспечения  общего  назначения,  а  не  для  какой-либо  конкретной цели  пользователя.  Вы  соглашаетесь  с  тем,  что  любое  программное  обеспечение может  содержать  ошибки,  поэтому  настоятельно  рекомендуем  регулярно  создавать резервные  копии  своих  файлов.  Ritlabs  SRL  не  несет  ответственности  за  потерю, повреждение,  издержки  и  затраты,  понесенные  вами  или  третьим  лицом  в результате  неправильного  использования  Программы,  включая  без  ограничения обязательства  за  торговые  расходы,  простой  оборудования,  потери,  понесенные вами или третьим лицом в результате отсутствия, неисправности, вируса, ошибки

или нарушения работы Программы. Ritlabs SRL не несет ответственность за косвенный, особый, случайный ущерб, а также его последствия, связанные или возникающие в связи с предметом настоящего Соглашения.

**Подтверждение наличия лицензии у конечного пользователя.** Если вы получили неисключительное право пользования Программой в соответствии с лицензионным соглашением, тип вашей лицензии, серийный номер ключа, а также имя Пользователя, можно просмотреть, нажав клавиши «Alt+F1» при работе в Программе. Ключ активации Программы необходимо хранить в качестве доказательства того, что у вас есть лицензия на использование Программы.

© Ritlabs 1997-2009

9