# EXHIBIT P

Yevgeniy Kruglov <yk@cifnet.com>
Re: Info
November 20, 2009 1:30 PM

Привет,
Friday, November 20, 2009, 12:05:20 PM, you wrote:
Вот что они просят... Я так помаю что тут потребуется некоторое время для оформления.
Вчера еще послал письмо с просьбой Дубограеву (может ему это проще будет
сделать) но ответа от него пока не получил. Видимо он в отъезде.
Если можно свяжись с этой девушкой по телефону. Может все проще будет (без нотариуса...).
Нотариус как раз таки самая простая часть. 67к на личном счету я никак не покажу :)
Давай положим тебе 70к на счет, покажем их, потом по надобности будем убирать
то, что ты не сможешь снять сам.
The guarantor's purpose is to provide legal responsibility for the lease
terms in the event of non payment of rent. Your guarantor will need to fill
out the application and employment verification attached, and provide
documentation. A bank statement and/or bank account showing funds equal to
$67,482.00 will need to accompany the application and verification. I
attached the forms, but if you like, I can send them through email or fax on
to your business partner to make it easier for you.
--
Best regards,
Yevgeniy mailto:yk@cifnet.com

EXHIBIT
Dem 22

Yevgeniy Kruglov <yk@cifnet.com>
Re: Info
November 20, 2009 1:30 PM

,
Friday, November 20, 2009, 12:05:20 PM, you wrote:

    ...                       .
                   (
)                .         .
                   .           (        ...).
                  . 67                     :)
      70      ,     ,
,          .

The guarantor's purpose is to provide legal responsibility for the lease
terms in the event of non payment of rent. Your guarantor will need to fill
out the application and employment verification attached, and provide
documentation. A bank statement and/or bank account showing funds equal to
$67,482.00 will need to accompany the application and verification. I
attached the forms, but if you like, I can send them through email or fax on
to your business partner to make it easier for you.
--
Best regards,
Yevgeniy mailto:yk@cifnet.com

Hey,
Friday, November 20, 2009, 12:05:20 PM, you wrote:
Here is what they want... As I understand it would take some time to complete the paperwork.
Yesterday I sent another email to Dubograev, asking for help (maybe it would be easier for him to do) but he did not reply yet. Probably he is out of the office..
If it is possible, contact this girl over the phone. Maybe it would be easier (without notary...).
Notary is the easiest part. There is no way I can show 67K on my personal account :)
Let's deposit 70K on your account, show it, then we'll transfer back, when necessary, whatever you won't be able to withdraw yourself.
The guarantor's purpose is to provide legal responsibility for the lease
terms in the event of non payment of rent. Your guarantor will need to fill
out the application and employment verification attached, and provide
documentation. A bank statement and/or bank account showing funds equal to
$67,482.00 will need to accompany the application and verification. I
attached the forms, but if you like, I can send them through email or fax on
to your business partner to make it easier for you.
--
Best regards,
Yevgeniy mailto:yk@cifnet.com