# EXHIBIT S

Serghei Demcenko <serg@ritlabs.com>
Transfer
February 24, 2011 5:59 PM

Женя, добрый день!
Оплати плиз эти инфойсы.

Один с октября 2010 по февраль 2011.
Второй прошлогодний апрель-июнь 2009

**RITlabs Inc.**
communications software

RITLABS Inc
901 N. Pitt Street
Suite 325
Alexandria, VA 22314
e-mail: office@ritlabs.com

# INVOICE

To: CIFNet, Inc.
PO Box 5966
Vernon Hills, IL 60061-5966
tel:+1(773)989-0442
facsimile:+1(312)803-0951

Date: 23-Feb-2011
Invoice # CIF-230211

| CONTRACT NAME AND DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|
| "Licensing agreement", January 1, 2010 | Due on Receipt | |

| Qty | Description | Unit price | Line total |
|---|---|---|---|
| 149 | The Bat!v4 Professional Edition | $45.00 | $6,705.00 |
| 21 | The Bat!v4 Professional Edition(2-10pc) | $36.00 | $756.00 |
| 63 | The Bat!v4 Professional Edition(11-30pc) | $31.50 | $1,984.50 |
| 89 | The Bat!v4 Professional Edition(privilege lic)(upgrade) | $31.50 | $2,803.50 |
| 19 | The Bat!v4 Professional Edition(privilege lic)(2-10pc) | $25.00 | $475.00 |
| 87 | The Bat!v4 Home Edition | $35.00 | $3,045.00 |
| 50 | The Bat!v4 Home Edition (upgrade) | $24.50 | $1,225.00 |
| 2 | Private Disc (PD) | $19.43 | $38.86 |
| | | Subtotal | $17,032.86 |
| | | -30% | -$5,109.86 |
| | | Total | $11,923.00 |

By: Serghei Demcenko
Title: CEO, Ritlabs Inc.

*Thank you for your business!*



CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215

CIFNET (INC) 17

Serghei Demcenko <serg@ritlabs.com>
Transfer
February 24, 2011 5:59 PM

,           !
            .
      2010        2011.
          -    2009

Zhenya, Good day!
Please, pay these invoices.
The one is for October 2010 through February 2011.
The other is for the last year April through June 2009.

Invoice# CIF-230211 from Ritlabs Inc. to CIFNet Inc. for $11,923.00 signed by Demcenco. (Invoice itself dated 02/23/2011).