# EXHIBIT U

**From:** Serghei Demcenko <serg@ritlabs.com>
**Subject:** Re: Договор MindCruncher
**Date:** May 4, 2010 8:08:47 AM EDT
**To:** "Yuri Bakay" <yurinb@mindcruncher.us>

Спасибо.

On May 4, 2010, at 3:52 AM, Yuri Bakay wrote:

> Привет Сергей,
>
> Подписанные страницы attached
>
> Yuri Bakay
> MindCruncher
>
> **From:** Serghei Demcenko
> **Sent:** Monday, May 03, 2010 3:55 PM
> **To:** Yuri Bakay
> **Subject:** Договор MindCruncher
>
> Юра, добрый день.
>
> - Положи пожалуйста подписанный с тобой договор в Дропбох.
>
> Мне его нужно приложить к документам для Сержа.
>
> --
> Serghei Demcenko
> RITLABS Inc
> CEO
> web: http://www.ritlabs.us
> mail-to: office@ritlabs.us
>
>
> <MC_Ritlabs_Signed.PDF>

--
Serghei Demcenko
RITLABS SRL
Director
web: http://www.ritlabs.com
mail-to: serg@ritlabs.com

RINC005480                                                    CONFIDENTIAL

**From:** Serghei Demcenko <serg@ritlabs.com>
**Subject:** Re: DOC
**Date:** May 3, 2010 9:42:51 AM EDT
**To:** "Yuri Bakay" <yurinb@mindcruncher.us>

Спасибо. Все на месте..

On May 3, 2010, at 1:43 AM, Yuri Bakay wrote:

> Привет Сергей,
>
> Подписанные страницы attached
>
> Yuri Bakay
> MindCruncher
>
> **From:** Serghei Demcenko
> **Sent:** Sunday, May 02, 2010 11:45 PM
> **To:** Yuri Bakay
> **Subject:** DOC
>
> Юра, добрый вечер.
>
> - В приложении подписанный договор с тобой.
> - Так же нужно подписать договор с RITLABS SRL, он тоже в приложении. И его нужно отсканировать и выслать мне или положить в дропбох (я послал тебе приглашение).
> - По счету в Сити уже пошли средства. Нужно взять выписку для Сержа и как то передать мне токен и кредитку к счету.
>
> Если будет новости по сертификату, сообщи как можно быстрее.
>
> Удачного дня.
>
> PS  Пока работаю с этого е-майла. Что то у нас в Молдавии сервер упал :(
>
> --
> Serghei Demcenko
> RITLABS Inc
> CEO
> web: http://www.ritlabs.us
> mail-to: office@ritlabs.us
>
>
> <RITLABS_SRL Agr_Signed.PDF>

--
Serghei Demcenko
serg@ritlabs.com

**From:** Serghei Demcenko <serg@ritlabs.com>
**Subject:** Re:    MindCruncher
**Date:** May 4, 2010 8:08:47 AM EDT
**To:** "Yuri Bakay" <yurinb@mindcruncher.us>

Thank you.


On May 4, 2010, at 3:52 AM, Yuri Bakay wrote:

> Hello Serghei,
>
> Signed pages attached
>
> Yuri Bakay
> MindCruncher
>
> **From:** Serghei Demcenko
> **Sent:** Monday, May 03, 2010 3:55 PM
> **To:** Yuri Bakay
> **Subject:** Agreement MindCruncher
>
> Yura, good day.
>
> • Please put the signed agreement with you in the Drop box.
>
> I need to attach it to the documents for Serzh.
>
> --
> Serghei Demcenko
> RITLABS Inc
> CEO
> web: http://www.ritlabs.us
> mail-to: office@ritlabs.us
>
> <MC_Ritlabs_Signed.PDF>

--
Serghei Demcenko
RITLABS SRL
Director
web: http://www.ritlabs.com
mail-to: serg@ritlabs.com

**RINC005480**           **CONFIDENTIAL**

TRANSLATOR'S CERTIFICATION

I, Alla Malova, certify that I am proficient in the English and Russian languages and that the attached document has been truthfully and accurately translated by me from Russian to English to the best of my knowledge.
Address:      1199 North Fairfax Street, Suite 702, Alexandria, VA 22314
Telephone:    703-527-1779
Date:         June 27, 2012                                    Signature: