# EXHIBIT W

*Translation into English*

Registered by the
State Registration Chamber
Under the Ministry of Justice
of the Republic of Moldova
105077910
16.02.1998

Adopted by the decision of
foundation meeting

Minutes dated 30.01.1998

Round seal with arms: Republic of Moldova – Chisinau – Ministry of Justice –
State Registration Chamber – Buiucani Sector/
State Registrar            /signature/            I. Merlici

# ARTICLES OF ASSOCIATION
## OF "RITLABS" LLC

Chisinau, 1998



**RLSRL00060**

**RLSRL00061**

1.   GENERAL CLAUSES

1.1 These Articles of Association have been elaborated based on and in compliance with the provisions of the Law of the Republic of Moldova "On enterprises and entrepreneurship", "Regulation on the economic societies of the Republic of Moldova" adopted by the Governmental Decree of the Republic of Moldova on 10.09.1991 No. 500 and the Memorandum of Association of the company "RITLABS" LLC, hereinafter referred to as Company.

1.2 The full name of the Company is:
THE FIRM "RITLABS" LIMITED LIABILITY COMPANY
The abbreviated name of the Company is:
FIRM "RITLABS" LLC

1.3 The head office of the Company is:
MD-2088, Chisinau municipality, 8 Podgornii street, Ghidighici commune.

1.4 The Company "RITLABS" LLC hereinafter called "the Company" is a limited liability company. The Company's liability is limited to its patrimony. The Company can not be held liable for the obligations of any of its members. The founders can be held liable for the Company's obligations only to the extent of respective contributions to the authorized capital. The founders that did not provide their contributions in full bear the full responsibility, including the unpaid amount.

1.5 From the very moment of registration the Company becomes a corporate entity

1.6 The company shall have an autonomous accounting balance and banking accounts, its own symbolics and seal containing its name.

2. SCOPES AND SPHERES OF ACTIVITIES

2.1   The Company is established by the association of material and intellectual inputs of founders for the scope obtaining profits.
In order to attain its scopes the company will practice the following types of activities:
- elaboration and exploitation of software;
- activities related to computers and software;
- commercial mediation activities, import and export transactions;
- specialized retail commerce, including sales of office machines and accessories;
- elaboration (design), production, installation, maintenance and exploitation of public  data transport networks.
Other types of activities conducted in the manner provided by the law.

RLSRL00062

3.   AUTHORIZED CAPITAL. SHARES.

3.1   The Company's authorized capital is 5400 (five thousand four hundred) lei.

3.2   As of the date of foundation the Company's authorized capital was made up on by the contributions of members provided in the following way:

| No. | Names of members | Share in the authorized capital | | Percentage share of each member in the company's authorized capital (%) |
|---|---|---|---|---|
| | | Lei | % | |
| 1 | Demcenco S.I. | 2160 | 40 | 40 |
| 2 | Masiutin M.G. | 1620 | 30 | 30 |
| 3 | Tanurcov S.S. | 1620 | 30 | 30 |
| TOTAL | | 5400 | 100 | 100 |

3.3   The shares of members are provided in accordance with the provisions of the Company's Memorandum of Association, the contributions persons that become members of the Company after foundation are determined by the Assembly of members.

3.4   The authorized capital of the Company may be increased by the amounts undistributed profits after meeting all the tax obligations.

3.5 The authorized capital of the Company may be decreased by the reduction of share certificates of the Company members, by redemption of share certificates from the members excluded from the Company with subsequent cancellation of such certificates.

4. THE RESERVE FUND. ADDITIONAL CONTRIBUTIONS.

4.1 The reserve fund shall be established in the amount equal to 15% of the Company's total authorized capital. The reserve fund will be established by annual allocations from obtained net profits until the necessary amount is attained. The annual percentage of allocations is subject to determination by the decision of general Assembly of members but may in no case be less than 5 %.

4.2 In order to cover the losses or in cases of urgent necessity the Company's members may provide additional temporary contributions to the authorized capital. The additional contributions do not increase the relative shares of the founders in the authorized capital. Payment of additional contributions is done proportionally to the values of already existing shares. The decision to provide additional contributions and their values are to be determined unanimously by the general Assembly of members, as for the modality and the

RLSRL00063

terms of providing additional shares - by at least 3/4 of votes.

4.3 The founders can not be held liable for the provision of any supplementary services.

5.    MANAGEMENT ORGANS OF THE COMPANY.

5.1 The management organs of the Company are:
-      The General Assembly of members hereinafter referred to as Assembly;
-      The executive body established by the decision of the Assembly in the form of Managing Committee. The executive body, independently on its organizational form shall be referred to as "Director";
-      The Censorship Committee (the Censor).

6. THE GENERAL ASSEMBLY, COUNTING OF VOTES

6.1 The following matters are referred to the exclusive competence of the Assembly of Members:
1.      Operation of amendments to the Articles of Association, increase or decrease of authorized capital;
2.      Adoption of annual reports and accounting balance, distribution of profits;
3.      Election of the Director;
4.      Election and dismissal of Censor
5.      Adoption of labor remuneration techniques and remuneration of the Director      and of the Censor;
6.      Exclusion of any member from the Company;
7.      Adoption of contracts signed for amounts greater than 30 times the authorized   capital and also of contracts signed between the Company and its members;
8.      Making decisions on material liability of Director and of the Censor.
9.      Reorganization and liquidation of the Company.

