# EXHIBIT X

Home | Español | Blog | Archive | Index

Search

FORMS    NEWS    RESOURCES    LAWS    OUTREACH    ABOUT US

Temporary Workers
CW-1: CNMI-Only Transitional Worker
E-1 Treaty Traders
E-2 Treaty Investors
E-2 CNMI Investor
E-3 Certain Specialty Occupation Professionals from Australia
H-1B Specialty Occupations and Fashion Models
H-1C Registered Nurse
H-2A Agricultural Workers
H-2B Non-Agricultural Workers
H-3 Nonimmigrant Trainee
I Representatives of Foreign Media
**L-1A Intracompany Transferee Executive or Manager**
L-1B Intracompany Transferee Specialized Knowledge
O-1 Individuals with Extraordinary Ability or Achievement
P-1A Internationally Recognized Athlete
P-1B Member of Internationally Recognized Entertainment Group
P-2 Performer or Group Performing under Reciprocal Exchange Program
P-3 Artist or Entertainer Part of a Culturally Unique Program
Q Cultural Exchange
R-1 Temporary Religious Workers
TN NAFTA Professionals
Permanent Workers
Information for Employers & Employees
Students and Exchange Visitors
Temporary Visitors for Business

Home > Working in the United States > Temporary Workers > L-1A Intracompany Transferee Executive or Manager    Printer Friendly

## L-1A Intracompany Transferee Executive or Manager

The L-1A nonimmigrant classification enables a U.S. employer to transfer an executive or manager from one of its affiliated foreign offices to one of its offices in the United States.  This classification also enables a foreign company which does not yet have an affiliated U.S. office to send an executive or manager to the United States with the purpose of establishing one.  The employer must file Form I-129, Petition for a Nonimmigrant Worker, on behalf of the employee.

The following describes some of the features and requirements of the L-1 nonimmigrant visa program.

### General Qualifications of the Employer and Employee

To qualify for L-1 classification in this category, the employer must

- Have a qualifying relationship with a foreign company (parent company, branch, subsidiary, or affiliate, collectively referred to as qualifying organizations); and
- Currently be, or will be, doing business as an employer in the United States and in at least one other country directly or through a qualifying organization for the duration of the beneficiary's stay in the United States as an L-1.  While the business must be viable, there is no requirement that it be engaged in international trade.

Doing business means the regular, systematic, and continuous provision of goods and/or services by a qualifying organization and does not include the mere presence of an agent or office of the qualifying organization in the United States and abroad.

Also to qualify, the named employee must

- Generally have been working for a qualifying organization abroad for one continuous year within the three years immediately preceding his or her admission to the United States; and
- Be seeking to enter the United States to render services in an executive or managerial capacity to a branch of the same employer or one of its qualifying organizations.

Executive capacity generally refers to the employee's ability to make decisions of wide latitude without much oversight.  Managerial capacity generally refers to the ability of the employee to supervise and control the work of professional employees and to manage the organization, or a department, subdivision, function, or component of the organization.  It may also refer to the employee's ability to manage an essential function of the organization at a high level, without direct supervision of others.  See section 101(a)(44) of the Immigration and Nationality Act, as amended, and 8 CFR 214.2(l)(1)(ii) for more complete definitions.

### New Offices

For foreign employers who are seeking to send an employee to the United States as an executive or manager in order to establish a new office, it must also be shown that

- Sufficient physical premises to house the new office have been secured
- The employee has been employed as an executive or manager for one continuous year in the three years preceding the filing of the petition; and
- The intended U.S. office will support an executive or managerial position within one year of the approval of the petition.

See 8 CFR 214.2(l)(3)(v) for details.

### Period of Stay

Qualified employees entering the United States to establish a new office will be allowed a maximum initial stay of one year.  All other qualified employees will be allowed a maximum initial stay of three years.  For all L-1A employees, requests for extension of stay may be granted in increments of up to an additional two years, until the employee has reached the maximum limit of seven years.

### Family of L-1 Workers

The transferring employee may be accompanied or followed by his or her spouse and unmarried children who are under 21 years of age.  Such family members may seek admission in L-2 nonimmigrant classification and, if approved, generally will be granted the same period of stay as the employee.  If these family members are already in the United States and seeking change of status to or extension of stay in L-2 classification, they may apply collectively, with fee, on Form I-539.  Spouses of L-1 workers may apply for work authorization by filing Form I-765 with fee.  If approved, there is no specific restriction as to where the L-2 spouse may work.

### Blanket Petitions

Certain organizations may establish the required intracompany relationship in advance of filing individual L-1 petitions by filing a blanket petition.  In order to establish eligibility for blanket L certification, the employer

- And each of the qualifying organizations must be engaged in commercial trade or services
- Must have an office in the United States which has been doing business for one year or more
- Must have three or more domestic and foreign branches, subsidiaries, and affiliates
- Must meet one of the following criteria
    - Along with the other qualifying organizations, have obtained at least 10 L-1 approvals

**More Information**

- Filing Multiple L-1 Intracompany Transferee Petitions Related to the Same Project
- H-1B and L-1 Fee Increase According to P.L. 111-230 Questions and Answers
- Frequently Asked Questions about Part 6 of Form I-129, Petition for a Nonimmigrant Worker

**News Items**

- USCIS Announces "Entrepreneurs in Residence" Initiative
- USCIS Implements H-1B and L-1 Fee Increase According to P.L. 111-230

**Forms**

- Employment Based Forms
- Form I-129, Petition for a Nonimmigrant Worker
- Form I-765, Application for Employment Authorization

**Other USCIS Links**

- VIBE Program
- Work Authorization
- 8 CFR

**Non-USCIS Links**

- U.S. Department of State: Partial Reduction in Visa Operations at U.S. Consulate, Mumbai

Add Our RSS Feed

during the previous 12-month period; or
- Have U.S. subsidiaries or affiliates with combined annual sales of at least $25 million; or
- Have a U.S. work force of at least 1,000 employees.

The approval of a blanket L petition does not guarantee that an employee will be granted L-1A classification. It does, however, provide the employer with the flexibility to transfer eligible employees to the United States quickly and with short notice without having to file an individual petition with USCIS. In most cases, once the blanket petition has been approved, the employer need only complete Form I-129S, Nonimmigrant Petition Based on Blanket L Petition, and send it abroad to the employee along with a copy of the blanket petition Approval Notice and other required evidence, so that the employee may present it to a consular officer.

See 8 CFR 214.2(l)(4) and 8 CFR 214.2(l)(5) for more details regarding blanket petitions.

Last updated: 03/08/2010

**InfoPass**  
**My Case Status**  
**Change of Address**  
**Visa Bulletin**  
**Passports**  
**E-Verify**  
**Careers at USCIS**  
**Site Map (Index)**  
**Contact Us**  
**USCIS ELIS**

**Citizenship**  
**Green Card**  
**Family**  
**Working in the U.S.**  
**Humanitarian**  
**Adoption**  
**Military**  
**Avoid Scams**  
**Genealogy**  
**Visit the U.S.**

**U.S. Department of Homeland Security**  
**U.S. Customs & Border Protection**  
**U.S. Immigration & Customs Enforcement**  
**White House**  
**U.S. Department of State**  
**USA.gov**

**USCIS Freedom of Information Act and Privacy Act**  
**No FEAR Act**  
**Website Policies**  
**Social Media Policy**  
**Privacy and Legal Disclaimers**  
**Accessibility**  
**Plug-ins**  
**Adobe Reader**  
**Windows Media Player**  
**Archive**

2 of 2	6/25/12 11:20 AM