# EXHIBIT Y

Serghei Demcenko <serg@ritlabs.com>
Agreement & transfer
April 23, 2010 7:10 PM



Женя, добрый день!

Больша просьба сегодня прислать мне подписанный договор и сделать платежи по инвойсам.
Мне нужно сдать все документы  до конца этой недели.

--
Serghei Demcenko
RITLABS SRL
Director
web: http://www.ritlabs.com
mail-to: serg@ritlabs.com

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215                                              CIFNET (INC) 48

Serghei Demcenko <serg@ritlabs.com> 📎
Новый договор.
April 23, 2010 6:52 PM



Женя, добрый день!

Посмотри плиз в приложении новый договр с RITLABS Inc.
Все условия остались прежними.

Постарался как можно меньше вставить от известных тебе товарищей :)

Насколько я понимаю для тебя его лучше заключить с 1-го числа этого года.

LA CIFnet.docx (76 KB)

--
Serghei Demcenko
serg@ritlabs.com

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215                                              CIFNET (INC) 49

Serghei Demcenko <serg@ritlabs.com>
Agreement & transfer
April 23, 2010 7:10 PM

    ,      !

                                        .

                       .

--
Serghei Demcenko
RITLABS SRL
Director
web: http://www.ritlabs.com
mail-to: serg@ritlabs.com

Zhenya, Good day!
I have a big favor to ask, send me signed agreement today and pay the invoices.
I have to submit all the paperwork by the end of the week.

Serghei Demcenko <serg@ritlabs.com>
.
April 23, 2010 6:52 PM

  ,   !
           RITLABS Inc.
     .
                :)
            1-     .

LA CIFnet.docx (76 KB)
--
Serghei Demcenko
serg@ritlabs.com

---

Zhenya, Good day!
 Have a look, please at the attachment. There is a new agreement with Ritlabs Inc.
 All the conditions are the same. I tried to include as little as possible from certain well-known to you fellows:).
My understanding, it would be better for you to sign this agreement as of the 1st of this year.