# EXHIBIT Z

Yevgeniy Kruglov <yk@cifnet.com>
Re: Invoce jan-mar-2011
April 22, 2011 9:14 PM

Привет,

Tuesday, April 19, 2011, 6:31:52 PM, you wrote:

> Вот счет за январь-март этого года.
> Просьба оплатить, мне нужно показать движение по счету с американской компанией.

Готово, в понедельник-вторник увидишь на счету.


--
Best regards,
Yevgeniy              mailto:yk@cifnet.com

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215                                              CIFNET (INC) 14

Yevgeniy Kruglov <yk@cifnet.com>
Re: Invoce jan-mar-2011
April 22, 2011 9:14 PM

,
Tuesday, April 19, 2011, 6:31:52 PM, you wrote:

--
Best regards,
Yevgeniy mailto:yk@cifnet.com

Hey,
Tuesday, April 19, 2011, 6:31:52 PM, you wrote:

Here is the invoice for January-March of this year.
Please, pay it; I need to show money flow on the American company's account.

It's all done. Monday-Tuesday you'll see it on the account.