# EXHIBIT AA

Serghei Demcenko <serg@ritlabs.com>
Invouce
September 19, 2011 6:41 PM



Женя, добрый день.

Оплати плиз приложенный инвойс. Это за апрель, май, июнь 2011 года.

По визе нас пустили на "второй круг" требуют кучу разных дополнительных бумажек и нанятых работников.

Я пока не выездной. Статус в состоянии продолжен, но виза истекла и новую дадут не ранее чем через два месяца.... :(

Ольге с Владом повезло больше. Им по какой то причине дали визу на три года. В остальном у нас все хорошо. Зимой собираемся ближе к вам, в горы.

**RITlabs Inc.**
communications software

# INVOICE

RITLABS Inc
901 N. Pitt Street
Suite 325
Alexandria, VA 22314
e-mail: office@ritlabs.com

To: CIFNet, Inc.
PO Box 5966
Vernon Hills, IL 60061-5966
tel:+1(773)989-0442
facsimile:+1(312)803-0951

Date: 22-Jul-2011
Invoice # CIF-220711

| CONTRACT NAME AND DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|
| "Licensing agreement", January 1,2010 | Due on Receipt | |

| Qty | Description | Unit price | Line total |
|---|---|---|---|
| 133 | The Bat!v4 Professional Edition(jun2011) | $45.00 | $5,985.00 |
| 38 | The Bat!v4 Professional Edition(2-10pc) | $36.00 | $1,368.00 |
| 69 | The Bat!v4 Professional Edition(11-30pc) | $31.50 | $2,173.50 |
| 3 | The Bat!v4 Professional Edition(privilege lic)(upgrade) | $23.00 | $69.00 |
| 12 | The Bat!v4 Professional Edition(privilege lic )(student) | $25.00 | $300.00 |
| 75 | The Bat!v4 Home Edition | $35.00 | $2,625.00 |
| 32 | The Bat!v4 Home Edition (upgrade) | $24.50 | $784.00 |
| | | Subtotal | $13,304.50 |
| | | -30% | -$3,991.35 |
| | | Total | $9,313.15 |

By: Serghei Demcenko
Title: CEO, Ritlabs Inc.



CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215

CIFNET (INC) 9

*Thank you for your business!*

--
Serghei Demcenko
serg@ritlabs.com

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215

CIFNET (INC) 10

Serghei Demcenko <serg@ritlabs.com>
Invouce
September 19, 2011 6:41 PM

, .
  . , , 2011 .
      " . "        .
    . ,           .... :(
      .       .   .
  , .

---

Zhenya, Good day.
Please, pay the attached invoice. This is for April, May, June 2011.
With visa, they sent us for a second round, demand bunch of additional paperwork and employees.
I can't leave the country for now. My conditional status had been extended but visa had expired, and new one will be issued no sooner then in two months…:(
Olga and Vlad got lucky. For some reason, their visas were issued for three years. As for the rest, everything is fine. For the winter we are going to relocate closer to you, to the mountains.