# EXHIBIT BB

From: Serghei Demcenko <serg@ritlabs.com>
Subject: letter
Date: September 27, 2011 8:50:17 AM EDT
To: Tigor Talmatski <tigor@ritlabs.com>
Cc: Stefan Tanurcov <stef@ritlabs.com>, Max Masiutin <max@ritlabs.com>

Игорь, добрый день.

подготовь пожалуйста решение собрания учредителей следующего содержания.
Дата от  января 2001 года.

Сергею Демченко  предоставить право представлять компанию за рубежом с правами ведения переговоров по организации филиалов, дочерних компаний, поиску инвестиций и контролю над привлеченными финансами.

Отдай его Стефану и Максиму на подписание.

Это нужно на меня не как директора, а как соучредителя компании RITLABS SRL

PS Желательно все сделать сегодня.

--
Serghei Demcenko
serg@ritlabs.com

RLSRL00269

**From**: Serghei Demcenko <serg@ritlabs.com>
**Subject**: letter
**Date**: September 27, 2011 8:50:17 AM EDT
**To**: Tigor Talmatski <tigor@ritlabs.com>
**Cc**: Stefan Tanurcov <stef@ritlabs.com>, Max Masiutin <max@ritlabs.com>

Igor, good day.

Please prepare decision of the founders' meeting with the following content.
Date from January 2001.

To grant Serghei Demcenko the right to represent the company abroad with the rights to conduct negotiations regarding organization of branches, subsidiary companies, search of investments and control over the attracted finances.

Give it to Stefan and Maxim for signatures.

This is needed for me not as director, but as co-founder of the company RITLABS SRL

PS  It is preferable to do everything today.

--
Serghei Demcenko
serg@ritlabs.com

RLSRL00269

TRANSLATOR'S CERTIFICATION

I, Alla Malova, certify that I am proficient in the English and Russian languages and that the attached document has been truthfully and accurately translated by me from Russian to English to the best of my knowledge.
Address:	1199 North Fairfax Street, Suite 702, Alexandria, VA 22314
Telephone:	703-527-1779
Date:	June 28, 2012
Signature:	/s/ Alla Malova