# EXHIBIT CC

**From:** Serghei Demcenko <serg@ritlabs.com>
**Subject:** Re: letter
**Date:** September 27, 2011 12:00:09 PM EDT
**To:** Serghei Demcenko <serg@ritlabs.com>
**Cc:** Tigor Talmatski <tigor@ritlabs.com>, Stefan Tanurcov <stef@ritlabs.com>, Max Masiutin <max@ritlabs.com>

---

Это для иммиграционной службы.

Им нужна некая история подтверждающая мою деятельность в компании не только как операционного директора, но как сторону влияющую на принятие стратегических решений.

--
Serghei Demcenko
serg@ritlabs.com


On 09 27, 2011, at 08:50 , Serghei Demcenko wrote:

> Игорь, добрый день.
>
> подготовь пожалуйста решение собрания учредителей следующего содержания.
> Дата от января 2001 года.
>
> Сергею Демченко предоставить право представлять компанию за рубежом с правами ведения переговоров по организации филиалов, дочерних компаний, поиску инвестиций и контролю над привлеченными финансами.
>
> Отдай его Стефану и Максиму на подписание.
>
> Это нужно на меня не как директора, а как соучредителя компании RITLABS SRL
>
> PS Желательно все сделать сегодня.
>
> --
> Serghei Demcenko
> serg@ritlabs.com

RLSRL00271

**From**:   Serghei Demcenko <serg@ritlabs.com>
**Subject**: Re: letter
**Date**:   September 27, 2011 12:00:09 PM EDT
**To**:     Serghei Demcenko <serg@ritlabs.com>
**Cc**:     Tigor Talmatski <tigor@ritlabs.com>, Stefan Tanurcov <stef@ritlabs.com>, Max Masiutin <max@ritlabs.com>

This is for the immigration service.

They need some kind of story confirming my activity in the company not only as operating director, but as a party influencing strategic decision making.

--
Serghei Demcenko
serg@ritlabs.com


On 09 27, 2011, at 08:50 . Serghei Demchenko wrote:

> Igor, good day.
>
> Please prepare decision of the founders' meeting with the following content.
> Date from January 2001.
>
> To grant Serghei Demcenko the right to represent the company abroad with the rights to conduct negotiations regarding organization of branches, subsidiary companies, search of investments and control over the attracted finances.
>
> Give it to Stefan and Maxim for signatures.
>
> This is needed for me not as director, but as co-founder of the company RITLABS SRL
>
> PS  It is preferable to do everything today.
>
> --
> Serghei Demcenko
> serg@ritlabs.com

**RLSRL00271**


TRANSLATOR'S CERTIFICATION

I, Alla Malova, certify that I am proficient in the English and Russian languages and that the attached document has been truthfully and accurately translated by me from Russian to English to the best of my knowledge.
Address:      1199 North Fairfax Street, Suite 702, Alexandria, VA 22314
Telephone:    703-527-1779
Date:         June 28, 2012
Signature:    /s/ Alla Malova