# EXHIBIT DD

From: Maxim Masiutin <max@ritlabs.com>
Subject: Re: letter
Date: September 27, 2011 9:26:49 AM EDT
To: Serghei Demcenko <serg@ritlabs.com>
Cc: Stefan Tanurcov <stef@ritlabs.com>

Hello Serghei,

Tuesday, September 27, 2011, , you wrote:

SD> Дата от  января 2001 года.
А почему именно 2001 года?

--
Best regards,
Maxim                    mailto:max@ritlabs.com

RLSRL00268

**From**:       Maxim Masiutin <max@ritlabs.com>
**Subject**:    Re: letter
**Date**:       September 27, 2011 9:26:49 AM EDT
**To**:         Serghei Demcenko <serg@ritlabs.com>
**Cc**:         Stefan Tanurcov <stef@ritlabs.com>


Hello Serghei,

Tuesday, September 27, 2011, you wrote:

SD> Date from January 2011.

Why specifically 2001?


--
Best regards,
Maxim                   mailto:max@ritlabs.com


**RLSRL00268**


TRANSLATOR'S CERTIFICATION

I, Alla Malova, certify that I am proficient in the English and Russian languages and that the attached document has
been truthfully and accurately translated by me from Russian to English to the best of my knowledge.
Address:        1199 North Fairfax Street, Suite 702, Alexandria, VA 22314
Telephone:      703-527-1779
Date:           June 28, 2012
Signature:      /s/ Alla Malova