# EXHIBIT FF



RITLABS SRL
180 Stefan Cel Mare, ap. 102
MD-2004, Chisinau, Rep. of Moldova
Tel +373 22 295781 / Fax +373 22 295932
http://www.ritlabs.com

To: **Ritlabs Inc**
901 N. Pitt str suite 325
Alexandria, VA 22314
e-mail:office@ritlabs.com
tel: 1 703 8703769

# INVOICE

INVOICE No:   RTL-101011
DATE:         10.10.2011

| N/N | DESCRIPTION | QTY(ord) | | AMOUNT(USD) |
|---|---|---|---|---|
| 1 | The Bat! V5  (sep2011) | | | 75000,00 |
| | | SUBTOTAL | | 75000,00 |
| | | DISCOUNT | 60% | -45000,00 |
| | | TOTAL DUE | | 30000,00 |

TOTAL DUE: 30000.00 USD (thirty thousand US dollars 00 cents).

Bank Wire transfer to (please show the data below to Bank officer):

| 56 | Correspondent Bank<br>Bank's Code<br>Account: | CITIBANK N.A., New York, USA<br>SWIFT: CITI US 33<br>36141833 |
|---|---|---|
| 57 | Beneficiary's Bank<br>Address<br>Bank's Code | VICTORIABANK, Chisinau, Moldova<br>31 August str., 141, MD 2004 Chisinau, Republic of Moldova<br>SWIFT: VICBMD2X |
| 59 | Beneficiary:<br>Address:<br>Account: | RITLABS SRL<br>Stefan cel Mare 180, MD 2004 Chisinau, Republic of Moldova<br>222400100104584 |




VAT Registration Number 0501351,  Fiscal Code  1003600096166



**CONFIDENTIAL**                                                                                  RLSRL09209



RITLABS SRL
180 Stefan Cel Mare, ap. 102
MD-2004, Chisinau, Rep. of Moldova
Tel +373 22 295781 / Fax +373 22 295932
http://www.ritlabs.com

To:  **RITLABS Inc**
901 N. Pitt str
Suite 325
Alexandria, VA 22314
USA

# INVOICE

INVOICE No:  USA-171210
DATE:  17.12.2010

| N/N | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | The Bat! V3, V4 Software Licence | 18 542,00 $ |
|  | TOTAL DUE | 18 542,00 $ |

**TOTAL DUE: 18542 US dollar**

**Bank Wire transfer to (please show the data below to Bank officer):**

Correspondent Bank: **CITIBANK N.A., New York, USA,**
SWIFT: **CITI US 33**
Correspondent account: **36141833**

Beneficiary's Bank : **VICTORIABANK, Chisinau, Moldova**
Address: **31 August str., 141, MD 2004 Chisinau, Republic of Moldova**
SWIFT: **VICBMD2X**

Beneficiary:  **RITLABS SRL**
Address: **Stefan cel Mare 180, MD 2004 Chisinau, Republic of Moldova**
Account: **222400100104584**



Chief accountant
Igor Talmatchi

VAT Registration Number 0501351,   Code Fiscal 1003600096166

Total Due is payable within 5 bank days.



**CONFIDENTIAL**    RLSRL09210



RITLABS SRL
180 Stefan Cel Mare, ap. 102
MD-2004, Chisinau, Rep. of Moldova
Tel +373 22 295781 / Fax +373 22 295932
http://www.ritlabs.com

To: **RITLABS Inc**
901 N. Pitt str
Suite 325
Alexandria, VA 22314
USA

# INVOICE

INVOICE No:  USA-240611
DATE:  24.06.2011

| N/N | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | The Bat! V3, V4 Software Licence | 15 386,30 $ |
|  | TOTAL DUE | 15 386,30 $ |

**TOTAL DUE: 15386,3 US dollar**

**Bank Wire transfer to (please show the data below to Bank officer):**

Correspondent Bank: **CITIBANK N.A., New York, USA,**
SWIFT: **CITI US 33**
Correspondent account: **36141833**

Beneficiary's Bank: **VICTORIABANK, Chisinau, Moldova**
Address: **31 August str., 141, MD 2004 Chisinau, Republic of Moldova**
SWIFT: **VICBMD2X**

Beneficiary: **RITLABS SRL**
Address: **Stefan cel Mare 180, MD 2004 Chisinau, Republic of Moldova**
Account: **222400100104584**



Chief accountant
Igor Talmatchi

VAT Registration Number 0501351,   Code Fiscal 1003600096166



Total Due is payable within 5 bank days.

**CONFIDENTIAL**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RLSRL09211