# EXHIBIT II

00000002
=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=
From:      Maxim Masiutin <max@ritlabs.com>
To:        serg@ritlabs.com <serg@ritlabs.com>
Date:      Saturday, August 6, 2011, 4:38:29 PM
Subject:   [Ritlabs-news] RITLABS Brings MailVoyager
Files:     <none>
-------========---========---========---========---========---========---========
Hello Serg,

Friday, August 5, 2011, 4:37:44 AM, you wrote:

> Alexandria, VA; August 2, 2011 – RITLABS released MailVoyager™, a fully

Мы договаривались, что ты откроешь отдельную фирму (не филиал и не
представительство) которая будет заниматься отдельными, не связанными с Ritlabs
SRL проектами, и не будет пропускать через себя деньги от продуктов Ritlabs SRL.
Мы говорили что для того, чтобы пропускать деньги или использовать ресурсы
Ritlabs SRL у американской фирмы должны быть те же доли участия, что и у
Ritlabs, но ты этот вариант не принял и сказал что решил сделать полностью
отдельную фирму.

А оказалось, что ты открыл фирму с тем же названием и используешь ресурсы
Ritlabs SRL, чем нарушил нашу договоренность. Еще не поздно исправиться и
сделать у Ritlabs Inc те же доли участия, что и у Ritlabs SRL.


--
Best regards,
 Maxim                            mailto:max@ritlabs.com


=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=

From: Ma202 Ma4ulin Bmax2@ritlabs.com
To:     serg@ritlabs.com <serg@ritlabs.com>
Date:  Saturday, August 6, 2011, 4:38:29 PM
Subject: [Ritlabs-news] RITLABS Brings MailVoyager
Files:  <none>

Hello, Serg,

We agreed that you would open a separate firm (not a branch and not a representative office) that would deal with separate projects not related to the "Ritlabs" Ltd and that would not carry money from the "Ritlabs" Ltd products through it. We said that the American firm should have the same participation shares as the "Ritlabs" Ltd had, in order to carry through the money or to use the "Ritlabs" Ltd resources, but you did not accept this variant and said that you had decided to create an entirely separate firm.

But it turned to be that you opened a firm with the same name and use the "Ritlabs" Ltd resources, thus breaking our agreement. It is yet possible to mend your way and to make the same participation shares in the "Ritlabs" Inc, as they in the "Ritlabs" Ltd are.


--
Best regards,
Maxim                  mail to: max@ritlabs.com


13

00000003

```
=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=
From:     Serghei Demcenko <serg@ritlabs.com>
To:       Maxim Masiutin <max@ritlabs.com>
Date:     Saturday, August 6, 2011, 5:53:43 PM
Subject:  [Ritlabs-news] RITLABS Brings MailVoyager
Files:    Message.html
=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=
```

Макс, добрый день!


:)


Интересный разговор. Но не неожиданный для меня.



Насколько я понимаю, ты пытаешься выставить ультиматум и заблокировать продажу
MailVoyager через Amazon, так как  я не получил от тебя ни обещанного
инсталятора MailVoyager, ни блока ключей для изготовления карточек и сборки
готового продукта для отправки на склад Amazon.



Предлагаю не сваливать все в одну кучу и не ломать сук на котором сидишь.

Хотя может у бебя есть другой бизнес и тебе уже не очень интересна наша
компания, как источник поступления денег.



В любом случае считаю не конструктивно предпринимать любые действия, которые
могут отрицательно сказаться на текущей работе и принести убыток компании.



```
--
Serghei Demcenko
RITLABS SRL
Director
http://www.ritlabs.com
mailto:serg@ritlabs.com
```



On Aug 6, 2011, at 9:38 AM, Maxim Masiutin wrote:

Hello Serg,

Friday, August 5, 2011, 4:37:44 AM, you wrote:

Alexandria, VA; August 2, 2011 - RITLABS released MailVoyager™, a fully

Мы договаривались, что ты откроешь отдельную фирму (не филиал и не
представительство) которая будет заниматься отдельными, не связанными с Ritlabs
SRL проектами, и не будет пропускать через себя деньги от продуктов Ritlabs SRL.
Мы говорили что для того, чтобы пропускать деньги или использовать ресурсы

Ritlabs SRL у американской фирмы должны быть те же доли участия, что и у Ritlabs, но ты этот вариант не принял и сказал что решил сделать полностью отдельную фирму.

