# EXHIBIT JJ

Участнику общества с ограниченной
ответственностью «Ritlabs» s.r.l.
господину Демченко Сергею, ул.
Ginta Latina, д.17/1, кв. 91, MD-2044,
мун. Кишинэу, Р.Молдова

Уважаемый господин Демченко,

Вы приглашаетесь на внеочередное общее собрание участников общества с ограниченной ответственностью «Ritlabs» s.r.l.

Повестка дня:

1. Об освобождении от исполнения обязанностей прежнего директора общества с назначением нового.

Собрание состоится 12 декабря 2011 года в 10:00 по адресу бул. Штефан чел Маре 180, оф.102, мун. Кишинэу, Р.Молдова

С уважением,

*[подпись]*
Максим Масютин

*[подпись]*
Стефан Танурков

29 ноября 2011

RLSRL00259

*Translation from the Russian language into the English language*

>  To the associate of the "RITLABS" Limited
>  Mister Demcenko Serghei, resident of
>  17/1 Ginta Latina Street, apt.91, MD-2044,
>  Chisinau municipality, Republic of Moldova

Honorable Mr. Demcenko,

You are invited to the extraordinary general assembly of the associates of the "RITLABS" Limited.

Agenda of the assembly:

1. On relief of his duties of the former director of the company and appointment of a new one.

The meeting will take place on the 12th of December, 2011, at 10:00 a.m. at the address: 180 Stefan cel Mare Avenue, office 102, Chisinau municipality, Republic of Moldova.

Sincerely yours,

*/signature/*
Maxim Masiutin

*/signature/*
Stefan Tanurcov

The 29th of November, 2011


Данный перевод был осуществлен с русского языка на английский язык в бюро переводов ИП «Пырэу Ирина» 20.02.2012.
Translation of this text from the Russian language into English language was done by the translation office "Pirau Irina" on 20.02.2012.

Подпись
Signature _____