# EXHIBIT KK

*Translation from the Romanian language into the English language*

**Report nr. 11211**
**of the general meeting of legal entity's shareholders**
**Limited Liability Company "Ritlabs" IDNO ▮▮▮▮6166**

12.12.2011                                                                                           Chisinau city

Participated:

- **Tanurcov Stefan**, born on ▮▮▮▮1974, place of birth Chisinau city, Republic of Moldova, ID card of the citizen of Republic of Moldova A ▮▮▮▮961, issued on 06.11.1998, personal No.▮▮▮▮7913, residence: Republic of Moldova, Chisinau city, ap.31, bl.5, Nr. 80, Albisoara street, MD-2005, participation rate 30% from social fund.
- **Masiutin Maxim**, born on ▮▮▮▮1977, place of birth Sankt – Petersburg, Russia, ID card of the citizen of Republic of Moldova A ▮▮▮▮084, issued on 05.06.2002, personal Nr▮▮▮▮2795, residence: Republic of Moldova, Cisinau city, ap.78, nr.3, Mircea cel Batrin street, MD – 2044 participation rate 30% from social capital.

Absented:

- **Demcenko Serghei**, born on ▮▮▮▮1960, place of birth: Uzbekistan, ID card of the citizen of Republic of Moldova A ▮▮▮▮259, issued on 10.03.2005, personal Nr▮▮▮▮7672, residence: Republic of Moldova, Chisinau city, ap.91, bl.1, nr.17, Ginta Latina street, MD – 2044, participation rate 40 % from social fund.

Agenda:

1. To dismiss the administrator and to designate the new administrator.

Decided:

1. To dismiss Mr. Demcenko Serghei, from the position of administrator of the Limited Liability Company "Ritlabs" and to deignate in the same position Mr. Masiutin Maxim. The decision follows to be registered and the changes follow to be performed at the State Registration Chamber.

| **The associates:** | **Signature:** |
|---|---|
| Tanurcov Stefan | / signature / |
| Masiutin Maxim | / signature / |

RLSRL00478

Traducerea acestui text din limba română în limba engleză a fost efectuată în Biroul de traduceri II "Pîrău Irina" la 25.01.2012

Translation of this text from the Romanian language into English language was done by the translation office "Pirau Irina" on 25.01.2012.

Semnătura

Signature _____

RLSRL00479

PROCES-VERBAL Nr. 11211
AL ADUNĂRII GENERALE A ASOCIAȚILOR PERSOANEI JURIDICE
Societatea cu Răspundere Limitată „RITLABS" IDNO 1003600096166

12.12.2011

mun. Chișinău

**Au participat:**
- TANURCOV STEFAN, data nașterii 19.04.1974, locul nașterii mun. Chișinău, Republica Moldova, buletin de identitate al cetățeanului RM A 02039961 eliberat la data de 06.11.1998, IDNP 0962505547913, domiciliu: MD-2005, str. Albișoara, nr.80, bl.5, ap.31, mun. Chișinău, Republica Moldova, cota de participare 30% din Capitalul social.
- MASIUTIN MAXIM, data nașterii 14.09.1977, locul nașterii Sankt-Petersburg, Rusia, buletin de identitate al cetățeanului RM A 48080084 eliberat la data de 05.06.2002, IDNP 0982502032795, domiciliu: MD-2044, bd. Mircea cel Bătrîn, nr.3, ap.78, mun. Chișinău, Republica Moldova, cota de participare 30% din Capitalul social.

**A lipsit:**
- DEMCENKO SERGHEI, data nașterii 06.05.1960, locul nașterii: Uzbekistan, buletin de identitate al cetățeanului RM A 88055295 eliberat la data de 10.03.2005, IDNP 2000088007672, domiciliu: MD-2044, str. Ginta Latina, nr.17, bl.1, ap.91, mun. Chișinău, Republica Moldova, cota de participare 40% din Capitalul social.

**Ordinea de zi:**
1. Eliberarea a administratorului și desemnarea noului administrator.

**S-a hotărît:**
1. De a elibera dl. DEMCENKO SERGHEI din funcția de administrator al Societății cu Răspundere Limitată „RITLABS" și a numi în această funcție pe dl. MASIUTIN MAXIM. Hotărîrea urmează a fi înregistrată și modificările urmează a fi efectuate la Camera Înregistrării de Stat.

**Asociații :**                **Semnătura:**

TANURCOV STEFAN

MASIUTIN MAXIM