# EXHIBIT LL



You are logged in as enrico1999 | **Upgrade Your Account** | Log out | Help

ritlabs.com | Whois Search | Search

Overview | Whois Lookup | Reverse Whois | Whois History | Hosting History | Screenshot History | Name Server Report | Reverse IP | DNS Tools

## Whois History for Ritlabs.com on 2003-05-19

Tweet | Like | 1k

**Enter a domain name to get its history**

ritlabs.com | Get History

Next »

| | |
|---|---|
| **Domain:** | **ritlabs.com** - Whois History |
| **Cache Date:** | 2003-05-19 |
| **Registrar:** | **TUCOWS, INC.** |
| **Server:** | whois.opensrs.net |
| **Created:** | 1996-12-13 |
| **Updated:** | |
| **Expires:** | 2003-12-12 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: serg@ritlabs.com   hostmaster@cifnet.com |

```
Registrant:
 RITLABS S.R.L
 180 Stefan cel Mare, office 101
 Chisinau, MD MD-2004
 MD

 Domain name: RITLABS.COM

 Administrative Contact:
    Demchenko, Serg   serg@ritlabs.com
    180 Stefan cel Mare, office 101
    Chisinau, MD MD-2004
    MD
    + 373-2 246889   Fax: (312)577-0481

 Technical Contact:
    Hostmaster, CIFNet   hostmaster@cifnet.com
    PO Box 5966
    Vernon Hills, IL 60061-5966
    US
    (773)989-0442   Fax: (312)803-0951

 Registration Service Provider:
    CIFNet, Inc., hostmaster@cifnet.com
    (773)989-0442
    (312)803-0951 (fax)
    http://www.cifnet.com
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

 Registrar of Record: TUCOWS, INC.
 Record last updated on 01-Dec-2002.
 Record expires on 12-Dec-2003.
 Record Created on 13-Dec-1996.
```

```
           Domain servers in listed order:
              NS1.CIFNET.COM      198.63.208.9
              NS2.CIFNET.COM      198.63.208.11
              PARABOL.TAIDE.NET   193.219.193.135
```

for information purposes only, and may be used to assist you in obtaining
information about or related to a domain name's registration record.

Tucows makes this information available "as is," and does not guarantee its
accuracy.

lawful purposes and that, under no circumstances will you use this data to:
a) allow, enable, or otherwise support the transmission by e-mail,
telephone, or facsimile of mass, unsolicited, commercial advertising or
solicitations to entities other than the data recipient's own existing
customers; or (b) enable high volume, automated, electronic processes that
send queries or data to the systems of any Registry Operator or
ICANN-Accredited registrar, except as reasonably necessary to register
domain names or modify existing registrations.

The compilation, repackaging, dissemination or other use of this Data is
expressly prohibited without the prior written consent of Tucows.

Tucows reserves the right to terminate your access to the Tucows WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this
policy.

Tucows reserves the right to modify these terms at any time.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.  LACK OF A DOMAIN
RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



                                              You are logged in as enrico1999   **Upgrade Your Account** | Log out | Help



Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

Tweet   Like 1k

## Whois History for Ritlabs.net on 2005-05-16

**Enter a domain name to get its history**

ritlabs.net                                Get History

Next »

**Domain:** ritlabs.net - Whois History
**Cache Date:** 2005-05-16
**Registrar:** TUCOWS INC.
**Server:** whois.opensrs.net
**Created:** 2001-11-01
**Updated:**
**Expires:** 2005-11-01
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
serg@ritlabs.com hostmaster@cifnet.com

```
Registrant:
 RITLABS S.R.L
 180 Stefan cel Mare, office 101
 Chisinau, MD MD-2004
 MD

 Domain name: RITLABS.NET

 Administrative Contact:
    Demchenko, Serg   serg@ritlabs.com
    180 Stefan cel Mare, office 101
    Chisinau, MD MD-2004
    MD
    + 373-2 246889    Fax: (312)577-0481

 Technical Contact:
    Hostmaster, CIFNet   hostmaster@cifnet.com
    PO Box 5966

    Vernon Hills, IL 60061-5966
    US
    (773)989-0442    Fax: (312)803-0951

 Registration Service Provider:
    CIFNet, Inc., hostmaster@cifnet.com
    (773)989-0442
    (312)803-0951 (fax)
    http://www.cifnet.com
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.


 Registrar of Record: TUCOWS, INC.
 Record last updated on 03-Sep-2004.
 Record expires on 01-Nov-2005.
 Record created on 01-Nov-2001.
```

```
   Domain servers in listed order:
      NS1.CIFNET.COM    198.63.208.9
      NS2.CIFNET.COM    198.63.208.11

   Domain status: REGISTRAR-LOCK
```

for information purposes only, and may be used to assist you in obtaining
information about or related to a domain name's registration record.

Tucows makes this information available "as is," and does not guarantee its
accuracy.

lawful purposes and that, under no circumstances will you use this data to:
a) allow, enable, or otherwise support the transmission by e-mail,
telephone, or facsimile of mass, unsolicited, commercial advertising or
solicitations to entities other than the data recipient's own existing
customers; or (b) enable high volume, automated, electronic processes that
send queries or data to the systems of any Registry Operator or
ICANN-Accredited registrar, except as reasonably necessary to register
domain names or modify existing registrations.

