# EXHIBIT MM

Ritlabs.net – Whois History – DomainTools                                                                 2/17/12 11:38 AM



You are logged in as enrico1999   Upgrade Your Account | Log out | Help

ritlabs.net    Whois Search    Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

Tweet   Like 1k

# Whois History for Ritlabs.net on 2011-10-10

Enter a domain name to get its history

ritlabs.net                                                                    Get History

« Previous                                                                   Next »
**Domain:**        ritlabs.net - Whois History
**Cache Date:**    2011-10-10
**Registrar:**     TUCOWS.COM CO.
**Server:**        whois.tucows.com
**Created:**       2001-11-01
**Updated:**       2009-09-03
**Expires:**       2012-11-01
**Reverse Whois:** Click on an email address we found in this whois record
                   to see which other domains the registrant is associated with:
                   serg@ritlabs.com  hostmaster@cifnet.com

```
Registrant:
RITLABS S.R.L
180 Stefan cel Mare, office 102
Chisinau, MD MD-2004
MD

Domain name: RITLABS.NET

Administrative Contact:
    Demcenko, Serghei   serg@ritlabs.com
    180 Stefan cel Mare, office 102
    Chisinau, MD MD-2004
    MD
    + 373 22 808410    Fax: +373 22 808405

Technical Contact:
    Hostmaster, CIFNet   hostmaster@cifnet.com
    PO Box 5966

    Vernon Hills, IL 60061-5966
    US
    (773)989-0442    Fax: (312)803-0951

Registration Service Provider:
    CIFNet, Inc., hostmaster@cifnet.com
    (773)989-0442
    (312)803-0951 (fax)
    http://www.cifnet.com
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

Registrar of Record: TUCOWS, INC.
Record last updated on 12-Aug-2010.
Record expires on 01-Nov-2012.
Record created on 01-Nov-2001.
```

```
Registrar Domain Name Help Center:
  http://tucowsdomains.com

Domain servers in listed order:
  NS2.CIFNET.COM
  NS1.CIFNET.COM

Domain status: clientDeleteProhibited
               clientTransferProhibited
               clientUpdateProhibited
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.





You are logged in as enrico1999   Upgrade Your Account | Log out | Help

ritlabs.net   Whois Search   Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

Tweet   Like 1k

## Whois History for Ritlabs.net on 2011-12-17

Enter a domain name to get its history

ritlabs.net                                    Get History

« Previous                                     Next »

**Domain:** ritlabs.net - Whois History
**Cache Date:** 2011-12-17
**Registrar:** TUCOWS.COM CO.
**Server:** whois.tucows.com
**Created:** 2001-11-01
**Updated:** 2009-09-03
**Expires:** 2012-11-01
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
serghei.demcenko@me.com   hostmaster@cifnet.com

```
Registrant:
RITLABS Inc
901 N Pitt str
Alexandria , VA 22314
US

Domain name: RITLABS.NET

Administrative Contact:
    Demcenko, Serghei    serghei.demcenko@me.com
    901 N Pitt str
    Alexandria , VA 22314
    US
    +1.703 870 3769    Fax: +1.703 870 3769

Technical Contact:
    Demcenko, Serghei    serghei.demcenko@me.com
    901 N Pitt str
    Alexandria , VA 22314
    US
    +1.703 870 3769    Fax: +1.703 870 3769

Registration Service Provider:
    CIFNet, Inc., hostmaster@cifnet.com
    (773)989-0442
    (312)803-0951 (fax)
    http://www.cifnet.com
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

Registrar of Record: TUCOWS, INC.
Record last updated on 13-Dec-2011.
Record expires on 01-Nov-2012.
Record created on 01-Nov-2001.
```

```
Registrar Domain Name Help Center:
  http://tucowsdomains.com

Domain servers in listed order:
  NS2.CIFNET.COM
  NS1.CIFNET.COM

Domain status: clientDeleteProhibited
               clientTransferProhibited
               clientUpdateProhibited
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as enrico1999   **Upgrade Your Account** | Log out | Help



thebat.net   [Whois Search]   Search

Overview | Whois Lookup | Reverse Whois | Whois History | Hosting History | Screenshot History | Name Server Report | Reverse IP | DNS Tools

Tweet   Like   1k

# Whois History for Thebat.net on 2011-10-30

**Enter a domain name to get its history**

thebat.net                                                                 Get History

« Previous                                                                 Next »

