# EXHIBIT NN



7340431

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

February 13, 2012

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: 85/503,367
FILING DATE: December 23, 2011

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

Serial Number: 85503367
Filing Date: 12/23/2011

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 85503367 |
| MARK INFORMATION | |
| *MARK | RitLabs |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | RitLabs |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Ritlabs Inc. |
| *STREET | 901 N. Pitt Street, Suite 325 |
| *CITY | Alexandria |
| *STATE (Required for U.S. applicants) | Virginia |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 22314 |
| PHONE | 202 835 0966 |
| FAX | 202 318 0723 |
| LEGAL ENTITY INFORMATION | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Virginia |

| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
|---|---|
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Computer software, downloadable software, and software contained on digital media, namely, on CDs, CD-ROMS, DVDs, high capacity optical disks, and interactive CD ROM, flash drives, memory cards and other portable electronic memory devices which can be connected to any computing device through an interface for transporting data for providing portable electronic storage, messaging and e-mail, encrypted and secured data management, and secure electronic data transmission; entertainment multimedia computer game programs and computer game software, namely, electronic educational game programs; computer game programs; interactive educational multimedia game programs; downloadable electronic game programs; electronic game software, downloadable computer game software for mobile devices, computer game software and applications contained on digital media, namely, on CDs, CD-ROMS, DVDs, blue-laser-readable discs, and interactive CD ROMs for use with personal computers, blue-laser disc players, flash drives, cellular phones, mobile wireless devices, handheld devices and memory cards and other portable electronic memory devices |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 06/01/2010 |
| FIRST USE IN COMMERCE DATE | At least as early as 06/01/2010 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT11\IMAGEOUT 11\855 \033\85503367\xml1\ APP0003.JPG |
| SPECIMEN DESCRIPTION | electronic image of the product marketed and distributed under Applicant's Mark |
| ATTORNEY INFORMATION | |
| NAME | Dmitri I. Dubograev, Esq. |
| FIRM NAME | International Legal Counsels PC |
| STREET | 901 N. Pitt Street, Suite 325 |
| | |

| CITY | Alexandria |
|---|---|
| STATE | Virginia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 22314 |
| PHONE | (202) 835-0966 |
| FAX | (202) 318-0723 |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Dmitri I. Dubograev, Esq. |
| FIRM NAME | International Legal Counsels PC |
| STREET | 901 N. Pitt Street, Suite 325 |
| CITY | Alexandria |
| STATE | Virginia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 22314 |
| PHONE | (202) 835-0966 |
| FAX | (202) 318-0723 |
| EMAIL ADDRESS | info@legal-counsels.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /dd/ |
| SIGNATORY'S NAME | Dmitri I. Dubograev, Esq. |
| SIGNATORY'S POSITION | Attorney of record, VA bar member |
| DATE SIGNED | 12/23/2011 |

Copy provided by USPTO from the TICRS Image Database on 02/07/2012

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

Serial Number: 85503367
Filing Date: 12/23/2011

## To the Commissioner for Trademarks:

**MARK:** RitLabs (Standard Characters, see mark)
The literal element of the mark consists of RitLabs.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Ritlabs Inc., a corporation of Virginia, having an address of
    901 N. Pitt Street, Suite 325
    Alexandria, Virginia 22314
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 009: Computer software, downloadable software, and software contained on digital media, namely, on CDs, CD-ROMS, DVDs, high capacity optical disks, and interactive CD ROM, flash drives, memory cards and other portable electronic memory devices which can be connected to any computing device through an interface for transporting data for providing portable electronic storage, messaging and e-mail, encrypted and secured data management, and secure electronic data transmission; entertainment multimedia computer game programs and computer game software, namely, electronic educational game programs; computer game programs; interactive educational multimedia game programs; downloadable electronic game programs; electronic game software, downloadable computer game software for mobile devices, computer game software and applications contained on digital media, namely, on CDs, CD-ROMS, DVDs, blue-laser-readable discs, and interactive CD ROMs for use with personal computers, blue-laser disc players, flash drives, cellular phones, mobile wireless devices, handheld devices and memory cards and other portable electronic memory devices

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee at least as early as 06/01/2010, and first used in commerce at least as early as 06/01/2010, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a (n) electronic image of the product marketed and distributed under Applicant's Mark.
Specimen File1


The applicant's current Attorney Information:
    Dmitri I. Dubograev, Esq. of International Legal Counsels PC
    901 N. Pitt Street, Suite 325
    Alexandria, Virginia 22314

**Copy provided by USPTO from the TICRS Image Database on 02/07/2012**

United States

The applicant's current Correspondence Information:
Dmitri I. Dubograev, Esq.
International Legal Counsels PC
901 N. Pitt Street, Suite 325
Alexandria, Virginia 22314
(202) 835-0966(phone)
(202) 318-0723(fax)
info@legal-counsels.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /dd/   Date Signed: 12/23/2011
Signatory's Name: Dmitri I. Dubograev, Esq.
Signatory's Position: Attorney of record, VA bar member


RAM Sale Number: 3392
RAM Accounting Date: 12/27/2011

Serial Number: 85503367
Internet Transmission Date: Fri Dec 23 17:14:10 EST 2011
TEAS Stamp: USPTO/BAS-108.18.50.101-2011122317141028
3590-85503367-490c82fedff852653b5c21a26a
d01d9e9d-CC-3392-20111223165802225955

**Copy provided by USPTO from the TICRS Image Database on 02/07/2012**

# Funny Alphabet - interactive ABC game

R!Labs Inc.
Funny Alphabet - interactive ABC game

**Description**

This interactive ABC learning game features original phonetics, animation, and pictures that [illegible] will keep your child learning and occupied because that is how much fun it is!

**Features:**
- Designed from the ground up for the iPad's large screen.
- Original voices, animations, and sound effects are designed to be engaging and to stimulate [illegible]
- Several pictures per letter.
- All pictures are interactive and will keep your child coming back.

**What's New in Version 1.2** - [illegible]

[illegible remainder]

# RitLabs

Copy provided by USPTO from the TICRS Image Database on 02/07/2012

U.S. DEPARTMENT OF COMMERCE · PATENT & TRADEMARK OFFICE