# EXHIBIT PP

7340431
THE UNITED STATES OF AMERICA
TO ALL TO WHOM THESE PRESENTS SHALL COME:
UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

February 13, 2012

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: *85/508,804*
FILING DATE: *January 04, 2012*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85508804**
**Filing Date: 01/04/2012**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85508804 |
| **MARK INFORMATION** | |
| ***MARK** | Ritlabs |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | Ritlabs |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Ritlabs Inc. |
| ***STREET** | 901 N. Pitt Street, Suite 325 |
| ***CITY** | Alexandria |
| ***STATE (Required for U.S. applicants)** | Virginia |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE (Required for U.S. applicants only)** | 22314 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Virginia |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 042 |

Copy provided by USPTO from the TICRS Image Database on 02/07/2012

| | |
|---|---|
| *IDENTIFICATION | Providing technical operating information, technical support and interactive technical support services relating to downloadable computer software, downloadable computer software, and software contained on digital media and other portable electronic memory for providing portable electronic storage, messaging and e-mail, encrypted and secured data management, and secure electronic data transmission; providing research and development of computer software in the field of mobile applications; providing computer software design, computer programming, or maintenance of computer software; creating of computer programs; and creating, maintaining and modernizing computer software, operating systems, database systems, and web applications. |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/13/1996 |
| FIRST USE IN COMMERCE DATE | At least as early as 12/13/1996 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT11\IMAGEOUT 11\855 \088\85508804\xml1\ APP0003.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT 11\855 \088\85508804\xml1\ APP0004.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT 11\855 \088\85508804\xml1\ APP0005.JPG |
| SPECIMEN DESCRIPTION | RitLabs_Specimen1_Class42_.jpg - an electronic image of Applicant's website featuring services under the Applicant's Mark; RitLabs_Specimen2_Class42_.jpg - an electronic image of Applicant's website featuring services under the Applicant's Mark; RitLabs_Specimen3_Class42_.jpg - an electronic image of Applicant's website featuring services under the Applicant's Mark; |
| **ATTORNEY INFORMATION** | |
| NAME | Dmitri I. Dubograev, Esq. |
| FIRM NAME | International Legal Counsels PC |
| STREET | 901 N. Pitt Street, Suite 325 |
| | |

Copy provided by USPTO from the TICRS Image Database on 02/07/2012

| CITY | Alexandria |
|---|---|
| STATE | Virginia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 22314 |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Dmitri I. Dubograev, Esq. |
| FIRM NAME | International Legal Counsels PC |
| STREET | 901 N. Pitt Street, Suite 325 |
| CITY | Alexandria |
| STATE | Virginia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 22314 |
| PHONE | 202 835 0966 |
| FAX | 202 318 0723 |
| EMAIL ADDRESS | info@legal-counsels.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /dd/ |
| SIGNATORY'S NAME | Dmitri I. Dubograev, Esq. |
| SIGNATORY'S POSITION | Attorney of record, VA bar member |
| DATE SIGNED | 01/04/2012 |

Copy provided by USPTO from the TICRS Image Database on 02/07/2012

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85508804**
**Filing Date: 01/04/2012**

## To the Commissioner for Trademarks:

**MARK:** Ritlabs (Standard Characters, see mark)
The literal element of the mark consists of Ritlabs.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Ritlabs Inc., a corporation of Virginia, having an address of
901 N. Pitt Street, Suite 325
Alexandria, Virginia 22314
United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 042: Providing technical operating information, technical support and interactive technical support services relating to downloadable computer software, downloadable computer software, and software contained on digital media and other portable electronic memory for providing portable electronic storage, messaging and e-mail, encrypted and secured data management, and secure electronic data transmission; providing research and development of computer software in the field of mobile applications; providing computer software design, computer programming, or maintenance of computer software; creating of computer programs; and creating, maintaining and modernizing computer software, operating systems, database systems, and web applications.

In International Class 042, the mark was first used by the applicant or the applicant's related company or licensee at least as early as 12/13/1996, and first used in commerce at least as early as 12/13/1996, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a (n) RitLabs_Specimen1_Class42_.jpg - an electronic image of Applicant's website featuring services under the Applicant's Mark; RitLabs_Specimen2_Class42_.jpg - an electronic image of Applicant's website featuring services under the Applicant's Mark; RitLabs_Specimen3_Class42_.jpg - an electronic image of Applicant's website featuring services under the Applicant's Mark;.
Specimen File1
Specimen File2
Specimen File3

The applicant's current Attorney Information:
Dmitri I. Dubograev, Esq. of International Legal Counsels PC
901 N. Pitt Street, Suite 325

Copy provided by USPTO from the TICRS Image Database on 02/07/2012

Alexandria, Virginia 22314
United States

The applicant's current Correspondence Information:

Dmitri I. Dubograev, Esq.
International Legal Counsels PC
901 N. Pitt Street, Suite 325
Alexandria, Virginia 22314
202 835 0966(phone)
202 318 0723(fax)
info@legal-counsels.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /dd/ Date Signed: 01/04/2012
Signatory's Name: Dmitri I. Dubograev, Esq.
Signatory's Position: Attorney of record, VA bar member

RAM Sale Number: 6099
RAM Accounting Date: 01/05/2012

Serial Number: 85508804
Internet Transmission Date: Wed Jan 04 18:07:39 EST 2012
TEAS Stamp: USPTO/BAS-108.18.50.101-2012010418073998
8336-85508804-4902195731d258ca8ea781bb05
253ecfcf7-CC-6099-20120104175322730286

Copy provided by USPTO from the TICRS Image Database on 02/07/2012



Copy provided by USPTO from the TICRS Image Database on 02/07/2012

http://www.ritlabs.com/

Visited | Getting Started | Latest Headlines | Customize Links | Free Hotmail | Windows Marketplace | Windows Media | Windows

TLabs.

you want Firefox to remember the password for "admin" on http://192.168.0.99?

