# EXHIBIT QQ

Trademark Electronic Search System (TESS)　　　　　　　　　　　　　　　　　　　　1/27/12 9:03 AM



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Jan 27 04:36:19 EST 2012

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[ Logout ] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# MailVoyager

**Word Mark** MAILVOYAGER

**Goods and Services** IC 009. US 021 023 026 036 038. G & S: Computer software, downloadable software, and software contained on digital media, namely, on CDs, CD-ROMS, DVDs, high capacity optical disks, and interactive CD ROM, providing portable electronic storage, messaging and e-mail, encrypted and secured data management, and secure electronic data transmission. FIRST USE: 20110927. FIRST USE IN COMMERCE: 20110927

**Standard Characters Claimed**

**Mark Drawing Code** (4) STANDARD CHARACTER MARK

**Serial Number** 85450930

**Filing Date** October 19, 2011

**Current Filing Basis** 1A

**Original Filing Basis** 1A

**Owner** (APPLICANT) Ritlabs, Inc. CORPORATION VIRGINIA 901 N. Pitt St, Suite 325 Alexandria VIRGINIA 22314

**Attorney of Record** Dmitri I. Dubograev, Esq.

Type of

EXHIBIT
Dem 4

Trademark Electronic Search System (TESS)  1/27/12 9:03 AM

| | |
|---|---|
| Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

**TESS HOME** | **NEW USER** | **STRUCTURED** | **FREE FORM** | **BROWSE DICT** | **SEARCH OG** | **TOP** | **HELP**

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY