# EXHIBIT RR




TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

February 13, 2012

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: *85/496,559*
FILING DATE: *December 15, 2011*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer

PTO Form 1478 (Rev 9/2006)

OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85496559**
**Filing Date: 12/15/2011**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85496559 |
| **MARK INFORMATION** | |
| ***MARK** | The Bat! |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | The Bat! |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Ritlabs Inc. |
| ***STREET** | 901 N. Pitt Street, Suite 325 |
| ***CITY** | Alexandria |
| ***STATE (Required for U.S. applicants)** | Virginia |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE (Required for U.S. applicants only)** | 22314 |
| **PHONE** | 202 835 0966 |
| **FAX** | 202 318 0723 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Virginia |



Copy provided by USPTO from the TICRS Image Database on 02/07/2012

| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
|---|---|
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Computer software, downloadable software, and software contained on digital media, namely, on CDs, CD-ROMS, DVDs, high capacity optical disks, and interactive CD ROM, flash drives, memory cards and other portable electronic memory devices which can be connected to any computing device through an interface for transporting data for providing portable electronic storage, messaging and e-mail, encrypted and secured data management, and secure electronic data transmission; computer programs for providing enhanced electronic mail and scheduling capabilities, for use by individual computer users, namely, computer programs for managing, viewing, and editing electronic mail messages and private network and global computer network communications; computer programs for meeting and event scheduling, recording notes, transferring data to and from computer programs and computer files; address book programs, programs for correcting typographical errors. |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 06/01/2010 |
| FIRST USE IN COMMERCE DATE | At least as early as 06/01/2010 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT11\IMAGEOUT 11\854\965\85496559\xml1\ APP0003.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT 11\854\965\85496559\xml1\ APP0004.JPG |
| SPECIMEN DESCRIPTION | The_Bat_Specimen_#1.jgp - an electronic image of Applicant's website featuring products marketed and distributed under the Applicant's Mark;<br>The_Bat_Specimen_#1.jgp - an electronic image of Applicant's website featuring products marketed and distributed under the Applicant's Mark. |
| ATTORNEY INFORMATION | |
| NAME | Dmitri I. Dubograev, Esq. |


Copy provided by USPTO from the TICRS Image Database on 02/07/2012

| FIRM NAME | International Legal Counsels PC |
|---|---|
| STREET | 901 N. Pitt Street, Suite 325 |
| CITY | Alexandria |
| STATE | Virginia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 22314 |
| PHONE | (202) 835-0966 |
| FAX | (202) 318-0723 |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Dmitri I. Dubograev, Esq. |
| FIRM NAME | International Legal Counsels PC |
| STREET | 901 N. Pitt Street, Suite 325 |
| CITY | Alexandria |
| STATE | Virginia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 22314 |
| PHONE | (202) 835-0966 |
| FAX | (202) 318-0723 |
| EMAIL ADDRESS | info@legal-counsels.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /dd/ |
| SIGNATORY'S NAME | Dmitri I. Dubograev, Esq. |
| SIGNATORY'S POSITION | Attorney of record, VA bar member |
| DATE SIGNED | 12/15/2011 |



Copy provided by USPTO from the TICRS Image Database on 02/07/2012

**Copy provided by USPTO from the TICRS Image Database on 02/07/2012**

PTO Form 1478 (Rev 9/2006)

OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85496559**
**Filing Date: 12/15/2011**

## To the Commissioner for Trademarks:

**MARK:** The Bat! (Standard Characters, see mark)
The literal element of the mark consists of The Bat!.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Ritlabs Inc., a corporation of Virginia, having an address of
901 N. Pitt Street, Suite 325
Alexandria, Virginia 22314
United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009: Computer software, downloadable software, and software contained on digital media, namely, on CDs, CD-ROMS, DVDs, high capacity optical disks, and interactive CD ROM, flash drives, memory cards and other portable electronic memory devices which can be connected to any computing device through an interface for transporting data for providing portable electronic storage, messaging and e-mail, encrypted and secured data management, and secure electronic data transmission; computer programs for providing enhanced electronic mail and scheduling capabilities, for use by individual computer users, namely, computer programs for managing, viewing, and editing electronic mail messages and private network and global computer network communications; computer programs for meeting and event scheduling, recording notes, transferring data to and from computer programs and computer files; address book programs, programs for correcting typographical errors.

