# EXHIBIT SS

**From:** Domain Registration Role Account <domreg@internic.net>
**Subject: Re: [NIC-970526.229] RITLABS.COM**
**Date:** May 26, 1997 24:46:42 EDT
**Resent-To:** "Dmitri I. Dubograev" <dd@femida.us>
**To:** shar@haze.cflash.com
**Reply-To:** domreg@internic.net


Updates for the domain shown below have been completed.  If the domain
was updated before 18:00 Eastern Standard Time on a business day, the
domain name will be included in today's root server update - about
22:00 Eastern Standard Time.  Otherwise, it will be in the root server
update for the following business day.  The domain name record will be
visible via "whois" tomorrow morning.

The domain template can be used to replace a contact with a different
contact or register a new contact, but can not be used to update
the record of an existing contact.  To update information associated
with the administrative, technical, or billing contact (for example,
a change of postal address, phone number, or e-mail address for a
contact), please use the contact template available at:

   ftp://rs.internic.net/templates/contact-template.txt

The domain template can be used to replace existing name servers with
new name servers, but can not be used to change the name or IP address
of an existing host. To update the name or IP address of a host, please
use the host template available at:

   ftp://rs.internic.net/templates/host-template.txt


InterNIC Registration Services
email  hostmaster@internic.net
voice  (703) 742-4777

=====================================================================
===

RIT S.R.L. (RITLABS-DOM)
   180 Stefan cel Mare st.                    #101
   Chishinau, Chishinau 2004
   Moldova

   Domain Name: RITLABS.COM

   Administrative Contact:
      Demchenko, Sergey (SD1626) serg@CFLASH.COM
      373-2-246530
   Technical Contact:
      Kruglov, Yevgeniy (YK173) shar@CFLASH.COM
      (312)810-8344

RLSRL00351

Billing Contact:
  Billing (BIL89-ORG) billing@CFLASH.COM
  (312) 810-8344
Fax- (773) 989-7214

Record last updated on 26-May-97.
Record created on 13-Dec-96.

Domain servers in listed order:

HAZE.CFLASH.COM        207.152.95.66
MIST.CFLASH.COM        207.152.95.68

=================================================================
====

From shar@haze.cflash.com  Mon May 26 00:23:47 1997
Received: from rs4.internic.net (rs4.internic.net [198.41.0.9]) by opsmail.internic.net
(8.8.5/8.8.0) with SMTP id AAA17619 for <hostmaster@internic.net>; Mon, 26 May 1997
00:23:47 -0400 (EDT)
Received: (qmail 3484 invoked from network); 26 May 1997 04:23:47 -0000
Received: from haze.cflash.com (root@207.152.95.9)
by rs4.internic.net with SMTP; 26 May 1997 04:23:47 -0000
Received: (from shar@localhost) by haze.cflash.com (8.8.5/8.7.3) id XAA10856 for
hostmaster@internic.net; Sun, 25 May 1997 23:23:52 -0500 (CDT)
From: Yevgeniy Kruglov <shar@haze.cflash.com>
Message-Id: <199705260423.XAA10856@haze.cflash.com>
Subject: [NIC-970526.229] Re: MODIFY DOMAIN ritlabs.com
To: hostmaster@internic.net
Date: Sun, 25 May 1997 23:23:52 -0500 (CDT)
In-Reply-To: <199705260422.AAA07742@rs2.internic.net> from "hostmaster@internic.net" at
"May 26, 97 00:22:55 am"
X-Mailer: ELM [version 2.4ME+ PL22 (25)]
MIME-Version: 1.0
Content-Type: text/plain; charset=US-ASCII
Content-Transfer-Encoding: 7bit
X-MTS-Ticket: 970526.229
X-MTS-Type: Domain
X-MTS-Mode: Unknown
X-MTS-Priority: Normal
X-MTS-Status: Open
X-MTS-Timestamp: 970526002348

******************* Please DO NOT REMOVE Version Number *******************

Domain Version Number: 3.0

**************** Please see attached detailed instructions ****************

******** Only for registrations under ROOT, COM, ORG, NET, EDU, GOV ********

RLSRL00352

Authorization
0a. (N)ew (M)odify (D)elete....: M
0b. Auth Scheme................: MAIL-FROM
0c. Auth Info.................:

