# EXHIBIT TT

**Трудовая книжка**

ЛТ-I № 0233448

Фамилия .......... *Демченко*

Имя .......... *Сергей*

Отчество .......... *Иванович*

Дата рождения .......... *об мая 1960г*
(число, месяц, год)

Образование .......... *высшее*
(н/среднее, среднее, н/высшее, высшее)

Профессия, специальность .......... *радиоинженер*

Дата заполнения „*11*" *апреля* 19*83*г.

Подпись владельца книжки

Подпись лица, ответственного
за выдачу трудовых книжек

М. П.   *Прокоп*
(разборчиво)

1

## СВЕДЕНИЯ О РАБОТЕ

| № записи | Дата | | | Сведения о приеме на работу, об увольнении (с указанием причин и со ссылкой на статью, пункт закона) и о переводах на другую работу | На основании чего внесена запись (документ, его дата и номер) |
|---|---|---|---|---|---|
| | число | месяц | год | | |
| 1 | 2 | | | 3 | 4 |
| | | | | *До поступления на работу в Молдавское управление ГА трудового стажа не имеет* | |
| | | | | *Учеба в Киевском институте ГА с 1977г по 1983г* | *Диплом ИВ-I № 115666* |
| | | | | *Молдавское управление ГА* | |
| 1 | 04 | 04 | 1983 | *Принят на работу в авиацион- но-техническую базу на должность инженера ОТК.* | *Пр 48/л от 11.04.83г* |
| 2 | 11 | 06 | 1984 | *Переведен на должность инже- нера УРАПЦ* | *Пр 58/л от 14.05.84г* |
| 3 | 01 | 04 | 1988 | *Инженер II кат. УЭССОПИ АТБ* | *Пр 135/л от 31.03.88г* |

RLSRL00481

## СВЕДЕНИЯ О РАБОТЕ

ЛТ-I № 0233448

| № записи | Дата | | | Сведения о приеме на работу, и об увольнении (с указанием на статью, о переводах на другую работу причин и со ссылкой пункт закона) | На основании внесена запи (документ, его и номер) |
|---|---|---|---|---|---|
| | число | месяц | год | | |
| 1 | 2 | | | 3 | 4 |
| 4 | 12 | 03 | 1990 | Назначен на должность инженера-электроника 2 кат. УЭССОПИ АБ | Пр 106/л 20.03 90г |
| 5 | 01 | 08 | 1992 | Переведен в службу качества и стандартизации инженером-электроником 2 категории | Пр 291/л 06 08.92 |
| 6 | 02 | 10 | 1992 | Уволен по собственному желанию ст. 36 130 РМ п/п 1 инстр. ... | Пр 373/л от 29.09.92 |
| 7 | 05 | 10 | 1992 | Принят ... инспектор ... Директор | ... главным Пр N 34 от 05.10.92 |
| | | | | Самов И.В. | |

## СВЕДЕНИЯ О РАБОТЕ

| № записи | Дата | | | Сведения о приеме на работу, и об увольнении (с указанием на статью, о переводах на другую работу причин и со ссылкой пункт закона) | На основании чего внесена запись (документ, его дата и номер) |
|---|---|---|---|---|---|
| | число | месяц | год | | |
| 1 | 2 | | | 3 | 4 |
| 8 | 30 | 09 | 1994 | Уволен по собственному желанию ст. 36 К3ОТ ВН Директор Т.В. Факлов | Пр N 24 от 30.09.94 |
| 9 | 03 | 10 | 1994 | Принят директором RIT 8РД. | Пр N 03-102 от 03.10.94 |
| 10 | 23 | 12 | 1997 | Уволен по собственному желанию (ст 36 К3ОТ РМ) | Пр N 120/97 |

RLSRL00482

233448

## СВЕДЕНИЯ О РАБОТЕ

ПТ-1 № 0233448

| № записи | Дата | | | Сведения о приеме на работу, и об увольнении (с указанием на статью) | о переводах на другую работу причин и со ссылкой пункт закона | На основании чего внесена запись (документ, его дата и номер) |
|---|---|---|---|---|---|---|
| | число | месяц | год | | | |
| 1 | | 2 | | 3 | | 4 |
| 26/л | 01 | 03 | 1998 | Принять на должность зиректора фирма "RITLA BS" | | №1.98 от 01.03.1998 |
| | | | | Sa eliberat carnet de munca model nou Seria AA 0361068 din 29.05.2000 Contabil | | |

8                                                                                                              9

