## СВЕДЕНИЯ О РАБОТЕ

ПТ-I № 1675451

| № записи | Дата | | | Сведения о приеме на работу, и об увольнении (с указанием на статью) | о переводах на другую работу причин и со ссылкой пункт закона) | На основани внесена за (документ, ег и номер) |
|---|---|---|---|---|---|---|
| | число | месяц | год | | | |
| 1 | 2 | | | 3 | | 4 |
| 5 | 18 | 02 | 98 | RITLABS SRL | | |
| | | | | Принят на | должность | Приказ № 6 |
| | | | | ведущего программ | аналитик | от 18 февр |
| | | | | | | 1998 год |
| | | | | | | директор Белоусова |
| | | | | Ся облегчат карнет | de туши модел нои | |
| | | | | Seria AA0361066 din | 29.05.2000 | |
| | | | | | Contabil | |

Surname:
Name:
Patronymic
Date of bi
Educatio
Professi
Date o
Sign
Sig
for
Se

REPUBLICA MOLDOVA

NOTARUL PUBLIC Timofti Angela

SEDIUL BIROULUI: mun. Chișinău, str. Armenească, 30, Of. 104

Tel.: 22-91-14

Anul **două mii doisprezece**, luna **ianuarie**, ziua **șase**.

Eu, notar public Timofti Angela, legalizez această copie identică cu originalul documentului prezentat mie, care nu conține ștersături sau adăugiri, cuvinte suprimate sau alte corectări nespecificate.

S-a înregistrat cu nr. _228_

S-a încasat taxa de stat _4,00_ lei

S-a perceput plata pentru serviciul notarial _18,00_ lei

Notar public _Timofti_ Timofti Angela

*Translation from the Russian and Romanian language into the English language*

*5451*

# WORKBOOK
## ЛТ-I No.1675451

| | |
|---|---|
| Surname: | **Tanurcov** |
| Name: | **Stefan** |
| Patronymic: | **Stepan** |
| Date of birth: | the 19th of April, 1974 |
| Education: | secondary education |
| Profession, specialty: | ---- |
| Date of filling: | the 18th of January, 1990 |

Signature of the work-book holder /signature/
Signature of the authority responsible
for the issue of the work-books:        /signature/
Seal: *Republic of Moldova, Chisinau City, the Research and Production Company "EXTREMUM" Limited.*

## INFORMATION ABOUT WORK

| Record no. | Day | Month | Year | Information about getting fixed up in a job, transference to another job and about dismissals (mentioning the reasons and article, clause of the law) | Base for making notes (document, its date and number) |
|---|---|---|---|---|---|
| | | | | Small Enterprise – the Research and Production Company "EXTREMUM" | |
| 1 | 19 | 11 | 1989 | Employed to the post of the programmer-engineer. | Order of the 19th of November, 1989 |
| 2 | 12 | 07 | 1993 | Dismissed according to article 36 of the Labor Code of the Republic of Moldova (on his own initiative). Director /signature/ Seal: *Republic of Moldova, Chisinau City, the Research and Production Company "EXTREMUM" Limited.* | Order of the 12th of July, 1993 |
| | | | | The "RIT" Limited | |
| 3 | 16 | 08 | 1993 | Employed to the post of the programmer-engineer. Director /signature/ Demcenko S.I. Seal: *Republic of Moldova, Chisinau, the "RIT" Limited.* | Order no.011683 of the 16th of August, 1993 |
| | | | | The "RIT" Limited | |
| 4 | 31 | 12 | 1997 | Dismissed according to article 36 of the Labor Code of the Republic of Moldova (on his own initiative). Director /signature/ Demcenko S.I. Seal: *Republic of Moldova, Chisinau, the "RIT" Limited.* | Order no.021297 of the 31st of December, 1997 |
| | | | | The "RITLABS" Limited | |
| 5 | 18 | 02 | 1998 | Employed to the post of the principal programmer. Director /signature/ Demcenko S.I. Seal: *Republic of Moldova, Chisinau, the "RITLABS" Limited.* | Order no.020298 of the 18th of February, 1998 |
| | | | | There was issued workbook of the new type AA0361066 beginning with the 29th of May, 2000. Accountant /signature/ Seal: *Republic of Moldova, Chisinau, Ghidighici, the "RITLABS" Limited, No.105077910.* | |

RLSRL21005

# REPUBLIC OF MOLDOVA

## Notary Public TIMOFTI ANGELA

**Location of the bureau:** Chisinau municipality, 30 Armeneasca Street, office 104, tel.:22-9

Year two thousand and twelve   month of January   the sixth day

I, the notary public **TIMOFTI ANGELA**, legalize the present identical copy of extract from the workbook that has been presented to me, which does not have erasure, additions, obliterated words or other not stipulated corrections.

