# EXHIBIT UU

*Translation into English*

CHAMBER OF STATE REGISTRATION
Department special funds and current information

# EXTRACT

From the State Registry of legal entities

No.24842 from 15.12.2011

The full name: Company "RITLABS" Ltd.
The short name: "RITLABS" Ltd.
Corporate form of organization: Company with Limited Liability.
State Identification number and fiscal code: ▮▮▮▮▮6166.
The date of State registration: 16.02.1998.
The seat: MD-2004, 180 Stefan cel Mare bd., Chisinau mun., Republic of Moldova.

Manager: MASIUTIN MAXIM.

This extract is issued on the bases of the article 34 of the Law No.220-XVI from October 19, 2007 concerning the State Registration of corporate bodies and of self-employed and certifies the dates from the State Registry from the date: 15.12.2011.

| | | |
|---|---|---|
| Department chief | /signature/ | Petru Busuncian |

Ex. A. Lazar
Tel: 266-252, 266-253

Seal: MINISTRY OF JUSTICE OF THE REPUBLIC OF MOLDOVA. CHAMBER OF STATE REGISTRATION. 101. 1004600077777.

03*AA*0118078AA

THE REPUBLIC OF MOLDOVA
THE PUBLIC NOTARY Tatiana Onofrei
RESIDENCE: mun. CHISINAU, STEFAN cel MARE Av., 182

*Year 2011 month 12 day 19*

I, the Public Notary, Tatiana Onofrei, certify the authenticity of the present copy with the original document; any erasures, additions, struck out words or other unstipulated corrections or other peculiarities has been not found in the latter.

Registered under the No. *13119*

Paid: State Tax ___ lei

payment for notary's services ___ lei

The Public Notary     Tatiana Onofrei     /signature/

Seal: *Republic of Moldova. The Public Notary – Tatiana Onofrei. The Licence No. 074.*

---

| | |
|---|---|
| *Subsemnata Baltă Mariana, licenţiată în în limbi moderne, certific autenticitatea traducerii în limba engleză cu textul înscrisului în copie legalizată, care a fost vizat de mine.* | The undersigned Balta Mariana, translator in moderns languages, certify the authenticity of the legal copy into English, which was performed by me. |

19.12.2011

*Semnătura traducătorului*  /signature/
Translator signature



## CAMERA ÎNREGISTRĂRII DE STAT
Secția fonduri speciale și informații curente

## EXTRAS
din Registrul de stat al persoanelor juridice

Nr. 24842 din 15.12.2011

Denumirea completă: **FIRMA «RITLABS» S.R.L.**

Denumirea prescurtată: **«RITLABS» S.R.L.**

Forma juridică de organizare: Societate cu Răspundere Limitată.

Numărul de identificare de stat și codul fiscal (IDNO) : ▇▇▇▇▇▇6166.

Data înregistrării de stat: 16.02.1998.

Sediul: MD-2004, bd. Ștefan cel Mare, 180, ap.(of.) 102, mun. Chișinău, Republica Moldova.

**Administrator:** MASIUTIN MAXIM .

Prezentul extras este eliberat în temeiul art.34 al Legii nr.220-XVI din 19 octombrie 2007 privind înregistrarea de stat a persoanelor juridice și a întreprinzătorilor individuali și confirmă datele din Registrul de stat la data de: 15.12.2011.

Șef secție                                                                                          Petru Busuncian

Ex. A. Lazari
tel. 266-252, 266-253

