# EXHIBIT VV

Ritlabs: Save your time – Extend your life! 3/22/12 2:47 PM



Products · Download · Buy · About Us

Main page

English

### Save your time - Extend your life!



**The Bat! ver. 2.0**
- Download
- Buy
- Upgrade v1.0 to v2.0

An award-winning powerful email client with a friendly, neat interface. It has every feature that an advanced user will ever need. More info



**SecureBat!**
- More Info
- Buy

Secure version of The Bat! with two-factor authentication and extra virus protection. SecureBat! safeguards all local data (message bases, address books, configuration) by on-the-fly encryption, so unencrepted never appear on disk   More info





Meet us on 20-24 October at SYSTEMS 2003 in München, Germany, Hall: B2, Stand: 12.

**Search**

**Subscribe:**
- ☐ Company news
- ☐ Press releases
- ☐ Products news

OK

Other products...

**News**

10/14/2003 The Bat! v2.01 released

09/01/2003 50% discount from the current price of The Bat! V.2.

**Press releases**

09/23/2003 Ritlabs and Dekart bring e-mail cleint/server suite with biometric authentication

09/01/2003 Ritlabs releases version 2.0 of The Bat!

06/11/2002 Ritlabs The Bat! 1.6 offers major new feature set

Powered by
Bitrix: Site Manager

Copyright © 1995-2003 RITLABS. All rights reserved.

Contacts | Map

http://web.archive.org/web/20031015133425/http://www.ritlabs.com/                 Page 1 of 1

EXHIBIT
Dem 1

RLSRL00117