# EXHIBIT WW

The Bat!  Case 1:12-cv-00215-AJT-IDD   Document 104-51   Filed 07/09/12   Page 2 of 2 PageID# 3699  1:02 PM



# The Bat!

### Copyright © 1997 RIT Research Labs

**The Bat! is an internet e-mail client working under Windows 95 and NT.**

✓ [Download **The Bat!** version 1.00.15 Beta] 🆕
◦ [Register **The Bat!** Online]

**Mail us the.bat@ritlabs.com**

---

**List of highlightes of features available in the current version**

- **Multithreaded** program architecture based on Win32 API; it is possible to read mail and automatically receive new messages at the same time
- **Intuitive graphical user interface;** there are two ways of message reading - using message autoview and using separate message windows (it's possible to move to the next/previous message within one message window, but the number of message windows opened simultaneously is unlimited)
- **Multi-account:** each mail account has its own settings for SMTP/POP3 servers, message/reply/forward templates, cookie lines, message and multimedia sound management options. Message management options include periodical mailbox checking, keeping/deletion copies of received message from server with possibility to set the number of last received message
- **Multi-lingual;** there are three languages of interface currently availabe: English, Russian and Romanian (volunteers to translate into other languages are welcome)
- **Mail Folders:** each mail folder may have as many subfolders as desired, filters for incoming/outgoing/both directions messages, templates, multimedia sound options
- **Address book:** it is possible to mark some Address book entries to appear in `TO:`, `CC:` and `BCC:` filelds' pop-up menus (when `Enter` key pressed on an empty field, whenever `Alt-Enter` pressed or right mouse button clicked in a field); aliases
- **MIME** (external-body Content type, rich text will be implemented soon)
- **UU code**
- **Outbox:** it is possible to edit unsent an outgoing message after it's saved into Outbox
- **Message editing:** comfortable and fast editor with proper quotation support, text formatting commands and more
- **URL/e-mail highlight,** with several actions available

---

Copyright © 1997 RIT Research Labs. All rights reserved.