# EXHIBIT XX

http://www.ritlabs.com/ Go MAY AUG SEP
579 captures ◀ 2 ▶
14 Apr 97 – 16 Jul 11 2001 2002 2003



Language:

Contact info  Sales info

## Software Products

**SecureBat!** - the first and only email client to combine hardware authentication with mail servers, on-the-fly encryption of all locally-stored data and OpenPGP or S/MIME techniques to protect messages in transit.

**The Bat!** - award-winning powerful email client with a friendly, neat interface. It has every feature that an advanced user will ever need.

**BatPost** - Easy to customize email server software, provides great security and high performance.

**TinyWeb** - the smallest web server daemon for Win32 with CGI support, free for commercial and non-commercial use, written in Delphi, source code is included. Secure (https) connections are handled by TinySSL that supports SSL v2 / v3 and TLS v1.

**DkLib** - free library, a set of high-level functions to encrypt text and / or add a digital signature to it using RSA (up to 4096 bits(!)), IDEA & MD5 algorithms. Data packet and key (keyrings) format is compatible with PGP (RFC-1991).

**Dos Navigator** - powerful Dos Shell with an intuitive multi-windowed text-mode interface and all necessary tools within. Freeware. Source Pascal code is also available.

**Argus** - free for non-commercial use, Open Source, multi-line mailer for secured corporative FTN-networks and a pioneer of working with both Dial-up and IP transports simultaneously.

**Igator** - two-way personal mail gateway between Internet email and Fidonet NetMail, based on POP3/SMTP and FTS-0001. OS/2 and Win32 versions available.

Copyright © 1995-2001 RITLABS. All rights reserved.

