# EXHIBIT YY

# EXHIBIT AAA



Search

**Products** | **Download** | **Buy online** | **News** | **Company** | **English** | **German** | **Russian** |

**The Bat!**
**The Bat! Voyager**
**BatPost**
**SecureBat!**
**TinyWeb**
**Support**
**Forum**

## Software

Our products will greatly simplify your work with e-mail and save you a lot of time in the process.





**The Bat!** - a popular email client that allows to work with unlimited number of the mailboxes, has powerful sorting filters, fully customizable message templates, Mail Dispatcher and many more other features.

Download : Buy : More info



**BatPost!** - is a mail server software for all kinds of companies.System Administrators will appreciate fast and simple server installation and its ease of use and maintenance. Server software fits the requirement to provide company employees both with Internet addresses and internal mail and/or message network traffic. BatPost mail server runs under Windows NT, Windows 2000, Windows XP and Windows 2003.

Download : Buy : More info



**The Bat! Voyager** - password-protected, encrypted message base and address book to keep your private data - really private. Even if your flash drive is lost or stolen - the privacy of your data is guaranteed. Should you lose the flash-drive, you lose only a cheap memory device, but all the information will still be present in a backup file on one of your computers. Restoring the data to a new flash-disk will take just a few minutes. Your address book and email messages are ever at hand. The entire mail archive is available, you can search your email database at any time

Download : Buy : More info



**The Bat! Professional with eToken Pro** - is an email client that offers secure authentication on POP3/SMTP servers using hardware tokens and transparent, on-the-fly encryption of the email message base, address books and configuration files. This makes the sensitive data stored on your mobile and desktop computers really secure!

Download : Buy : More info



**TinyWeb** is an extremely small (executable file size is 53K), simple (no configuration other than through the command line) and fast (consumes a minimum of system resources) Win32 daemon for regular (TCP/http) and secure (SSL/TLS/https) web-servers.

Download  |  More info



**Argus** is a comprehensive data transfer system for simultaneous multiple-line work in Dial-up and TCP/IP networks. The main task of the Argus system is automatic data reception and transmission.

Download  |  More info

Copyright © 1995-2012 RITLABS. All rights reserved.