# EXHIBIT ZZ

RitLabs.us - Ritlabs inc                                                                2/17/12 11:41 AM



```
Domain Name:                              RITLABS.US
Domain ID:                                D26755715-US
Sponsoring Registrar:                     GODADDY.COM, INC.
Sponsoring Registrar IANA ID:             146
Registrar URL (registration services):    whois.godaddy.com
Domain Status:                            clientDeleteProhibited
Domain Status:                            clientRenewProhibited
Domain Status:                            clientTransferProhibited
Domain Status:                            clientUpdateProhibited
Registrant ID:                            CR43480349
Registrant Name:                          DEMCENKO SERGHEI
Registrant Organization:                  RITLABS INC
Registrant Address1:                      901 N Pitt Str
Registrant Address2:                      #325
Registrant City:                          Alexandria
Registrant State/Province:                Virginia
Registrant Postal Code:                   22314
Registrant Country:                       United States
Registrant Country Code:                  US
Registrant Phone Number:                  +1.7038703769
Registrant Facsimile Number:              +1.7038703769
Registrant Email:                         office@ritlabs.us
Registrant Application Purpose:           P1
Registrant Nexus Category:                C12
Administrative Contact ID:                CR43480351
Administrative Contact Name:              DEMCENKO SERGHEI
Administrative Contact Organization:      RITLABS INC
Administrative Contact Address1:          901 N Pitt Str
Administrative Contact Address2:          #325
Administrative Contact City:              Alexandria
Administrative Contact State/Province:    Virginia
Administrative Contact Postal Code:       22314
Administrative Contact Country:           United States
Administrative Contact Country Code:      US
Administrative Contact Phone Number:      +1.7038703769
Administrative Contact Facsimile Number:  +1.7038703769
Administrative Contact Email:             office@ritlabs.us
```

RitLabs.us – Ritlabs inc                                                                                           2/17/12 11:41 AM

```
Administrative Application Purpose:    P1
Administrative Nexus Category:         C12
Billing Contact ID:                    CR43480352
Billing Contact Name:                  DEMCENKO SERGHEI
Billing Contact Organization:          RITLABS INC
Billing Contact Address1:              901 N Pitt Str
Billing Contact Address2:              #325
Billing Contact City:                  Alexandria
Billing Contact State/Province:        Virginia
Billing Contact Postal Code:           22314
Billing Contact Country:               United States
Billing Contact Country Code:          US
Billing Contact Phone Number:          +1.7038703769
Billing Contact Facsimile Number:      +1.7038703769
Billing Contact Email:                 office@ritlabs.us
Billing Application Purpose:           P1
Billing Nexus Category:                C12
Technical Contact ID:                  CR43480350
Technical Contact Name:                DEMCENKO SERGHEI
Technical Contact Organization:        RITLABS INC
Technical Contact Address1:            901 N Pitt Str
Technical Contact Address2:            #325
Technical Contact City:                Alexandria
Technical Contact State/Province:      Virginia
Technical Contact Postal Code:         22314
Technical Contact Country:             United States
Technical Contact Country Code:        US
Technical Contact Phone Number:        +1.7038703769
Technical Contact Facsimile Number:    +1.7038703769
Technical Contact Email:               office@ritlabs.us
Technical Application Purpose:         P1
Technical Nexus Category:              C12
Name Server:                           PDNS01.DOMAINCONTROL.COM
Name Server:                           PDNS02.DOMAINCONTROL.COM
Created by Registrar:                  GODADDY.COM, INC.
Last Updated by Registrar:             GODADDY.COM, INC.
Domain Registration Date:              Mon Mar 08 20:24:11 GMT 2010
Domain Expiration Date:                Thu Mar 07 23:59:59 GMT 2013
Domain Last Updated Date:              Thu Jan 19 00:36:46 GMT 2012
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.


Available on the App Store