# EXHIBIT AAA

Search   |   Sign into account

Home   **Products**   Support   News   Company

### Ritlabs products:

Our products will greatly simplify your work with e-mail and save you a lot of time in the process.



#### sParking
Parking has never been this easy and safe!

It is the first iPhone app that will help you park your car in your garage easily, safely and without damaging either one.
To start using this application, just print the parking markers and stick them on the wall or ceiling. Then, launch sParking on your device and follow a few easy steps of the onscreen setup wizard. Once you have completed this simple process, you will hear audible tones when you approach the established markers allowing you to safely and easily park your car.





#### The Bat!
Natural email system™

The Bat! Pro expands on the features of the Home edition by integrating an additional level of protection. It was specifically designed with the corporate user in mind and it features robust corporate protection designed to deal with sensitive data. The Bat! Pro license comes with our unique product The Bat! Voyager that was specifically designed to provide not only online security, but to act as a secure physical token (think of it as your personal digital finger-print) for your email accounts on any computer connected to the internet.

  



#### MailVoyager
Mobile and secure email client

MailVoyager is a portable version of The Bat! email client. It is an ideal solution for users that work on multiple computers. The software is stored on a portable device and helps to send and receive emails, having access to address book, message archive, templates, personal settings, antivirus protection, encryption – in short, all The Bat! features with an added physical layer of protection.





#### BatPost
Fast and easily customizable email server for Windows™

BatPost is an email server for individual and corporate users. We engineered it to be easy to install, easy to maintain, and easy to use. BatPost server is designed to provide corporate email addresses to company employees, as well as for organizing an internal message exchange network. Compatible with Windows NT, Windows 2000, Windows XP, Windows 2003, Windows Vista.

Copyright © 2011 Ritlabs Inc. All rights reserved.