# EXHIBIT BBB

You are logged in as enrico1999 Upgrade Your Account | Log out | Help



ritlabs.com Whois Search Search

Overview Whois Lookup Reverse Whois Whois History Hosting History Screenshot History Name Server Report Reverse IP DNS Tools

Tweet Like 1.8k

## Whois History for Ritlabs.com on 2011-12-04

Enter a domain name to get its history

ritlabs.com Get History

« Previous Next »

**Domain:** ritlabs.com - Whois History
**Cache Date:** 2011-12-04
**Registrar:** TUCOWS.COM CO.
**Server:** whois.tucows.com
**Created:** 1996-12-13
**Updated:** 2011-11-24
**Expires:** 2012-12-12
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
serg@ritlabs.com hostmaster@cifnet.com

```
Registrant:
 RITLABS S.R.L
 180 Stefan cel Mare, office 102
 Chisinau, MD MD-2004
 MD

 Domain name: RITLABS.COM

 Administrative Contact:
    Demcenko, Serghei  serg@ritlabs.com
    180 Stefan cel Mare, office 102
    Chisinau, MD MD-2004
    MD
    + 373-22 295781     Fax: (312)577-0481

 Technical Contact:
    Hostmaster, CIFNet  hostmaster@cifnet.com
    PO Box 5966
    Vernon Hills, IL 60061-5966
    US
    (773)989-0442     Fax: (312)803-0951

 Registration Service Provider:
    CIFNet, Inc., hostmaster@cifnet.com
    (773)989-0442
    (312)803-0951 (fax)
    http://www.cifnet.com
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

 Registrar of Record: TUCOWS, INC.
 Record last updated on 24-Nov-2011.
 Record expires on 12-Dec-2012.
 Record created on 13-Dec-1996.

 Registrar Domain Name Help Center:
    http://tucowsdomains.com

 Domain servers in listed order:
    NS1.CIFNET.COM
```

```
             NS2.CIFNET.COM
            NS5.MYDYNDNS.ORG
            NS2.MYDYNDNS.ORG
            NS3.MYDYNDNS.ORG
            NS4.MYDYNDNS.ORG

Domain status: clientTransferProhibited
               clientUpdateProhibited
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2012 DomainTools, LLC** All rights reserved.



You are logged in as enrico1999 Upgrade Your Account | Log out | Help

ritlabs.com Whois Search Search

Overview Whois Lookup Reverse Whois Whois History Hosting History Screenshot History Name Server Report Reverse IP DNS Tools

Tweet Like 1.8k

## Whois History for Ritlabs.com on 2011-12-14

Enter a domain name to get its history

ritlabs.com Get History

« Previous Next »

**Domain:** ritlabs.com - Whois History
**Cache Date:** 2011-12-14
**Registrar:** TUCOWS.COM CO.
**Server:** whois.tucows.com
**Created:** 1996-12-13
**Updated:** 2011-11-24
**Expires:** 2012-12-12
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with: serghei.demcenko@me.com hostmaster@cifnet.com

```
Registrant:
 RITLABS Inc
 901 N Pitt str
 Alexandria , VA 22314
 US

 Domain name: RITLABS.COM

 Administrative Contact:
    Demcenko, Serghei  serghei.demcenko@me.com
    901 N Pitt str
    Alexandria , VA 22314
    US
    +1.703 870 3769     Fax: +1.703 870 3769

 Technical Contact:
    Demcenko, Serghei  serghei.demcenko@me.com
    901 N Pitt str
    Alexandria , VA 22314
    US
    +1.703 870 3769     Fax: +1.703 870 3769

 Registration Service Provider:
    CIFNet, Inc., hostmaster@cifnet.com
    (773)989-0442
    (312)803-0951 (fax)
    http://www.cifnet.com
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

 Registrar of Record: TUCOWS, INC.
 Record last updated on 13-Dec-2011.
 Record expires on 12-Dec-2012.
 Record created on 13-Dec-1996.

 Registrar Domain Name Help Center:
    http://tucowsdomains.com

 Domain servers in listed order:
    NS2.CIFNET.COM
```

Ritlabs.com - Whois History - DomainTools http://www.domaintools.com/research/whois-history/?page=deta...

```
    NS5.MYDYNDNS.ORG
    NS3.MYDYNDNS.ORG
    NS4.MYDYNDNS.ORG
    NS1.CIFNET.COM
    NS2.MYDYNDNS.ORG

Domain status: clientTransferProhibited
               clientUpdateProhibited
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2012 DomainTools, LLC** All rights reserved.

