# EXHIBIT FFF



