# EXHIBIT GGG

Serghei Demcenko <serg@ritlabs.com>
invoice
May 5, 2012 7:26 PM



Женя, добрый день.

На счет пока нечего не поступало.
Ты что то отсылал?

У нас рабочий счет в Bank of America  на всякий случай.
Счет в Сити - банке закрыт.

BANK OF AMERICA
P.O. Box 25118
Tampa, FL 33622-5118
acc 0██████████91

███████7 (paper & electronic)
███████3 (wires)

--
Serghei Demcenko
serg@ritlabs.com

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215                                        CIFNET (INC) 1

Serghei Demcenko <serg@ritlabs.com>
Re: Invoce
May 5, 2012 7:26 PM

Я беру с сайта, помом в эксел, гуппирую  и все.
А что не совпадает?

--
Serghei Demcenko
serg@ritlabs.com

On 10 14, 2011, at 19:08 , Yevgeniy Kruglov wrote:

> Привет,
>
> Wednesday, October 12, 2011, 3:01:47 PM, you wrote:
>
>> В приложении счета за апрель-июнь и июль-сентябрь.
>> Просьба оплатить до конца недели.
>
> Вижу, отправляю. Что-то ни одна из сумм не совпадает, можно это как-то
> проверить?
>
> --
> Best regards,
> Yevgeniy                    mailto:yk@cifnet.com

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215                                                    CIFNET (INC) 2

Serghei Demcenko <serghei.demcenko@me.com>
Payment 2011
February 7, 2012 11:04 PM



Женя, добрый день.

Давай закроем по платежам прошлый год. Вышли пожалуйста отчет за октябрь, ноябрь, декабрь.
Мы выставим инвойс.


--
Serghei Demcenko
RITLABS Inc
CEO
web: http://www.ritlabs.us
mail-to: serghei.demcenko@me.com

CONFIDENTIAL
SUBJECT TO STIPULATED PROTECTIVE ORDER
CASE NO. 12CV215                                                                    CIFNET (INC) 3

Serghei Demcenko <serg@ritlabs.com>
invoice
May 5, 2012 7:26 PM

, .
.
?
Bank of America .
- .
BANK OF AMERICA
P.O. Box 25118
Tampa, FL 33622-5118
acc 004350405791
051000017 (paper & electronic)
026009593 (wires)
--
Serghei Demcenko
serg@ritlabs.com

Serghei Demcenko <serg@ritlabs.com>
invoice
May 5, 2012 7:26 PM

Zhenya, Good day.
Nothing was transferred to the account yet.
Did you transfer something?
We have active account in Bank of America, just in case.
Citi Bank account is closed.
BANK OF AMERICA
P.O. Box 25118
Tampa, FL 33622-5118
acc 004350405791
051000017 (paper & electronic)
026009593 (wires)
--
Serghei Demcenko
serg@ritlabs.com

Serghei Demcenko <serg@ritlabs.com>
Re: Invoce
May 5, 2012 7:26 PM

, ? , .
--
Serghei Demcenko
serg@ritlabs.com
On 10 14, 2011, at 19:08 , Yevgeniy Kruglov wrote:
,
Wednesday, October 12, 2011, 3:01:47 PM, you wrote:
- - .
.
, . - , -
?
--
Best regards,
Yevgeniy mailto:yk@cifnet.com

Serghei Demcenko <serg@ritlabs.com>
Re: Invoce
May 5, 2012 7:26 PM

I get the information from website, then group it in excel and that's it.
It does not match?
--
Serghei Demcenko
serg@ritlabs.com
On 10 14, 2011, at 19:08 , Yevgeniy Kruglov wrote:
Hey,
Wednesday, October 12, 2011, 3:01:47 PM, you wrote:
There are invoices for April-June and July-September in the attachment.

Please, pay them before the end of the week.
I see, sending now. Not a single amount match. Is there any way we can check it?
--
Best regards,
Yevgeniy mailto:yk@cifnet.com

---

Serghei Demcenko <serghei.demcenko@me.com>
Payment 2011
February 7, 2012 11:04 PM


    ,      .
                .          ,  ,  .
      .
--
Serghei Demcenko
RITLABS Inc
CEO
web: http://www.ritlabs.us
mail-to: serghei.demcenko@me.com

Serghei Demcenko <serghei.demcenko@me.com>
Payment 2011
February 7, 2012 11:04 PM

Zhenya, good day.
Let's reconcile payments for the last year. Please, send me reports for October, November, December.
We'll send you an invoice.
--
Serghei Demcenko
RITLABS Inc
CEO
web: http://www.ritlabs.us
mail-to: serghei.demcenko@me.com