# EXHIBIT HHH

| | | |
|---|---|---|
| bc | 2/12/200 7:49 AM | А можешь ли ты счаржить с моей карточки те 300 что перечислили, чтобы не смешивать это делами фирмы, и снять еще 3000 с карточки и перечислить туда же, и какие будут при этом трансакционные издержки? |
| yk | 2/12/200 9:45 AM | могу, но прикол в том, что с европейских у нас берут до 5 процентов, я даже точно сказать не могу, пока не сниму |
| bc | 2/15/200 8:50 AM | Привет! Есть ли у тебя ключ или сертификат, чтобы я мог тебе отправить письмо с номером моей карты, чтобы ты снял 300 долл? |
| bc | 2/15/200 8:51 AM | Или послать тебе мылом в виде картинки? |
| bc | 2/15/200 8:52 AM | Если снимут процент по-божески, будет здорово. Я сегодня узнал в банке более обстоятельно про перевод от физического лица за границу юридическому. Банк требует контракт и счет. Без этих документов не даёт перечислить. |
| yk | 2/15/200 11:55 AM | так прописали уже |
| bc | 2/15/200 11:55 AM | Выслать тебе номер карты как картинку? |
| bc | 2/15/200 11:55 AM | Или половину номера асей половину мылом? |
| yk | 2/15/200 11:55 AM | номером лучше, пойду серт сгенерирую |
| bc | 2/15/200 2:48 PM | а когда ты сможешь увидеть сколько реально денег тебе поступит на счет с тех 300 долларов? |
| yk | 2/15/200 2:48 PM | сейчас закончу с одним процессом, и поищу |
| yk | 2/15/200 2:51 PM | эх, еще один спам тут задрал... ты не знаешь, Сергей хочет или нет продлевать битрикс для rc-combat? |
| bc | 2/15/200 2:51 PM | не знаю |
| yk | 2/15/200 2:51 PM | через него спамят |
| bc | 2/15/200 2:51 PM | написать ему e-mail? |
| yk | 2/15/200 2:52 PM | я напишу чуть позже |
| bc | 2/16/200 12:41 AM | Ну как, прочаржилась ли карта? |

bc     2/16/200 11:21 AM добрый день! Можешь посмотреть, сколько с тебя сняли за 300 долларов?

bc     2/16/200 4:45 PM добрый день! Можешь посмотреть, сколько с тебя сняли за 300 долларов?

yk     2/17/200 10:18 AM привет, еще не успел, сейчас займусь

yk     2/17/200 10:19 AM но вообще это жуткая идея - за 3+% + столько же инфляция вкладывать деньги... лучше бы с боссом договорился снимать так

bc     2/17/200 11:49 AM Я с боссом говорил, он не против

bc     2/17/200 11:57 AM Я думал, что чем болше сумма, тем меньше процент, и чтобы не смешивать дела фирмы и личные дела, при сумме порядка 10 тыс комиссия будет не 3% а меньше?

yk     2/17/200 12:35 PM нет, процент стабильный, не зависит от суммы

bc     2/17/200 1:08 PM тогда перечисли пожалуйста 10 тыс, если ты не снял 300 с карточки.

bc     2/17/200 1:09 PM ой, я имел в виду 10 тыс если снял 300, а если не снял, то 9700

bc     2/17/200 1:09 PM чтобы получилось 10 всего

bc     2/17/200 1:27 PM я только что говорил с Сергеем

bc     2/17/200 1:27 PM всё OK

yk     2/17/200 1:31 PM хорошо, сделаю

bc     2/17/200 2:01 PM Спасибо большое. Как только сделаешь, напиши мне, чтобы я сказал Сергею

bc     2/19/200 8:23 AM Добрый день! Перечислил ли ты 10К? Если нет, то когда планируешь? Решил ли ты с телефоном, как тебе удобнее чтобы ты нам звонил?

yk     2/19/200 2:21 PM 10к ровно?

yk     2/19/200 2:23 PM eikb

yk     2/19/200 2:23 PM ушли

bc     2/19/200 2:27 PM спасибо. Ты перечислил 10000 и снял с карточки 300?

| | | |
|---|---|---|
| yk | 2/19/200 2:27 PM | нет, только 10000 |

| | | |
|---|---|---|
| yk | 2/19/200 2:27 PM | карточку не трогал |
| bc | 2/19/200 2:27 PM | ок, тогда я для Сергея сделаю отчет что ты перечислил 300+10000 |
| bc | 2/20/200 7:37 AM | Привет! Перевод пришел, но zecco мне зачислил только 9800. Не знаешь, куда могли задеваться еще 200 долл.? |
| yk | 2/20/200 9:58 AM | странно... |
| yk | 2/20/200 10:00 AM | ушли 10000 |
| yk | 2/20/200 10:00 AM | проверил сейчас |
| bc | 2/20/200 10:10 AM | занчит Zecco прикарманил ;-) |
| yk | 2/20/200 10:11 AM | а спроси их |
| yk | 2/20/200 10:11 AM | ушло 10000, с них ничего не должны были брать за перевол |
| bc | 3/19/200 1:46 PM | привет! Не мог бы ты перечислять мне на zecco каждый месяц числа 21-24 по одной тысяче? |
| yk | 3/19/200 3:40 PM | мог бы... |
| bc | 3/19/200 3:47 PM | перечислишь в эту пятницу 21 марта или в понедельник 24 марта, или когда тебе удобно? |