# EXHIBIT III

**Resent-From:** yk@cifnet.com
**From:** Serghei Demcenko <serg@ritlabs.com>
**Subject:** Max transfer
**Date:** March 19, 2008 5:27:22 AM EDT
**Resent-To:** testuser@cifnet.com
**To:** Yevgeniy Kruglov <yk@cifnet.com>
**Reply-To:** Serghei Demcenko <serg@ritlabs.com>

Hello Yevgeniy,

Если есть возможность сделать трансферы, которые просить Макс я не против. Единственная просьба раз месяц закрыть хоть какой то отчет с твоей стороны.

Давай начнем с первого января этого года. А то я как то не очень удобно себя чувствую :)

Кстати, я на это лето планирую повторить поездку в Штаты, только теперь пункт назначения Сан Франциско :). Буду более серьезно основываться .

--
Best regards,
Serghei                  mailto:serg@ritlabs.com