UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RITLABS, S.R.L.,

Plaintiff,

v.

RITLABS, INC., et. al.

Defendants.

Case No.: 1:12-cv-00215
Hon. Anthony J. Trenga

### DECLARATION STEFAN TANURCOV

I, Stefan Tanurcov, declare and state as follows:

1. I am Stefan Tanurcov, a 30% owner of RitLabs, SRL.

2. RitLabs SRL was formed under the laws of the Republic of Moldova on February 16, 1998.

3. Mr. Demcenko created RitLabs Inc, a corporation organized under Virginia Law, which is in violation of Moldova Law.

4. I learned that Mr Demcenko had taken control fo the <ritlabs.com> domain name and changed the WHOIS entry associated with the domain name from RitLabs, SRL to RitLab, Inc. of Virginia.

5. Mr Demcenko did this to divert customers of SRL to INC and when confronted about this he threatened to shut down the <ritlabs.com> website.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12 Jul, 2012

Stefan Tanurcov