6.2 When voting that or another decision each of the members will have a number of votes proportional to the value of shares held in the authorized capital of the Company by the principle "one percent of authorized capital = 1 vote".

6.3 Decisions on all matters shall be taken by simple majority of votes with exception made for the points 1, 2, 6 and 9 of the clause 6.1 set out above. Adoption of such decisions requires at least 3/4 of total votes of members. If there are less than 3 members and their shares are equal, such decisions may only be unanimous.

6.4 Any member will not be allowed to vote on the matters of determination of his/her material liability or regarding the conclusion of any contracts between himself/herself and the Company.

RLSRL00064

6.5    The meetings of General Assembly can be annual and extraordinary. Annual meetings are convoked according to the applicable legislation. Extraordinary meetings of the Assembly may be convoked:
-       by the Director if the interests of the Company so require;
-       by the Censor;
-       by members holding with more than 10% of the total number of votes.

6.6    In the cases when timely convocation of the Assembly for resolving problems important for the Company and also in other cases stipulated by the Company's internal regulations the respective  decisions may be taken by polling the Company members according to the requirements of the legislation in force. Decisions by polling are considered effective only if all members have provided unanimous answers.

6.7 In the rest of the cases convocation of the General Assembly and agenda shall be effected by the members according to the stipulations of the applicable legislation.

## 7. THE EXECUTIVE BODY (THE DIRECTOR)

7.1 The Company's routine activities are run by the Director.

7.2 The director:
-       organizes the Company's activities in accordance with the applicable legislation, organizes the accounting process and secretary works, employs and dismisses Company's officers;
-       concludes transactions in the name of the Company;
-       represents the Company without power of attorney, implements the provisions of these Articles and executes the decisions of General Assembly;
-       assures the integrity of Company's property;
-       produces the annual reports and the accounting balance-sheets and presents  them for examination to the General Assembly;
-       organizes execution of decisions taken by the General Assembly;
-       resolves on other matters related to the Company's activities, except for the ones referred to the sole jurisdiction of the General Assembly.

## 8. THE CENSOR

8.1 The Censor shall enjoy the following rights:
-       to perform audits of the Company's activities by own initiative;
-       to require the Company's employees  to provide any documents and personal explications as may be necessary for the said audits;
-       to have a consultative vote at the meetings of the Board of Directors.

8.2 The Censor shall have the following obligations:
- to  audit the Company's annual reports and balance-sheets and compile reports relating the results of such audits to be attached to the annual report

RLSRL00065

of the Company;
- to audit the Company's activities as may be ordered by the General Assembly or at the request of at least one member;
- to present to the General Assembly the results of such audits;
- to maintain confidentiality and commercial secrets as may be disclosed to him/her by the Company.
- to convoke extra meetings of the Assembly if the interests of the Company so require as well as in cases of willful misconduct by any of the Company's employees.

9.    RIGHTS AND OBLIGATIONS OF MEMBERS

9.1 The Company's members are obliged to:
-      provide their share contributions in full in the amounts, modality and forms prescribed in the foundation documents;
-      never divulge confidential information relating the Company's activities;
-      always observe the requirements of the foundation documents;
-      perform their obligations to the Company as may be assumed according to the       law;
-      provide the necessary assistance to the Company enabling it to perform its    activities in the due manner.

9.2    The members of the Company shall have the following rights:
-      to take part in the Company's management activities in accordance with the foundation documents;
-      to benefit from the shares of profit proportional to the value of their contributions to the authorized capital as set out in the Memorandum of    Association;
-      to receive information relating to the Company's activities, including accounting information, reports and other documents as set out in the Memorandum of Association;
-      to enjoy the preferential right to purchase the shares made available for    alienation by any other member of the Company proportional to the value of his/her share certificate, if not otherwise determined by mutual agreement of members;
-      to require examination of particular problems by the General Assembly, as provided by the foundation documents;
-      to require convocation of extraordinary meetings of the General Assembly of members in accordance with the provisions of foundation documents;
-      to require audits of Company's activities to performed by the Director;
-      to alienate their share certificates (fully or partially) in the favor of one or more members of the Company or third parties in accordance with the provisions of the legislation in force;

9.3    The members of the Company systematically not meeting their obligations to the Company in accordance with all the relevant provisions or

RLSRL00066

that by their action impede to the attainment of statutory goals by the Company may be excluded from the Company by a resolution taken by the Assembly by at least ¾ of the total number of votes. The member found in breach of statutory provisions will not participate in such voting.

10.    SHARE CERTIFICATES AND MODALITIES OF THEIR ALIENATION

10.1 Any member of the company has the right to alienate his shares freely to any other member of the Company (transmit, sell, etc).

Shares may be alienated partially or integrally.

10.2 The Company members shall have the preferential right to purchase the shares made available for alienation proportionally to the values of the shares in their posmeeting at negotiable price.

10.3 The Company members may alienate their share certificates to third persons only if the other members do not exercise their preferential rights to purchase the shares.

10.4 Any member wishing to alienate his/her share integrally or partially shall inform respectively all the other members in written indicating the reasons for such alienation, the conditions of sale and the price wanted. In such a case the Director must convoke an extraordinary meeting of the General Assembly.

The members are bound to decide on the purchase of shares available for alienation within 90 days from receipt of the respective written notice by the Director.

Should the members fail to resolve or refuse to purchase the shares made available for alienation, the member in case may alienate his/her shares to a third party, the deal conditions being not more advantageous than the ones proposed to the remaining members.