А оказалось, что ты открыл фирму с тем же названием и используешь ресурсы Ritlabs SRL, чем нарушил нашу договоренность. Еще не поздно исправиться и сделать у Ritlabs Inc те же доли участия, что и у Ritlabs SRL.


--
Best regards,
 Maxim                          mailto:max@ritlabs.com


=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=

From: Serghei Demcenko <serg@ritlabs.com>
To:      Maxim Masiutin <max@ritlabs.com>
Date:   Saturday, August 6, 2011, 5:53:43 PM
Subject: [Ritlabs-news] RITLABS Brings MailVoyager
Files:   Message.html

Good afternoon, Max!

:)

It is an interesting conversation. But it is not unexpected for me.

As I realize, you are trying to make an ultimatum and block the sale of MailVoyager through Amazon since I have received neither promised MailVoyager installer, nor block of keys for cards production and finished product integration to be sent to the Amazon warehouse, from you.

I suggest not putting all eggs into a basket and not biting the hand that feeds you.

However, you may have another business and you are already not so interested in our company as in the source of money earning.

In any case, I do not consider it constructive to take any actions that may negatively influence on current work and incur losses on the company.


--
Serghei Demcenko
RITLABS LTD
Director
http://www.ritlabs.com
mail to: serg@ritlabs.com

00000004

=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=
From:    Maxim Masiutin <max@ritlabs.com>
To:      Serghei Demcenko <serg@ritlabs.com>
Date:    Sunday, August 7, 2011, 1:14:43 PM
Subject: [Ritlabs-news] RITLABS Brings MailVoyager
Files:   <none>
--=====----====----=====----=====----====----=====----====---===--
Hello Serghei,

Ты правильно написал, не надо сваливать всё в одну кучу, ты ответь по существу
вопроса.


--
Best regards,
 Maxim                        mailto:max@ritlabs.com


=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=

From: Maxim Masiutin <max@ritlabs.com>
To:    Serghei Demcenko <serg@ritlabs.com>
Date:  Sunday, August 7, 2011, 1:14:43 PM
Subject: [Ritlabs-news] RITLABS Brings MailVoyager
Files:  <none>

Hello, Serghei,

You wrote correctly, we should not put all eggs into a basket, please, answer to the point.

--
Best regards,
Maxim                          mail to: max@ritlabs.com

14

00000005

=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=
From:    Serghei Demcenko <serg@ritlabs.com>
To:      Maxim Masiutin <max@ritlabs.com>
Date:    Sunday, August 7, 2011, 4:19:55 PM
Subject: [Ritlabs-news] RITLABS Brings MailVoyager
Files:   Message.html
--=====--===-===----===---====---====----===---====----====---===---====--

По существу – соберем в сентябре собрание и обсудим этот вопрос.
Ну и все остальные связанные с текущей работой, конечно.


    --
Serghei Demcenko
RITLABS SRL
Director
http://www.ritlabs.com
mailto:serg@ritlabs.com



On Aug 7, 2011, at 6:14 AM, Maxim Masiutin wrote:


Hello Serghei,

Ты правильно написал, не надо сваливать всё в одну кучу, ты ответь по существу
вопроса.


--
Best regards,
 Maxim                       mailto:max@ritlabs.com




=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=

From: Serghei Demcenko <serg@ritlabs.com>
To:     Maxim Masiutin <max@ritlabs.com>
Date:   Sunday, August 7, 2011, 4:19:55 PM
Subject: [Ritlabs-news] RITLABS Brings MailVoyager
Files:  Message.html

As regarding the answer to the point – we will convene the assembly in September and will discuss
this issue and, of course, all other issues concerning current work.

\-\-

Serghei Demcenko
RITLABS LTD
Director
http://www.ritlabs.com
mail to: serg@ritlabs.com

```
                              00000006
=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=
From:    Maxim Masiutin <max@ritlabs.com>
To:      Serghei Demcenko <serg@ritlabs.com>
Date:    Sunday, August 7, 2011, 4:49:37 PM
Subject: [Ritlabs-news] RITLABS Brings MailVoyager
Files:   <none>
-=====---====----====---=====----====------=====----=======---====-
Hello Serghei,

Sunday, August 7, 2011, 4:19:55 PM, you wrote:

> По существу - соберем в сентябре собрание и обсудим этот вопрос.
> Ну и все остальные связанные с текущей работой, конечно.

Ты принимал эти решения без собрания, поэтому не надо ждать собрания в
сентябре, лучше скажи сейчас всё как есть.


--
Best regards,
 Maxim                           mailto:max@ritlabs.com


=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=
```