The compilation, repackaging, dissemination or other use of this Data is
expressly prohibited without the prior written consent of Tucows.

Tucows reserves the right to terminate your access to the Tucows WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this
policy.

Tucows reserves the right to modify these terms at any time.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.  LACK OF A DOMAIN
RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



Batpost.com Whois History - DomainTools                                                                                  7/6/12 2:51 PM




You are logged in as enrico1999    **Upgrade Your Account** | Log out | Help

batpost.com    Whois Search    Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

# Whois History for Batpost.com on 2007-07-19

Tweet    Like    1k

**Enter a domain name to get its history**

batpost.com    Get History

Next »

| | |
|---|---|
| **Domain:** | **batpost.com** - Whois History |
| **Cache Date:** | 2007-07-19 |
| **Registrar:** | **TUCOWS INC.** |
| **Server:** | whois.tucows.com |
| **Created:** | 2001-04-20 |
| **Updated:** | 2007-04-24 |
| **Expires:** | 2008-04-20 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: serg@ritlabs.com  hostmaster@cifnet.com |

```
Registrant:
 RITLABS S.R.L
 180 Stefan cel Mare, office 102
 Chisinau, MD MD-2004
 MD

 Domain name: BATPOST.COM

 Administrative Contact:
    Demcenko, Serghei   serg@ritlabs.com
    180 Stefan cel Mare, office 102
    Chisinau, MD MD-2004
    MD
    + 373-22 295781    Fax: (312)577-0481

 Technical Contact:
    Hostmaster, CIFNet   hostmaster@cifnet.com
    2545 W. Peterson Ave, Suite 209
    Chicago, IL 60659
    US
    (773)989-0442    Fax: (773)788-5369

 Registration Service Provider:
    CIFNet, Inc., hostmaster@cifnet.com
    (773)989-0442
    (312)803-0951 (fax)
    http://www.cifnet.com
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

 Registrar of Record: TUCOWS, INC.
 Record last updated on 24-Apr-2007.
 Record expires on 20-Apr-2008.
 Record created on 20-Apr-2001.
```

```
                    Domain servers in listed order:
                       NS1.CIFNET.COM
                       NS2.CIFNET.COM

                    Domain status: clientDeleteProhibited
                                   clientTransferProhibited
                                   clientUpdateProhibited
```

Memberships   |   Developer API   |   About Us   |   Blog   |   Desktop Tools   |   Terms of Service   |   Privacy   |   Support   |   Careers   |   Contact Us   |   Site Map

© **2012 DomainTools, LLC** All rights reserved.





You are logged in as enrico1999   **Upgrade Your Account**  |  Log out  |  Help



Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

Tweet    Like    1k

# Whois History for Thebat.net on 2006-01-05

**Enter a domain name to get its history**

thebat.net                    Get History

Next »

| | |
|---|---|
| **Domain:** | **thebat.net** - Whois History |
| **Cache Date:** | 2006-01-05 |
| **Registrar:** | **TUCOWS INC.** |
| **Server:** | whois.opensrs.net |
| **Created:** | 1998-01-09 |
| **Updated:** | |
| **Expires:** | 2007-01-08 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: serg@ritlabs.com  hostmaster@cifnet.com |

```
Registrant:
 RITLABS S.R.L
 180 Stefan cel Mare, office 101
 Chisinau, MD MD-2004
 MD

 Domain name: THEBAT.NET

 Administrative Contact:
    Demchenko, Serg   serg@ritlabs.com
    180 Stefan cel Mare, office 101
    Chisinau, MD MD-2004
    MD
    + 373-2 246889    Fax: (312)577-0481

 Technical Contact:
    Hostmaster, CIFNet   hostmaster@cifnet.com
    PO Box 5966

    Vernon Hills, IL 60061-5966
    US
    (773)989-0442    Fax: (312)803-0951

 Registration Service Provider:
    CIFNet, Inc., hostmaster@cifnet.com
    (773)989-0442
    (312)803-0951 (fax)
    http://www.cifnet.com
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

 Registrar of Record: TUCOWS, INC.
 Record last updated on 04-Jan-2006.
 Record expires on 08-Jan-2007.
 Record created on 09-Jan-1998.
```

```
    Domain servers in listed order:
       NS1.CIFNET.COM     198.63.208.9
       NS2.CIFNET.COM     198.63.208.11

    Domain status: REGISTRAR-LOCK
```

for information purposes only, and may be used to assist you in obtaining
information about or related to a domain name's registration record.

Tucows makes this information available "as is," and does not guarantee its
accuracy.

lawful purposes and that, under no circumstances will you use this data to:
a) allow, enable, or otherwise support the transmission by e-mail,
telephone, or facsimile of mass, unsolicited, commercial advertising or
solicitations to entities other than the data recipient's own existing
customers; or (b) enable high volume, automated, electronic processes that
send queries or data to the systems of any Registry Operator or
ICANN-Accredited registrar, except as reasonably necessary to register
domain names or modify existing registrations.

The compilation, repackaging, dissemination or other use of this Data is
expressly prohibited without the prior written consent of Tucows.

Tucows reserves the right to terminate your access to the Tucows WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this
policy.

Tucows reserves the right to modify these terms at any time.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.  LACK OF A DOMAIN
RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