**Domain:** thebat.net - Whois History
**Cache Date:** 2011-10-30
**Registrar:** TUCOWS.COM CO.
**Server:** whois.tucows.com
**Created:** 1998-01-09
**Updated:** 2011-01-03
**Expires:** 2012-01-08
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
serg@ritlabs.com  hostmaster@cifnet.com

```
Registrant:
RITLABS S.R.L
180 Stefan cel Mare, office 102
Chisinau, MD MD-2004
MD

Domain name: THEBAT.NET

Administrative Contact:
    Demcenko, Serghei   serg@ritlabs.com
    180 Stefan cel Mare, office 102
    Chisinau, MD MD-2004
    MD
    + 373-22 295781    Fax: (312)577-0481

Technical Contact:
    Hostmaster, CIFNet  hostmaster@cifnet.com
    PO Box 5966

    Vernon Hills, IL 60061-5966
    US
    (773)989-0442     Fax: (312)803-0951

Registration Service Provider:
    CIFNet, Inc., hostmaster@cifnet.com
    (773)989-0442
    (312)803-0951 (fax)
    http://www.cifnet.com
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

Registrar of Record: TUCOWS, INC.
Record last updated on 03-Jan-2011.
Record expires on 08-Jan-2012.
Record created on 09-Jan-1998.
```

```
Registrar Domain Name Help Center:
   http://tucowsdomains.com

Domain servers in listed order:
   NS1.CIFNET.COM
   NS2.CIFNET.COM
   NS5.MYDYNDNS.ORG
   NS2.MYDYNDNS.ORG
   NS3.MYDYNDNS.ORG
   NS4.MYDYNDNS.ORG

Domain status: clientTransferProhibited
               clientUpdateProhibited
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.





You are logged in as enrico1999   Upgrade Your Account | Log out | Help

thebat.net    Whois Search   Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

Tweet   Like 1k

# Whois History for Thebat.net on 2011-12-14

Enter a domain name to get its history

thebat.net                                                Get History

« Previous                                                Next »

**Domain:** thebat.net - Whois History
**Cache Date:** 2011-12-14
**Registrar:** TUCOWS.COM CO.
**Server:** whois.tucows.com
**Created:** 1998-01-09
**Updated:** 2011-11-10
**Expires:** 2013-01-08
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
serghei.demcenko@me.com  hostmaster@cifnet.com

```
Registrant:
RITLABS Inc
901 N Pitt str
Alexandria , VA 22314
US

Domain name: THEBAT.NET

Administrative Contact:
    Demcenko, Serghei    serghei.demcenko@me.com
    901 N Pitt str
    Alexandria , VA 22314
    US
    +1.703 870 3769    Fax: +1.703 870 3769

Technical Contact:
    Demcenko, Serghei    serghei.demcenko@me.com
    901 N Pitt str
    Alexandria , VA 22314
    US
    +1.703 870 3769    Fax: +1.703 870 3769

Registration Service Provider:
    CIFNet, Inc., hostmaster@cifnet.com
    (773)989-0442
    (312)803-0951 (fax)
    http://www.cifnet.com
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

Registrar of Record: TUCOWS, INC.
Record last updated on 13-Dec-2011.
Record expires on 08-Jan-2013.
Record created on 09-Jan-1998.
```

```
Registrar Domain Name Help Center:
   http://tucowsdomains.com

Domain servers in listed order:
   NS2.CIFNET.COM
   NS5.MYDYNDNS.ORG
   NS3.MYDYNDNS.ORG
   NS4.MYDYNDNS.ORG
   NS1.CIFNET.COM
   NS2.MYDYNDNS.ORG

Domain status: clientTransferProhibited
               clientUpdateProhibited
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



Batpost.com – Whois History – DomainTools                                                                 2/17/12 11:39 AM



You are logged in as enrico1999   **Upgrade Your Account** | Log out | Help

batpost.com    [Whois Search ⇅]   Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

Tweet   Like  1k

## Whois History for Batpost.com on 2011-11-16

Enter a domain name to get its history

batpost.com                                    Get History

« Previous                                                                Next »

**Domain:** batpost.com - Whois History
**Cache Date:** 2011-11-16
**Registrar:** TUCOWS.COM CO.
**Server:** whois.tucows.com
**Created:** 2001-04-20
**Updated:** 2011-04-27
**Expires:** 2012-04-20
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
serg@ritlabs.com  hostmaster@cifnet.com

```
Registrant:
RITLABS S.R.L
180 Stefan cel Mare, office 102
Chisinau, MD MD-2004
MD

Domain name: BATPOST.COM

Administrative Contact:
    Demcenko, Serghei   serg@ritlabs.com
    180 Stefan cel Mare, office 102
    Chisinau, MD MD-2004
    MD
    + 373-22 295781    Fax: (312)577-0481

Technical Contact:
    Hostmaster, CIFNet  hostmaster@cifnet.com
    2545 W. Peterson Ave, Suite 209
    Chicago, IL 60659
    US
    (773)989-0442    Fax: (773)788-5369

Registration Service Provider:
    CIFNet, Inc., hostmaster@cifnet.com
    (773)989-0442
    (312)803-0951 (fax)
    http://www.cifnet.com
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

Registrar of Record: TUCOWS, INC.
Record last updated on 27-Apr-2011.
Record expires on 20-Apr-2012.
Record created on 20-Apr-2001.
```

http://www.domaintools.com/research/whois-history/?page=details&domain=batpost.com&date=2011-11-16                    Page 1 of 2

```
Registrar Domain Name Help Center:
  http://tucowsdomains.com

Domain servers in listed order:
  NS2.CIFNET.COM
  NS1.CIFNET.COM

Domain status: clientDeleteProhibited
               clientTransferProhibited
               clientUpdateProhibited
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.





Batpost.com - Whois History - DomainTools                                                    2/17/12 11:39 AM

```
Registrar Domain Name Help Center:
   http://tucowsdomains.com

Domain servers in listed order:
   NS2.CIFNET.COM
   NS1.CIFNET.COM

Domain status: clientDeleteProhibited
               clientTransferProhibited
               clientUpdateProhibited
```

This domain's privacy is protected by contactprivacy.com. To reach the domain contacts, please go to http://www.contactprivacy.com and follow the instructions.

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