Remember | Never for This Site | Not Now

Labs Internet Technologies, Communications Software

Search

tnet | Products | Download | Buy online | News | Dealers | Company | English | German | Russian

at!
at! Voyager
st

## The Bat! v5

5/5 stars software!

Processing emails in one touch a new level of communication!

The Bat! 5 improved IMAP access, active information panels, smart hints with common options, possibility to integrate software into third-party solutions and to create personal plug-ins.

Owners of The Bat! 5 Professional license benefit of the portable version, The Bat! Voyager, completely free.

DOWNLOAD V5! | PURCHASE NOW!

Like 31

Upgrade policy from The Bat! v4

**Buy on-line The Bat!**

Professional edition V5
Home edition V5
The Bat! v5 Student / Non-Profit
The Bat! Pro with eToken Pro 32K

**Change licence type**

Upgrade v1 - v4 to V5
Upgrade Home to Pro

**Important!**

Try The Bat! today free for 30 days and discover for yourself its many powerful, yet user-friendly features! You will need to register The Bat! if you would like to continue using it beyond this trial period.

ilVoyager
DWNLOAD!
UY IT NOW!

The Bat! Voyager

Portable USB-drive version of The Bat! e-communication program, an ideal solution for remote workers and/or travelers, helps to stay connected while being out of office.

Download | Buy on-line

BatPost

E-mail server software, flexible and adjustable to specific requirements, delivers strong protection and superb performance with all systems. 'Certified for Vista' logo.

Download | Buy on-line

**Company News**

read all news

scribe to News

Customer Support Centre

**03.01.2012** The Bat! Voyager 5.0.30.1 - new version
We present a new version of The Bat! Voyager portable email client. Previous version was issued almost half a year ago, that's why the improvements list is not a short one.

**27.12.2011** The Bat! 5.0.30 Winter Edition - holiday present from RITLabs
It has become a good tradition for us to create a special version of our email program in the end of every year. Year 2011 is not an exception: The Bat! 5.0.30 Winter Edition is ready – and its time has come.

**12.12.2011** The Bat!: Tips and Tricks
RITLabs brings to your attention an improved and renewed section of the website dedicated to The Bat! features.

**10.10.2011** The Bat! 5.0.24 – regular update

Internet Technologies, Communications Software

Search

Products | Download | Buy online | News | Dealers | Company | English | German | Russian

## Software

Our products will greatly simplify your work with e-mail and save you a lot of time in the process.

The Bat! - a popular email client that allows to work with unlimited number of the mailboxes, has powerful sorting filters, fully customizable message templates, Mail Dispatcher and many more other features.

Download | Buy | More info

BatPost! - is a mail server software for all kinds of companies.System Administrators will appreciate fast and simple server installation and its ease of use and maintenance. Server software fits the requirement to provide company employees both with Internet addresses and internal mail and/or message network traffic. BatPost mail server runs under Windows NT, Windows 2000, Windows XP and Windows 2003.

Download | Buy | More info

The Bat! Voyager - password-protected, encrypted message base and address book to keep your private data - really private. Even if your flash drive is lost or stolen - the privacy of your data is guaranteed. Should you lose the flash-drive, you lose only a cheap memory device, but all the information will still be present in a backup file on one of your computers. Restoring the data to a new flash-disk will take just a few minutes. Your address book and email messages are ever at hand. The entire mail archive is available, you can search your email database at any time

Download | Buy | More info

The Bat! Professional with eToken Pro - is an email client that offers secure authentication on POP3/SMTP servers using hardware tokens and transparent, on-the-fly encryption of the email message base, address books and configuration files. This makes the sensitive data stored on your mobile and desktop computers really secure!

Download | Buy | More info

TinyWeb is an extremely small (executable file size is 53K), simple (no configuration other than through the command line) and fast (consumes a minimum of system resources) Win32 daemon for regular (TCP/http) and secure (SSL/TLS/https) web-servers.

Download | More info

Customer Support Centre

Argus is a comprehensive data transfer system for simultaneous multiple-line work in Dial-up and TCP/IP networks. The main task of the Argus system is automatic data reception and transmission.

Copy provided by USPTO from the TICRS Image Database on 02/07/2012

# Ritlabs

Copy provided by USPTO from the TICRS Image Database on 02/07/2012

U.S. DEPARTMENT OF COMMERCE
PATENT & TRADEMARK OFFICE
R

PTO-1683
(Rev. 7-96)