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee at least as early as 06/01/2010, and first used in commerce at least as early as 06/01/2010, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a (n) The_Bat_Specimen_#1.jgp - an electronic image of Applicant's website featuring products marketed and distributed under the Applicant's Mark; The_Bat_Specimen_#1.jgp - an electronic image of Applicant's website featuring products marketed and distributed under the Applicant's Mark..
Specimen File1
Specimen File2

The applicant's current Attorney Information:
Dmitri I. Dubograev, Esq. of International Legal Counsels PC
901 N. Pitt Street, Suite 325



Copy provided by USPTO from the TICRS Image Database on 02/07/2012

Alexandria, Virginia 22314
United States

The applicant's current Correspondence Information:
Dmitri I. Dubograev, Esq.
International Legal Counsels PC
901 N. Pitt Street, Suite 325
Alexandria, Virginia 22314
(202) 835-0966(phone)
(202) 318-0723(fax)
info@legal-counsels.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /dd/ Date Signed: 12/15/2011
Signatory's Name: Dmitri I. Dubograev, Esq.
Signatory's Position: Attorney of record, VA bar member

RAM Sale Number: 4551
RAM Accounting Date: 12/16/2011

Serial Number: 85496559
Internet Transmission Date: Thu Dec 15 16:53:36 EST 2011
TEAS Stamp: USPTO/BAS-108.18.50.101-2011121516533625
9841-85496559-49069818ed9ee584d8be1433b6
628903c5d-CC-4551-20111215160605358748



Copy provided by USPTO from the TICRS Image Database on 02/07/2012


http://www.ritlabs.com/en/products/thebat/order_on_usd.php
Most Visited Getting Started Latest Headlines Customize Links Free Hotmail Windows Marketplace Windows Media Windows
RITLabs. Online Order
Internet Technologies
Communications Software
Search
thebat.net Products Download Buy online News Dealers Company
English German Russian
Download
Buy online
Pro vs Home
Licence agreement
Benefits
System requirements
Screenshots
Reviews
Awards
Forum
The Bat!: Tips and Tricks
Support
Plugins
Secure Bat!
Online Order
Buy on-line The Bat!
Product Delivery Price Action
TheBat! Professional Edition v.5.xx.xx * E-Mail $45.00
TheBat! Home Edition v.5.xx.xx E-Mail $35.00
The Bat! Home Edition v.5.xx.xx (Student / Non-Profit) E-Mail $28.00
The Bat! Pro with eToken Pro 32K Physical €65.00
Change licence type
Product Delivery Price Action
Upgrade The Bat! Pro v1- v4 to V5 E-Mail -30%
Upgrade The Bat! Home v1- v4 to V5 E-Mail -30%
Upgrade Home to Pro E-Mail $10.00
Compatible with
Windows 7


http://www.ritlabs.com/en/products/thebat/download/
Most Visited
Getting Started
Latest Headlines
Customize Links
Free Hotmail
Windows Marketplace
Windows Media
Windows
RITLabs. Download
Internet Technologies
Communications Software
Search
thebat.net
Products
Download
Buy online
News
Dealers
Company
English
German
Russian
Download
Buy online
Pro vs Home
Licence agreement
Benefits
System requirements
Screenshots
Reviews
Awards
Forum
The Bat!: Tips and Tricks
Support
Plugins
SecureBat!
Download
Description
Date
Size
Action
The Bat! v5.0.24 Professional Edition
10 Oct 2011
16.13 MB
The Bat! v5.0.24 Home Edition
10 Oct 2011
6.68 MB
International Pack for Home Edition v5.0.24
10 Oct 2011
6.38 MB
The Bat! v4.2.44 Professional Edition
29 Mar 2011
16.05 MB
The Bat! v4.2.44 Home Edition
29 Mar 2011
6.86 MB
International Pack for Home Edition v4.2.38.6
21 Dec 2010
6.31 MB
Token Manager v2.0 (iKey1000, eToken Pro) for Professional Edition
21 Jan 2010
0.95 MB
For software developers - specification of The Bat! plugin API
10 May 2011
1.7 MB
For software developers - specification for writing custom interface skins for The Bat!
30 Jul 2006
0.19 MB
Note for users of previous versions of The Bat! do not uninstall your existing copy of The Bat! just install the new version over it.
If you wish to receive notifications about the new releases from Ritlabs, e.g. The Bat! new version announcements, recent information about other products, etc, subscribe to the
Compatible with

# The Bat!

Copy provided by USPTO from the TICRS Image Database on 02/07/2012


OF COMMERCE
& TRADEMARK OFFICE
R

PTO-1683
(7-96)