1.  Purpose/Description........: DNSes have been changed

2.  Complete Domain Name.......: ritlabs.com

Organization Using Domain Name
3a. Organization Name..........: RIT S.R.L.
3b. Street Address.............: 180 Stefan cel Mare st.                #101
3c. City.......................: Chishinau
3d. State......................: Chishinau
3e. Postal Code................: 2004
3f. Country Code...............: Moldova

Administrative Contact
4a. NIC Handle (if known)......: SD1626
4b. (I)ndividual (R)ole........:
4c. Name.......................:
4d. Organization Name..........:
4e. Street Address.............:
4f. City.......................:
4g. State......................:
4h. Postal Code................:
4i. Country Code...............:
4j. Phone Number...............:
4k. Fax Number.................:
4l. E-Mailbox..................:


Technical Contact
5a. NIC Handle (if known)......: YK173
5b. (I)ndividual (R)ole........:
5c. Name.......................:
5d. Organization Name..........:
5e. Street Address.............:
5f. City.......................:
5g. State......................:
5h. Postal Code................:
5i. Country Code...............:
5j. Phone Number...............:
5k. Fax Number.................:
5l. E-Mailbox..................:

Billing Contact
6a. NIC Handle (if known)......: BIL89-ORG
6b. (I)ndividual (R)ole........:
6c. Name.......................:
6d. Organization Name..........:

6e. Street Address.............:
6f. City.......................:
6g. State......................:
6h. Postal Code................:
6i. Country Code...............:
6j. Phone Number...............:
6k. Fax Number.................:
6l. E-Mailbox..................:

Primary Name Server
7a. Primary Server Hostname....: HAZE.CFLASH.COM
7b. Primary Server Netaddress..: 207.152.95.9

Secondary Name Server(s)
8a. Secondary Server Hostname..: MIST.CFLASH.COM
8b. Secondary Server Netaddress: 207.152.95.10

Invoice Delivery
9. (E)mail (P)ostal...........:


An initial charge of $100.00 USD will be made to register the Domain name.
This charge covers any updates required during the first two (2) years.
The Billing Contact listed in Section 6 will be invoiced within ten (10)
days of Domain name registration.  For detailed information on billing,
see:

ftp://rs.internic.net/billing/billing-procedures.txt
http://rs.internic.net/guardian/

The party requesting registration of this name certifies that, to her/his
knowledge, the use of this name does not violate trademark or other statutes.

Registering a Domain name does not confer any legal rights to that name and
any disputes between parties over the rights to use a particular name are to
be settled between the contending parties using normal legal methods.  See
RFC 1591 available at:

ftp://rs.internic.net/policy/rfc1591.txt

By applying for the Domain name and through the use or continued use of the
Domain name, the applicant agrees to be bound by the terms of NSI's then
current Domain name policy (the 'Policy Statement') which is available at:

ftp://rs.internic.net/policy/internic/internic-domain-4.txt

(If this application is made through an agent, such as an Internet Service
Provider, that agent accepts the responsibility to notify the applicant of
the conditions on the registration of the Domain name and to provide the
applicant a copy of the current version of the Policy Statement, if so
requested by the applicant.)  The applicant acknowledges and agrees that
NSI may change the terms and conditions of the Policy Statement from time

RLSRL00354

to time as provided in the Policy Statement.

The applicant agrees that if the use of the Domain name is challenged by any third party, or if any dispute arises under this Registration Agreement, as amended, the applicant will abide by the procedures specified in the Policy Statement.

This Registration Agreement shall be governed in all respects by and construed in accordance with the laws of the United States of America and of the State of California, without respect to its conflict of law rules. This Registration Agreement is the complete and exclusive agreement of the applicant and NSI ('parties') regarding Domain names.  It supersedes, and its terms govern, all prior proposals, agreements, or other communications between the parties.  This Registration Agreement may only be amended as provided in the Policy Statement.