## СВЕДЕНИЯ О НАГРАЖДЕНИЯХ

| № записи | Дата | | | Сведения о награждениях орденами и медалями, о присвоении почетных званий | | На основании чего внесена запись (документ, его дата и номер) |
|---|---|---|---|---|---|---|
| | число | месяц | год | | | |
| 1 | | 2 | | 3 | | 4 |
| | | | | Молдавское УГА | | |
| 1 | 29 | 04 | 1985 | За рац. предложение | 18.22 - ден. вознагр. | Пр.156 от 29.04.85 |
| 2 | 15 | 04 | 1986 | За активное участие во внедрении в жизнь комплекса МУ2-74 - денежная премия. | | Пр 69/л от 15.04.86. |
| 3 | 21 | 04 | 198 | За рац. предложение №18 - ден. вознагр. | | Пр.75/л от 21.04.86 |
| 4 | 01 | 07 | 1986 | За лучшее рац. предлож. - ден. вознагр. | | Пр.128/л от 01.07.86 |
| 5 | 12 | 11 | 1986 | За рац. предлож. №64 - ден. вознагр. | | Пр.221/л от 12.11.86. |
| 6 | 18 | 03 | 198 | За рац. предложение №27 - ден. вознагр. | | Пр. 75 от 18.03.27. |
| 7 | 25 | 09 | 1987 | За рац. предлож. №104, 13-85с, 20-05с - ден. воз. | | Пр.259 от 25.09.87 |
| 8 | 30 | 11 | 1987 | За рац. предлож. №107 - ден. вознагр. | | Пр.470/л 30.11.88. |

RLSRL00483

REPUBLICA MOLDOVA

NOTARUL PUBLIC Timofti Angela

SEDIUL BIROULUI: mun. Chișinău, str. Armenească, 30, Of. 104

Tel.: 22-91-14

**Anul două mii doisprezece, luna ianuarie, ziua șase.**

Eu, notar public Timofti Angela, legalizez această copie identică cu originalul documentului prezentat mie, care nu conține ștersături sau adăugiri, cuvinte suprimate sau alte corectări nespecificate.

S-a înregistrat cu nr. *314*

S-a încasat taxa de stat *1,5* lei

S-a perceput plata pentru serviciul notarial *24,0* lei

Timofti Angela

Notar public

## WORKBOOK
### ЛТ-I No.0233448

Surname:          **Demcenko**
Name:             **Serghei**
Patronymic:       **Ivan**
Date of birth:        the 06th of May, 1960
Education:           higher education
Profession, specialty:   radio engineer
Date of filling:       the 11th of April, 1983
Signature of the work-book holder */signature/*
Signature of the authority responsible
for the issue of the work-books:       */signature/*
Seal: *Ministry of Defense, Moldavian Direction of Civil Aviation, Human Resources Department.*

## INFORMATION ABOUT WORK

| Record no. | Day | Month | Year | Information about getting fixed up in a job, transference to another job and about dismissals (mentioning the reasons and article, clause of the law) | Base for making notes (document, its date and number) |
|---|---|---|---|---|---|
| | | | | He had not had labor experience before entering the workplace at the Moldavian Direction of Civil Aviation | |
| | | | | Studies at the Kiev Institute of Civil Aviation from 1977 to 1983 | Diploma ИВ-I no.115666 |
| | | | | Moldavian Direction of Civil Aviation | |
| 1 | 04 | 04 | 1983 | Employed to the post of the quality control engineer, to the Aircraft Maintenance Base. | Order no.48/л of the 11th of April, 1983 |
| 2 | 11 | 06 | 1984 | Transferred to the post of the engineer, to the Sector of Flight Information Decryption and Analysis. | Order no.58/л of the 14th of May, 1984 |
| 3 | 01 | 04 | 1988 | Awarded the 2nd category of the engineer of the Sector of Use of the Flight Information Collection and Processing Means of the Aircraft Maintenance Base. | Order no.135/л of the 31st of March, 1988 |
| 4 | 12 | 03 | 1990 | Named to the post of the electronic engineer of the 2nd category of the Sector of Use of the Flight Information Collection and Processing Means of the Aircraft Maintenance Base. | Order no.106/л of the 20th of March, 1990 |
| 5 | 01 | 08 | 1992 | Transferred to the post of the electronic engineer of the 2nd category, to the Quality and Standardization Service. | Order no.291/л of the 06th of August, 1992 |
| 6 | 02 | 10 | 1992 | Dismissed on his own initiative according to article 36 of the Labor Code of the Republic of Moldova. Human Resources Inspector */signature/* Seal: *Ministry of Defense, Moldavian Direction of Civil Aviation, Human Resources Department.* | Order no.373/л of the 29th of September, 1992 |
| 7 | 05 | 10 | 1992 | Employed to the post of the chief engineer, to the "IBIS" Limited. Director */signature/* Somov I.V. Seal: *Republic of Moldova, Chisinau City, the "IBIS" Limited.* | Order no.34 of the 05th of October, 1992 |