Registered under no. _123_

Cashed the state tax _1.00_ lei

Cashed the payment for the notary services _14.00_ lei

NOTARY PUBLIC *(signature: illegible)*

*Round seal:*
*Republic of Moldova,*
*Notary Public –*
*TIMOFTI ANGELA,*
*License No.280.*

| | |
|---|---|
| *I, undersigned Prudnic Olesea, an authorized translator of the Russian, Romanian and English languages, certify the fidelity of translation of the text in the legalized copy of the extract from the workbook, which was signed by me on 06.01.2012.* | *Subsemnata, Prudnic Olesea, traducător autorizat în limba rusa, romana, engleza, certific exactitatea traducerii cu textul înscrisului în copie legalizată a extrasului din carnet de muncă, care a fost vizat de mine la 06.01.2012.* |

*Translator's signature*

*Semnătura traducătorului*

REPUBLICA MOLDOVA

Notar Public **TIMOFTI ANGELA**

Sediul: mun. Chişinău, str. Armenească, nr. 30, of. 104, tel.: 22-91-14

Anul două mii doisprezece   luna ianuarie   ziua a şasea

Eu, notar public, **TIMOFTI ANGELA**, legalizez semnătura traducătorului **Prudnic Olesea**, care îmi este cunoscută.

S-a înregistrat cu nr. _224_

S-a încasat taxa de stat _1.00_ leu

S-a perceput plata pentru serviciul notarial _39.00_ lei

NOTAR PUBLIC

**RLSRL21006**

REPUBLICA
MOLDOVA

# CARNET DE MUNCĂ

AA 0361066

TITULAR:

Numele _Tanurcov_

Prenumele _Stefan_

Unitatea emitentă „_Ritlabs_" *SRL*

Localitatea _or Chişinău_

Anul _2000_ Luna _mai_ Ziua _29_

Semnătura conducătorului
unităţii

_Denizenko_

Nr 105077910

1

---

*CAP I* **DATE PRIVIND INDENTITATEA ŞI STAREA
CIVILĂ A TITULARULUI CARNETULUI DE MUNCĂ**

*DATA ŞI LOCUL NAŞTERII*

Anul _1974_ Luna _04_ Ziua _19_

Localitatea _MDA Chişinău_

*STAREA CIVILĂ*

Căsătorit(ă) cu _Tanurcova Natalia_

_data 21.09.1970_

<small>numele, prenumele şi data naşterii soţului sau soţiei</small>

*NUMELE, PRENUMELE ŞI DATA
NAŞTERII FIECĂRUI COPIL*

_Tanurcov Alexander 22.02.2001_

Semnătura titularului

---

*CAP.II* **SCHIMBĂRI PRIVIND STAREA CIVILĂ ŞI
NUMELE TITULARULUI DUPĂ ÎNTOCMIREA
CARNETULUI DE MUNCĂ**

| Nr. crt. | Ziua | Luna | Anul | Schimbarea intervenita | Denumirea, nr. şi data documentului; autoritatea care l-a eliberat | Parafa şi semnatura persoanei care face inscrierea |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

RLSRL21007

## CAP. III STUDII

*Universitatea de Stat din Moldova*
instituta de invatamint de gradul cel mai inalt
*Facultatea de Matematica si cibernetica*

Actul *Diploma Seria AL Nr. 002970 din 30 iunie 1995.*

### INSTITUTIILE ABSOLVITE PINA SI DUPA

### INTOCMIREA CARNETULUI DE MUNCA

| Nr. crt. | Denumirea scolii absolvite | | Denumirea, nr. si data actului, autoritatea emitenta | Parafa si semnatura persoanei care face inscrierea |
|---|---|---|---|---|
| 1 | *Universitatea de Stat din Moldova* *Facultatea de Matematica si cibernetica* | *Diploma din* | *Seria AL Nr. 002970 30 iunie 1995.* | *Contabil-sef /Talmatchi Igor* |

4

5

## CAP. V DATE REFERITOARE LA ACTIVITATEA ÎN MUNCĂ

| Nr. crt. | Anul | Luna | Ziua | Unitatea, sau persoana fizica la care este angajat | | Date cu privire la incadrare, transfer si concediere | Actul in baza caruia se face inscrierea (data si numarul), parafa si semnatura persoanei care face inscrierea |
|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | | | 4 | 5 |
| 6 | 1999 | 12 | 31 | *Ritlabs SRL* | | *Este transferat in functia de director comercial Contabil-sef /Talmatchi I?* | *Conform ord. Nr. 31.01 din 31.12.1999* |
| 7 | 2005 | 01 | 01 | *Ritlabs SRL* | | *Este transferat in functia de proectant de system informatic, conform contract individual de munca. Contabil-sef /Talmatchi Igor* | *Conform Contract individual de munca. Nr. 1 din 01.01.2005.* |

RLSRL21008

REPUBLICA MOLDOVA

NOTARUL PUBLIC Timofti Angela

SEDIUL BIROULUI: mun. Chişinău, str. Armenească, 30, Of. 104

Tel.: 22-91-14

Anul **două mii doisprezece**, luna **ianuarie**, ziua **şase**.