2 of 2 6/28/12 10:29 AM



You are logged in as enrico1999 **Upgrade Your Account** | Log out | Help

ritlabs.net Whois Search Search

Overview Whois Lookup Reverse Whois Whois History Hosting History Screenshot History Name Server Report Reverse IP DNS Tools

Tweet Like 1.8k

## Whois History for Ritlabs.net on 2011-10-10

**Enter a domain name to get its history**

ritlabs.net Get History

« Previous Next »

**Domain:** **ritlabs.net** - Whois History
**Cache Date:** 2011-10-10
**Registrar:** **TUCOWS.COM CO.**
**Server:** whois.tucows.com
**Created:** 2001-11-01
**Updated:** 2009-09-03
**Expires:** 2012-11-01
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with: serg@ritlabs.com hostmaster@cifnet.com

```
Registrant:
 RITLABS S.R.L
 180 Stefan cel Mare, office 102
 Chisinau, MD MD-2004
 MD

 Domain name: RITLABS.NET

 Administrative Contact:
    Demcenko, Serghei  serg@ritlabs.com
    180 Stefan cel Mare, office 102
    Chisinau, MD MD-2004
    MD
    + 373 22 808410     Fax: +373 22 808405

 Technical Contact:
    Hostmaster, CIFNet  hostmaster@cifnet.com
    PO Box 5966
    Vernon Hills, IL 60061-5966
    US
    (773)989-0442     Fax: (312)803-0951

 Registration Service Provider:
    CIFNet, Inc., hostmaster@cifnet.com
    (773)989-0442
    (312)803-0951 (fax)
    http://www.cifnet.com
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

 Registrar of Record: TUCOWS, INC.
 Record last updated on 12-Aug-2010.
 Record expires on 01-Nov-2012.
 Record created on 01-Nov-2001.

 Registrar Domain Name Help Center:
    http://tucowsdomains.com

 Domain servers in listed order:
    NS2.CIFNET.COM
```

Ritlabs.net - Whois History - DomainTools http://www.domaintools.com/research/whois-history/?page=deta...

```
    NS1.CIFNET.COM

Domain status: clientDeleteProhibited
               clientTransferProhibited
               clientUpdateProhibited
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2012 DomainTools, LLC** All rights reserved.

2 of 2 6/28/12 10:30 AM



You are logged in as enrico1999 **Upgrade Your Account** | Log out | Help

ritlabs.net Whois Search Search

Overview Whois Lookup Reverse Whois Whois History Hosting History Screenshot History Name Server Report Reverse IP DNS Tools

Tweet Like 1.8k

# Whois History for Ritlabs.net on 2011-12-17

**Enter a domain name to get its history**

ritlabs.net

**Get History**

« Previous Next »

**Domain:** **ritlabs.net** - Whois History
**Cache Date:** 2011-12-17
**Registrar:** **TUCOWS.COM CO.**
**Server:** whois.tucows.com
**Created:** 2001-11-01
**Updated:** 2009-09-03
**Expires:** 2012-11-01
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
serghei.demcenko@me.com hostmaster@cifnet.com

```
Registrant:
 RITLABS Inc
 901 N Pitt str
 Alexandria , VA 22314
 US

 Domain name: RITLABS.NET

 Administrative Contact:
    Demcenko, Serghei  serghei.demcenko@me.com
    901 N Pitt str
    Alexandria , VA 22314
    US
    +1.703 870 3769     Fax: +1.703 870 3769

 Technical Contact:
    Demcenko, Serghei  serghei.demcenko@me.com
    901 N Pitt str
    Alexandria , VA 22314
    US
    +1.703 870 3769     Fax: +1.703 870 3769

 Registration Service Provider:
    CIFNet, Inc., hostmaster@cifnet.com
    (773)989-0442
    (312)803-0951 (fax)
    http://www.cifnet.com
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

 Registrar of Record: TUCOWS, INC.
 Record last updated on 13-Dec-2011.
 Record expires on 01-Nov-2012.
 Record created on 01-Nov-2001.

 Registrar Domain Name Help Center:
    http://tucowsdomains.com

 Domain servers in listed order:
    NS2.CIFNET.COM
```

Ritlabs.net - Whois History - DomainTools http://www.domaintools.com/research/whois-history/?page=deta...

```
    NS1.CIFNET.COM

Domain status: clientDeleteProhibited
               clientTransferProhibited
               clientUpdateProhibited
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2012 DomainTools, LLC** All rights reserved.