10.5   In case of reorganization or liquidation of any corporate entity - or death of any private individual   that was member of the Company, the rights and obligations of the reorganized or dead persons shall pass to their legal successors. Should any such successor refuse to become a member of the Company, the respective shares shall be alienated according to the provisions of the clauses 10.1, 10.2, 10.3 and 10.4 of these Articles.

10.6   In the case a corporate entity - member of the Company is liquidated the rest of the members are in right to purchase the share certificates of the liquidated member at the price established by the liquidation commission according to the clauses 10.1 and 10.2 of the present Articles of Association or to adopt a decision to alienate the certificates to third parties according to the clauses 10.3 and 10.4 of these Articles of Association.

RLSRL00067

10.7  Other contributions of members to the Company's authorized capital and the ways of share certificate alienation are regulated by the legislation in force.

11.   WAYS OF DISTRIBUTION AND INVESTMENT OF COMPANY'S PROFITS.

11.1 The Company's profits shall be distributed in the following ways according to the decisions of General Assembly:
- Formation and replenishment of reserve fund;
- Company development fund;
- Fund for the stimulation of Director, Censor and employees;
- Other purposes determined by the General Assembly;
- Payment of dividends to the members according to the results of annual activities or any other periods agreed between the members or established in these Articles of Association.

11.2  The ways of using the funds shall be determined by the decision of the General Assembly of members, or if so consented - by the Company director.

12   REORGANIZATION AND LIQUIDATION

12.1 The Company may shut down its activities by reorganization or liquidation.
In case of reorganization the rights and obligations of the Company members are transferred to their legal successors.
The company may be liquidated:
- in case it is declared bankrupt;
- in case the number of members is reduced to one  single member and no other members are admitted to the Company;
- by the decision of the General Assembly;
- in other cases provided by the legislation in force and these Articles.

12.2  In case of liquidation of the Company:
- a special Liquidation Commission shall be established by the unique member to act in the way determined by the legislation of the Republic of Moldova;
- the liquidation Commission ( the Company's Liquidator) will publish in the Official Monitor of the Republic of Moldova the announcement regarding the Company's  liquidation, setting out the procedure and the terms of liquidation, the period allowed for meeting the creditors' claims and conducts an evaluation of the Company's assets (assets and all accounts receivable owed to the Company) and determines the Company's liabilities to the creditors, as well as undertakes other measures for the collection of debts;
- upon the expiry of the period established for the filing of claims by the creditors the Liquidation Commission (the Liquidator) will present to the unique member the Protocol of evaluation of assets and the list of amounts claimed by the creditors with the results of their investigation. The above

RLSRL00068

documents are approved by the unique member and communicated to each creditor.

- upon meeting all liabilities before the creditors the Liquidation Commission (the Liquidator) produces the liquidation balance-sheet and presents it to the unique member together with the remaining property, if any;
- the property handed over to the Company, its branches and affiliates will be returned to the initial proprietors, while the value of the rights to use such property will be included into the amounts due to the proprietors upon the final distribution of assets.

12.3 The Company shall be considered liquidated and shall cease its activity from the moment it is deleted from the State Commercial Register.

Members                                        Signatures

Demcenco Sergiu Ion                            /signature/
Masiutin Maxim Ghenadii                        /signature/
Tanurcov Stefan Stefan                         /signature/

RLSRL00069

On 3rd February 1998 I, Viorica Botnari, state notary of the State Notary Office no. 2 of Centru sector, Chisinau city, Republic of Moldova, do hereby legalize the signatures of the citizens Demcenco Sergiu, Masiutin Maxim, Tanurcov Stefan made in my presence.

Parties duly identified.

Registered under No. 8/10-3-577
State Duty Levied: 1-80 lei
State Notary                    /signature/

/Round Seal with Arms: State Notary Office no. 2 – Republic of Moldova – Chisinau/

Round seal with arms: Republic of Moldova – Chisinau – Ministry of Justice – State Registration Chamber – Buiucani Sector/
/signature/

**RLSRL00070**

THE REPUBLIC OF MOLDOVA
THE PUBLIC NOTARY Lidia Zaporojanu
RESIDENCE: mun. CHISINAU, STEFAN cel MARE Av., 69/1

*Year 2012 month 01 day 19*

I, the Public Notary, Lidia Zaporojanu, certify the authenticity of the present copy with the original document; any erasures, additions, struck out words or other unstipulated corrections or other peculiarities has been not found in the latter.

Registered under the No. *1082*

Paid:  State Tax *500* lei

payment for notary's services *100* lei

The Public Notary          /signature/

*Seal: Republic of Moldova. The Public Notary — Lidia Zaporojanu. The Licence No. 071*

---

*Subsemnata Baltă Mariana, licenţiată în în limbi moderne, cerific autenticitatea traducerii în limba engleză cu textul înscrisului în copie legalizată, care a fost vizat de mine.*

*The undersigned Baltă Mariana, translator in moderns languages, certify the authenticity of the legal copy into English, which was performed by me.*

19.01.2012

*Semnătura traducătorului*          /signature/
*Translator signature*

RLSRL00071

REPUBLICA MOLDOVA

NOTARUL PUBLIC *LIDIA ZAPOROJANU*

SEDIUL BIROULUI: MUN. CHIŞINĂU, BD. ŞTEFAN CEL MARE 69/1;

Tel: 27-80-61

*Anul două mii doisprezece, luna ianuarie, ziua a nouăsprezecea*

Eu, notar public, Lidia Zaporojanu, legalizez semnătura traducătorului,

*Baltă Mariana,* care îmi este cunoscută.