From: cMaxim Masiutin <max@ritlabs.com>
To:      Serghei Demcenko <serg@ritlabs.com>
Date:  Sunday, August 7, 2011, 4:49:37 PM
Subject: [Ritlabs-news] RITLABS Brings MailVoyager
Files:   <none>

Hello, Serghei,

You took these decisions without assembly, so it is not necessary to wait for the assembly in September; it is better to tell everything now as it is.


--
Best regards,
Maxim                    mail to: max@ritlabs.com


15

00000007

=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=
From:      Serghei Demcenko <serg@ritlabs.com>
To:        Maxim Masiutin <max@ritlabs.com>
Date:      Sunday, August 7, 2011, 5:03:24 PM
Subject:   [Ritlabs-news] RITLABS Brings MailVoyager
Files:     Message.html
-=====-===-=-====---===---=---====--------===----====-===-----====------===---===
Принятие самостоятельных решений - это моя основная задача, как директора
компании.


Компания работает с прибылью и радует своих учредителей доходами, не смотря на
годы тяжелых перемен и неудач в некоторых наших проектах.

Для меня это главный приоритет.



Если возникнут вопросы продажи компании или долей, то безусловно мы это все
обсудим на собрании учредителей.



Только я прошу  не забывать тебя так же, что компания RITLABS  SRL основана нами
не ровном месте, а как наследник компании RIT, к которой лично ты, как
учредитель, не имеешь никакого отношения, но с удовольствием пользуешься
результатами ее деятельности.



--
Serghei Demcenko
serg@ritlabs.com



On Aug 7, 2011, at 9:49 AM, Maxim Masiutin wrote:

Hello Serghei,

Sunday, August 7, 2011, 4:19:55 PM, you wrote:

По существу - соберем в сентябре собрание и обсудим этот вопрос.

Ну и все остальные связанные с текущей работой, конечно.

Ты принимал эти решения без собрания, поэтому не надо ждать собрания в
сентябре, лучше скажи сейчас всё как есть.


--
Best regards,
 Maxim                        mailto:max@ritlabs.com

=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=

.

To:        Serghei Demcenko <serg@ritlabs.com>
Date:    Sunday, August 7, 2011, 7:57:16 PM
Subject: [Ritlabs-news] RITLABS Brings MailVoyager
Files:   <none>

Hello, Serghei,

The decisions you write about were adopted by you with excess of your powers of director, you proceeded dishonestly and illegally. It's a pity that my proposal to do everything correctly was not understood.

--
Best regards,
Maxim                          mail to: max@ritlabs.com

16

00000008

=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=
From:    Maxim Masiutin <max@ritlabs.com>
To:      Serghei Demcenko <serg@ritlabs.com>
Date:    Sunday, August 7, 2011, 7:57:16 PM
Subject: [Ritlabs-news] RITLABS Brings MailVoyager
Files:   <none>
--=====----=---=====----====--------=====---=====-----====---------=====---===--
Hello Serghei,

Решения, о которых ты пишешь, ты принял с превышением своих полномочий
директора, поступив непорядочно и незаконно. Очень жаль, что мое предложение
сделать всё правильно не нашло понимания.

--
Best regards,
 Maxim                          mailto:max@ritlabs.com


=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=

From: Maxim Masiutin <max@ritlabs.com>
To:      Serghei Demcenko <serg@ritlabs.com>
Date:   Sunday, August 7, 2011, 7:57:16 PM
Subject: [Ritlabs-news] RITLABS Brings MailVoyager
Files:  <none>

Hello, Serghei,

The decisions you write about were adopted by you with excess of your powers of director, you proceeded dishonestly and illegally. It's a pity that my proposal to do everything correctly was not understood.

--
Best regards,
Maxim                         mail to: max@ritlabs.com

16

00000009

=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=
From:    Serg <serg@ritlabs.com>
To:      Maxim Masiutin <max@ritlabs.com>
Date:    Sunday, August 7, 2011, 9:21:31 PM
Subject: [Ritlabs-news] RITLABS Brings MailVoyager
Files:   <none>
-=====-===---=====----=====------=====----=====---=====----=====-=---====--
Все вопросы относящиеся к компитенции   собрания учредителей мы будем обсуждать
на собрании учредителей.