RLSRL00485

| | | | | | |
|---|---|---|---|---|---|
| | | | | of the Labor Code of the Republic of Moldova. Director /signature/ Somov Seal: *Republic of Moldova, Chisinau City, the "IBIS" Limited.* | 30th of September, 1994 |
| 9 | 03 | 10 | 1994 | Employed to the post of the director, to the "RIT" Limited. Human Resources Department /signature/ Seal: *Republic of Moldova, Chisinau, the "RIT" Limited.* | Order no.03-10-2 of the 03rd of October, 1994 |
| 10 | 23 | 12 | 1997 | Dismissed on his own initiative (according to article 36 of the Labor Code of the Republic of Moldova). Human Resources Department /signature/ Seal: *Republic of Moldova, Chisinau, the "RIT" Limited.* | Order no.12.0/97 |
| 11 | 01 | 03 | 1998 | Employed to the post of the director, to the "RITLABS" Limited. /signature/ Seal: *Republic of Moldova, Chisinau, Ghidighici, the "RITLABS" Limited, No.105077910.* | Order no.1.98 of the 01st of March, 1998 |
| | | | | There was issued workbook of the new type AA0361068 beginning with the 29th of May, 2000. Accountant /signature/ Seal: *Republic of Moldova, Chisinau, Ghidighici, the "RITLABS" Limited, No.105077910.* | |

## INFORMATION ABOUT REWARDS

| Record no. | Day | Month | Year | Information about getting fixed up in a job, transference to another job and about dismissals (mentioning the reasons and article, clause of the law) | Base for making notes (document, its date and number) |
|---|---|---|---|---|---|
| | | | | Moldavian Direction of Civil Aviation | |
| 1 | 29 | 04 | 1985 | He is given money reward for rationalization proposal no.18, 22. | Order no.156 of the 29th of April, 1985 |
| 2 | 15 | 04 | 1986 | He is granted a gift of money for active participation in putting into operation of the complex "LUCH-74". | Order no.69/of the 15th of April, 1986 |
| 3 | 21 | 04 | 1986 | He is given money reward for rationalization proposal no.18. | Order no.75/л of the 21st of April, 1986 |
| 4 | 01 | 07 | 1986 | He is given money reward for the best rationalization proposal. | Order no.128/л of the 01st of July, 1986 |
| 5 | 12 | 11 | 1986 | He is given money reward for rationalization proposal no.69, 70. | Order no.221/л of the 12th of November, 1986 |
| 6 | 18 | 03 | 1987 | He is given money reward for rationalization proposal no.27. | Order no.79 of the 18th of March, 1987 |
| 7 | 25 | 09 | 1987 | He is given money reward for rationalization proposal no.104, 18-85, 22-85. | Order no.259 of the 25th of September, 1987 |
| 8 | 30 | 11 | 1988 | He is given money reward for rationalization proposal no.104. Seal: *Ministry of Defense, Moldavian Direction of Civil Aviation, Human Resources Department.* | Order no.470/л of the 30th of November, 1988 |

RLSRL00486

**REPUBLIC OF MOLDOVA**

**Notary Public TIMOFTI ANGELA**

**Location of the bureau:** Chisinau municipality, 30 Armeneasca Street, office 104, tel.:22-91-14

Year two thousand and twelve       month of January       the sixth day
I, the notary public **TIMOFTI ANGELA**, legalize the present identical copy of the extract from the workbook that has been presented to me, which does not have erasures or additions, obliterated words or other not stipulated corrections.

Registered under no. _____

Cashed the state tax _____ lei

Cashed the payment for the notary services _____ lei

NOTARY PUBLIC *(signature: illegible)*

*Round seal:*
*Republic of Moldova,*
*Notary Public –*
*TIMOFTI ANGELA,*
*License No.280.*

| | |
|---|---|
| *I, undersigned **Prudnic Olesea**, an authorized translator of the Russian, Romanian and English languages, certify the fidelity of translation of the text in the legalized copy of the extract from the workbook, which was signed by me on 06.01.2012.* | *Subsemnata, **Prudnic Olesea**, traducător autorizat în limba rusă, română, engleză, certific exactitatea traducerii cu textul înscrisului în copie legalizată a extrasului din carnet de muncă, care a fost vizat de mine la 06.01.2012.* |

*Translator's signature*

*Semnătura traducătorului*

---

REPUBLICA MOLDOVA

Notar Public **TIMOFTI ANGELA**

Sediul: mun. Chişinău, str. Armenească, nr. 30, of. 104, tel.: 22-91-14

Anul două mii doisprezece       luna ianuarie       ziua a şasea

Eu, notar public, **TIMOFTI ANGELA**, legalizez semnătura traducătorului **Prudnic Olesea**, care îmi este cunoscută.