Eu, notar public Timofti Angela, legalizez această copie identică cu originalul documentului prezentat mie, care nu conţine ştersături sau adăugiri, cuvinte suprimate sau alte corectări nespecificate.

S-a înregistrat cu nr. *225*

S-a încasat taxa de stat *1,00*   lei

S-a perceput plata pentru serviciul notarial *18,00*   lei

Notar public   Timofti Angela

RLSRL21009

*Translation from Romanian into English*

Republic of Moldova

**WORK RECORD**

AA 0361066

HOLDER:

Last name **TANURCOV**
First name **STEFAN**
Issuing unit **"Ritlabs" LLC**
Locality **Chisinau city**
Year **2000** month **05** day **29**th

Signature of the unit chief /signature/

Stamp: Republic of Moldova, Chisinau, Ghidighici. Limited Liability Company "Ritlabs" LLC. Nr. 105077910

*CHAPTER I.* **INFORMATION REGARDING THE IDENTITY AND THE CIVIL STATUS OF THE WORK RECORD HOLDER**

*DATE AND PLACE OF BIRTH*

Year **1974** month **04** day **19**th
Locality Republic of Moldova, Chisinau

Married with **Tanurcova Natalia**, born on **21.09.1970**
last name, first name and date of birth of husband or wife

*LAST NAME, FIRST NAME AND DATE
OF BIRTH OF EACH CHILD*

1. Tanurcov Alexandr, born on 22.02.2001

Holder's signature /signature/

*CHAPTER III.* **STUDIES**

AA 0361066

Higher educational institution: <u>Moldova State University</u>
Faculty of <u>Mathematics and Cybernetics</u>
Act     <u>Diploma Series AL Nr. 002970 of 30.06.1995</u>

| Nr. | Qualification, specialization, training | Document no. and date, issuing authority | Paragraph and signature of issuing officer |
|---|---|---|---|
| 1 | Moldova State University Faculty of Mathematics and Cybernetics | Diploma Series AL Nr. 002970 of 30.06.1995 | Chief accountant Talmatchi Igor /signature/ |

RLSRL21010

**REPUBLIC OF MOLDOVA**

**Notary Public TIMOFTI ANGELA**

**Location of the bureau:** Chisinau municipality, 30 Armeneasca Street, office 104, tel.:22-9

Year two thousand and twelve        month of January        the sixth day

I, the notary public **TIMOFTI ANGELA**, legalize the present identical copy of the extract from the workbook that has been presented to me, which does not have erasures or additions, obliterated words or other not stipulated corrections.

Registered under no. _225_

Cashed the state tax _100_ lei

Cashed the payment for the notary services _100_ lei

NOTARY PUBLIC *(signature: illegible)*

*Round seal:*
*Republic of Moldova,*
*Notary Public –*
*TIMOFTI ANGELA,*
*License No. 280.*

---

*I, undersigned **Schiopu Olga**, an authorized translator of the Romanian and English languages, certify the fidelity of translation of the text in the legalized copy of the extract from the workbook, which was signed by me on 06.01.2012.*

*Subsemnata, **Şchiopu Olga**, traducător autorizat în limba română şi engleză, certific exactitatea traducerii cu textul înscrisului în copie legalizată a extrasului din carnet de muncă, care a fost vizat de mine la 06.01.2012.*

---

*Translator's signature*

*Semnătura traducătorului*

REPUBLICA MOLDOVA

Notar Public **TIMOFTI ANGELA**

Sediul: mun. Chişinău, str. Armenească, nr. 30, of. 104, tel.: 22-91-14

Anul două mii doisprezece        luna ianuarie        ziua a şasea

Eu, notar public, **TIMOFTI ANGELA**, legalizez semnătura traducătorului **Şchiopu Olga**, care îmi este cunoscută.

S-a înregistrat cu nr. _226_

S-a încasat taxa de stat _100_ leu

S-a perceput plata pentru serviciul notarial _200_ lei

NOTAR PUBLIC

*RLSRL21011*