2 of 2 6/28/12 10:30 AM



You are logged in as enrico1999 Upgrade Your Account | Log out | Help

thebat.net | Whois Search | Search

Overview | Whois Lookup | Reverse Whois | Whois History | Hosting History | Screenshot History | Name Server Report | Reverse IP | DNS Tools

Tweet | Like | 1.8k

# Whois History for Thebat.net on 2011-10-30

**Enter a domain name to get its history**

thebat.net | Get History

« Previous | Next »

**Domain:** **thebat.net** - Whois History
**Cache Date:** 2011-10-30
**Registrar:** **TUCOWS.COM CO.**
**Server:** whois.tucows.com
**Created:** 1998-01-09
**Updated:** 2011-01-03
**Expires:** 2012-01-08
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
serg@ritlabs.com hostmaster@cifnet.com

```
Registrant:
 RITLABS S.R.L
 180 Stefan cel Mare, office 102
 Chisinau, MD MD-2004
 MD

 Domain name: THEBAT.NET

 Administrative Contact:
    Demcenko, Serghei  serg@ritlabs.com
    180 Stefan cel Mare, office 102
    Chisinau, MD MD-2004
    MD
    + 373-22 295781     Fax: (312)577-0481

 Technical Contact:
    Hostmaster, CIFNet   hostmaster@cifnet.com
    PO Box 5966
    Vernon Hills, IL 60061-5966
    US
    (773)989-0442     Fax: (312)803-0951

 Registration Service Provider:
    CIFNet, Inc., hostmaster@cifnet.com
    (773)989-0442
    (312)803-0951 (fax)
    http://www.cifnet.com
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

 Registrar of Record: TUCOWS, INC.
 Record last updated on 03-Jan-2011.
 Record expires on 08-Jan-2012.
 Record created on 09-Jan-1998.

 Registrar Domain Name Help Center:
    http://tucowsdomains.com

 Domain servers in listed order:
    NS1.CIFNET.COM
```

```
                    NS2.CIFNET.COM
                    NS5.MYDYNDNS.ORG
                    NS2.MYDYNDNS.ORG
                    NS3.MYDYNDNS.ORG
                    NS4.MYDYNDNS.ORG

     Domain status: clientTransferProhibited
                    clientUpdateProhibited
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2012 DomainTools, LLC** All rights reserved.



You are logged in as enrico1999 **Upgrade Your Account** | Log out | Help

thebat.net Whois Search Search

Overview Whois Lookup Reverse Whois Whois History Hosting History Screenshot History Name Server Report Reverse IP DNS Tools

Tweet Like 1.8k

## Whois History for Thebat.net on 2011-12-14

**Enter a domain name to get its history**

thebat.net **Get History**

« Previous Next »

**Domain:** **thebat.net** - Whois History
**Cache Date:** 2011-12-14
**Registrar:** **TUCOWS.COM CO.**
**Server:** whois.tucows.com
**Created:** 1998-01-09
**Updated:** 2011-11-10
**Expires:** 2013-01-08
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
serghei.demcenko@me.com hostmaster@cifnet.com

```
Registrant:
 RITLABS Inc
 901 N Pitt str
 Alexandria , VA 22314
 US

 Domain name: THEBAT.NET

 Administrative Contact:
    Demcenko, Serghei  serghei.demcenko@me.com
    901 N Pitt str
    Alexandria , VA 22314
    US
    +1.703 870 3769     Fax: +1.703 870 3769

 Technical Contact:
    Demcenko, Serghei  serghei.demcenko@me.com
    901 N Pitt str
    Alexandria , VA 22314
    US
    +1.703 870 3769     Fax: +1.703 870 3769

 Registration Service Provider:
    CIFNet, Inc., hostmaster@cifnet.com
    (773)989-0442
    (312)803-0951 (fax)
    http://www.cifnet.com
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

 Registrar of Record: TUCOWS, INC.
 Record last updated on 13-Dec-2011.
 Record expires on 08-Jan-2013.
 Record created on 09-Jan-1998.

 Registrar Domain Name Help Center:
    http://tucowsdomains.com

 Domain servers in listed order:
    NS2.CIFNET.COM
```

Thebat.net - Whois History - DomainTools http://www.domaintools.com/research/whois-history/?page=deta...

```
          NS5.MYDYNDNS.ORG
          NS3.MYDYNDNS.ORG
          NS4.MYDYNDNS.ORG
          NS1.CIFNET.COM
          NS2.MYDYNDNS.ORG

      Domain status: clientTransferProhibited
                     clientUpdateProhibited
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2012 DomainTools, LLC** All rights reserved.