S-a înregistrat cu nr. *1084*

S-a încasat taxa de stat – *1-00 leu*

S-a perceput plata pentru serviciul notarial - *19-00 lei*

NOTAR PUBLIC

RLSRL00072

*Translation into English*

"REGISTERED"
State Registration Chamber
Of the Department of Informational
Technologies

"APPROVED"
by the General Meeting of Shareholders
Company "RITLABS" Ltd
Report no. 1, dated 14.11.2001

Dated 04.01.2002
State registrar
/signature/ I. Merlici

*Seal: State Registration Chamber. Chisinau municipal Office. 105.*

## AGREEMENT

on changes in the constitution documents
of the Company "RITLABS" Ltd
Registration number 105077910 dated 16.02.1998

Partners:

Demcenko Serghei, born on 06.05.1960, residing: 17/1 Ginta Latina street, ap. 91, Chisinau mun., Identity card A 88017094, issued by the office 88 on 08.02.2000, p.c. 200088007672.

Tanurcov Stefan, born on 19.04.1974, residing: 80/5 Albisoara street, ap. 31, Chisinau mun., Identity card A 02039961, issued by the office 02 on 06.11.1998, p.c. 0962505547913.

Masiutin Maxim, born on 14.09.1977, residing: 3 Mircea cel Batrin avenue, ap. 78, Chisinau mun., Identity card A 03018954, issued by the office 03 on 26.02.1998, p.c.0982502032795,

Based on report no. 1 dated 14.11.2001 on seat change, they decided the following:

   I. The point 2 of Constitution Contract and point 1.3 of the Statute to be changed and will have the following content:

   The seat of the Company "RITLABS" Ltd: 180 Stefan cel Mare avenue, office 102, Chisinau mun.

This agreement was prepared in 2 copies with the same legal value, one of which is kept to State Registration Chamber and the second one is issued to the applicant.

Partners:
Tanurcov Stefan
Demcenko Serghei
Masiutin Maxim

Signatures:
/signature/
/signature/
/signature/

RLSRL00073

REPUBLIC OF MOLDOVA
STATE REGISTRATION CHAMBER
CHISINAU MUNICIPAL OFFICE
BUIUCANI SECTOR

04.12.2001

This agreement on changes is signed before me by:

Demcenko Serghei, born on 06.05.1960, residing: 17/1 Ginta Latina street, ap. 91, Chisinau mun., Identity card A 88017094, issued by the office 88 on 08.02.2000, p.c. 200088007672.

Tanurcov Stefan, born on 19.04.1974, residing: 80/5 Albisoara street, ap. 31, Chisinau mun., Identity card A 02039961, issued by the office 02 on 06.11.1998, p.c. 0962505547913.

Masiutin Maxim, born on 14.09.1977, residing: 3 Mircea cel Batrin avenue, ap. 78, Chisinau mun., Identity card A 03018954, issued by the office 03 on 26.02.1998, p.c.0982502032795,

Legal and exercise capacity was verified.

State Registrar                    /signature/                I. Merlici

*Seal: Department of Informational Technologies of the Republic of Moldova. State Registration Chamber. Chisinau municipal office. Buiucani sector.*



**RLSRL00074**

THE REPUBLIC OF MOLDOVA
THE PUBLIC NOTARY Lidia Zaporojanu
RESIDENCE: mun. CHISINAU, STEFAN cel MARE Av., 69/1

*Year 2012 month 01 day 19*

I, the Public Notary, Lidia Zaporojanu, certify the authenticity of the present copy with the original document; any erasures, additions, struck out words or other unstipulated corrections or other peculiarities has been not found in the latter.

Registered under the No. *1033*

Paid:  State Tax *1.00* lei

payment for notary's services *40.00* lei

The Public Notary          /signature/

*Seal: Republic of Moldova. The Public Notary – Lidia Zaporojanu. The Licence No. 071*

---

*Subsemnata Baltă Mariana, licenţiată în în limbi moderne, certific autenticitatea traducerii în limba engleză cu textul înscrisului în copie legalizată, care a fost vizat de mine.*

*The undersigned Balta Mariana, translator in moderns languages, certify the authenticity of the legal copy into English, which was performed by me.*

*19.01.2012*

*Semnătura traducătorului*
*Translator signature*          /signature/



RLSRL00075

REPUBLICA MOLDOVA

NOTARUL PUBLIC **LIDIA ZAPOROJANU**

SEDIUL BIROULUI: MUN. CHIŞINĂU, BD. ŞTEFAN CEL MARE 69/1;

Tel: 27-80-61

*Anul două mii doisprezece, luna ianuarie, ziua a nouăsprezecea*

Eu, notar public, Lidia Zaporojanu, legalizez semnătura traducătorului,

**Baltă Mariana,** care îmi este cunoscută.

S-a înregistrat cu nr. *1035*

S-a încasat taxa de stat – *1-00  leu*

S-a perceput plata pentru serviciul notarial - *19-00  lei*

NOTAR PUBLIC



**RLSRL00076**

SOCIETATEA
ESTE INREGISTRATA

STATUTUL
ESTE APROBAT

F 105077910

16 02 1998

I. MERLICI

STATUTUL

FIRMEI "RITLABS" S.R.L.