А пока я прошу просто выполнять свои обязанности как работника компании.

--
Serghei Demcenko
Serg@ritlabs.com


On Aug 7, 2011, at 12:57 PM, Maxim Masiutin <max@ritlabs.com> wrote:

> Hello Serghei,
>
> Решения, о которых ты пишешь, ты принял с превышением своих полномочий
директора, поступив непорядочно и незаконно. Очень жаль, что мое предложение
сделать всё правильно не нашло понимания.
>
> --
> Best regards,
> Maxim                          mailto:max@ritlabs.com
>


=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=

From:  Serg <serg@ritlabs.com>
To:    Maxim Masiutin <max@ritlabs.com>
Date:  Sunday, August 7, 2011, 9:21:31 PM
Subject: [Ritlabs-news] RITLABS Brings MailVoyager
Files:  <none>

All issues related to the competence of the assembly of founders we will discuss at the assembly of founders.

But till that moment I ask you to only fulfill your duties as a company's employee.

--
Serghei Demcenko
Serg@ritlabs.com

```
                                  00000010
=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=
From:      Serghei Demcenko <serg@ritlabs.com>
To:        Maxim Masiutin <max@ritlabs.com>
Date:      Monday, August 8, 2011, 1:40:38 AM
Subject:   [Ritlabs-news] RITLABS Brings MailVoyager
Files:     Message.html
-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=
```

Макс, Стефан, добрый день.


Что бы снизить накал обсуждения, могу сказать, что твое предложение Макс, нашло во мне понимание. Но его решение с моей стороны пока окончательно не сформировано. Так как с твоей стороны, есть только требование, но нет предложения, что новая копания получит взамен от тебя лично?  Ну например обеспечение привлечения инвестиций под предложенные тобой проекты, или может какой то патент, который поможет захватить долю рынка...


Я понимаю например, когда одна компания отдает долю  другой компании за какие то льготные условия или договоренности.  Что касается частных инвесторов – это вопрос о том, что будет лично привнесено в компанию.


Но действовать с позиции ультиматума и предъявления личных претензий не считаю верным любой из сторон.


И совершенно убежден, что развал деятельности компании (прямо или косвенно через судебные разбирательства например) не приведет к желаемой цели.


Я понимаю, что у тебя появился вкус к судебным процессам и опыт в отстаивании своих прав и прав жителей твоего кондоминимума.

Если тебе удалось отстоять  – ты просто молодец! Я знаю  не по наслышке, как сложно держать эти удары.


С удовольствием воспользуюсь полученным тобой опытом, когда на нас наедет налоговая или иная инстанция.

Вероятность этого очень велика в усложняющихся экономических условиях.


Инициировать проверку самостоятельно да еще с пристрастием, я  не буду. Так как могут быть довольно тяжелые последствия не только для компании но для работников персонально. Было бы желание что то найти, а уж как это сделать – вопрос техники.


Так же прошу учесть, что в случае обнаружения нарушений,  у нас заберут льготу по подоходному налогу, по крайней мере  с начала этого года.

Это повлечет за собой штраф, закрытие счетов и невозможность дальнейшей деятельности компании. Ответственность возврата за невыплаченный на льготных условиях подоходный налог с работников ляжет персонально на каждого пользующегося этой льготой. Про это даже думать не хочу...

в общем все вопросы нужно решать спокойно и конструктивно в позитивном ключе. иначе с таким настроением мы Слоника не продадим :) (копирайт - адекдот про слоника)..

в заключение хочу сказать следующее.

Мне очень нравится как работает наша компания последний год. В особенности этот год , за что всем большое спасибо.

Уверен, что версия, которая выйдет в сентябре будет нашим первым большим прорывом после длительной переделки и реконструкции кода оставив позади наши "болезни" и "депрессию".

А тебе, Макс, хочу сказать простую мысль (которую я понял довольно недавно, но по наитию следовал ей всегда) - бизнес это не простое следование законам и правилам из книжек, а сложная постоянная и нервная деятельность и взаимоотношение людей, для разрешения постоянно возникающих перед тобой вызовов. Именно постоянная, а не вряма от времени - это ключевое слово в бизнесе.