S-a înregistrat cu nr. _____

S-a încasat taxa de stat _____ leu

S-a perceput plata pentru serviciul notarial _____ lei

NOTAR PUBLIC

RLSRL00487

*REPUBLICA*

*MOLDOVA*

# CARNET DE MUNCĂ

AA 0361068

### TITULAR:

Numele _Demcenko_

Prenumele _Serghei_

Unitatea emitentă _Rittabs SRL_

Localitatea _or Chişinău_

Anul _2000_ Luna _mai_ Ziua _29_

Semnătura conducătorului
unităţii

Nr. 105077910

1

---

*CAP.I* **DATE PRIVIND INDENTITATEA ŞI STAREA CIVILĂ A TITULARULUI CARNETULUI DE MUNCĂ**

*DATA ŞI LOCUL NAŞTERII*

Anul _1960_ Luna _05_ Ziua _06_

Localitatea _UZB Cırak_

*STAREA CIVILĂ*

Căsătorit(ă) cu _Banari Natalia_

_25.08.1961_

numele, prenumele si data nasterii sotului sau sotiei

*NUMELE, PRENUMELE SI DATA NAŞTERII FIECĂRUI COPIL*

_Demcenko Alexandr  14.11.1984_

_Demcenko Inna       10.12.1985_

Semnatura titularului _Demcenko_

*CAP.II* **SCHIMBĂRI PRIVIND STAREA CIVILĂ ŞI NUMELE TITULARULUI DUPĂ ÎNTOCMIREA CARNETULUI DE MUNCĂ**

| Nr. crt. | Ziua | Luna | Anul | Schimbarea intervenita | Denumirea, nr. si data documentului; autoritatea care l-a eliberat | Parafa si semnătura persoanei care face inscrierea |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

RLSRL00488

*CAP.V* **DATE REFERITOARE LA**   **ACTIVITATEA ÎN MUNCĂ**

| Nr crt. | Anul | Luna | Ziua | Unitatea, sau persoana fizică la care este angajat | | Date cu privire la încadrare, transfer si concediere | Actul în baza căruia se face inscrierea (data si numărul), parafa si semnătura persoanei care face inscrierea |
|---|---|---|---|---|---|---|---|
| 1 | 2 | | | | | 4 | 5 |
| 12 | 2011 | 12 | 12 | Firma „Ritlabs" SRL Eliberat în legătură individual termen conform art. 263 b) din Codul muncii. | | din funcția de Director cu încetarea contractului de muncă înainte de | Hotărîrea nr. 11211 din 12.12.2011 Contabil-șef J. Valma... |

10    11

REPUBLICA MOLDOVA
NOTARUL PUBLIC Timofti Angela
SEDIUL BIROULUI: mun. Chișinău, str. Armenească, 30, Of. 104
Tel.: 22-91-14

Anul **două mii doisprezece**, luna **ianuarie**, ziua **șase**.

　　Eu, notar public Timofti Angela, legalizez această copie identică cu originalul documentului prezentat mie, care nu conține ștersături sau adăugiri, cuvinte suprimate sau alte corectări nespecificate.

S-a înregistrat cu nr. 
S-a încasat taxa de stat            lei
S-a perceput plata pentru serviciul notarial           lei

Notar public              Timofti Angela

RLSRL00489

*Translation from Romanian into English*

Republic of Moldova
**WORK RECORD**
AA 0361068
HOLDER:

Last name **DEMCENKO**
First name **SERGHEI**
Issuing unit   **"Ritlabs" LLC**
Locality **Chisinau city**
Year **2000** month **05** day **29**th

Signature of the unit chief   /signature/

Stamp: Republic of Moldova, Chisinau, Ghidighici. Limited Liability Company "Ritlabs" LLC. Nr. 105077910

*CHAPTER I.* **INFORMATION REGARDING THE IDENTITY AND THE CIVIL**
**STATUS OF THE WORK RECORD HOLDER**

*DATE AND PLACE OF BIRTH*
Year **1960** month **05** day **06**th
Locality Uzbekistan, Circik

Married with **Banari Natalia**, born on **25.08.1961**
last name, first name and date of birth of husband or wife

*LAST NAME, FIRST NAME AND DATE*
*OF BIRTH OF EACH CHILD*
1.  Demcenko Alexandr, born on 14.11.1984
2.  Demcenko Inna, born on 10.12.1985

Holder's signature   /signature/

*CHAPTER V.* **INFORMATION REGARDING THE WORK ACTIVITY**

| Nr. | Year | Month | Day | Unit or physical person where employed | Data on employment, transfers and redundancy | Act under which registration is made (date and number); signature of the person who makes the registration |
|---|---|---|---|---|---|---|
| 12 | 2011 | 12 | 12 | "Ritlabs" LLC | Is dismissed from the position of the Director because of the early termination of the individual labor contract in conformity with the art. 263 (b) CM RM.<br><br>Chief accountant      Talmatchi I.<br><br>*Stamp: Republic of Moldova, Chisinau, Ghidighici. Limited Liability Company "Ritlabs" LLC* | Order Nr. 11211 from 12.12.2011<br><br>/signature/ |

**REPUBLIC OF MOLDOVA**

**Notary Public TIMOFTI ANGELA**

**Location of the bureau:** Chisinau municipality, 30 Armeneasca Street, office 104, tel.: 22-9...

Year two thousand and twelve        month of January        the sixth day

I, the notary public **TIMOFTI ANGELA**, legalize the present identical copy of the extract from the workbook that has been presented to me, which does not have erasures or additions, obliterated words or other not stipulated corrections.