2 of 2 6/28/12 10:31 AM



You are logged in as enrico1999 Upgrade Your Account | Log out | Help

batpost.com Whois Search Search

Overview Whois Lookup Reverse Whois Whois History Hosting History Screenshot History Name Server Report Reverse IP DNS Tools

Tweet Like 1.8k

# Whois History for Batpost.com on 2011-11-16

Enter a domain name to get its history

batpost.com Get History

« Previous Next »

**Domain:** batpost.com - Whois History
**Cache Date:** 2011-11-16
**Registrar:** TUCOWS.COM CO.
**Server:** whois.tucows.com
**Created:** 2001-04-20
**Updated:** 2011-04-27
**Expires:** 2012-04-20
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
serg@ritlabs.com hostmaster@cifnet.com

```
Registrant:
 RITLABS S.R.L
 180 Stefan cel Mare, office 102
 Chisinau, MD MD-2004
 MD

 Domain name: BATPOST.COM

 Administrative Contact:
    Demcenko, Serghei  serg@ritlabs.com
    180 Stefan cel Mare, office 102
    Chisinau, MD MD-2004
    MD
    + 373-22 295781     Fax: (312)577-0481

 Technical Contact:
    Hostmaster, CIFNet  hostmaster@cifnet.com
    2545 W. Peterson Ave, Suite 209
    Chicago, IL 60659
    US
    (773)989-0442     Fax: (773)788-5369

 Registration Service Provider:
    CIFNet, Inc., hostmaster@cifnet.com
    (773)989-0442
    (312)803-0951 (fax)
    http://www.cifnet.com
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

 Registrar of Record: TUCOWS, INC.
 Record last updated on 27-Apr-2011.
 Record expires on 20-Apr-2012.
 Record created on 20-Apr-2001.

 Registrar Domain Name Help Center:
    http://tucowsdomains.com

 Domain servers in listed order:
    NS2.CIFNET.COM
```

```
   NS1.CIFNET.COM

Domain status: clientDeleteProhibited
               clientTransferProhibited
               clientUpdateProhibited
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2012 DomainTools, LLC** All rights reserved.



You are logged in as enrico1999 **Upgrade Your Account** | Log out | Help

batpost.com Whois Search **Search**

**Overview** **Whois Lookup** **Reverse Whois** **Whois History** **Hosting History** **Screenshot History** **Name Server Report** **Reverse IP** **DNS Tools**

Tweet Like 1.8k

## Whois History for Batpost.com on 2012-01-26

**Enter a domain name to get its history**

batpost.com **Get History**

« Previous Next »

| | |
|---|---|
| **Domain:** | **batpost.com** - Whois History |
| **Cache Date:** | 2012-01-26 |
| **Registrar:** | **TUCOWS.COM CO.** |
| **Server:** | whois.tucows.com |
| **Created:** | 2001-04-20 |
| **Updated:** | 2011-04-27 |
| **Expires:** | 2012-04-20 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: batpost.com@contactprivacy.com hostmaster@cifnet.com |

```
Registrant:
 Contact Privacy Inc. Customer 012785027
 96 Mowat Ave
 Toronto, ON M6K 3M1
 CA

 Domain name: BATPOST.COM

 Administrative Contact:
    Contact Privacy Inc. Customer 012785027,    batpost.com@contactprivacy.com
    96 Mowat Ave
    Toronto, ON M6K 3M1
    CA
    +1.4165385457
 Technical Contact:
    Contact Privacy Inc. Customer 012785027,    batpost.com@contactprivacy.com
    96 Mowat Ave
    Toronto, ON M6K 3M1
    CA
    +1.4165385457

 Registration Service Provider:
    CIFNet, Inc., hostmaster@cifnet.com
    (773)989-0442
    (312)803-0951 (fax)
    http://www.cifnet.com
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

 Registrar of Record: TUCOWS, INC.
 Record last updated on 23-Dec-2011.
 Record expires on 20-Apr-2012.
 Record created on 20-Apr-2001.

 Registrar Domain Name Help Center:
    http://tucowsdomains.com

 Domain servers in listed order:
    NS2.CIFNET.COM
    NS1.CIFNET.COM
```

Batpost.com - Whois History - DomainTools http://www.domaintools.com/research/whois-history/?page=deta...

```
 Domain status: clientDeleteProhibited
                clientTransferProhibited
                clientUpdateProhibited
```

This domain's privacy is protected by contactprivacy.com. To reach the domain contacts, please go to http://www.contactprivacy.com and follow the instructions.

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2012 DomainTools, LLC** All rights reserved.

2 of 2 6/28/12 10:32 AM