RLSRL00077

## 1. PRINCIPII GENERALE

1.1. Prezentul Statut este elaborat in conformitate cu prevederile Legii Republicii Moldova "Cu privire la antreprenoriat si intreprinderi", Hotaririi Guvernului Republicii Moldova Nr.500 din 10.09.1991 "Despre aprobarea Regulamentului societatilor economice din Republica Moldova" si Contractul de constituire a FIRMEI "RITLABS" S.R.L., numita in continuare "SOCIETATE".

1.2. Denumirea completa a Societatii (Firmei):

FIRMA "RITLABS" S.R.L.

Denumirea prescurtata: "RITLABS" S.R.L.

1.3. Sediul Societatii:

MD-2088, mun.Chisinau, com.Ghidighici, str.Podgornii, 8

1.4. Conform formei sale organizatorico-juridice Societatea este societate cu raspundere limitata.

Societatea poarta raspundere pentru obligatiile sale numai in limitele patrimoniului sau. Societatea nu poarta raspundere pentru obligatiile Asociatiilor sai. Asociatii Societatii poarta raspundere pentru obligatiile Societatii numai in limitele cotelor depuse in Capitalul social. Asociatii, care nu si-au depus pe deplin cotele, poarta raspundere pentru obligatiile Societatii si cu partea nedepusa a cotelor respective.

1.5. Societatea obtine drepturile de persoana juridica din data inregistrarii de stat in modul stabilit.

Societatea dispune de bilant autonom si conturi in banci, are stampila in care se contin denumirea si imaginea emblemei Societatii.

## 2. SCOPUL SI SFERELE DE ACTIVITATE.

2.1. Societatea se creaza prin asocierea posibilitatilor materiale si intelectuale ale Asociatilor sai in vederea desfasurarii activitatii in scopul obtinerii beneficiului.
Pentru a-si realiza sarcinile asumate Societatea desfasoara urmatoarele genuri de activitate:

- elaborarea si exploatarea software;

- activitatea legate de computere si software;

- activitatea comerciala de intermediere, tranzactii de import-export;

- comert cu amanuntul specializat, inclusiv tehnicii de birou si accesoriile;

RLSRL00078

— alaturarea infrastructurii, proiectarea, montarea - instalarea, intretinerea si exploatarea retelelor publice de transport de date.

Alte tipuri de activitate se desfasoara in modul prevazut de legislatie.

3. CAPITALUL SOCIAL. COTELE DE PARTICIPARE.

3.1. Capitalul social al Societatii este de 5 400 (cinci mii patru sute) lei.

3.2. La data constituirei Societatii Capitalul social a fost format pe contul aporturilor depuse respectiv de catre Asociatii-fondatori:

| Nr. d/r | Denumirea sau numele si prenumele Asociatului | Aportul in Capitalul social in lei | % | Cota Asociatului din beneficiul distribuit al Societatii (%) |
|---|---|---|---|---|
| 1 | Demcenco S.I. | 2 160 | 40 | 40 |
| 2 | Masiutin M.G. | 1 620 | 30 | 30 |
| 3 | Tanurcov S.S. | 1 620 | 30 | 30 |
| | TOTAL: | 5 400 | 100 | 100 |

3.3. Cotele de participare (aporturile) ale Asociatilor-fondatori sint transmise Societatii in termenele prevazute de Contractul de constituire a Societatii, iar persoanele, care devin membri cu cote de participare dupa crearea Societatii, le depun in modul stabilit de adunarea generala a Societatii.

3.4. Capitalul social poate fi completat pe contul beneficiului restant la dispozitia Societatii dupa achitarea platilor in bugete cotelor de participare.

3.5. Capitalul social poate fi micsorat pe contul micsorarii valorii certificatelor la cotele de participare rascumpararii de catre Societate a certificatului la cota de participare a Asociatului retras din componenta ei, cu anularea ulterioara a acestui certificat.

RLSRL00079

4. FONDUL DE REZERVA. APORTURI SUPLIMENTARE

4.1. Societatea creaza fondul de rezerva in marime de 15% din Capitalul social. Fondul de rezerva se creaza prin prelevari anuale din beneficiu pina se va atinge cuantumul prevazut. Marimea prelevarilor anuale este stabilita de catre adunarea generala a Asociatilor, dar nu poate constitui mai putin de 5% din suma beneficiului net.

4.2. Asociatii pot depune cote suplimentare la aport pentru acoperirea pierderilor suportate de Societate sau in cazul cind temporar sunt necesare asemenea cote. Cota suplimentara nu majoreaza aportul Asociatului in Capitalul social. Plata cotelor suplimentare se efectueaza proportional cu aporturile in Capitalul social. Decizia privind depunerea cotelor suplimentare si suma acestora este adoptata de adunarea generala prin votarea in unanimitate tuturor Asociatilor; cu privire la modul si termenele de depunere - cu majoritatea de 3/4 din voturile Asociatilor.

4.3. Asociatii nu-si asuma obligatii pentru executarea unor servicii suplimentare.

5. ORGANELE DE CONDUCERE ALE SOCIETATII

Organele de conducere ale Societatii sint:

- adunarea generala a Asociatilor, denumita in continuare "Adunare";

- organul executiv, ce se creaza la decizia Adunarii sau sub forma de Comitet de gestiune, sau prin instituirea functiei de director. Organul executiv, indiferent de forma sa va fi numit in continuare "Director";

- comisia de cenzori sau cenzorul, numita in continuare "Cenzorul".