Для меня это не просто компания - это часть моей жизни, которую я отдал для того, что бы это все состоялось. Жертв принесено очень много и цена их гораздо выше любых денег. Я убедил Стефана а затем и тебя пойти вместе со мной этим путем. В какое то время мы были вместе игогда рядом игогда врозь, убеждения, уговоры.. но работа таки шла.. И я искренне счастлив, что у нас есть повод что то делить, кроме долгов и непогашенных кредитов. Значит все было сделано правильно.

У нас даже есть общая история - шутка сказать, двадцать лет.

С времени работы над DN в мутное время, с бюджетом $5 в неделю и майонезом с хлебом и банкой сала в книжном шкафу.. и поиск у кого одолжить деньги в займы, что бы заплатить зарплату работникам и оплатить аренду...и жизнь компании на спонсорские деньги и безумные вылазки за границу на работу с получением бесценного опыта. И жуткий "насильный" выход второй версии TheBat!, когда все уже нас похоронили.. Это все история, но я уверен в не менее хорошем будущем. По крайней мере в ближайшие 5-ть лет.

00000010

Не стоит забывать - на нас  лично, лежит социальная ответственность за большое количество людей, которые живут за счет продаж наших продуктов, а также ответственность перед миллионом пользователей.  И бросать их "под поезд" в угоду любым (и  моим в том числе) амбициям нельзя. Может это несколько высокопарно, но факт есть факт - мы в ответственности за тех кого приручили.

По этому вести себя по детски в вопросах деятельности компании, считаю преступной и непозволительной  роскошью...

Это я к тому, что если все же победит желание подходить к вопросу с формальной позиции, то очень скоро будем участвовать в съемках документального кино, сюжет которого довольно стар.... в неотапливаемой скромной квартирке папа  читает детям на ночь сказку "про рыбака & Рыбку",  а знакомым за кружечку бесплатного пива,  увлечено рассказывает в дешевой пивнушке,  как все могло классно сложиться в этой жизни если бы не......

Длинновато получилось, но думаю достаточно, что бы подумать о своем вкладе в общее дело, а также о доли законности и порядочности своих поступков и действий/бездействий на протяжении всех этих непростых лет, ну и конечно сделать из этого выводы.

--
Serghei Demcenko
RITLABS SRL
Director
http://www.ritlabs.com
mailto:serg@ritlabs.com

On Aug 7, 2011, at 12:57 PM, Maxim Masiutin wrote:

Hello Serghei,

Решения, о которых ты пишешь, ты принял с превышением своих полномочий директора, поступив непорядочно и незаконно. Очень жаль, что мое предложение сделать всё правильно не нашло понимания.

--
Best regards,
 Maxim                          mailto:max@ritlabs.com

=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=

From: Serge Demchenko <serg@ritlabs.com>
To:    Maxim Masiutin <max@ritlabs.com>
Date:  Monday, August 8, 2011, 1:40:38 AM
Subject: [Ritlabs-news] RITLABS Brings MailVoyager
Files: Message.html

Good afternoon, Max, Stefan.
To hold down the intensity of discussion, I can say that I understood your proposal, Max. But I, from my part, have not formed up the final decision yet because you, from your part, have only requirements and do not have a suggestion, what the new company will obtain personally from you. For instance, guarantees of attraction of investments for the project proposed by you; or, maybe, a patent that will help to gain a part of the market...

I understand if, for example, a company gives a share to another company for privileged conditions or agreements. As for private investors, this issue concerns the things that will be personally brought to the company.
But I do not consider it right for any party to act from the position of ultimatum and lodging of personal claims.

And I am absolutely convinced that breakdown of the company's activity (direct or indirect one, through judicial procedure, for instance) will not lead to the desired goal.

I realize that you have got the taste for legal procedures and experience in assertion of your rights and rights of the dwellers of your condominium.

If you managed to assert them, you are fine fellow! I know firsthand, how difficult it is to bite the bullet.

I will use the experience you gained with pleasure when tax authority or another one takes a swipe at us.

This probability is very great under economic conditions that become more and more complicated.

I will not initiate the verification, especially a thorough one, since there may be rather serious consequences not only for the company but for the employees personally. You should only have a desire to find something, but the way you do it is just a "technical" matter.

I also ask you to take into consideration that in case of detection of any breaches, we will be deprived of allowances for the income tax, at least from the beginning of this year.