Registered under no. _213_

Cashed the state tax _1,00_ lei

Cashed the payment for the notary services _15,00_ lei

NOTARY PUBLIC *(signature: illegible)*

*Round seal:*
*Republic of Moldova,*
*Notary Public –*
*TIMOFTI ANGELA,*
*License No.280.*

| | |
|---|---|
| *I, undersigned **Schiopu Olga**, an authorized translator of the Romanian and English languages, certify the fidelity of translation of the text in the legalized copy of the extract from the workbook, which was signed by me on 06.01.2012.* | *Subsemnata, **Şchiopu Olga**, traducător autorizat în limba română şi engleză, certific exactitatea traducerii cu textul înscrisului în copie legalizată a extrasului din carnet de muncă, care a fost vizat de mine la 06.01.2012.* |

*Translator's signature*

*Semnătura traducătorului*

REPUBLICA MOLDOVA

Notar Public **TIMOFTI ANGELA**

Sediul: mun. Chişinău, str. Armenească, nr. 30, of. 104, tel.: 22-91-14

Anul două mii doisprezece        luna ianuarie        ziua a şasea

Eu, notar public, **TIMOFTI ANGELA**, legalizez semnătura traducătorului **Şchiopu Olga**, care îmi este cunoscută.

S-a înregistrat cu nr. _214_

S-a încasat taxa de stat _1,00_ leu

S-a perceput plata pentru serviciul notarial _20,00_ lei

NOTAR PUBLIC

RLSRL00491

# Трудовая книжка

**АТ-VII № 0795628**

Фамилия _Масютин_

Имя _Максим_

Отчество _Геннадиевич_

Дата рождения _14 сентября 1977г._
(число, месяц, год)

Образование _среднее_
(начальное, среднее, н/высшее, высшее)

Профессия, специальность _программист_

Дата заполнения "_14_" _июля_ 1994 г.

Подпись владельца книжки _[подпись]_

Подпись лица, ответственного
за выдачу трудовых книжек

_Л.Н. Сергеев_
(разборчиво)

1

## СВЕДЕНИЯ О РАБОТЕ

| № записи | Дата | | | Сведения о приеме на работу, и об увольнении (с указанием на статью) | о переводах на другую работу причин и со ссылкой пункт закона | На основании чего внесена запись (документ, его дата и номер) |
|---|---|---|---|---|---|---|
| | число | месяц | год | | | |
| 1 | | | 94 | Научно-исследовательская, производственная и коммерческая фирма "Selen" SRL Принят на работу в должности инж.-кр.-программиста Директор НИПКФ "Selen" SRL | | Пр. N 1/14/07 от 14 июля 1994 г. Сергеев Л.Н. |
| 2 | 19 | 12 | 95 | Научно-исследовательская и коммерческая фирма Уволен по собственному желанию Директор НИПКФ | опал, производственная "Selen" SRL "Selen" SRL | Пр. N 1/12/12 от 17 декабря 1995 г. Сергеев Л.Н. |

CONFIDENTIAL



СВЕДЕНИЯ   О РАБОТЕ   АТ-VII № 0795628

| № записи | Дата | | | Сведения о приеме на работу, и об увольнении (с указанием на статью, | о переводах на другую работу причин и со ссылкой пункт закона) | На основании внесена запис (документ, его д и номер) |
|---|---|---|---|---|---|---|
| | число | месяц | год | | | |
| 1 | 2 | | | 3 | | 4 |
| 3. | 20 | 12 | 95 | "RIT" SRL Принят на работу в должности инженера-программиста. Директор "RIT"SRL | | Пр. №12/1 от 20.12.199 Демченко.С.И |
| 4. | 31 | 12 | 97 | "RIT" S.R.L. Уволен по статье 36 Директор | закона о труде Р.М. и RIT"S.R.L. Демченко.С.И. | Пр. № 12/6 от 31.12.97. |

4                                                                                                                              5

---

СВЕДЕНИЯ   О РАБОТЕ

| № записи | Дата | | | Сведения о приеме на работу, и об увольнении (с указанием на статью, | о переводах на другую работу причин и со ссылкой пункт закона) | На основании чего внесена запись (документ, его дата и номер) |
|---|---|---|---|---|---|---|
| | число | месяц | год | | | |
| 1 | 2 | | | 3 | | 4 |
| 5 | 04 | 03 | 1998 | "RITLABS" SRL Принят на работу в должности инженера-программиста Директор "RITLABS"SRL Se elibereat cecret Seria AA 036107₀ din | ... ete titus model nou 29.05.2000 Contabil sef | приказ № 7 от 04.03.98 |

REPUBLICA MOLDOVA

NOTARUL PUBLIC Timofti Angela

SEDIUL BIROULUI: mun. Chișinău, str. Armenească, 30, Of. 104

Tel.: 22-91-14

Anul **două mii doisprezece**, luna **ianuarie**, ziua **șase**.

Eu, notar public Timofti Angela, legalizez această copie identică cu originalul documentului prezentat mie, care nu conține ștersături sau adăugiri, cuvinte suprimate sau alte corectări nespecificate.