6. ADUNAREA GENERALA. EVIDENTA VOTURILOR ASOCIATILOR

6.1. De competenta exclusiva a Adunarii sint:

1) modificarea Statutului, majorarea si/sau reducerea Capitalului social;
2) aprobarea raportului si bilantului anual, repartizarea beneficiului;
3) alegerea si revocarea Directorului;
4) alegerea si revocarea Cenzorului;
5) aprobarea modului de remunerare a muncii si a salariilor tarifare ale Directorului si Cenzorului;
6) excluderea Asociatului din Societate;
7) aprobarea contractelor, inclusiv pe sume ce depasesc de 30 de ori Capitalul social, precum si a contractelor incheiate intre Societate si Asociatii ei;
8) aprobarea deciziilor cu privire la raspunderea materiala a Directorului si Cenzorului;
9) organizarea si lichidarea Societatii.

RLSRL00080

6.2.  La aprobarea deciziilor in cadrul adunarii generale sau fara convocarea adunarii generale Asociatii poseda numarul de voturi proportional cu valoarea certificatelor la cota sa de participare, conform principiului: "un procent din Capitalul social - un vot".

6.3.  Deciziile in orice probleme se adopta cu majoritatea simpla a voturilor, cu exceptia problemelor expuse in subpunctele 1,2,6,9 ale punctului 6.1.  Pentru adoptarea deciziilor privind aceste probleme se cere o majoritate de 3/4 din numarul total de voturi ale Asociatilor.  Daca numarul Asociatilor e mai mic de 3 si aporturile acestora sint egale, problema se adopta numai cu acordul tuturor Asociatilor Societatii.

6.4.  Asociatii nu are drept de vot la examinarea problemelor in privire la incheierea sa la raspunderea si la acceptarea contractului sau incheiat cu Societatea.

6.5. Adunarile pot fi anuale si extraordinare.

Adunarile anuale se convoaca in modul stabilit de legislatie.

Adunarea extraordinara poate fi convocata la cererea :

- Directorului, daca aceasta o cer interesele Societatii in ansamblu;

- Cenzorului;

- Asociatilor care poseda in ansamblu mai mult de 10% de voturi. Daca in decursul a 8 zile Directorul n-a indeplinit cerinte data, Asociatii sint in drept sa convoace singuri Adunarea.

6.6. In cazurile cind e imposibila convocarea operativa a Adunarii pentru solutionarea problemelor de examinat, privind activitatea Societatii, precum si in alte cazuri, stabilite in documentele interne ale Societatii, se admite adoptarea hotaririlor prin metoda chestionarii Asociatilor in modul stabilit de legislatie. Decizia prin metoda chestionarii se considera adoptata, daca impotriva ei nu s-a pronuntat nici unul dintre Asociati.

6.7.  In celelalte cazuri, privind convocarea Adunarii si includerii in ordinea de zi a unor sau altor probleme, Asociatii se conduc de legislatia in vigoare.

7. ORGANUL EXECUTIV (DIRECTORUL)

7.1. Activitatea curenta a Societatii este condusa de Director.

7.2. Directorul:

- organizeaza activitatea Societatii, tinerea evidentei contabile si a lucrarilor de secretariat, angajarea lucratorilor la Societate si eliberarea lor din functie;

- incheie tranzactii in numele Societatii;

- este in drept sa actioneze, fara procura, in numele Societatii,

RLSRL00081

executa hotaririle Adunarii;

- informeaza darea de seama si bilantul anual si le prezinta
  Adunarii;

- organizeaza executarea hotaririlor Adunarii;

- solutioneaza alte probleme privind activitatea Societatii, cu
  exceptia celor ce tin neamijlocit de competenta Adunarii.

8. CENZORUL

8.1. Cenzorul are dreptul:

- sa efectueze controlul activitatii Societatii din initiativa
  proprie;

- sa ceara de la functionarii Societatii prezentarea tuturor
  materialelor necesare si a explicatiilor personale;

- sa participe cu vot consultativ la sedintele organului executiv
  (Directiei).

8.2. Cenzorul este obligat:

- sa verifice darea de seama si bilantul anual ale Societatii,
  precum si bilantul de lichidare, va raporteze privind revizia
  efectuata, pe care o anexeaza la darea de seama anuala;

- sa controleze activitatea Societatii din insarcinarea Adunarii
  sau la cererea cel putin a unuia dintre Asociati;

- transmite Adunarii materialele cu rezultatele controlului
  efectuat;

- sa nu devulge secretele comerciale privind activitatea
  Societatii;

- sa ceara convocarea extraordinara a Adunarii, daca sint in
  pericol interesele esentiale ale Societatii sau au fost
  descoperite incalcari grave din partea functionarilor
  Societatii.

9. DREPTURILE SI OBLIGATIILE ASOCIATILOR

9.1. Asociatii Societatii sint obligati:

- sa depuna aporturile sale in modul, marimea si formele prevazute
  in actele de constituire;
- sa nu devulge informatia confidentiala referitoare la
  activitatea Societatii;
- sa respecte prevederile actelor de constituire;
- sa execute obligatiile asumate in modul stabilit fata de
  Societate;
- sa acorde sprijinul necesar Societatii, ca aceasta sa-si poata
  desfasura activitatea.

9.2. Asociatii Societatii au dreptul:

- ...