This will result in a fine, closing of the accounts and impossibility to carry out the company's activity in future. Responsibility for return of the employees' income tax not paid out under privileged conditions will be personally saddled on every person, who benefits from this privilege. I do not want even to think of it...

In general, all problems shall be solved calmly and constructively, in a positive way. Otherwise, we won't sell the elephant with such a mood :) (copyright – funny story about the elephant)..

I want to say the following things as a conclusion.

I like the way our company has been working over the last year very much. Especially over this year, and I want to thank everybody for it.

17

I am sure that the version released in September will be our first great breakthrough after long-term readjustment and reconstruction of the code, leaving behind all our "illnesses" and "depression".

As for you, Max, I want to tell you a simple thought (which I have understood rather recently but which I have always followed inspiredly): business is not just a simple following of laws and rules from the books but it is a complex constant and nervous activity and interrelation of people oriented to solving challenges that permanently appear before you. It is namely a constant process but not from time to time – this is a key word in business.

It is not just a company for me – this is a part of my life that I gave in order to make it all be. There has been a great deal of sacrifices and their price is much higher than any money. I convinced Stefan and then you to follow this way with me. Some time we were together, somewhere – one near another, somewhile – apart; there were persuasions, convictions… but work was still going on… And I am really happy that we have a reason to share something but not only debts and unpaid loans. It means that everything was done rightly.

We even have common history: it's no laughing matter – twenty years.

Since the times of work on DN in dark years, having the budget of $5 per week, bread with mayonnaise and a can of fat in the bookcase… and search for somebody, who could lend the money to pay the salary to the employees and to pay for the rent too…and company's life on the account of sponsor money and mad excursions abroad to work with obtainment of priceless experience. And awful "forced" release of the second version of the TheBat! when everybody already deep-sixed us… this is history but I am sure that the future will be as good as well. At least, for the nearest five years.

We should not forget that we personally bear social responsibility for a great number of people, who live off sales of our products, as well as responsibility before a million of user. And we cannot throw them "under a train" in favor of anyone's ambitions (including mine too). Maybe, it is a bit magnific, but the fact is that we are responsible for those, whom we tamed.

That's why I consider it wrongful and unattainable luxury to behave childly when it comes to the company's activity…

I mean that if, nevertheless, the desire to regard the issue from the formal position wins, then very soon we will take part in shooting of a documentary film, the plot of which is rather used…. in an unheated humble flat the father reads the night fairy tale "About a Fisherman and Fish" to his children and then he passionately tells his acquaintances for a cup of free beer in a cheap jerry shop, how fine everything could go in this life if only…

It turned out to be a rather long letter but I think it is enough to think about each own contribution to the common affair, as well as about the percent of legality and decency in your actions and deeds/inactions during all these complicated years, and, of course, to draw conclusions from it.

--
Serghei Demcenko
RITLABS LTD
Director
http://www.ritlabs.com
mail to: serg@ritlabs.com

00000011
=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=
From:      Maxim Masiutin <max@ritlabs.com>
To:        Serghei Demcenko <serg@ritlabs.com>
Date:      Monday, August 8, 2011, 9:41:13 AM
Subject:   [Ritlabs-news] RITLABS Brings MailVoyager
Files:     <none>
-=====----====----=====----====----=======----=====----=======----=======----=====----====
Hello Serghei,

Ты пойми простую идею: работа, которую ты проводишь, поиск инвесторов, и прочее,
это твоя обязанность, вытекающая из твоей должности, и не является поводом для
увеличения твоей доли пирога за счет уменьшения чьей-то доли. Для фирмы я хочу
только хорошего и не собираюсь вредить фирме, как ты написал. Фирма не
пострадает.  Фирма ничего плохого не сделала, а ты лично делаешь. Я лишь требую
прозрачности, порядочности и законности. Очень неприятно слышать, когда для
своей защиты ты переходишь на личности и уводишь в сторону, придумываешь
заслуги, и т.п.