S-a înregistrat cu nr. *229*

S-a încasat taxa de stat *25* lei

S-a perceput plata pentru serviciul notarial *19.00* lei

Notar public *Timofti* Timofti Angela

*Translation from the Russian and Romanian language into the English language*

**WORKBOOK**
**AT-VII No.0795628**

| | |
|---|---|
| Surname: | **Masiutin** |
| Name: | **Maxim** |
| Patronymic: | **Ghenadie** |
| Date of birth: | the 14th of September, 1977 |
| Education: | secondary education |
| Profession, specialty: | programmer |
| Date of filling: | the 14th of July, 1994 |

Signature of the work-book holder /signature/
Signature of the authority responsible
for the issue of the work-books: /signature/
Seal: *Republic of Moldova, Chisinau City, the Industrial and Commercial Firm "SELEN" Limited.*

**INFORMATION ABOUT WORK**

| Record no. | Day | Month | Year | Information about getting fixed up in a job, transference to another job and about dismissals (mentioning the reasons and article, clause of the law) | Base for making notes (document, its date and number) |
|---|---|---|---|---|---|
| | | | | The Research, Industrial and Commercial Firm "SELEN" Limited | |
| 1 | 14 | 07 | 1994 | Employed to the post of the programmer-engineer. Director of the Research, Industrial and Commercial Firm "SELEN" Limited /signature/ Sergheev L.N. Seal: *Republic of Moldova, Chisinau City, the Industrial and Commercial Firm "SELEN" Limited.* | Order no.1/14/07 of the 14th of July, 1994 |
| | | | | The Research, Industrial and Commercial Firm "SELEN" Limited | |
| 2 | 19 | 12 | 1995 | Dismissed on his own initiative. Director of the Research, Industrial and Commercial Firm "SELEN" Limited /signature/ Sergheev L.N. Seal: *Republic of Moldova, Chisinau City, the Industrial and Commercial Firm "SELEN" Limited.* | Order no.1/19/12 of the 19th of December, 1995 |
| | | | | The "RIT" Limited | |
| 3 | 20 | 12 | 1995 | Employed to the post of the programmer-engineer. Director of the "RIT" Limited /signature/ Demcenko S.I. Seal: *Republic of Moldova, Chisinau, the "RIT" Limited.* | Order no.12/1 of the 20th of December, 1995 |
| | | | | The "RIT" Limited | |
| 4 | 31 | 12 | 1997 | Dismissed according to article 36 of the Labor Code of the Republic of Moldova. Director of the "RIT" Limited /signature/ Demcenko S.I. Seal: *Republic of Moldova, Chisinau, the "RIT" Limited.* | Order no.12/6 of the 31st of December, 1997 |
| | | | | The "RITLABS" Limited | |
| 5 | 04 | 03 | 1998 | Employed to the post of the programmer-engineer. Director of the "RITLABS" Limited /signature/ Demcenko S.I. Seal: *Republic of Moldova, Chisinau, the "RITLABS" Limited.* | Order no.7 of the 04th of March, 1998 |
| | | | | There was issued workbook of the new type AA0361070 beginning with the 29th of May, 2000. Chief Accountant /signature/ Seal: *Republic of Moldova, Chisinau, Ghidighici, the "RITLABS" Limited, No.105077910.* | |

REPUBLIC OF MOLDOVA

**Notary Public TIMOFTI ANGELA**

**Location of the bureau:** Chisinau municipality, 30 Armeneasca Street, office 104, tel.:22-91

      Year two thousand and twelve      month of January      the sixth day

      I, the notary public **TIMOFTI ANGELA**, legalize the present identical copy of extract from the workbook that has been presented to me, which does not have erasures, additions, obliterated words or other not stipulated corrections.

      Registered under no. _____

      Cashed the state tax _____ lei

      Cashed the payment for the notary services _____ lei

      NOTARY PUBLIC *(signature: illegible)*

*Round seal:*
*Republic of Moldova,*
*Notary Public –*
*TIMOFTI ANGELA,*
*License No.280.*

| | |
|---|---|
| *I, undersigned **Prudnic Olesea**, an authorized translator of the Russian, Romanian and English languages, certify the fidelity of translation of the text in the legalized copy of the extract from the workbook, which was signed by me on 06.01.2012.* | *Subsemnata, **Prudnic Olesea**, traducător autorizat în limba rusă, română, engleză, certific exactitatea traducerii cu textul înscrisului în copie legalizată a extrasului din carnet de muncă, care a fost vizat de mine la 06.01.2012.* |

*Translator's signature*

*Semnătura traducătorului*

REPUBLICA MOLDOVA

Notar Public **TIMOFTI ANGELA**

Sediul: mun. Chişinău, str. Armenească, nr. 30, of. 104, tel.: 22-91-14

      Anul două mii doisprezece      luna ianuarie      ziua a şasea

      Eu, notar public, **TIMOFTI ANGELA**, legalizez semnătura traducătorului **Prudnic Olesea**, care îmi este cunoscută.