RLSRL00082

stabilit de Statut si legislatie;

- sa beneficieze de cota de beneficiu proportionala cu aportul depus;
- sa beneficieze de informatia referitoare la activitatea Societatii, inclusiv sa se familiarizeze cu datele documentarii contabile si darile de seama, alte documente, in modul stabilit de Adunare;
- sa beneficieze de dreptul preferential la procurarea cotei in intregime sau partial a Asociatului care se retrage din Societate, proportional cu aportul lor depus in Capitalul social sau alta marime conform intelegerii dintre ei;
- sa ceara examinarea unei enumite probleme la sedinta Adunarii, in modul stabilit de Statut si legislatie;
- sa ceara convocarea extraordinara a Adunarii, in modul stabilit de Statut si legislatie;
- sa ceara controlul activitatii desfasurate de Directie;
- sa instraineze certificatul sau la cota de participare in intregime (sau partial) unuia sau mai multor Asociati ori tertelor persoane, in modul stabilit de Statut si legislatie.

9.3. Asociatul Societatii, care nu executa sistematic sau executa in mod nesatisfacator obligatiile sale, sau prin actiunile sale impiedica realizarea obiectivelor Societatii, poate fi exclus din Societate cu majoritatea de 3/4 din voturile Asociatilor. In acest caz Asociatul (reprezentantul lui) nu participa la votare.

10. MODUL DE INSTRAINARE A CERTIFICATELOR LA COTA DE PARTICIPARE

10.1. Asociatul Societatii are dreptul sa instraineze (sa transmita, sa vinda) liber certificatul sau la cota de participare altui asociat al Societatii.

Asociatul are dreptul sa instraineze certificatul la cota de participare atit integral, cit si partial.

10.2. Asociatii beneficiaza de dreptul preponderent la obtinerea certificatului la cota de participare a Asociatului care il instraineaza, proportional cu valoarea certificatelor sau la cota de participare sau la un pret negociat.

10.3. Asociatul isi poate instraina certificatul la cota de participare unei terte persoane numai in cazul in care alti asociati ai Societatii nu s-au folosit de drepturile lor prioritare la obtinerea certificatului la cota de participare care se instraineaza.

10.4. Asociatul, care intentioneaza sa-si instraineze certificatul sau la cota de participare integral sau partial, Prima Directorului a notificare in scris cu expunerea motivelor si conditiilor instrainarii, inclusiv pretul si termenul instrainarii. In acest caz Directorul este obligat sa convoace Adunarea extraordinara.

Decizia Asociatilor privind procurarea sau refuzul de a procura certificatul la cota de participare este necesar sa fie adoptata cel mai tirziu de expirarea a 90 de zile din data primirii de catre Director a notificarii scrise.

RLSRL00083

In caz contrar, precum si in cazul cand Adunarea adunta decizia privind refuzul de a procura certificatul la cota de participare instrainat sau o parte a valorii lui, Asociatul are dreptul sa efectueze instrainarea in utilitatea tertelor persoane. Concomitent conditiile de instrainare tertelor persoane nu pot fi mai avantajoase decit cele propuse celorlalti Asociati in notificarea scrisa.

10.5. In caz de reorganizare a Asociatului – persoana juridica sau de deces al Asociatului – persoana fizica, drepturile si obligatiile lui in cadrul Societatii fata de legislatie si prezentul Statut trec la succesorii de drept (mostenitori). Daca succesorii de drept (mostenitorii) renunta la participarea in calitate de Asociati ai Societatii, certificatele lor la cota de participare trebuie sa fie instrainate in modul prevazut in punctele 10.1., 10.2., 10.3. si 10.4. ale prezentului Statut.

10.6. In caz de lichidare a Asociatului – persoana juridica ceilalti Asociati sint in drept sa procure certificatul la cota de participare a Asociatului lichidat conform ordinului coordonat cu comisia de lichidare, stabilit in punctele 10.1. si 10.2. ale prezentului Statut sau sa adopte decizia privind instrainarea lui tertelor persoane, in modul stabilit in punctele 10.3. si 10.4. ale prezentului Statut.

10.7. Alte raporturi ale Asociatilor in legatura cu Capitalul social si modul de instrainare a certificatelor la cota de participare se reglementeaza conform legislatiei in vigoare.

## 11. MODUL DE REPARTIZARE SI DE INVESTIRE A BENEFICIULUI

11.1. Beneficiul net al Societatii se repartizeaza conform deciziei Adunarii in modul urmator:

- pentru crearea si completarea fondului de rezerva;

- pentru Dezvoltarea Societatii;

- pentru stimularea Directorului, Cenzorului, personalului Societatii;

- pentru alte scopuri la aprecierea Adunarii;

- pentru plata dividentelor cuvenite Asociatilor conform totalurilor activitatii de un an sau pentru o alta perioada de timp coordonata intre ei in ordinea stabilita conform prevederilor prezentului Statut.

11.2. Modul de utilizare a mijloacelor din fondurile create de baza beneficiului net se stabileste de catre Adunarea, iar se determina totusi aceasta de catre Director.

## 12. REORGANIZAREA SI LICHIDAREA

12.1. Sistarea activitatii Societatii are loc pe calea reorganizarii sau lichidarii ei.

La reorganizarea Societatii drepturile si obligatiile acestei sunt preluate de succesorul de drept.

RLSRL00084

Lichidarea Societatii are loc:

- in cazul cind Societatea da faliment:
- in cazul cind numarul de Asociati s-a redus pina la unul. daca in timp de sase luni in Societate nu vor fi admisi noi Asociati:
- la decizia Adunarii:
- in alte cazuri prevazute de legislatie si prezentul Statut.