--
Best regards,
 Maxim                               mailto:max@ritlabs.com


=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=

To:     Serghei Demcenko <serg@ritlabs.com>
Date:   Monday, August 8, 2011, 9:41:13 AM
Subject: [Ritlabs-news] RITLABS Brings MailVoyager
Files:  <none>

Hello, Serghei,

You should realize a simple thought: the work you carry out, search for investors, etc. is your duty
arising from your post and this is not a reason for increasing your piece of cake on the account of
reduction of someone other's share. I want all the best for the company and I am not going to do
harm for the company, as you wrote. The company will not suffer. The company did not do any bad
things but you personally do. I just require transparency, decency and legality. It is very unpleasant
to hear you going into personals, leading astray and inventing merits, etc. in order to protect yourself.


--
Best regards,
Maxim              mail to: max@ritlabs.com

18

```
                              00000012
=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=
From:     Serghei Demcenko <serg@ritlabs.com>
To:       Maxim Masiutin <max@ritlabs.com>
Date:     Monday, August 8, 2011, 8:42:45 PM
Subject:  [Ritlabs-news] RITLABS Brings MailVoyager
Files:    Message.html
-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=
Максим,
```

требования твои я считаю   справедливыми (не только по отношению к тебе, но и ко
мне и к Стефану) и мы их обязательно рассмотрим на нашем собрании учредителей.

Заслуги  и пролеты, я не придумываю. У кого что есть – то есть.

Мы не в вакууме живем, и каждый день оставляем  следы и плоды своей
деятельности.  Кто то делает больше, кто то меньше. Соответственно и получать
должен адекватно своей деятельности и ее результатам, а не руководствоваться
только  размером доли акций компании.

Учитывая это я предлагаю так же обсудить порядок и размер выплаты дивидендов и
распределение доходов от деятельности копании.

Так как в настоящий момент выплаченные дивиденды  почти никак не возвращаются в
компанию и не способствуют ее развитию.

Уверен, что это позволит мне повысить эффективность деятельности нашей компании
и значительно расширить рынок продаж.

```
--
Serghei Demcenko
RITLABS SRL
Director
http://www.ritlabs.com
mailto:serg@ritlabs.com
```

On Aug 8, 2011, at 2:41 AM, Maxim Masiutin wrote:

Hello Serghei,

Ты пойми простую идею: работа, которую ты проводишь, поиск инвесторов, и прочее,
это твоя обязанность, вытекающая из твоей должности, и не является поводом для
увеличения твоей доли пирога за счет уменьшения чьей-то доли. Для фирмы я хочу
только хорошего и не собираюсь вредить фирме, как ты написал. Фирма не
пострадает.  Фирма ничего плохого не сделала, а ты лично делаешь. Я лишь требую

прозрачности, порядочности и законности. Очень неприятно слышать, когда для
своей защиты ты переходишь на личности и уводишь в сторону, придумываешь
заслуги, и т.п.


--
Best regards,
 Maxim                              mailto:max@ritlabs.com


 .
=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=

═·═·─═·─·═·─·═·─·═·─·═·─·═·─·═·─·═·─·═·─·═·─·═·

From: Serghei Demcenko <serg@ritlabs.com>
To:    Maxim Masiutin <max@ritlabs.com>
Date: Monday, August 8, 2011, 8:42:45 PM
Subject: [Ritlabs-news] RITLABS Brings MailVoyager
Files:  Message.html

═·═══·─·═══·═══·───·───·───·═══·───·───·═══·───·═══·───·═══·

Maxim,

I consider your requirements to be just (not only in relation to you but also to Stefan and me) and will discuss them at our assembly of founders for sure.

I do not invent merits and failures. Everybody has that he has.

We do not live in the vacuum and every day we leave traces and fruits of our activity. Somebody does more, somebody does less. And, respectively, everybody shall receive remuneration adequately to his activity and its results but shall not be governed only by the amount of the company's shares.

Taking this into consideration, I also suggest discussing the procedure of payment and amount of dividends and distribution of the profit from the company's activity since at the present moment, the dividends paid are almost not returned to the company and do not contribute to its development.

I am sure that this will allow me increasing effectiveness of our company's activity and significantly extending the sales market.

--
Serghei Demcenko
RITLABS LTD
Director
http://www.ritlabs.com
mail to: serg@ritlabs.com

═·═·─═·─·═·─·═·─·═·─·═·─·═·─·═·─·═·─·═·─·═·─·═·

Данный перевод был осуществлен с русского языка на английский язык в бюро переводов ИП «Пырэу Ирина» 18.05.2012.

Translation of this text from the Russian language into English language was done by the translation office "Pirau Irina" on 18.05.2012.

Подпись

Signature_____