      S-a înregistrat cu nr. _____

      S-a încasat taxa de stat _____ leu

      S-a perceput plata pentru serviciul notarial _____ lei

      NOTAR PUBLIC

CONFIDENTIAL

REPUBLICA
MOLDOVA

# CARNET DE MUNCĂ

AA 0361070

### TITULAR:

Numele *Masiutin*

Prenumele *Maxim*

Unitatea emitentă *RitLabs SRL*

Localitatea *or. Chișinău*

Anul *2000* Luna *mai* Ziua *29*

Semnătura conducătorului
unității

*Demyanets*

Nr 105077910

1

---

**CAP.I DATE PRIVIND INDENTITATEA ȘI STAREA CIVILĂ A TITULARULUI CARNETULUI DE MUNCĂ**

*DATA ȘI LOCUL NAȘTERII*

Anul *1977* Luna *09* Ziua *14*

Localitatea *Rus. Sankt-Peterburg*
*Vrborg*

*STAREA CIVILĂ*

Căsătorit(ă) cu *Masiutina*

*Angela născut – 23/02/1968*

numele, prenumele și data nașterii soțului sau soției

*NUMELE, PRENUMELE ȘI DATA NAȘTERII FIECĂRUI COPIL*

*1. fiica – Masiutina Alisa*
*născută – 04/03/2001*

Semnătura titularului *Masiutin*

**CAP.II SCHIMBĂRI PRIVIND STAREA CIVILĂ ȘI NUMELE TITULARULUI DUPĂ ÎNTOCMIREA CARNETULUI DE MUNCĂ**

| Nr. crt. | Ziua | Luna | Anul | Schimbarea intervenită | Denumirea, nr. și data documentului; autoritatea care l-a eliberat | Parafa și semnătura persoanei care face înscrierea |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CONFIDENTIAL

AA 0361070

## CAP.III  STUDII

Universității Libere Internaționale din Moldova

*instituția de învățământ de gradul cel mai înalt*

Actul *Diploma de licență învățămînt superior AL000015060 din 09.02.2008.*

INTOCMIREA CARNETULUI DE MUNCĂ

### INSTITUTIILE ABSOLVITE PÎNA SI DUPA

| № crt. | Denumirea scolii absolvite | |
|---|---|---|
| 1 | Universității Libere Internaționale din Moldova | Specia |

| Denumirea, nr. si data actului, autoritatea emitenta | Parafa si semnatura persoanei care face inscriere |
|---|---|
| litetea: Management | Contabil-șef Talmațchi Igor |

4

5

## CAP.V  DATE REFERITOARE LA ACTIVITATEA ÎN MUNCĂ

| № crt. | Anul | Luna | Ziua | Unitatea, sau persoana fizica la care este angajat | Date cu privire la incadrare, transfer si concediere | Actul in baza caruia se face inscrierea (data si numarul), parafa si semnatura persoanei care face inscriere |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | | 4 | | 5 |
| 6 | 2000 | 07 | 03 | Ritlabs SRL | Este transferat în funcție Ordin oc/o7 "Șeful secției de dezvoltare și implementare a sistemelor de software." din 03/07/2000 | |
| | | | | Contabil șef Talmațchi T. | | |
| 7 | 2008 | 08 | 01 | Este transferat în funcția de Manager de proiect informatic din propr. inițiativă. Contabil șef Talmațchi I. | | Ordin nr. 01/08 din 01.08.2008 |

CONFIDENTIAL

REPUBLICA MOLDOVA

NOTARUL PUBLIC Timofti Angela

SEDIUL BIROULUI: mun. Chișinău, str. Armenească, 30, Of. 104

Tel.: 22-91-14

Anul **două mii doisprezece**, luna **ianuarie**, ziua șase.

Eu, notar public Timofti Angela, legalizez această copie identică cu originalul documentului prezentat mie, care nu conține ștersături sau adăugiri, cuvinte suprimate sau alte corectări nespecificate.

S-a înregistrat cu nr. *224*

S-a încasat taxa de stat *1,00*   lei

S-a perceput plata pentru serviciul notarial *18,00*   lei

Notar public         *Timofti*         Timofti Angela

*Translation from Romanian into English*

Republic of Moldova
**WORK RECORD**
AA 0361070
HOLDER:

Last name **MASIUTIN**
First name **MAXIM**
Issuing unit   **"Ritlabs" LLC**
Locality **Chisinau city**
Year **2000** month **05** day **29**th

Signature of the unit chief      /signature/

Stamp: Republic of Moldova, Chisinau, Ghidighici. Limited Liability Company "Ritlabs" LLC. Nr. 105077910

*CHAPTER I.* **INFORMATION REGARDING THE IDENTITY AND THE CIVIL STATUS OF THE WORK RECORD HOLDER**

*DATE AND PLACE OF BIRTH*
Year **1977** month **09** day **14**th
Locality Russia, Sankt-Petersburg, Vyborg

Married with **Masiutina Angela**, born on **23.02.1968**
last name, first name and date of birth of husband or wife

*LAST NAME, FIRST NAME AND DATE OF BIRTH OF EACH CHILD*
1.   daughter – Masiutina Alisa, born on 04.03.2001