12.2. In cazul lichidarii Societatii:

- se creaza o Comisie de lichidare (se numeste lichidatorul Intreprinderii). care se numeste de catre Asociatul unic si actioneaza in modul stabilit de legislatia Republicii Moldova:

- Comisia de lichidare (lichidatorul Intreprinderii) publica in Monitorul Oficial al Republicii Moldova informatie despre lichidarea Intreprinderii. procedura si termenele in care se va efectua lichidarea. termenul limita de inaintare a creantelor de creditori. precum si evalueaza activele Intreprinderii (bunurile si toate obligatiile patrimoniale fata de Intreprindere). stabileste creantele creditorilor. comunicindu-le acestora despre lichidarea Intreprinderii. ia masuri pentru perceperea datoriei de debitori:

- dupa expirarea termenului de inaintare a creantelor de catre creditori. Comisia de lichidare (lichidatorul) prezinte spre aprobare Asociatului unic Procesul-verbal de evaluare al activelor. lista creantelor inaintate de creditori si suma acestora. precum si rezultatul examinarii lor. Documentele sus mentionate sa aproba de catre Asociatul unic si se aduc la cunostinta fiecarui creditor:

- Comisia de lichidare (lichidatorul). dupa executare a tuturor creantelor creditorilor. intocmeste bilantul de lichidare si il prezinta odata cu predarea Asociatului unic bunurilor ramase ale Intreprinderii:

- bunurile transmise Intreprinderii. filialelor ei in folosinta sunt restituite proprietarilor lor. iar valoarea dreptului de folosinta la momentul lichidarii se include in suma ce li se cuvine proprietarilor in cauza la repartizarea finala a mijloacelor.

12.3. Lichidarea Intreprinderii se considera incheiata. iar Intreprinderea isi inceteaza activitatea - din momentul radierii ei din Registrul de Stat al Comertului.


A S O C I A T I I:

Demcenco Sergiu Ion

Masiutin Maxim Ghenadii

Tanurcov Stefan Stefan

RLSRL00085

La 03 februarie anul 1998 eu, Viorica Botnari,
notar de stat la Biroul notarial de stat nr.2 din
sectorul Centru,oraşul Chişinău, Republica Moldova,
legalizez exactitatea semnăturilor cet.Demcenco
Sergiu,Masiutin Maxim,Tanurcov Ştefan efectuate
în prezenţa mea.
Identitatea semnatarilor este stabilită.

S-a înregistrat în condică cu nr.8/IO-3-577
S-a încasat taxa de stat   I leu 80 bani
Notarul de stat

RLSRL00086



" INREGISTRAT ":
Camera Înregistrării de Stat
a Departamentului Tehnologii
Informaţionale

**0 4. 01. 200**

din

Registrator de Stat

_I. MERLICI_ , I. MERLICI

"APROBAT":
de adunarea generală a asociaţilor
Firmei "RITLABS" S.R.L
proces verbal nr. 1 din 14.11.2001

# ACORD

### CU PRIVIRE LA MODIFICĂRILE ÎN DOCUMENTELE DE CONSTITUIRE A
### FIRMEI " RITLABS" S.R.L.
### nr. de înregistrare 105077910 din 16.02.1998

**Asociaţii:**

**Demcenko Serghei**, născut la 06.05.1960, domiciliat: mun. Chişinău, str. Ginta Latină 17/1, ap.91, buletin de identitate A 88017094, eliberat de of.88 la data de 08.02.2000, c/i 2000088007672.
**Tanurcov Ştefan**, născut la 19.04.1974, domiciliat: mun. Chişinău, str. Albişoara 80/5, ap. 31, buletin de identitate A 02039961, eliberat de of.02 la data de 06.11.1998, c/i 0962505547913.
**Masiutin Maxim** , născut la 14.09.1977, domiciliat: mun. Chişinău, str. Mircea cel Bătrăn 3, ap. 78, buletin de identitate A 03018954, eliberat de of.03 la data de 26.02.1998, c/i 0982502032795,
în baza procesului verbal nr. 1 din 14.11.2001 **privind schimbarea sediului**, au hotărît următoarele :
**I. Punctul 2** al Contractului de constituire şi punctul 1.3 al Statutului se modifică şi vor avea următorul conţinut:

**Sediul** Firmei **"RITLABS"** S.R.L.: mun. Chişinău, bd. Ştefan cel Mare 180, bir. 102

Prezentul Acord a fost întocmit în 2 exemplare care au aceeaşi valoare juridică, dintre care un exemplar se păstrează la Camera Înregistrării de Stat , iar celălalt se cliberează solicitantului.

**Asociaţii:**                                                    **Semnatura:**

Tanurcov Ştefan

Demcenko Serghei

Masiutin Maxim

**RLSRL00087**

REPUBLICA MOLDOVA

NOTARUL PUBLIC **LIDIA ZAPOROJANU**

SEDIUL BIROULUI: MUN. CHIŞINĂU, BD. ŞTEFAN CEL MARE 69/1

Tel: 27-80-61

*Anul două mii doisprezece, luna ianuarie, ziua a nouăsprezecea*

Eu, notar public, Lidia Zaporojanu, legalizez această copie, identică cu originalul documentului prezentat mie, care nu conţine ştersături sau adăugiri, cuvinte suprimate sau alte corectări nespecificate.

S-a înregistrat cu  nr. *1033*

S-a încasat taxa de stat - *1-00 lei*

S-a perceput plata pentru serviciul notarial - *20-00 lei*

NOTAR  PUBLIC