Holder's signature      /signature/

*CHAPTER III.* **STUDIES**

AA 0361070

Higher educational institution: <u>Free International University of Moldova</u>
Act    <u>Diploma of Licentiate Higher University Education ALI000015060 of 09.07.2008</u>

| Nr. | Qualification, specialization, training | Document no. and date, issuing authority | Paragraph and signature of issuing officer |
|---|---|---|---|
| 1 | Free International University of Moldova | Specialty: Management | Chief accountant Talmatchi Igor /signature/ |

CONFIDENTIAL

CHAPTER V. INFORMATION REGARDING THE WORK ACTIVITY

| Nr. | Year | Month | Day | Unit or physical person where employed | Data on employment, transfers and redundancy | Act under which registration is made (date and number); signature of the person who makes the registration |
|---|---|---|---|---|---|---|
| 6 | 2000 | 07 | 03 | "Ritlabs" LLC | Is transferred as Head of Software Development and Implementation Department<br><br>Chief accountant      Talmatchi I.<br><br>*Stamp: Republic of Moldova, Chisinau, Ghidighici. Limited Liability Company "Ritlabs" LLC. Nr. 105077910* | Order Nr. 03/07 from 03.07.2000<br><br>/signature/ |
| 7 | 2008 | 08 | 01 | "Ritlabs" LLC | Is transferred as Information Project Manager on his own will.<br><br>Chief accountant      Talmatchi I.<br><br>*Stamp: Republic of Moldova, Chisinau, Ghidighici. Limited Liability Company "Ritlabs" LLC* | Order Nr. 01/08 from 01.08.2008<br><br>/signature/ |

**REPUBLIC OF MOLDOVA**

**Notary Public TIMOFTI ANGELA**

**Location of the bureau:** Chisinau municipality, 30 Armeneasca Street, office 104, tel.:22-91-14

Year two thousand and twelve       month of January       the sixth day

I, the notary public **TIMOFTI ANGELA**, legalize the present identical copy of the extract from the workbook that has been presented to me, which does not have erasures or additions, obliterated words or other not stipulated corrections.

Registered under no. *224*

Cashed the state tax *100* lei

Cashed the payment for the notary services *40,00* lei

NOTARY PUBLIC *(signature: illegible)*

*Round seal:*

*Republic of Moldova,  Notary Public –*

*TIMOFTI ANGELA,*

*License No.280.*

| *I, undersigned Schiopu Olga, an authorized translator of the Romanian and English languages, certify the fidelity of translation of the text in the legalized copy of the extract from the workbook, which was signed by me on 06.01.2012.* | *Subsemnata, Şchiopu Olga, traducător autorizat în limba română şi engleză, certific exactitatea traducerii cu textul înscrisului în copie legalizată a extrasului din carnet de muncă, care a fost vizat de mine la 06.01.2012.* |
|---|---|

*Translator's signature*

*Semnătura traducătorului*



CONFIDENTIAL

REPUBLICA MOLDOVA

Notar Public **TIMOFTI ANGELA**

Sediul: mun. Chişinău, str. Armenească, nr. 30, of. 104, tel.: 22-91-14

       Anul două mii doisprezece      luna ianuarie      ziua a şasea

    Eu, notar public, **TIMOFTI ANGELA**, legalizez semnătura traducătorului **Şchiopu Olga**, care îmi este cunoscută.

      S-a înregistrat cu nr. _228_

      S-a încasat taxa de stat _100_ leu

      S-a perceput plata pentru serviciul notarial _2400_ lei

      NOTAR PUBLIC



CONFIDENTIAL

Трудовая книжка

ЛТ-I № 1675451

Фамилия *Танцуров*

*Стефан*

Имя

Отчество *Стеnanoвич*

Дата рождения *19.04.1974г.*
(число, месяц, год)

Образование *среднее*
(н/среднее, среднее, н/высшее, высшее)

Профессия, специальность

Дата заполнения *январь* 19*90*г.

Подпись владельца книжки

EXTREMUM
S.R.L.

Подпись лица, ответственного
за выдачу трудовых книжек

*Второва*
(разборчиво)

1

## СВЕДЕНИЯ О РАБОТЕ

| № записи | Дата | | | Сведения о приеме на работу, об увольнении (с указанием на статью) | о переводах на другую работу причин и со ссылкой пункт закона | На основании чего внесена запись (документ, его дата и номер) |
|---|---|---|---|---|---|---|
| | число | месяц | год | | | |
| 1 | | | 2 | 3 | | 4 |
| | | | | Малое предприятие НПО „Экстремум" | | |
| | 19 | | 1989 | Принят на должность инженера-программиста | | Приказ ой 19.11.1989 года |
| | 12 | 07 | 1993 | Уволен по ст. 36 КЗоТ РМ (по собственному желанию) | | Приказ ой 12.07.1993 года |
| | | | | Директор | об инженер | Приказ 011683 от 16.08.1993 года |
| | | 7 | | | 36 желанию) | Демченко С.И. Приказ 021297 от 31.12.1997 года Директор Демченко С.И |

Republica Moldova
Chișinău

RLSRL21003